UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

_____

WILLIS ABEGGLEN, et al.,

                    Plaintiffs,

            -vs-                    CASE NO. 10-CV-110

TOWN OF BELOIT, et al.,

                    Defendants.

_____

            DEPOSITION OF ROBERT MUSEUS, was taken at

the instance of the Plaintiffs, under and

pursuant to the provisions of the Federal Rules

of Civil Procedure, and the acts amendatory

thereof and supplementary thereto, before me,

CHRISTINE A. MORAN, RPR, and Notary Public in and

for the State of Wisconsin, at the Beloit Fire

Department 2445 South Afton Road, Beloit,

Wisconsin, on the 1st day of September, 2010,

commencing at 12:03 o'clock in the afternoon.

```
 1              A P P E A R A N C E S
 2                  RETTKO LAW OFFICES, S.C., 15460 West
 3          Capitol Drive, Suite 150, Brookfield, Wisconsin
 4          53005, by MR. WILLIAM R. RETTKO, appeared on
 5          behalf of the Plaintiffs.
 6                  ZALEWSKI, KLINNER & KRAMER, LLP, 1500
 7          Merrill Avenue, P.O. Box 1386, Wausau, Wisconsin
 8          54401-1386, by MR. RICHARD W. ZALEWSKI, appeared
 9          on behalf of the Defendants.
10                  ALSO PRESENT:  Kris Eastman,
11          Willis Abegglen and Mary Abegglen.
12
                         I N D E X
13
           WITNESS              EXAMINATION          PAGE
14
           ROBERT MUSEUS        By MR. RETTKO          4
15
16                   E X H I B I T S
17         EXHIBIT NO.  DESCRIPTION                  ID'd
18    21    Article from The Flint Journal 1/16/02      8
19    22    Article from The Flint Journal 1/20/02      9
20    23    Memo to Town Employees from Museus         15
21          11/13/09
22    24    Memo to Town Board from Museus 2/9/09      60
23    25    Letter to Fladthammer from Museus 4/13/09  79
24    26    Letter to Bogdonas from Museus 6/8/09      80
25    27    Memo to Town Board from Museus 11/25/09    81
```

3

```
 1   28   Memo to Lengjak from Museus 3/1/10          86

 2   29   Letter to Abegglen from Museus 3/29/10      87

 3   30   Town of Beloit Job Description - Data       87

 4        Entry Clerk

 5

 6              R E Q U E S T E D   I T E M S

 7                      None

 8           M A R K E D   Q U E S T I O N S

 9                      None

10

     (Original Exhibits 21 through 30 were sent with the
11    original and copies of the transcripts.)

12

     (The original transcript was sent to Attorney
13    Rettko.)

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2                    (Exhibits 21-30 were marked.)

 3                    ROBERT MUSEUS, called as a witness

 4          herein by the Plaintiffs, after having been first

 5          duly sworn, was examined and testified as

 6          follows:

 7                    EXAMINATION

 8   BY MR. RETTKO:

 9     Q    Would you state your name for the record.

10     A    My name is Robert Museus, M-U-S-E-U-S.

11     Q    Have you given a deposition before in a civil

12          lawsuit?

13     A    Yes.

14     Q    I know you sat through Chief Wilson's deposition,

15          but a couple reminders.  I'm going to be asking a

16          series of questions here, and at this point in

17          time you're being represented by Attorney

18          Zalewski.  If he makes any objection to any of my

19          questions, I'd appreciate if you would allow him

20          to make his objection on the record.  If he does

21          not tell you to not answer the question, then I

22          will be kindly asking you to answer the question

23          subject to his objection, okay?

24     A    (Nods head.)

25     Q    If in the event I'm asking a question you don't
```

```
 1              understand what it is I'm asking, let me know

 2              that before you provide an answer.  Any time you

 3              provide an answer to any of my questions, I'm

 4              going to assume you understood the question being

 5              asked, okay?

 6      A       Yes.

 7      Q       I'm anticipating the deposition going probably

 8              about three, three and a half hours.  If you need

 9              to take a break at any time for any reason, let

10              me know that, okay?

11      A       Yes.

12      Q       And your date of birth, sir?

13      A       December 30th, 1955.

14      Q       And the year you graduated high school?

15      A       1974.

16      Q       And your highest level of education?

17      A       I've a Master's degree.

18      Q       And when did you obtain that?

19      A       1991.

20      Q       Where from?

21      A       Hamline University.

22      Q       And your major?

23      A       Public administration.

24      Q       And where did you get your Bachelor's degree at?

25      A       University of Minnesota.
```

```
1    Q    And the year?

2    A    1979.

3    Q    And your major?

4    A    History.

5    Q    Do you have any intent to take another job by

6         next August?

7    A    No.

8    Q    Then I should get your current home address?

9    A    636 East Waterford Drive.

10   Q    And that's Beloit?

11   A    Beloit.

12   Q    And since your -- It looks like you graduated in

13        1979 from the University of Minnesota and didn't

14        get your Master's until 1991, so I'm assuming

15        there was some work history in between there?

16   A    Yes.

17   Q    What's was the first employment you had after

18        graduating the University of Minnesota in '79?

19   A    I was an officer in the United States Army.

20   Q    When you say an officer, what rank did you hold?

21   A    I left the service as a First Lieutenant.

22   Q    And you were in the Army from 1979 till when?

23   A    1983.

24   Q    When you left the United States Army in 1983,

25        where did you go to work?
```

```
1    A    I became the administrator for the City of
2         Rushford, Minnesota.
3    Q    How long did you remain the Administrator for
4         Rushford, Minnesota?
5    A    Eight years.  1992.
6    Q    So you stayed there while you were getting your
7         Master's degree at Hamline University?
8    A    Yes.
9    Q    So Rushford must be near Minneapolis?
10   A    No.  It's about -- It's closer to Winona.
11   Q    Winona, okay.
12              And after you left Rushford in 1992,
13        where did you go?
14   A    I became the City Administrator for Hugo,
15        Minnesota.
16   Q    How long did you remain there?
17   A    Eight years.
18   Q    So 2000?
19   A    Yes.
20   Q    And in 2000 where did you go?
21   A    Became the City Manager for Swartz Creek,
22        Michigan.
23   Q    How long did you remain the city manager there?
24   A    Two years.
25   Q    2002?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | After you left there, where did you go? |
| 3 | A | I became the administrator for the Town of |
| 4 | | Beloit. |
| 5 | Q | When did you start that? |
| 6 | A | January 2nd, 2003. |
| 7 | Q | Why did you leave Swartz Creek? |
| 8 | A | I left because there was a changeover in the City |
| 9 | | Council and I no longer felt I had the support of |
| 10 | | the Council. |
| 11 | Q | I'm going to show you what's been marked as |
| 12 | | Exhibit 21.  I'm going to identify for you |
| 13 | | Exhibit 21 is a -- it's from The Flint Journal, |
| 14 | | an article of January 16th, 2002? |
| 15 | A | Uhm-hum. |
| 16 | Q | It's titled, Hearing to decide fate of manager, |
| 17 | | Council mulls Museus' fate. |
| 18 | A | Uhm-hum. |
| 19 | Q | Have you had the opportunity to read Exhibit 21 |
| 20 | | the story that was written? |
| 21 | A | Yes. |
| 22 | Q | Is there anything that you can describe for me |
| 23 | | that might be inaccurate about the story from |
| 24 | | your perspective? |
| 25 | A | No.  I think the facts are correct.  I think that |

1          this is not -- There's nothing in the story that

2          is the reason for me leaving the city, though.

3     Q    I show you what's been marked as Exhibit 22 in

4          this particular case.  I'm going to again

5          identify for you this is from The Flint Journal

6          dated January 20th, 2002.  It's an article

7          entitled, Swartz Creek manager resigns Strife in

8          city office cited as cause?

9     A    Uhm-hum.

10    Q    Have you had an opportunity to review this

11         article?

12    A    Yes, I have.

13    Q    It appears you resigned in advance of the city

14         council voting to terminate your employment.

15         Would I be accurate in saying that?

16    A    No.

17    Q    What is inaccurate about what I just said?

18    A    As I see it, there were two -- there were two

19         council members who wanted my resignation.  There

20         was one that was on the fence and there were two

21         that wanted to keep me.  And instead of -- And

22         basically I had a discussion with the city

23         council member who was on the fence and I made

24         the decision that I would not stay because I felt

25         that even if I remained afterwards, the two city

```
 1            council members who were opposed to my service
 2            would make my life miserable.  I think that if I
 3            had asked that city council member for her vote,
 4            she would have given it to me.
 5    Q       Now, in here there's an individual on the next
 6            page of the article, by the name of Betty
 7            Shannon?
 8    A       Uhm-hum.
 9    Q       Now, she's in here indicating that Shannon said
10            and some fellow staffers first became disgruntled
11            shortly after Museus' arrival when he reorganized
12            the duties and job descriptions of City Hall.
13            And then she says in quotes here, I think he's a
14            good man, but he wouldn't listen to any of us.
15            Do you see that?
16    A       Yes.
17    Q       Do you have any recollection of that ever being
18            an issue while you were City Manager there from
19            your staff that you wouldn't listen to them?
20    A       No.  I think Betty Shannon was an issue.
21    Q       Betty Shannon was an issue with you?
22    A       Yes.
23    Q       What was the issue with her?
24    A       When I got to the City of Swartz Creek, they had
25            had some major turnover in the senior leadership.
```

```
 1            The manager retired, I think under duress, and
 2            the Clerk retired leaving two subordinates to
 3            kind of move up in the clerical positions, and
 4            they hired a new City Manager.  The new City
 5            Manager lasted less than two years and he was
 6            asked to resign.  The conflict was between the
 7            two staffers, who was the Clerk and Treasurer at
 8            the time, Betty Shannon being the Treasurer.
 9            They were both incapable of doing the jobs they
10            had been asked to do.  I had -- I was responsible
11            for removing the Clerk from her position and the
12            Treasurer and I --
13    Q     Betty Shannon is the Treasurer?
14    A     Betty Shannon and I were in the conflict as well,
15            So she was seeking to undermine me in the
16            community.
17    Q     Now, in regard to issues of communicating with
18            your staff, was that ever an issue with you at
19            any of your prior employment at either Hugo,
20            Minnesota, or Rushford, Minnesota?
21    A     No.  I think if you talk to the staff members --
22            I think if you talk to the staff members at
23            Swartz Creek other than Betty Shannon, you will
24            find that that's not true.
25    Q     Have you had any of those issues here in the Town
```

1             of Beloit that you wouldn't listen to your staff?

2        A    No.

3        Q    Now, Betty Shannon also goes on to say that you

4             wouldn't believe the stress this office has been

5             through in the past year.  Do you have any

6             recollection of what stress it is she's referring

7             to?

8        A    I think that perhaps she was under stress because

9             she felt she was being held to standard.  At that

10            time when the Clerk departed, we hired a new

11            Clerk who had different expectations than Betty.

12            I think this all revolved around Betty.  It

13            doesn't revolve around anything else.

14       Q    Now, they go on in the article to talk about

15            issues were raised in front of the Council

16            regarding your employment.  Do you have any

17            recollection of what issues exactly were raised

18            in front of the Council regarding your

19            employment?

20       A    No.  But I'll tell you exactly what the issue

21            was.  Betty was in the community, out in the

22            community trying to undermine me.  She became

23            joined at the hips to an individual who ran for

24            Council and won.  The other Council member who

25            was adamantly opposed to me was mad because I

```
 1            would basically not violate the law to benefit
 2            her employer.  And all the commotion you see here
 3            is just a face of what they were trying to put on
 4            for the public.  The rest of the Board was
 5            perfectly aware of what was going on.
 6     Q      And near the end of the story on the third page
 7            they are talking to a Mayor Dennis Allen.  Dennis
 8            Allen seems to indicate that there was a
 9            communication problem.  What exactly was that
10            communication problem?
11     A      I think what he was talking about was he was
12            dancing around the issue of between me and one of
13            the Council members over the bar she worked at.
14     Q      The bar?
15     A      I think if you would call Mayor Dennis Allen
16            today, he would be highly supportive.  He asked
17            me to stay at the time.
18     Q      What bar and who are we talking about?
19     A      One of the, and I can't remember her name.  One
20            of the City Council members was an employee at a
21            bar who had had a conflict with the neighboring
22            property owner and it was over some snowplowing
23            and gaining access to a parking lot, and after my
24            review with the City Attorney, I made a decision
25            the City was not going to get involved in the
```

|    |   |                                                        |
|----|---|--------------------------------------------------------|
| 1  |   | conflict.  The City Council member became highly       |
| 2  |   | irate and at that point in time decided that I         |
| 3  |   | needed to leave.                                       |
| 4  | Q | Was there any -- anything you learned about your       |
| 5  |   | experience in Swartz Creek in regard to                |
| 6  |   | communication issues within your staff at City         |
| 7  |   | Hall and yourself in regard to I wish I could do       |
| 8  |   | this differently and so in the future I'm going        |
| 9  |   | to do this differently?                                |
| 10 | A | You know, again, I do not believe that -- I think      |
| 11 |   | if you talk to people here, I'm a very open            |
| 12 |   | communicator.  I think there are certain things I      |
| 13 |   | can't talk about for legal reasons or because          |
| 14 |   | there's policy things that are being generated         |
| 15 |   | that it's not appropriate to at the time, but I        |
| 16 |   | have a very open leadership style, and I don't         |
| 17 |   | think that the communications there was the            |
| 18 |   | issue.  I think that was a red herring that went       |
| 19 |   | out for the press to justify what some of the          |
| 20 |   | City Council members wanted to do.                     |
| 21 | Q | The issue, as you see it, as I understand it, is       |
| 22 |   | Betty Shannon didn't like being put to task so         |
| 23 |   | she found ways to get rid of you?                      |
| 24 | A | That's correct.  Well, that's part of it.  The         |
| 25 |   | other part is the one City Council member who          |

```
 1              wanted me to force an adjacent property owner to

 2              allow access to her boss' parking lot.

 3    Q    I'm going to show you what's been marked as

 4              Exhibit 23.  Can you identify Exhibit 23 for the

 5              record?

 6    A    Uhm-hum.  Uhm-hum.

 7    Q    What is it?

 8    A    Oh, this is a memorandum that I sent to the town

 9              employees on November 30th (sic), 2009 indicating

10              that I expected the personnel policy to be

11              followed in handling grievances in the workplace.

12    Q    Okay.  This memo, November 13th, 2009 regarding

13              handling grievances within the workplace, what

14              was the issue that came up at that time that

15              required you to write this particular memo?

16    A    You know, to be frankly honest, I can't remember

17              the specific instance.  Let me think a minute.

18                   I can't think of any specific instance.

19              I think in general there was some commotion and I

20              wanted -- amongst the employees in the police

21              department, and I think I wanted to indicate to

22              them they needed to follow the process as

23              outlined in the personnel policy handling this.

24    Q    In here it looks like that some employees had

25              violated the policy of the town to take
```

```
 1              grievances up their chain of command by going
 2              directly to Board members you know, Town Board
 3              members.  Is that what was going on here and you
 4              wanted to make sure that that stopped?
 5      A       I have no specific recollection of that
 6              occurring.
 7      Q       How is it that you got information that certain
 8              employees were going directly to Town Board
 9              members before going through their chain of
10              command to make complaints?
11      A       Again at that time I have no -- I have no
12              recollection of any specific occurrence.
13      Q       Sounds an awful lot like what Betty Shannon was
14              doing in Swartz Creek, though, right?  Going,
15              instead of up her chain of command to somebody --
16              Is that correct?
17      A       I think that, yeah, I generally have a concern
18              about employees playing politics, yes.
19      Q       Did you try to speak to any of the employees
20              involved with -- who were going to these Town
21              Board members as opposed to up their chain of
22              command with grievances?
23      A       I have no specific knowledge of any individual
24              doing that.  So the answer would be no.
25      Q       At that time did you have any inkling that these
```

```
 1          employees were doing that because of fear of

 2          retaliation by their supervisors in chain of

 3          command?

 4    A     No.

 5    Q     Was there any thought on your part of a hostile

 6          work environment somewhere in the Town of Beloit?

 7    A     No.

 8    Q     As a Town Administrator, what does your job

 9          responsibility entail exactly?

10    A     Being in a small community, I have the general

11          management responsibilities of planning to

12          organize and directing staffing, coordinating,

13          resourcing of town activities.  I also serve as

14          the Zoning Administrator for the Town of Beloit

15          and the Personnel Manager among other hats.

16    Q     As part of that responsibility, you indicated you

17          were Personnel Manager; is that right?

18    A     That's correct.

19    Q     And as part of that, what efforts, as the Town of

20          Beloit Personnel Manager, did you take to prevent

21          a hostile work environment from being created

22          within one of the Town's various departments?

23    A     First off, I knew of no hostile work environment

24          in any of the departments of the Town of Beloit.

25                    No. 2, generally we establish policies
```

1           in the town.  When I got here, we established a

2           personnel policy and established processes where

3           employees could raise issues not only with me

4           directly but taking them directly to the Town

5           Board if they had a concern.

6                     I administered our union contracts,

7           which has a grievance process in it to identify.

8           I also have as a general process -- general

9           management style of kind of walking around among

10          the different departments and trying to get a

11          feel for how the activities are.

12                    We have established in the Town of

13          Beloit some personnel recognition policies.

14          Also, during the last few years we have

15          established employees -- employee activities to

16          try to develop morale.

17                    We did a town trap shooting team.  We've

18          had picnics and potlucks.  You know, I think it's

19          both in management programs and processes and

20          it's also trying to establish relationships with

21          employees.

22     Q    You mentioned that as part of your policy and

23          processes in regard to hostile work environments

24          that complaints could be taken directly to Town

25          Board members if there was a concern of

```
 1              retaliation.

 2     A    No, that's not true.

 3     Q    Did -- I caught that wrong then when you

 4              testified.

 5     A    Yes.

 6     Q    What did you mean by taking complaints directly

 7              to the town board?

 8     A    Our personnel policy is very clear that any

 9              complaints you have, you take to your department

10              head.  If you don't feel the department head

11              resolves those complaints adequately, they can

12              bring those complaints to me.  And if they feel

13              that I do not handle the complaint adequately,

14              they can provide written complaint to the Town

15              Clerk who will present those to the Town Board.

16     Q    Do you know whether or not any of these

17              complaints that you're referring to in Exhibit 23

18              were items that were presented from the Town

19              Clerk to the Town Board members?

20     A    May I see Exhibit 23?

21     Q    It's right here.

22     A    This one?

23              MR. ZALEWSKI:  This one here.

24              THE WITNESS:  No.

25  BY MR. RETTKO:
```

```
 1    Q    At that point when you heard that complaints were
 2         going directly to Town Board members, did you
 3         ever sit back and think maybe I should
 4         investigate this to see if there's a hostile work
 5         environment somewhere?
 6    A    I've never heard any complaints going directly to
 7         the Town Board.
 8    Q    And what is it that you referred to in
 9         Exhibit 23?
10    A    I think what I tried to do with that memo is to
11         reinforce to the town employees that there is a
12         process for dealing with these complaints and
13         that they should follow it.  I do not believe
14         this memo was directed at any specific individual
15         or because of any specific occurrence.
16    Q    But yet there must have been some complaint or
17         something happening that caused you to sit down
18         and make that memo on November 13, 2009, right?
19    A    By the end of -- Well, during 2009 I received
20         numerous complaints through the collective
21         bargaining process, the grievances, and those
22         were all investigated.  I had received other
23         complaints directly from employees that were
24         investigated.  So there was this general activity
25         going on and I think I was just reinforcing the
```

1          process.

2     Q    So you had had complaints by the time that memo

3          was dictated on November 13th, 2009 of a hostile

4          work environment in the police department,

5          correct?

6     A    I do not believe I ever received a complaint on a

7          hostile work environment.  The complaints I

8          received were regarding very specific actions

9          that the Chief had taken and those were all

10         investigated and handled.

11    Q    Were some of those actions in regard to

12         retaliation by the Chief?

13    A    No.

14    Q    So the Burkee complaint that was originally

15         investigated in November or December 2008

16         regarding the placing back of an incident into

17         his personnel file after the Chief was presented

18         a memo by Burkee and his union indicating that

19         Burkee hadn't received in-service training and

20         he's the only minority in the department, you

21         don't view as retaliation?

22    A    No.

23    Q    Why not?

24    A    Because I was personally knowledgeable of the

25         circumstances of that case having spoken -- The

1   Chief came to me asking that -- informing me that

2   Burkee was a finalist for a position in another

3   police department and that since this document

4   would be pulled out of his record in six months

5   anyway or certainly months because of our union

6   contract requires it be removed in six months,

7   that if I could do it a little early in this case

8   to assist Mr. Burkee in his quest for employment,

9   I agreed to do it subject to it being put back

10   into the personnel file until the six month

11   period ended.  I spoke about that personally with

12   Mr. Burkee as well and he was aware that was

13   happening.

14 Q So it's your testimony that when that document

15   was placed back into Burkee's file it only

16   remained in there for how much longer?

17 A I don't know the specific period of time.  It

18   remains in the personnel file for six months of

19   the date it was issued.

20 Q So you're confident it's no longer in that file?

21 A I would expect that no, it is not in that file.

22 Q While you were -- When you first became employed

23   here as the Town Administrator of the Town of

24   Beloit, did you provide any training to any

25   department head regarding how to identify and

1          prevent a hostile work environment?

2     A    No.

3     Q    When did you first learn about Officer Burkee's

4          complaint that Chief Wilson had retaliated

5          against him for raising an issue of racism?

6               MR. ZALEWSKI:  Object to the form of

7          that question.  Go ahead and answer if you can.

8               THE WITNESS:  You know, I don't remember

9          that issue as a stand alone issue and I have no

10         specific recollection.

11    BY MR. RETTKO:

12    Q    Any prior complaints about Chief Wilson

13         retaliating against his subordinates prior to the

14         Burkee complaint?

15    A    No.  That's my recollection.

16    Q    Any complaints about Chief Wilson using racial

17         slurs before you heard about the Burkee

18         complaint?

19    A    No.  I know of -- Let me clarify.  I know of no

20         complaint or do I have any knowledge of the Chief

21         using racial insensitive language prior to the

22         complaint filed by the union.

23    Q    Going back to the Burkee complaint, how is it

24         that you originally learned about the Burkee

25         complaint in November or December 2008?

1    A    I -- My memory -- And it may be confused given

2         the time.  My memory is, is that it was handed to

3         me by Officer Luzinski, who at the time was an

4         officer of the union.

5    Q    When you received that complaint from Officer

6         Luzinski, what did you do about it?

7    A    I had Officer Burkee come into my office and I

8         discussed it with him.

9    Q    Do you have recollection of what it was you

10        discussed with Burkee?

11   A    Yes, I do.

12   Q    What was that?

13   A    I asked Officer Burkee, you know, what happened

14        here.  He explained to me what I already knew,

15        that he had -- he was looking to get an

16        appointment in another community, that the Chief

17        had decided not to give him the training that was

18        required if he was going to leave and go to

19        another community, that somehow once he

20        determined he was not going to get that job,

21        there was some slipup and he wasn't scheduled for

22        the training.  I asked him if he felt that he

23        thought he was being treated differently because

24        of race.  He said no.  He informed me that he had

25        not filed any complaint with the union and he

```
 1              informed me that he thought that the complaint

 2              had been filed by Officer Luzinski without his

 3              knowledge.

 4        Q     When you learned of that information, did you go

 5              have a meeting with Chief Wilson?

 6        A     I had a discussion with Chief Wilson over the

 7              issue.

 8        Q     What did you explain to him?

 9        A     My instructions were to get him scheduled for the

10              training.

11        Q     Did you explain to Chief Wilson who was behind

12              writing the memo?

13        A     I don't have any specific recollection, but I

14              expect that I would have informed him that --

15              what Burkee informed me.

16        Q     Now, did you do any kind of an investigation into

17              this allegation other than talking with

18              Mr. Burkee?

19        A     No.

20        Q     Did you interview Willie Abegglen?

21        A     I don't remember doing so, no.

22        Q     What did you conclude when you completed that

23              investigation?

24        A     I concluded that there had been a mistake made in

25              not scheduling Burkee for training.  Once we
```

|    |   |                                                     |
|----|---|-----------------------------------------------------|
| 1  |   | realized that he was not going to be leaving the    |
| 2  |   | department, I thought it was inadvertent and just   |
| 3  |   | a clerical error.  I believe that Officer           |
| 4  |   | Luzinski was trying to use that clerical error as   |
| 5  |   | leverage against the Chief and the department.      |
| 6  | Q | And what made you come to the conclusion that       |
| 7  |   | Luzinski was using this as leverage against the     |
| 8  |   | Chief?                                              |
| 9  | A | I think at the time we were being inundated with    |
| 10 |   | grievances and I felt that that was just a, kind    |
| 11 |   | of a typical union tactic.                          |
| 12 | Q | Did you have a meeting with Luzinski to discuss     |
| 13 |   | that?                                               |
| 14 | A | No, I did not.                                      |
| 15 | Q | Did you meet with anyone in the union to discuss    |
| 16 |   | that belief?                                        |
| 17 | A | No, I did not.                                      |
| 18 | Q | Why not?                                            |
| 19 | A | I didn't I expect because it was just part of       |
| 20 |   | what was going on at the time, and we had any       |
| 21 |   | number of grievances being filed by the union and  |
| 22 |   | I did not take that as an unusual circumstance.     |
| 23 | Q | Did you meet with Chief Wilson to discuss your      |
| 24 |   | belief that Luzinski was using this as leverage?    |
| 25 | A | I have no specific recollection, but I expect I     |

```
1              would have passed that information on to him.

2        Q    Why would you have done that?

3        A    I think it's a matter of communication back and

4              forth with the Chief and what was happening in

5              the department.  Finding something that was

6              happening in the department, I would share that

7              information with him as I would with any other

8              department head.

9        Q    And what purpose would that have served to Chief

10             Wilson to have known that?

11       A    I think so he was aware of what the activities

12             were of the union in his department.

13       Q    How would that have helped him be a better

14             administrator?

15       A    I think it would help him by being aware that,

16             what, just generally what is happening.  He has a

17             responsibility to be aware of everything that

18             goes on in his department.

19       Q    If he knew it or not, what difference would that

20             make in how he could administrate his department,

21             to your understanding?

22       A    I don't know if there was any specific benefit.

23             It was more of a general.

24       Q    Going back to Exhibit 3, have you ever seen that

25             document before?
```

    1    A    Actually, I have no recollection of this

    2         document.  That doesn't mean that I didn't see

    3         it, but I have no recollection of it.

    4    Q    Looking at Exhibit 4, it looks like it's part of

    5         Alan Levy's report.  He's got a document that's

    6         marked -- it's not the same as Exhibit 3, but

    7         it's a memo to you from the police union,

    8         correct?

    9    A    Correct.

   10    Q    And attached to that is a list of racial slurs

   11         used in the department or in front of other

   12         officers, correct?

   13    A    Yes.

   14    Q    And that was what you received from the union?

   15    A    Yes, it is.

   16    Q    And that's what you asked Attorney Levy to

   17         conduct an investigation on, correct?

   18    A    Correct.

   19    Q    When was the first time that you would have

   20         gotten that complaint, do you recall, that's

   21         attached to Exhibit 4?

   22    A    The exact date I don't know.  I'm assuming it was

   23         either on the 12th of December '08 or shortly

   24         thereafter.

   25    Q    When you got that memo with the attached

1        complaints, did you have any conversation with

2        Chief Wilson about the union's allegations before

3        you got in touch with Attorney Levy?

4   A   No.

5   Q   Did you have any conversations with Chief Wilson

6        about the union's allegations before the Levy

7        investigation and report was produced?

8   A   Specifically on this complaint on racial slurs?

9   Q   Right.

10   A   No.

11   Q   Did you talk to Chief Wilson about the union's

12        efforts to gain leverage against him based on a

13        recent complaint filed as of December 12th, 2008?

14   A   No.

15   Q   Why was it that you hired Attorney Levy to

16        conduct this investigation?

17   A   Because I felt that the allegations made were

18        severe and could result in disciplinary action

19        including possible termination, so I sought both

20        his legal guidance as the labor attorney

21        representing the Town and I requested that he

22        personally conduct the investigation on the

23        allegations.

24   Q   When you say possible termination, what level of

25        racial slurs would it take in your mind before an

```
 1              administrator or Chief of Police would possibly

 2              be terminated going into the investigation?  What

 3              was your thought on that?

 4    A    There were -- I would say there are two items.

 5              There was the legal side of it and there was the

 6              emotional side of it.  Emotionally I was highly

 7              perturbed at the Chief in doing this and I was

 8              concerned that it did not allow my emotions to

 9              run away with my judgment and my responsibilities

10              to the community.

11                   Legally I'm not returning.  I do know

12              that people have been terminated from employment

13              for the use of racial slurs, but I needed the

14              Town's attorney's judgment and recommendation on

15              it.

16    Q    Did you meet with the union at all before

17              contacting Attorney Levy to get any clarification

18              on this complaint or to find out exactly anything

19              more specific?

20    A    No.  I felt that the subject matter of the

21              complaint was severe and needed immediate action.

22              I believe that the same day, probably within a

23              few hours of my receiving the complaint, that I

24              had turned this over to Al Levy and asked for him

25              to conduct the investigation.
```

```
 1   Q   What kind of conversation did you have with Al
 2       Levy when you turned this document over to him
 3       and asked for the investigation?
 4   A   I wanted a full, complete and impartial
 5       investigation, and I wanted his opinion on what
 6       the appropriate disciplinary action would be.
 7       And at that time I was fairly upset with John and
 8       I told Al -- I used the words keep me straight.
 9   Q   Did you have any help or part in Al's conducting
10       this particular investigation, in other words,
11       arranging for times when officers were going to
12       be interviewed or anything?
13   A   No, I don't believe so.  My policy is to stay
14       hands off the investigations.
15   Q   So everything conducted in the investigation
16       would have been done at Al Levy's discretion?
17   A   He may have called me up and asked me to -- you
18       know, to arrange a meeting with the Chief or
19       something, I don't remember.  But it would have
20       been at his request of anything I did.
21   Q   During the course of this investigation, did you
22       have any conversations with Al Levy in regard to
23       what it was that he was finding out?
24   A   I don't -- I don't ask questions until the report
25       is in my hands.
```

1    Q    Now Exhibit 4, the report, is dated January 2nd,

2         2009, the front page of it?

3    A    Okay.

4    Q    Did you get an opportunity to meet with Al Levy

5         when that report was completed?

6    A    My memory of the delivery of the report is not

7         real clear.  It may have been in a discussion on

8         the phone, he may have E-mailed it to me and

9         talked to me on the phone when it was completed,

10        or there's a possibility he may have been coming

11        in as part of a union negotiation at the time he

12        handed it to me when he was here for that.  I

13        would not have brought him down specifically to

14        talk to him about it, so -- I can't remember.

15   Q    Do you have any recollection of whether he wanted

16        to talk to Chief Wilson about his report prior to

17        January 2nd, 2009 and called you to have you

18        arrange for that meeting?

19   A    No.

20   Q    Do you have any recollection of any meeting you

21        may have had with you, Chief Wilson and Al Levy

22        regarding his investigation?

23   A    No.

24   Q    Are you aware of any meeting that Al Levy had

25        with Chief Wilson regarding the results of his

1         investigation that's been marked as Exhibit

2         No. 4?

3   A   I have -- Only because it's been brought up a few

4         times that I know that Al Levy went to the police

5         department to conduct his interviews.  I'm

6         assuming that he talked to the Chief at that

7         time.  For what purposes, I don't know.  I did

8         not ask Al the specifics of his investigation or

9         how he went about it.

10   Q   Now, you're aware of the fact that in review of

11         Exhibit 4 that Mary Abegglen would have testified

12         in that investigation, right?

13   A   Correct.

14   Q   Were you aware of exactly what it was she would

15         have shared with Attorney Levy?

16   A   Only what's in the report.

17   Q   And when did you first learn about what Mary's

18         testimony to him would have been?

19   A   When I received the report.

20   Q   Did you have any discussion with Chief Wilson

21         about Mary Abegglen's testimony in this

22         particular matter?

23   A   I don't remember discussing any -- anything, any

24         testimony following the report with the Chief at

25         any time.

```
 1    Q    Do you have any recollection of providing a copy
 2         of the report that's been marked as Exhibit 4 to
 3         Chief Wilson?
 4    A    I would have -- Once the report was completed, I
 5         would have forwarded a copy to the Chief.  I
 6         don't remember the exact details of that, but
 7         that would have been routine.
 8    Q    In January of 2009?
 9    A    As soon -- Yes.
10    Q    Now, in that report Mary Abegglen's confirming
11         that Chief Wilson said nigger and she had told
12         him that he was -- that she was offended by that
13         word, his use of that word.  Do you remember
14         reading that?
15    A    No.  But if it's contained in the report, I would
16         not dispute it.
17    Q    Now, going to page 653, the Bates stamp in the
18         lower right corner, there's a list A to E
19         paragraphs A to E?
20    A    Correct.
21    Q    It identifies that officers feared retaliation
22         for testifying in this matter; do you see that?
23    A    Yes.
24    Q    Did you take any steps to find out why that fear
25         existed?
```

```
 1   A   No.  But I did tell the Chief that there would be
 2       no retaliation for it.
 3   Q   Is there any reason why you didn't want to -- or
 4       why you didn't explore that issue further as to
 5       finding out why these officers would tell Al Levy
 6       they feared retaliation for testifying?
 7   A   No.
 8   Q   Why not?
 9   A   I don't think that it -- the issue was raised to
10       a point that it was actionable.
11   Q   Didn't they cause you any concern at all to hear
12       that there were officers who were testifying to
13       an attorney under oath that they feared
14       retaliation?
15   A   I -- I would say that I was concerned that there
16       was conflict between the Chief and members of the
17       department, that I felt an obligation to make
18       sure that things were done fairly in the
19       department.  Like I said, at that time we were --
20       the union had provided a number of grievances and
21       I made sure that each of the grievances was dealt
22       with, the merits of the complaint.  You know, a
23       general statement may raise a concern, but it's
24       not something you can take action on.  You need
25       something specific.  You need a specific
```

1          complaint about a specific occurrence to take

2          action on.

3     Q    Were there any other steps that you took to make

4          sure things were done fairly in the department

5          that you haven't mentioned otherwise in regard to

6          handling of grievances or this investigation?

7     A    I think throughout that period of time I stayed

8          actively involved with the department in

9          observing what was occurring in the

10         administration of the employees.

11    Q    How did you do that?

12    A    I stayed in numerous conversations with the

13         Chief.  My own walk-through of the building to

14         try to get a feel for what was going on in the

15         department.  Like I said, each and every

16         grievance that came forward was reviewed and

17         investigated.  I brought in people from outside

18         the department and outside the Town to conduct

19         the investigations to make sure there was

20         fairness.  I think this was an issue where you

21         had people on both sides drawing lines and

22         pointing fingers at each other in which case you

23         investigate the facts as they occur.

24    Q    When you say you did walk-throughs of the police

25         department, when did you begin doing those

1           walk-throughs and how often would you do them?

2      A    I tried to get to each department once a week.

3      Q    When you say walk-through, is that just a -- 15,

4           20 minutes there or are you there half a day, all

5           day?

6      A    No shorter than that.  Just a walk through to see

7           how people -- look them in the eyes and see how

8           people are reacting with each other, see how

9           people are relating to each other.  I think every

10          police officer in the department knew me by name.

11          This was not an issue where they could not have

12          come to me in the hallway, and they did at times,

13          come into the hallway, or on the street, or stop

14          by my office.  I had a very open door policy.

15     Q    How often did you meet with Chief Wilson?

16     A    At that time probably a couple of times a week.

17     Q    Generally how long did your meetings last with

18          him?

19     A    Oh, 10 minutes, something like that.

20     Q    And generally at those meetings, what would be

21          discussed?

22     A    Generally they were tied to what was going on in

23          the Town at the time, what the Board's

24          expectations were, if there were concerns being

25          raised by the public or by a board member, on the

1          police department or the police department

2          activities, the Chief would bring up things that

3          were of interest to him.

4     Q    When did you sit down and first have a chat with

5          Chief Wilson about the report that's been marked

6          as Exhibit 4?

7     A    I think probably the same day after I had

8          informed Al to go ahead with the investigation, I

9          informed the Chief that a complaint had been

10         made, that Al was going to do the investigation,

11         that I expected his full cooperation.  And then I

12         asked him if there was reason to believe that

13         these allegations were true.

14    Q    What did he say?

15    A    He said that he had made those comments.

16    Q    Did you make any comments to him at that time?

17    A    I don't remember the exact words, but I think I

18         said I was disappointed.

19    Q    Now, in regard to the report that's marked as

20         Exhibit 4, you provided that report to Chief

21         Wilson sometime in January 2009.  Did you sit

22         down and discuss it with him at that point?  Did

23         you talk about it?

24    A    We did have a discussion on the events, yes, and

25         he gave me his side of it.

1   Q   What did you tell him upon learning his side of

2        the events?

3   A   Again, I can't remember the exact wordings, but

4        I -- I -- I told him that there was no

5        justification for the use of that language and it

6        was unacceptable.

7   Q   I'm going to show you what's been marked as

8        Exhibit 5, can you identify that document?

9   A   That's the letter of admonishment that I gave

10       Chief John Wilson as a result of the

11       investigation.

12   Q   And that's dated January 5th, 2009?

13   A   Correct.

14   Q   How did you arrive at that decision, the letter

15       of admonishment as to discipline?

16   A   That was recommendation from our, the Town's

17       labor attorney, Al Levy.

18   Q   Did you require any counseling or training with

19       Chief Wilson at that time?

20   A   I did require that he attend sensitivity

21       training.

22   Q   Is that identified in your letter of

23       admonishment?

24   A   Yes, it is.  The letter requires him to attend

25       four hours of diversity sensitivity training

```
 1            within six months of the --

 2     Q    Where was that to take place?

 3     A    That took place -- It was by a counselor in the

 4            City of Chicago.

 5     Q    How fast -- Or how soon were you going to require

 6            that that counseling take place?

 7     A    Well, he had six months from the date of the

 8            letter.  I'm not sure -- I expect -- I think it

 9            happened within a couple of months.

10     Q    And then when that confirmation came from a

11            counselor in Chicago that he had attended four

12            hours of sensitivity training, then what

13            occurred?

14     A    We required that it be documented.  We placed it

15            in his personnel file.

16     Q    How come a decision was made that there would not

17            be any days of suspension to serve on something

18            like that?

19     A    Again, that was based on the recommendation of

20            our -- of Al Levy, our attorney.  My

21            understanding, his thought process on that was,

22            number 1, he reviewed the recent court cases

23            regarding police officers in similar

24            circumstances and that the courts had not upheld

25            termination or any more severe disciplinary
```

```
 1              action on the first occurrence.  The concept

 2              being in personnel actions that you take, you

 3              know, certain steps with employees, and since

 4              this was the first complaint, that after the

 5              complaint was made he stopped the inappropriate

 6              behavior, that Al believed this was the

 7              appropriate case to take.

 8      Q       I'm going to show you what's been marked as

 9              Exhibit 6.  Can you identify what that is?

10      A       That is John's apology to the Town Board for his

11              use of language.

12      Q       And that's dated January 3rd, '09, right?

13      A       That's correct.

14      Q       Do you know how it was that he was able to make

15              that memo of apology prior to you admonishing

16              him?

17      A       I think that John realized that he had stepped

18              across the line.  I think he realized that both

19              the Board and I were upset with him over his use

20              of language and that he was reacting to us, not

21              Al Levy's memo in that case.  Or Al Levy's report

22              in that case.

23      Q       Do you know if anyone advised him to write that

24              letter of apology prior to your admonishment?

25      A       No.  I have no knowledge.
```

```
 1    Q    I see the report of Levy's, January 2nd, 2009,

 2         the day before Museus writes this memo.  Was --

 3         Do you have knowledge of whether or not Wilson

 4         knew about Levy's investigative findings prior to

 5         his writing the letter of apology?

 6    A    I have no knowledge of him having any information

 7         of that before I gave him the findings.

 8    Q    At the time you gave Wilson that letter of

 9         admonishment, did you give it to him personally?

10    A    Yes.

11    Q    Did you have any conversation with him about the

12         situation at that time?  Why you were admonishing

13         him?

14    A    Again, I do not remember the exact specific

15         conversation.  I think that, like I said, I was

16         highly perturbed with John at the time and I

17         think that point was made to him.

18    Q    At that time was there any conversation with

19         Chief Wilson that Willis and Mary Abegglen were

20         out to get him?  Did he ever tell you that?

21    A    At this time?

22    Q    Yeah.

23    A    No.

24    Q    After that time did he ever tell you that he felt

25         Willis and Mary Abegglen were out to get him?
```

1    A    Yes.

2    Q    When did he first raise that?

3    A    The first time that I can remember was in late

4         January.

5    Q    How was it it came up at that time?

6    A    It came up at that time when Officer Daphne

7         Fisher requested to speak with me regarding what

8         was occurring in the police department.

9    Q    And what did she -- She asked to speak with you.

10        Did you agree to meet with her?

11   A    Yes, I did.

12   Q    Was the Chief present when you met with her?

13   A    Yes, he was.

14   Q    Where did the meeting take place?

15   A    This meeting took place at a restaurant in South

16        Beloit at Daphne's request.

17   Q    What did you learn at that particular time from

18        Ms. Wilson -- or Ms. Fisher?

19   A    Ms. Fisher -- What Officer Fisher informed me is

20        that she had been at some union meetings where

21        there was collusion to get rid of the Chief and

22        to place certain members of the police department

23        in leadership roles within the department.

24             She informed me that she had also been

25        in attendance at the meetings where the no

1           confidence vote was discussed and voted upon and
2           that she had been pressured by the union to
3           make -- the members of the union to vote for the
4           no confidence and that they had threatened her
5           that they would not support her on the street
6           unless she fell in line.
7      Q    Was that her word that there was collusion going
8           on to get rid of the Chief or is that your
9           conclusion?
10     A    That's my word, but -- That's my wording for what
11          she stated.
12     Q    What did she state, do you recall?
13     A    She stated that there was discussions amongst the
14          officers that they would get rid of John by
15          filing the charges for his use of racial language
16          because a police officer once before had been
17          brought up on charges and fired for that purpose,
18          that they would use the vote of no confidence
19          that would work against him, that at the time the
20          discussions were held, and this was over a series
21          of meetings, I understand, that Willis Abegglen
22          then would become the Acting Chief, that
23          Dransfield would become the Deputy Chief and
24          Luzinski would be moved into the position of
25          Sergeant.

```
 1    Q    So, as I understand it, Fisher's relaying to you
 2         and Wilson in January 2009 something that had
 3         already occurred in December of 2008?
 4    A    She informed me that, yes -- that these were,
 5         some of it was past meetings.  She was
 6         concerned -- that Officer Winiarski had come to
 7         her, she worked the late night shift and driven
 8         up his squad car next to her and said that no one
 9         had her back, so-to-speak, and that if -- she was
10         concerned for her own personal safety on the
11         street.
12    Q    So the charges that were filed in December 2008
13         you learned in January, late January 2009 were an
14         effort by the union to get rid of the Chief?
15    A    That's correct.
16    Q    And that was already investigated and you already
17         did whatever punishment you were going to do,
18         right?
19    A    That's correct.
20    Q    And somehow in the conversation you had found out
21         that the union had decided that if they got rid
22         of Wilson, Abegglen would become Chief?
23    A    There was discussions to that, yes.
24    Q    And how was it that you came to the conclusion
25         that both Mary and Willis were out to get Chief
```

1              Wilson?

2    A    Well, at that point in time I don't -- You know,

3         Mary's role in it -- Yes, I do.  It was because

4         Daphne Fisher specifically said that -- and this

5         is my terms, not Daphne's, but my recollection is

6         Mary browbeat her into signing the -- I can't

7         remember if it was either the complaint on the

8         use of sexual language or the vote of no

9         confidence.  So at that time it was evident to me

10        that Mary was actively involved in this.

11   Q    Is Mary in the same union as the police officers?

12   A    She was at that time, yes.

13   Q    And Willis is not part of that union?

14   A    No, he is not.

15   Q    I'm going to show you what's been marked as

16        Exhibit 7.  The date of that article is

17        January 3rd -- or February 3rd, I believe,

18        February 3rd, 2009 from the BDN Connection.  It's

19        a news article, No confidence in chief.  Township

20        officers adopt vote against Wilson.  Do you see

21        that?

22   A    Yes.

23   Q    Do you recall seeing this article in the paper in

24        or around February of 2009?

25   A    I have a recollection, yes.

1    Q    Did you take any action upon seeing this article

2         in the paper?

3    A    No.

4    Q    Now, I see in the, about half -- about a quarter

5         of the way down it says Town Administrator,

6         Robert Museus, said Monday, Wilson is still

7         working for the department, but wouldn't say much

8         else.  And then this is within quotes.  The

9         complaint has been investigated.  The decision

10        has been made and implemented, Museus said, again

11        within quotes.  I'm bound by the Freedom of

12        Information Act on this.  I'm really not free to

13        talk about it.  Do you see that?

14   A    Yes.

15   Q    Why did you believe the Freedom of Information

16        Act prevented you from talking about this?

17   A    Because the advice I had received from our

18        attorney at the time was that the investigation

19        on the Chief, which I believe at that time was

20        subject to a Freedom of Information Act request,

21        that I shouldn't talk about it till we've gone

22        through the due process and actually released the

23        report.

24   Q    Now, prior to that article on February 3rd, 2009,

25        you had met with Daphne Fisher and Chief Wilson,

```
 1          right?

 2     A    Yes.  Well, late -- Yes.  It would have been

 3          prior to this meeting.

 4     Q    And you had also gotten a request from Sergeant

 5          Dransfield requesting to get overtime if Sergeant

 6          Felger was getting overtime for the same

 7          situation, right?

 8     A    I don't remember the exact date of that request,

 9          but I do remember that request, yes.

10     Q    And you met with Wilson about Sergeant

11          Dransfield's request for overtime and Felger

12          getting overtime, or allegations that Felger was

13          getting overtime, right?

14     A    I did discuss those with the Chief, yes.

15     Q    Do you have a recollection exactly when that

16          might have occurred?

17     A    No, I do not.

18     Q    When you met with Chief Wilson in regard to the

19          overtime issue, what did you learn?

20     A    Which overtime issue?

21     Q    Regarding Dransfield's request and Felger's

22          allegations, Felger's getting overtime?

23     A    Well, I think those are two separate issues.

24          First off, when the complaint was made about

25          Officer Felger receiving and requesting overtime
```

1          inappropriately, I had an investigation made.

2          When that was completed, we did some adjustments.

3          If I'm right, we did some adjustments on his

4          payroll and tightened up some of our personnel

5          practices.

6                    The issues with Sergeant Felger's

7          overtime I think, if my memory serves me right,

8          fell in two categories.  One, he made some

9          remarks to people about overtime which were

10         inappropriate, and I'm not sure exactly what the

11         problem was at the end of it, but they were

12         probably stupid comments.

13                   In actually investigating the timecards

14         I would say that he was being aggressive in his

15         claims for overtime but not clearly across any

16         specific line.  And, in fact, some of the

17         overtime that he was denied, I probably

18         personally would have approved payment on it if

19         it would have been my decision.  So I felt that

20         that was an issue of management, administration

21         of the department that we needed to make sure

22         that the officers knew where the lines were, make

23         sure the lines were clear and then have the

24         timecards reviewed and approved by the Chief

25         prior to going to the personnel for payment.

```
 1    Q    Did you tell Chief Wilson you were going to do
 2         anything about Felger making this request
 3         directly to you as opposed to going up his chain
 4         of command?
 5    A    In which -- I'm not sure -- Felger's request?
 6    Q    Actually Sergeant Dransfield.  Did you tell
 7         Wilson that as a result of Dransfield making this
 8         request for overtime directly to you and pointing
 9         out Felger's use, alleged receipt of overtime,
10         did you -- without first taking that up his chain
11         of command, did you tell Wilson you were going to
12         do anything about that?
13    A    No.
14    Q    Why not?
15    A    I would not have found that amiss.  As I said,
16         police officers often came in my office with
17         issues.  You know, I dealt with -- Like I said, I
18         dealt with the issue with Sergeant Felger
19         directly and I dealt with the issue with Sergeant
20         Dransfield directly.
21    Q    Did you ever tell Chief Wilson in dealing with
22         the Sergeant Dransfield issue that you were going
23         to take care of this once and for all?
24    A    No, I did not.  I don't even know what that
25         statement would mean.
```

```
 1    Q    Around that same time the end of January, did you

 2         ask Chief Wilson for Mary Abegglen's job

 3         description?

 4    A    I probably did, yes.

 5    Q    Why?

 6    A    As a result of Daphne Fisher's testimony, the

 7         Board authorized me to go ahead and start making

 8         some changes to the police department, some other

 9         departments of the town that I had been

10         requesting for some time and that included

11         revising job descriptions, and that starts with

12         having the old documents in your hands.

13    Q    You said Daphne Fisher's testimony.  It wasn't

14         testimony, it was a conversation, right?

15    A    That's correct.

16    Q    Did you do anything to verify whether Daphne

17         Fisher's conversation with you and Chief Wilson

18         was verifiable or did you just take her at her

19         word?

20    A    No, but Officer Fisher's conversation reinforced

21         other information that I had been given by the

22         parties.

23    Q    What other parties had you been getting

24         information from?

25    A    When I was first appointed the position, there
```

1   was -- the previous Chief of Police was heading

2   out the door.  He had resigned under duress.  The

3   Town Board Chairman at the time was Cos Daguanno

4   and he came in and spoke to me, who had already

5   served for many years as the Clerk Assessor for

6   the Town of Beloit, and came to me and informed

7   me that he thought that Tilly was being run out

8   by Mary Abegglen and Willie Abegglen and some of

9   the department members.

10     He had informed me at that time that the

11   same thing had happened to the previous Chief of

12   Police, Leroy Drost, I believe is the name, and

13   that he was concerned about it but there wasn't

14   much they could do right now because Tilley had

15   already resigned.  That information and some

16   conversations with some other board members,

17   including the current Town Board chairman, seemed

18   to be pretty common knowledge.

19 Q That was Greg Groves?

20 A Greg Groves, correct.

21 Q I show you what's been marked as Exhibit 8.

22   That's a news -- Gazette Xtra article, Town of

23   Beloit investigates racial slurs --

24 A Uhm-hum.

25 Q -- dated February 10, 2009.  They're talking

```
 1          about a conversation they had with you about

 2          complaints filed against, by the police union

 3          against Chief John Wilson which you indicate were

 4          politically motivated, and then you're within

 5          quotes, the third paragraph down, the union has

 6          taken a shot at John, Museus said this morning,

 7          do you see that?

 8    A     Yes, I do.

 9    Q     Why didn't you at that point in time declare the

10          Freedom of Information Act and stay silent on the

11          issue?

12    A     Well, I don't think this is related to the

13          Freedom of Information Act at all.  I think that

14          the Freedom of Information Act is regarding

15          documents and that until the document is

16          released, I wasn't free to talk about it.  This

17          has to do with the fact that there was a

18          complaint made and an investigation being made,

19          and the fact that the union was taking a shot at

20          John doesn't alleviate John from the

21          responsibility for using the racial slurs.  I

22          think they're two separate issues.

23    Q     So by this time, the media had received a copy of

24          Levy's report is what you're saying for the

25          Freedom of Information Act not to apply?
```

```
 1    A    No.

 2    Q    Well, otherwise you couldn't talk about any

 3         investigation or results of investigations if

 4         they didn't have a report, right?

 5    A    Yeah.

 6    Q    Am I right about that?

 7    A    No, it says -- Yeah.  At this point within the

 8         article, February 10th, it states the Janesville

 9         Gazette had a copy of the investigation through

10         the open records law.

11    Q    And at that point you also knew the union's

12         allegations were proven to be true in regard to

13         Wilson's use of racial slurs in the department,

14         right?

15    A    Correct.

16    Q    In fact, Wilson, you knew Wilson had admitted to

17         making racial slurs within the department, right?

18    A    Correct.

19    Q    In fact, you admonished him for that, correct?

20    A    That's right.

21    Q    So how did you conclude for the paper's purposes

22         the union was taking a shot at him when the

23         allegations were proven to be true?

24    A    Well, I think that you can use truth against

25         somebody.  It's motivation that's the issue here,
```

```
 1          and by this time I had already been informed by

 2          Daphne Fisher that the union had intended to use

 3          this investigation as a means of removing the

 4          Chief from his position, so I was already aware

 5          of that.

 6     Q    But at this point the newspaper's trying to

 7          report whether or not they have a Police Chief

 8          using racial slurs which was proven to be true,

 9          right?

10     A    And I believe it says that.

11     Q    So why are you trying to relay the union's motive

12          when, in fact, they're asking about the facts?

13     A    I think --

14               MR. ZALEWSKI:  I'm going to object to

15          form.  I think this whole article refers to that

16          no confidence report, not the disciplinary

17          report.  It starts off that way in the first

18          paragraph.

19  BY MR. RETTKO:

20     Q    You can answer.

21     A    I think that when you're dealing with politics,

22          motive matters.

23     Q    And you were going to make sure that the public

24          knew the union had a motive here, right?

25     A    That's correct.
```

1    Q    And why did you want the public to understand

2         that?

3    A    Because I think that the public needed to be

4         aware of what was actually happening.

5    Q    In addition to having a Police Chief that used

6         racial slurs they needed to know the union didn't

7         like the chief, right?

8    A    Correct.

9    Q    Why did you want to make sure the public knew

10         both those items?

11    A    You know, I can't -- I cannot remember exactly my

12         motivation at that point in time, but I think I

13         was speaking what I believed, and I can't

14         remember exactly the way the question, whatever

15         question the reporter asked me how that was

16         phrased.  I responded to the reporter and to her

17         request.  You know, how she places it in the

18         article is something else again.

19    Q    When you made your comments to that particular

20         reporter, did you know that they had already

21         obtained a copy of the Levy report?

22    A    Yes.  I would have known that.

23    Q    Now, in that particular article, it goes on to

24         say that -- you mention about three-fourths of

25         the way down, it says, the Town will not, within

```
 1            quotes, surrender, quotes, management rights to

 2            the union, he said.  That's -- He said it refers

 3            to something you said.  Why would you tell the

 4            newspaper that the Town will not surrender

 5            management rights to the union?

 6     A      Again, I cannot remember the question that the

 7            reporter asked me.  It would have been -- It

 8            would have been a direct response to a question

 9            that this reporter asked me.

10     Q      Now, in here you indicate that Wilson is quite

11            contrite, within quotes, and has apologized to

12            the Town Board as Museus said.  Wilson has been

13            reprimanded in writing and required to take

14            counseling or a sensitivity program according to

15            the report, right?

16     A      Correct.

17     Q      Up to that point had Wilson completed his

18            sensitivity training?

19     A      I don't believe so.

20     Q      Was there an issue about the amount of punishment

21            that Wilson received?  Is that what I'm gathering

22            in reading this report, that the reporter may be

23            questioning why only a written reprimand?

24     A      I have no knowledge about the reporter's

25            motivation.  I do not remember the conversation
```

1       being --

2    Q    Do you have any recollection of anyone in the

3        public being upset with finding Wilson had been

4        using racial slurs was proven to be true and all

5        he got was a written reprimand and sensitivity

6        training?

7    A    I have heard members of the public state that

8        they thought it was too light a punishment.

9    Q    Did you catch any heat about that?

10    A    I would not say -- No.  There are people who

11        disagreed with that decision, yes, but there was

12        never any pressure to reverse it.

13    Q    Other than the admonishment in requiring Wilson

14        to go to counseling or sensitivity training, did

15        you take any other actions to assure there was --

16        there wasn't a hostile work environment going on

17        in the police department?

18    A    I would say that the -- that there was a very bad

19        environment in the police department, but to

20        state that it was totally the Chief's fault would

21        be false, that there was dissension in the

22        department.  I have never been totally clear on

23        where it -- what started it, but in my belief

24        that this was not an issue of the Chief creating

25        a hostile and offensive work environment in the

1          department, that's the end of it.  I think that

2          this has to do with interaction of people, and

3          there was just as much activity on the part of

4          the union and the people who opposed the Chief to

5          create a hostile work environment.

6                    In fact, I think that's the majority of

7          what the problem was.  When I have officers

8          coming to me and stating that members of the

9          union say they will not support them on the

10         street, I think that is a hostile work

11         environment.  When I see the officers no longer

12         issuing citations, I think that affects the work

13         environment, so to paint this as an issue with

14         just the Chief creating a problem, I don't

15         believe that's true.

16    Q    So when Daphne Fisher came up and said that an

17         officer specifically told me no one's got your

18         back, what did you do to correct that hostile

19         environment?

20    A    I did have a discussion with the Chief on what we

21         could possibly do with that.  Since it was one

22         person's word against another, conducting an

23         investigation did not seem to be a reasonable

24         course of action.  Daphne was reassigned to the

25         day shift where we can insure that whatever --

```
 1              that she did have backup, she did have support
 2              and she was not at risk.
 3      Q       I'm going to show you what's been marked as
 4              Exhibit 24.  Can you identify that document for
 5              the record?
 6      A       Yeah.  This is the report that I provided the
 7              Town Board regarding the impact of the proposed
 8              reorganization of the Town of Beloit employees.
 9      Q       And the date of this?
10      A       February 9th, 2009.
11      Q       Do you have any -- What was the need for the Town
12              restructuring as of February 9th, 2009?
13      A       There were a number of longstanding issues in the
14              police department and then there were some
15              short-term issues occurring in the Fire
16              Department that required some decisions by the
17              Town Board on personnel, and they requested that
18              I put that all -- instead of dealing with them
19              individually, that they -- I put it together in a
20              package and show them what the financial impact
21              would be on the Town with the proposed changes.
22      Q       And I see you've got a list of about eight
23              reasons at the top for why a restructuring would
24              improve the efficiency and effectiveness of the
25              Town's operations, correct?
```

```
1    A    Correct.

2    Q    No. 1, Improving the confidentiality of

3         collective bargaining and personnel

4         administration?

5    A    That's correct.

6    Q    What did you mean by that?

7    A    One of the things that Daphne Fisher informed me,

8         her meeting, was that during one of the union

9         meetings she attended there was an interest

10        expressed to get some information out of some

11        personnel files of the Town.  The Personnel Clerk

12        at that time was a union member, though in a

13        different bargaining unit.  She said she would

14        just go and get the information and make copies.

15        That raised -- I already had a flag raised on

16        that before, so I took those responsibilities

17        away from a union member and put them in the

18        hands of a non-union member to maintain the

19        confidentiality of the Town's employment records.

20   Q    Who was that that was going to go right to

21        personnel files and --

22   A    Lynn Caple.

23   Q    And what position did she have?

24   A    At that time she was serving as the Deputy

25        Treasurer, and as part of that, though, her job
```

```
 1              functions, she served as the Town's personnel

 2              clerk.

 3     Q        I see below, Deputy Treasurer position earning

 4              $65,000 a year is deleted?

 5     A        That's correct.  We redid the job classification

 6              of Deputy Treasurer when we took away the

 7              personnel functions from that position and she

 8              became the Records Billing Clerk.  There was no

 9              change in pay in that position.

10     Q        I don't see Records Billing Clerk on your list

11              here.  Where is that listed?  I see the deletion

12              of the Deputy Treasurer, but I don't see the

13              addition of Deputy --

14     A        I'm not sure where that --

15     Q        -- of Records Clerk, Records Billing Clerk.  I

16              don't see it.

17     A        You know, I don't see that.

18     Q        Okay.  So that was shifting 65,000 which shows a

19              savings here, but you don't show the cost?

20     A        The expense, correct.  There's an error there.

21     Q        So the annual budget impact's more like 5,000

22              based on that error instead of 70, right?

23     A        That's correct.

24     Q        Going to step number 2 it says, Separating court

25              duties from law enforcement; what did you mean by
```

1          that?

2     A    Well, when I first got there, I felt that it was

3          inappropriate for the Clerk of Court to be

4          working in the police department.  I felt that

5          there was a -- I think it was typically called a

6          Second Amendment issue there.  I discussed that

7          with Judge Holland, the judge, and he agreed with

8          me.  I had talked to the board for a number of

9          times over the years about trying to get the

10         Clerk of Court out of the police station

11         somewhere else.  The Town Board's objections at

12         the time were No. 2, where do we put the

13         position, we just don't have the space, and then

14         we have to create a new position in the police

15         department for the clerical clerk and that would

16         cost us more money, so they didn't want to do it.

17         And at this point in time, then they saw the

18         benefit of it and decided that they would go

19         ahead and make it happen.

20    Q    You said Second Amendment issue, what would the

21         Second Amendment issue be?

22    A    Separation of powers is the way I would term it.

23         The court system is separate and a separate

24         entity from law enforcement and police, and I

25         just saw it as if somebody was coming in to pay a

```
 1              court fine and wanted to talk to the Clerk of
 2              Court and she was sitting there with the Chief of
 3              Police, that that was -- that did not represent
 4              our court system well.
 5      Q       And that had been going on since the minute you
 6              arrived in town, right?
 7      A       And that's not just in the Town of Beloit but
 8              other communities do it the same way.  I just
 9              felt it was inappropriate.
10      Q       And in February 2009 you got the Board to agree
11              to this change, why?
12      A       Well, I think that it wasn't just one issue.  I
13              think you had to look at the package.  We also
14              had the issue where we had the opportunity for
15              nepotism in the police department because we had
16              a married couple.  We had a married person
17              supervising another married person.  That is not
18              good management and violates the Town's personnel
19              policy, so by separating out those two people,
20              those two married people, we can also at the same
21              time take care of this other separation of powers
22              issue so it fit together.
23      Q       And the nepotism issue's item number 4, right,
24              reducing the opportunity for nepotism?
25      A       That's correct.
```

```
 1    Q    How long had Mary Abegglen been married to Will
 2         Abegglen prior to February of 2009 to your
 3         knowledge?
 4    A    My understanding is they got married, my memory
 5         is late 2003, 2004.
 6    Q    You were Town Board -- you were the Town
 7         Administrator at that time, right?
 8    A    Yes, I was.
 9    Q    Why didn't you take any action at that time to
10         enforce the nepotism rule?
11    A    I did.  I took it to the Town Board and sought
12         their guidance and input.  The Town Board at that
13         time felt that it was a new policy and they
14         didn't want to create any waves.  And, again, how
15         are you going to fix this, this is going to cost
16         us money, so they directed me to leave it alone
17         at that time.
18    Q    Going to number 3, it says eliminating
19         employer-employee conflict in police department;
20         what did you mean by that?
21    A    Well, by this time we knew that there was
22         collusion within the department to oust the Chief
23         and to take control of the department, and this
24         was -- by re-organizing the department we could
25         reduce that conflict.
```

```
 1    Q    So you're speaking of the conflict between Wilson
 2         and Abegglen and Wilson and some other
 3         subordinates, right?
 4    A    That's correct.
 5    Q    And, in fact, this particular reorganization only
 6         affected Abegglen's position as Deputy Chief,
 7         correct?
 8    A    No, that's not true.  There were a number of
 9         people affected by this reorganization.
10    Q    Well, in regard to the police department in
11         regard to employer-employer conflicts, right?
12    A    No.  Well, as far as it affecting people in the
13         police department, it affected a number of
14         people.  It affected the -- Willis Abegglen and
15         the reorganization of his duties, it affected
16         Mary Abegglen and the reorganization of her
17         duties.  If memory serves me right, Kelly was
18         also affected by it, and we also cut a position.
19    Q    What position did you cut?
20    A    We -- The intent was is to leave the number of
21         personnel in the department the same and so we
22         created a new position, a clerical position that
23         the -- we would lose a patrolman's position.
24    Q    Which patrol position did you lose?
25    A    It would have been Officer Decker's, who is the
```

| | | |
|---|---|---|
| 1 | | junior -- By union contract, the junior officer |
| 2 | | is the one that would have disappeared. |
| 3 | Q | Now, Chief Wilson testified Officer Decker did |
| 4 | | not get laid off until December 2009; do you |
| 5 | | disagree with that testimony? |
| 6 | A | No, I do not. |
| 7 | Q | Now, I notice at the bottom here you've got |
| 8 | | Deputy Chief of Police, delete position, 82,000 |
| 9 | | savings? |
| 10 | A | That was the cost of the position, yes. |
| 11 | Q | But you don't note in here that that person was |
| 12 | | being retained in the department and staying on |
| 13 | | at a Sergeant's salary, right? |
| 14 | A | That's correct. |
| 15 | Q | How much did that Sergeant's position cost? |
| 16 | A | Sergeant's position saves us a few thousand |
| 17 | | dollars.  It's not very much. |
| 18 | Q | So in reality the annual budget impact is not |
| 19 | | really a savings of anything but it's -- without |
| 20 | | putting in the 65,000 for the Deputy Treasurer |
| 21 | | becoming Billing Clerk and without putting in the |
| 22 | | Deputy Chief being deleted but actually going to |
| 23 | | the Sergeant's position, there's no savings here, |
| 24 | | is there? |
| 25 | A | No.  I think that my thought process there was is |

```
 1              that we were not creating a new Sergeant's
 2              position, that the Sergeant's position would
 3              remain.  It's just that under the law Sergeant
 4              Abegglen had bumping rights so he would take the
 5              Sergeant's position from someone else.  The other
 6              person would become a patrol officer.
 7        Q     Did that happen?
 8        A     I don't think directly, no, because there were
 9              other personnel actions that happened in that
10              process.  The net result in the department was
11              the same.  During the -- During that year,
12              Sergeant Abegglen, for example, immediately took
13              a short-term disability for a period of some
14              weeks.  I believe we had another Sergeant out for
15              a period of some weeks, we had other patrol
16              officers out for worker's compensation, so
17              instead of laying off the officer immediately, we
18              waited till the start of the year because the
19              department was shorthanded.  Sometimes we were
20              down three officers at a time on sick leave or
21              worker's comp.
22        Q     Back to item 3, Eliminating employer-employee
23              conflict in the police department.  Why did that
24              become an issue in February of 2009?
25        A     Directly because of Daphne Fisher's --
```

```
 1    Q    Going to number 5, Improving the segregation of
 2         financial duties.  What did you mean by that?
 3    A    We get -- And it's true for all small
 4         communities.  We don't have enough employees to
 5         segregate our financial duties to the extent that
 6         our auditor would like us to.  That means they
 7         want separate financial actions done by different
 8         individuals so that no one individual has an
 9         opportunity for fraud and graft.  When we did
10         this reorganization, I included concerns for a
11         treasurer in trying to segregate the duties we
12         assign job duties to various positions, that we
13         could segregate our financial duties as much as
14         possible to reduce the opportunity for fraud and
15         graft within the Town.
16    Q    Why did that become an issue as of February of
17         '09?
18    A    It's an ongoing and consistent issue.  We never
19         look at any job that deals with the money of the
20         Town of Beloit without considering segregation of
21         duties, potential for graft interruption.
22    Q    Number 6, Adjusting workload to better make use
23         of employee time; what did you mean by that?
24    A    At this point I can't -- I would have to give
25         some thought to that specifically what the issues
```

```
1              were there.

2       Q      Next one, No. 7, Improving the management and

3              administration of Town affairs; what did you

4              mean?

5       A      I think the issue there was is we did have some,

6              what I would call -- for example, in the police

7              department it's been brought up in testimony, we

8              had some issues with overtime and personnel

9              issues in reporting -- I guess what we call

10             clerical administrative functions.  I thought by

11             bringing together the clerical functioning into a

12             new position of Administrative Assistant to the

13             Chief of Police, those things could be approved.

14             Also, regarding the creation of a personnel clerk

15             for the Town and having somebody who could spend

16             more time focused on that without having to be

17             responsible for utility billing and accounting

18             and other things would also benefit the town and

19             be able to focus on what was obviously a problem.

20      Q      That's something that existed prior to February

21             of '09?

22      A      That's correct.

23      Q      And next item, Reducing costs; what did you mean

24             by that?

25      A      The Town when I did the reorganization, the Town
```

1          Board's direction was it should be cost control,

2          save us money, and I think that it met that goal.

3     Q    Based on what you've got explained here at the

4          bottom of --

5     A    Yes.

6     Q    -- the first page of Exhibit 24?

7     A    Yes.

8     Q    As I listened to you testify, would it be correct

9          to say that most all of these issues existed

10         before February of '09, but the Board wouldn't do

11         anything about it unless they saw there was going

12         to be some cost savings to the changes?

13    A    No.  I think what the trigger was, for the Board

14         was is when Officer Fisher came forward and

15         stated what was happening within the police

16         department, we had concerns about the reliability

17         and security of information of the employees

18         records, which was important to us for a lot of

19         legal reasons.  I think that things that we

20         wanted to do, separate out the Clerk of the Court

21         from the police department to separate out the

22         Abegglens and their working employment all of a

23         sudden that didn't seem to be so burdensome to

24         the Town Board, let's go ahead and do it.

25    Q    In regard to Willis Abegglen's administrative

1          duties as Deputy Chief, what was your

2          understanding as to how those administrative

3          duties were going to be taken care of?

4     A    I would say that the Deputy Chief had, as I

5          viewed it, three categories.  Basically the

6          supervisory responsibilities.  Our Deputy Chief

7          acted as a supervisor, a Sergeant, had the role

8          of a Sergeant, had what are called professional

9          police duties in assisting the Chief of Police in

10         policy and in management issues.  That had some

11         clerical duties as well just because we're a

12         small community.  And when we reorganized the

13         department, the clerical duties went to -- the

14         responsibilities went to the new Administrative

15         Assistant, which was more efficient.  An

16         Administrative employee costs me less than a

17         police officer and also brought those duties

18         together into one position.

19              The responsibilities for the

20         professional management of the organization,

21         those went back to the Chief for him to reassign

22         as appropriate, and then that position kind of

23         retained the Sergeant's responsibilities.

24    Q    And what did the new Administrative Assistant

25         that was taking over Willis' administrative

```
1              duties -- Is that position listed on here?
2         A    Police Secretary, new position is how we have it
3              listed here.
4         Q    And it's 56,000 a year?
5         A    Yeah.  Yes.  That's with benefits.
6         Q    I understand.  And the 82,000 for Deputy Chief's
7              with benefits, too, right?
8         A    That's correct.
9         Q    Did anyone on the Town Board ever sit down and
10             question you about the savings cost analysis you
11             did here?
12        A    Oh, they went over it in detail.
13        Q    Were they aware of the fact that this really
14             wasn't a $70,000 savings as is depicted at the
15             bottom?
16        A    Well, I believe it was I think.  I'm just --
17             would have to sit down and think about -- we're
18             talking about the one position switching.
19                  Looking back, the Deputy Treasurer was
20             deleted at $65,000 a year.  The Billing Clerk --
21             That became the Billing Clerk's, slash, here at
22             $43,000 per year.  A lot of -- I think the cost
23             savings there was driven by overtime.
24        Q    With Mary Abegglen's position, the Clerk of Court
25             Police Administrative Assistant was deleted at
```

```
 1          50,000.  What new positions were added as a

 2          result of that position being deleted?

 3    A     The duties of the Administrative Assistant Clerk

 4          of Court, the administrative duties went to the

 5          Police Secretary position to separate out that

 6          from the Court, and what remained was the Clerk

 7          of Court responsibilities and so the job

 8          became -- it would be called Clerk of Court

 9          Receptionist just because that position then

10          physically was being moved to the Town Hall and

11          all of our employees at the Town Hall are up at

12          the front desk.  We only have three people up

13          there.  When somebody is on lunch or on sick

14          leave, everybody has to fit in.

15    Q     And you don't have Abegglen's jumping down to the

16          Sergeant's position here either, do you?

17    A     I believe I didn't do that because he would have

18          occupied an existing position and there would

19          have been a bump there.

20    Q     But there wasn't a bump, was there?

21    A     In our organization there was.  When you follow

22          the track of personnel, it took a while, but it

23          occurred the next year.  And again that's because

24          we're managed by position and there were a number

25          of people absent during that year and we retained
```

```
 1            that officer so we didn't have to pay overtime
 2            for other people.
 3      Q    Where do you have Mary's new position on here?
 4      A    Clerk of Court/Receptionist.
 5      Q    That's 34,000?
 6      A    That would be the budget figure with benefits,
 7            yes.
 8      Q    And then the other portion of her job was picked
 9            up by the Police Secretary, 56,000 a year?
10      A    That's correct.
11      Q    Now, at the time you met with Willis Abegglen in
12            February of '09, and you informed him that the
13            Deputy Chief's position was being eliminated, why
14            was it that you told him the position was being
15            eliminated to put more patrol officers on the
16            street?
17      A    I think that was part of the benefit of the
18            reorganization was is that we took a -- brought
19            in a clerical employee at a lower rate of pay who
20            is trained and equipped to do clerical work and
21            put our licensed law enforcement officers back
22            out on the street.  Given that we are a small
23            department with, at that time, a dozen officers,
24            to get the personnel out of the office on the
25            street was a significant benefit to us.
```

```
 1   Q   You also told Abegglen at that same time if he
 2       didn't retire, you would have to go to the
 3       position of Sergeant and that you would lay off
 4       the most junior person in the police department?
 5   A   That's correct.
 6   Q   So how are you gaining more patrol officers by
 7       putting one on and taking one and laying him off?
 8   A   Well, we didn't lose anybody on the street.  We
 9       were able to gain a clerical position in the
10       department and not lose street time.
11   Q   You gained a clerical person, you lost an officer
12       and you gained a sergeant?
13   A   Right.  Maybe that's confusing.  We actually I
14       don't think gained a sergeant.  We kept the same
15       number of sergeants, it's just that we wouldn't
16       have a sergeant tied up in the office.
17   Q   Now, when you told Abegglen this, he objected or
18       he said that he would -- wouldn't be retiring and
19       wouldn't be accepting the Sergeant's position
20       except under duress, right?
21   A   I don't have any exact memory of that
22       conversation, no.
23   Q   And --
24   A   But I wouldn't dispute it either.
25   Q   -- do you recall Abegglen requesting that the
```

```
 1            Board provide him a letter regarding his demotion
 2            to Sergeant at that time?  That he said I want a
 3            letter from the Board.
 4    A       I have -- Yes.
 5    Q       And at that time why did you respond to Willis
 6            Abegglen you don't tell me how to run the Town of
 7            Beloit?
 8    A       I think that you have to -- You have to -- What's
 9            in writing isn't always what exists at the time
10            of the moment, and I think you have to know
11            Willie and his demeanor and his action.  At that
12            point in time Willie was trying to take control
13            of the conversation and tried to guide the
14            direction of where the conversation was going,
15            and I was not going to accept that.
16    Q       Who had the Rock County Sheriff place an extra
17            squad in the area of the Town Hall when you and
18            Groves met with Abegglen to tell him his position
19            was being eliminated?
20    A       The direct answer to that question is the Sheriff
21            did.
22    Q       Who requested that the Sheriff do that?
23    A       I requested that the Sheriff provide security at
24            this point in time.  How he did that was his
25            decision.  I did not specifically ask for a squad
```

```
 1          car or anything else, but I did ask for the

 2          sheriff's department to provide security at that,

 3          during those conversations.

 4    Q     And why did you ask the Sheriff for security?

 5    A     That is because a number of people had over the

 6          previous few weeks warned me of Willie's

 7          explosive personality and the fact that he could

 8          become violent.  One of those was Captain Tom

 9          Gehl of the sheriff's department.  One of those

10          were the Town of Board chairman, Greg Groves, and

11          I believe Dave Garetson, who also is another

12          employee of the Town, mentioned some things.  I

13          don't know how seriously I took it, but Bill

14          Henderson, or the town attorney, was going to be

15          with me, and I mentioned it to him, and he felt

16          if there was any possibility of any violence that

17          he would feel better if there was somebody there

18          to help out, so I requested some assistance from

19          the sheriff's department and he decided how it

20          was going to be done.

21    Q     In fact, the Sheriff that was parked outside,

22          there was no need to call him into the situation,

23          wasn't that true?

24    A     No, there was not.

25    Q     I'm going to show you what's been marked as
```

```
 1              Exhibit 25.  Can you identify Exhibit 25 for the
 2              record?
 3      A       Yeah.  I was in conversation with the union
 4              regarding the reorganization and whenever there
 5              was something that affected that reorganization,
 6              I usually informed their representative, Al
 7              Fladthammer.  In this case partly the
 8              reorganization caused while Mary was moving --
 9              Clerk of Court was moving from the police
10              department into the Town Hall.  In order to make
11              the software work in the computers required a
12              change to the Internet connection between the
13              Town Hall, required a secure service between the
14              Town Hall and the police department.  That was
15              delayed for a couple of reasons over time, some
16              of it due to Charter and their hardware, some of
17              it due to the person we had hired to do the
18              software and getting the work done.
19      Q       How much did it cost to move that office from the
20              police building to the Town Hall including this
21              installation of Internet service and moving
22              charges and furniture and things of that nature?
23      A       I can't tell you exactly 'cause there were other
24              costs at the time associated with what was going
25              on in the police department not directly related
```

```
 1            to this and they kind of got lumped together.

 2                 The cost for Charter was no change.  We

 3            were doing that anyway.  There was some cost for

 4            some additional software and the time to set up

 5            that software, and I'm not sure what those costs

 6            are.

 7    Q       Do you have any idea what it cost for furniture

 8            at the Town Hall to set up this new office?

 9    A       I would not expect very much.  We used existing

10            furnishings.  There may have been some

11            administrative things that needed to be changed

12            out, but I don't --

13    Q       I'm going to show you what's been marked as

14            Exhibit 26.  Can you identify what Exhibit 26 is

15            for the record?

16    A       This is my response to Teamsters Local 695 and

17            their grievance regarding I believe it's the

18            Clerk of Court's job change.

19    Q       You cite in here Wisconsin Statute Section

20            111.345 as an antinepotism section of the

21            Wisconsin code?

22    A       I believe that code allows us to reassign

23            personnel to avoid nepotism.

24    Q       Going back to Exhibit 24 --

25    A       Uhm-hum.
```

```
 1    Q    -- anywhere in there did your presentation to the
 2         Town Board on February 9th mention the Separation
 3         of Powers Doctrine?
 4    A    What I stated was separating court duties from
 5         law enforcement.  I used different terminology in
 6         the two documents.
 7    Q    And by the time your letter to Mr. Bogdonas of
 8         June 8th, 2009, you had changed that term to
 9         Separation of Powers Doctrine?
10    A    I expect I used those two terms pretty much
11         interchangeably.
12    Q    I show you what's been marked as Exhibit 27.  Can
13         you identify what this document is for the
14         record?
15    A    That is my budget letter to the Board for the
16         budget we were preparing for 2010.
17    Q    On page 2 it indicates the police department
18         going back to 2008's approximate size; do you see
19         that?
20    A    Correct.
21    Q    How was that going to be achieved as of
22         November 2009 when this was written?
23    A    In -- For the police budget for 2010
24         fundamentally we were reducing four officers.
25    Q    So in November of 2009 you had made a decision
```

1          that in 2010 four officers were getting cut?

2    A    That was the budget would be reduced for four

3          officers, but in this case that included the

4          officer that we had reduced in 2009 plus three

5          new officers.

6    Q    Now, there's a foldout sheet in there and, I'm

7          sorry, I didn't get real good copies of that on

8          our copies, but we'll make better copies for us.

9          In there it says 2009 total police department

10         expense at $1,322,479.25, right?

11   A    Yes.

12   Q    And for 2010 it's budgeted at $1,158,390.36,

13         correct?

14   A    Okay.

15   Q    I think that's on the follow-up sheet, it's got

16         the 2010 --

17   A    Okay.

18   Q    -- projections.  If I'm wrong, let me know.  I

19         said 1,158,390.36.

20   A    I have for 2010 budget for police showing on

21         here, 1,344,858.46.

22   Q    Let me see where you're looking at and see where

23         I'm mistaken.  Okay.

24   A    I'm looking at the total column.  It should be --

25         the police should be the one, two, three, fourth

1          column down.

2    Q    I was talking about personnel?

3    A    Oh, personnel, that's okay.

4    Q    That's where we're on this.  I wasn't clear on

5          that.

6               So it went down by roughly $60,000 -- or

7          roughly 160, about $164,000?

8    A    Correct, thereabouts.

9    Q    And I see where the fire and ambulance personnel

10         costs for 2009 was actually less than what it's

11         projected for in 2010 by about 31,000, right?

12    A    Shows the -- 2009, our budget for personnel

13         expense for fire was 1.2 million.  1.2 --

14         1,210,000; 2010, 1,242,000.

15    Q    So actually fire and ambulance personnel costs

16         went up versus the police, which went down?

17    A    Correct.

18    Q    Who all got cut from the police department budget

19         in 2010, do you know the employees?

20    A    By name?

21    Q    Right.

22    A    Well, including one that we had scheduled for

23         reduction in 2009, it would have been Officer

24         Decker, Officer Fisher, Officer Waldinger and

25         then Officers Bogdonas resigned so that we did

```
 1          not -- so that filled that position or took care

 2          of that position.

 3     Q    And you've added Laura Palmer?

 4     A    Sergeant Palmer fills the vacancy left by

 5          Sergeant Abegglen.

 6     Q    And there's still three sergeants at the police

 7          department now?

 8     A    There are a total of three sergeants, correct.

 9     Q    And I notice that between 2009 and 2010 the

10          administrative personnel costs increased --

11     A    Correct.

12     Q    -- by about 60,000, right?

13     A    From 268,000 to 330,000 approximately, yes.

14     Q    Who is all covered by the administrative

15          category?

16     A    Administrative category includes myself as the

17          Administrator, the Clerk, the Administrative

18          Assistant/Personnel Clerk.  I don't think --

19          There may be some temporary part-time payroll

20          involved in there as well.

21     Q    How many raises have you received since

22          January 2009?

23     A    January 2009?

24     Q    Uhm-hum.

25     A    Zero.  I did receive a raise in January,
```

1          January 2009.

2     Q    How much was that?

3     A    I can't remember exactly.  I think it was right

4          around about 5 percent.

5     Q    And what's the -- who all got raises then from

6          2009 to 2010 that accounts for administrative

7          personnel costs going up by over 60,000?

8     A    It was actually a reorganization of positions.

9          We took -- What ended up happening is we took one

10         part-time position, ended up making it a

11         full-time position.

12    Q    What's all covered in the category Board and

13         Commissioner -- Boards and Commissioner on that

14         budget?

15    A    That would include the Town Board, and I think

16         that's the only Town Board.

17    Q    As I read the budget, the only areas that were

18         decreased in the Town budget were the police,

19         courts, Boards and Commissioners and the Fall

20         Festival, am I correct about that, in regard to

21         personnel costs?

22    A    It appears so, yes.

23    Q    Okay.  I'm going to show you what's been marked

24         as Exhibit 28.  Can you identify Exhibit 28 for

25         the record?

1    A    It is a memorandum from myself to the Town

2         Personnel Clerk regarding paying terminal leave

3         benefits to Sergeant Abegglen upon his

4         retirement.

5    Q    That's dated March 1st, 2010?

6    A    Correct.

7    Q    And was the decision that you made not to pay

8         Willis Abegglen the terminal leave benefits a

9         decision the Town had ever made prior to this, to

10        your knowledge?

11   A    I can't remember if Officer Bogdonas left our

12        service before Sergeant Abegglen or -- Sergeant

13        Abegglen left first, but they were the first two.

14   Q    When you say first two times it came up, what do

15        you mean?

16   A    Our policy is for an employee to receive terminal

17        leave benefits, they need to provide us 10

18        working days notice, and this is the first --

19        these are the first two occurrences that since

20        I've been here that the employees leaving our

21        service didn't provide us the 10 working days

22        notice.

23   Q    Did you check in regard to any past history on

24        whether anyone -- that had ever occurred before?

25   A    No.

```
 1    Q    I'm going to show you two documents at the same
 2         time.  Exhibits 29 and 30, can you -- that's 30.
 3         Can you identify what Exhibit 29 is?
 4    A    Yeah.  It is a notice to Mary Abegglen that we
 5         received application for the part-time Data Entry
 6         Clerk Position and that she could test for it on
 7         Saturday, April 3rd, 2010.
 8    Q    And what's Exhibit 30?
 9    A    That is the job description for the Data Entry
10         Clerk dated March 2010.
11    Q    That's the position she was allowed to apply for?
12    A    Yes.
13    Q    Did she take the test, do you recall?
14    A    I believe she took both the written test and the
15         data entry test.
16    Q    And how did those exams work out?
17    A    She did not score in the top five, which we
18         interviewed for.
19    Q    Who eventually got that position?
20    A    Jennifer, and her last name I can't remember
21         right now.
22    Q    And did Jennifer apply for the position?
23    A    Yes, she did.
24    Q    How many internal investigations have you
25         initiated against Mary Abegglen since February of
```

```
 1              '09?

 2      A       Did I initiate?

 3      Q       Uhm-hum.

 4      A       Zero.

 5      Q       How many have been initiated against her that

 6              you're aware of?

 7      A       How many complaints I received against Mary?  I

 8              can't remember the number off the top of my head.

 9              There's been a handful.

10      Q       How many of those complaints have been

11              substantiated?

12      A       At this point, zero.

13      Q       Do you have any idea of how many internal

14              investigations were initiated against her prior

15              to February of '09?

16      A       I don't know if there's been any formal

17              investigations done before that date.

18      Q       Do you know why the change occurred as of

19              February '09 in regard to Mary Abegglen having a

20              handful of internal investigations initiated

21              against her before February of '09 and there

22              weren't any?

23      A       I think that -- This is not related to Mary, but

24              in the past we have received complaints on Mary.

25              Those were done internally and informally
```

```
 1              generally by the Chief, myself.

 2                   After the commotion started in the

 3              police department, I had made a decision that all

 4              complaints would go in writing, be investigated

 5              in writing.  And so we had numerous complaints

 6              not just involving Mary, in that period of time.

 7      Q    Has it gone up for everyone then is what you're

 8           saying?

 9      A    Individually?

10      Q    Right.

11      A    No.  I think the number of investigations have

12           gone up substantially.  And I would expect that

13           the number for Mary is the highest.

14                   MR. RETTKO:  Do you have any questions?

15                   MR. ZALEWSKI:  No, I don't.

16  BY MR. RETTKO:

17      Q    I'm going to take just a few minutes 'cause I

18           want to make sure I'm all done with my questions

19           before I release you 'cause I'd rather not have

20           to do this again.

21      A    Okay.

22      Q    All right.

23                   MR. ZALEWSKI:  These go with the court

24           reporter.

25                   THE WITNESS:  Okay.  I'm sorry.
```

```
 1                    (A recess was taken.)
 2               (At 2:11 p.m. the deposition concluded.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1     STATE OF WISCONSIN  )
                        ) SS:
2     MILWAUKEE COUNTY  )

3               I, CHRISTINE A. MORAN, RPR and Notary

4     Public in and for the State of Wisconsin, do

5     hereby certify that the deposition of ROBERT

6     MUSEUS, was taken before me at the Beloit Fire

7     Department 2445 South Afton Road, Beloit,

8     Wisconsin, on the 1st day of September, 2010,

9     commencing at 12:03 in the afternoon.

10            That it was taken at the instance of

11     the Plaintiffs upon verbal interrogatories.

12            That said statement was taken to be

13     used in an action now pending in the UNITED

14     STATES DISTRICT COURT, WESTERN DISTRICT OF

15     WISCONSIN, in which Willis Abegglen, et al., are

16     the Plaintiffs, and the Town of Beloit, et al.,

17     are the Defendants.

18           A P P E A R A N C E S

19            RETTKO LAW OFFICES, S.C., 15460 West

20     Capitol Drive, Suite 150, Brookfield, Wisconsin

21     53005, by MR. WILLIAM R. RETTKO, appeared on

22     behalf of the Plaintiffs.

23            ZALEWSKI, KLINNER & KRAMER, LLP, 1500

24     Merrill Avenue, P.O. Box 1386, Wausau, Wisconsin

25     54401-1386, by MR. RICHARD W. ZALEWSKI, appeared

1          on behalf of the Defendants.

2                    ALSO PRESENT Kris Eastman, Willis

3          Abegglen and Mary Abegglen.

4                    That said deponent, before examination,

5          was sworn to testify the truth, the whole truth,

6          and nothing but the truth relative to said cause.

7                    That the foregoing is a full, true and

8          correct record of all the proceedings had in the

9          matter of the taking of said deposition, as

10         reflected by my original machine shorthand notes

11         taken at said time and place.

12

13

14                                 _____

15                            Notary Public in and

16                               for the State of Wisconsin

17

18         Dated this 9th day of September, 2010.

19         Milwaukee, Wisconsin.

20
           My Commission expires December 12, 2010.
21
           Halma-Jilek Reporting, Inc.
22         (414) 271-4466

23

24

25