Page 1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

WILLIS ABEGGLEN, et al.,

      Plaintiffs,

    -vs-        CASE NO. 10-CV-110

TOWN OF BELOIT, et al.,

      Defendants.

---

      DEPOSITION OF ROBERT MUSEUS, was taken at the instance of the Plaintiffs, under and pursuant to the provisions of the Federal Rules of Civil Procedure, and the acts amendatory thereof and supplementary thereto, before me, CHRISTINE A. MORAN, RPR, and Notary Public in and for the State of Wisconsin, at the Beloit Fire Department 2445 South Afton Road, Beloit, Wisconsin, on the 1st day of September, 2010, commencing at 12:03 o'clock in the afternoon.

**Willis Abegglen vs. Town of Beloit**         9/1/10         **Deposition of Robert Museus**

Page 2

```
                    A P P E A R A N C E S
1
2        RETTKO LAW OFFICES, S.C., 15460 West
3    Capitol Drive, Suite 150, Brookfield, Wisconsin
4    53005, by MR. WILLIAM R. RETTKO, appeared on
5    behalf of the Plaintiffs.
6        ZALEWSKI, KLINNER & KRAMER, LLP, 1500
7    Merrill Avenue, P.O. Box 1386, Wausau, Wisconsin
8    54401-1386, by MR. RICHARD W. ZALEWSKI, appeared
9    on behalf of the Defendants.
10       ALSO PRESENT:  Kris Eastman,
11   Willis Abegglen and Mary Abegglen.
12
```

```
                    I N D E X
13
     WITNESS         EXAMINATION         PAGE
14
     ROBERT MUSEUS     By MR. RETTKO          4
15
16              E X H I B I T S
17   EXHIBIT NO.  DESCRIPTION              ID'd
18   21  Article from The Flint Journal 1/16/02      8
19   22  Article from The Flint Journal 1/20/02      9
20   23  Memo to Town Employees from Museus      15
21       11/13/09
22   24  Memo to Town Board from Museus 2/9/09      60
23   25  Letter to Fladthammer from Museus 4/13/09   79
24   26  Letter to Bogdonas from Museus 6/8/09      80
25   27  Memo to Town Board from Museus 11/25/09    81
```

Page 3

```
1    28   Memo to Lengjak from Museus 3/1/10       86
2    29   Letter to Abegglen from Museus 3/29/10    87
3    30   Town of Beloit Job Description - Data    87
4        Entry Clerk
5
6          R E Q U E S T E D   I T E M S
7                   None
8          M A R K E D   Q U E S T I O N S
9                   None
10
     (Original Exhibits 21 through 30 were sent with the
11   original and copies of the transcripts.)
12
     (The original transcript was sent to Attorney
13   Rettko.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
                    P R O C E E D I N G S
1
2        (Exhibits 21-30 were marked.)
3            ROBERT MUSEUS, called as a witness
4    herein by the Plaintiffs, after having been first
5    duly sworn, was examined and testified as
6    follows:
7            EXAMINATION
8    BY MR. RETTKO:
9    Q    Would you state your name for the record.
10   A    My name is Robert Museus, M-U-S-E-U-S.
11   Q    Have you given a deposition before in a civil
12   lawsuit?
13   A    Yes.
14   Q    I know you sat through Chief Wilson's deposition,
15   but a couple reminders.  I'm going to be asking a
16   series of questions here, and at this point in
17   time you're being represented by Attorney
18   Zalewski.  If he makes any objection to any of my
19   questions, I'd appreciate if you would allow him
20   to make his objection on the record.  If he does
21   not tell you to not answer the question, then I
22   will be kindly asking you to answer the question
23   subject to his objection, okay?
24   A    (Nods head.)
25   Q    If in the event I'm asking a question you don't
```

Page 5

```
1    understand what it is I'm asking, let me know
2    that before you provide an answer.  Any time you
3    provide an answer to any of my questions, I'm
4    going to assume you understood the question being
5    asked, okay?
6    A    Yes.
7    Q    I'm anticipating the deposition going probably
8    about three, three and a half hours.  If you need
9    to take a break at any time for any reason, let
10   me know that, okay?
11   A    Yes.
12   Q    And your date of birth, sir?
13   A    December 30th, 1955.
14   Q    And the year you graduated high school?
15   A    1974.
16   Q    And your highest level of education?
17   A    I've a Master's degree.
18   Q    And when did you obtain that?
19   A    1991.
20   Q    Where from?
21   A    Hamline University.
22   Q    And your major?
23   A    Public administration.
24   Q    And where did you get your Bachelor's degree at?
25   A    University of Minnesota.
```

2 (Pages 2 to 5)

**Willis Abegglen vs. Town of Beloit**          **9/1/10**          **Deposition of Robert Museus**

Page 6

| | | |
|---|---|---|
| 1 | Q | And the year? |
| 2 | A | 1979. |
| 3 | Q | And your major? |
| 4 | A | History. |
| 5 | Q | Do you have any intent to take another job by |
| 6 | | next August? |
| 7 | A | No. |
| 8 | Q | Then I should get your current home address? |
| 9 | A | 636 East Waterford Drive. |
| 10 | Q | And that's Beloit? |
| 11 | A | Beloit. |
| 12 | Q | And since your -- It looks like you graduated in |
| 13 | | 1979 from the University of Minnesota and didn't |
| 14 | | get your Master's until 1991, so I'm assuming |
| 15 | | there was some work history in between there? |
| 16 | A | Yes. |
| 17 | Q | What's was the first employment you had after |
| 18 | | graduating the University of Minnesota in '79? |
| 19 | A | I was an officer in the United States Army. |
| 20 | Q | When you say an officer, what rank did you hold? |
| 21 | A | I left the service as a First Lieutenant. |
| 22 | Q | And you were in the Army from 1979 till when? |
| 23 | A | 1983. |
| 24 | Q | When you left the United States Army in 1983, |
| 25 | | where did you go to work? |

Page 7

| | | |
|---|---|---|
| 1 | A | I became the administrator for the City of |
| 2 | | Rushford, Minnesota. |
| 3 | Q | How long did you remain the Administrator for |
| 4 | | Rushford, Minnesota? |
| 5 | A | Eight years.  1992. |
| 6 | Q | So you stayed there while you were getting your |
| 7 | | Master's degree at Hamline University? |
| 8 | A | Yes. |
| 9 | Q | So Rushford must be near Minneapolis? |
| 10 | A | No.  It's about -- It's closer to Winona. |
| 11 | Q | Winona, okay. |
| 12 | | And after you left Rushford in 1992, |
| 13 | | where did you go? |
| 14 | A | I became the City Administrator for Hugo, |
| 15 | | Minnesota. |
| 16 | Q | How long did you remain there? |
| 17 | A | Eight years. |
| 18 | Q | So 2000? |
| 19 | A | Yes. |
| 20 | Q | And in 2000 where did you go? |
| 21 | A | Became the City Manager for Swartz Creek, |
| 22 | | Michigan. |
| 23 | Q | How long did you remain the city manager there? |
| 24 | A | Two years. |
| 25 | Q | 2002? |

Page 8

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | After you left there, where did you go? |
| 3 | A | I became the administrator for the Town of |
| 4 | | Beloit. |
| 5 | Q | When did you start that? |
| 6 | A | January 2nd, 2003. |
| 7 | Q | Why did you leave Swartz Creek? |
| 8 | A | I left because there was a changeover in the City |
| 9 | | Council and I no longer felt I had the support of |
| 10 | | the Council. |
| 11 | Q | I'm going to show you what's been marked as |
| 12 | | Exhibit 21.  I'm going to identify for you |
| 13 | | Exhibit 21 is a -- it's from The Flint Journal, |
| 14 | | an article of January 16th, 2002? |
| 15 | A | Uhm-hum. |
| 16 | Q | It's titled, Hearing to decide fate of manager, |
| 17 | | Council mulls Museus' fate. |
| 18 | A | Uhm-hum. |
| 19 | Q | Have you had the opportunity to read Exhibit 21 |
| 20 | | the story that was written? |
| 21 | A | Yes. |
| 22 | Q | Is there anything that you can describe for me |
| 23 | | that might be inaccurate about the story from |
| 24 | | your perspective? |
| 25 | A | No.  I think the facts are correct.  I think that |

Page 9

| | | |
|---|---|---|
| 1 | | this is not -- There's nothing in the story that |
| 2 | | is the reason for me leaving the city, though. |
| 3 | Q | I show you what's been marked as Exhibit 22 in |
| 4 | | this particular case.  I'm going to again |
| 5 | | identify for you this is from The Flint Journal |
| 6 | | dated January 20th, 2002.  It's an article |
| 7 | | entitled, Swartz Creek manager resigns Strife in |
| 8 | | city office cited as cause? |
| 9 | A | Uhm-hum. |
| 10 | Q | Have you had an opportunity to review this |
| 11 | | article? |
| 12 | A | Yes, I have. |
| 13 | Q | It appears you resigned in advance of the city |
| 14 | | council voting to terminate your employment. |
| 15 | | Would I be accurate in saying that? |
| 16 | A | No. |
| 17 | Q | What is inaccurate about what I just said? |
| 18 | A | As I see it, there were two -- there were two |
| 19 | | council members who wanted my resignation.  There |
| 20 | | was one that was on the fence and there were two |
| 21 | | that wanted to keep me.  And instead of -- And |
| 22 | | basically I had a discussion with the city |
| 23 | | council member who was on the fence and I made |
| 24 | | the decision that I would not stay because I felt |
| 25 | | that even if I remained afterwards, the two city |

3 (Pages 6 to 9)

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of Robert Museus**

Page 10

1    council members who were opposed to my service
2    would make my life miserable. I think that if I
3    had asked that city council member for her vote,
4    she would have given it to me.
5  Q    Now, in here there's an individual on the next
6    page of the article, by the name of Betty
7    Shannon?
8  A    Uhm-hum.
9  Q    Now, she's in here indicating that Shannon said
10    and some fellow staffers first became disgruntled
11    shortly after Museus' arrival when he reorganized
12    the duties and job descriptions of City Hall.
13    And then she says in quotes here, I think he's a
14    good man, but he wouldn't listen to any of us.
15    Do you see that?
16  A    Yes.
17  Q    Do you have any recollection of that ever being
18    an issue while you were City Manager there from
19    your staff that you wouldn't listen to them?
20  A    No. I think Betty Shannon was an issue.
21  Q    Betty Shannon was an issue with you?
22  A    Yes.
23  Q    What was the issue with her?
24  A    When I got to the City of Swartz Creek, they had
25    had some major turnover in the senior leadership.

Page 11

1    The manager retired, I think under duress, and
2    the Clerk retired leaving two subordinates to
3    kind of move up in the clerical positions, and
4    they hired a new City Manager. The new City
5    Manager lasted less than two years and he was
6    asked to resign. The conflict was between the
7    two staffers, who was the Clerk and Treasurer at
8    the time, Betty Shannon being the Treasurer.
9    They were both incapable of doing the jobs they
10    had been asked to do. I had -- I was responsible
11    for removing the Clerk from her position and the
12    Treasurer and I --
13  Q    Betty Shannon is the Treasurer?
14  A    Betty Shannon and I were in the conflict as well,
15    So she was seeking to undermine me in the
16    community.
17  Q    Now, in regard to issues of communicating with
18    your staff, was that ever an issue with you at
19    any of your prior employment at either Hugo,
20    Minnesota, or Rushford, Minnesota?
21  A    No. I think if you talk to the staff members --
22    I think if you talk to the staff members at
23    Swartz Creek other than Betty Shannon, you will
24    find that that's not true.
25  Q    Have you had any of those issues here in the Town

Page 12

1    of Beloit that you wouldn't listen to your staff?
2  A    No.
3  Q    Now, Betty Shannon also goes on to say that you
4    wouldn't believe the stress this office has been
5    through in the past year. Do you have any
6    recollection of what stress it is she's referring
7    to?
8  A    I think that perhaps she was under stress because
9    she felt she was being held to standard. At that
10    time when the Clerk departed, we hired a new
11    Clerk who had different expectations than Betty.
12    I think this all revolved around Betty. It
13    doesn't revolve around anything else.
14  Q    Now, they go on in the article to talk about
15    issues were raised in front of the Council
16    regarding your employment. Do you have any
17    recollection of what issues exactly were raised
18    in front of the Council regarding your
19    employment?
20  A    No. But I'll tell you exactly what the issue
21    was. Betty was in the community, out in the
22    community trying to undermine me. She became
23    joined at the hips to an individual who ran for
24    Council and won. The other Council member who
25    was adamantly opposed to me was mad because I

Page 13

1    would basically not violate the law to benefit
2    her employer. And all the commotion you see here
3    is just a face of what they were trying to put on
4    for the public. The rest of the Board was
5    perfectly aware of what was going on.
6  Q    And near the end of the story on the third page
7    they are talking to a Mayor Dennis Allen. Dennis
8    Allen seems to indicate that there was a
9    communication problem. What exactly was that
10    communication problem?
11  A    I think what he was talking about was he was
12    dancing around the issue of between me and one of
13    the Council members over the bar she worked at.
14  Q    The bar?
15  A    I think if you would call Mayor Dennis Allen
16    today, he would be highly supportive. He asked
17    me to stay at the time.
18  Q    What bar and who are we talking about?
19  A    One of the, and I can't remember her name. One
20    of the City Council members was an employee at a
21    bar who had had a conflict with the neighboring
22    property owner and it was over some snowplowing
23    and gaining access to a parking lot, and after my
24    review with the City Attorney, I made a decision
25    the City was not going to get involved in the

4 (Pages 10 to 13)

Page 14

1    conflict.  The City Council member became highly
2    irate and at that point in time decided that I
3    needed to leave.
4  Q   Was there any -- anything you learned about your
5    experience in Swartz Creek in regard to
6    communication issues within your staff at City
7    Hall and yourself in regard to I wish I could do
8    this differently and so in the future I'm going
9    to do this differently?
10 A   You know, again, I do not believe that -- I think
11    if you talk to people here, I'm a very open
12    communicator.  I think there are certain things I
13    can't talk about for legal reasons or because
14    there's policy things that are being generated
15    that it's not appropriate to at the time, but I
16    have a very open leadership style, and I don't
17    think that the communications there was the
18    issue.  I think that was a red herring that went
19    out for the press to justify what some of the
20    City Council members wanted to do.
21 Q   The issue, as you see it, as I understand it, is
22    Betty Shannon didn't like being put to task so
23    she found ways to get rid of you?
24 A   That's correct.  Well, that's part of it.  The
25    other part is the one City Council member who

Page 15

1    wanted me to force an adjacent property owner to
2    allow access to her boss' parking lot.
3  Q   I'm going to show you what's been marked as
4    Exhibit 23.  Can you identify Exhibit 23 for the
5    record?
6  A   Uhm-hum.  Uhm-hum.
7  Q   What is it?
8  A   Oh, this is a memorandum that I sent to the town
9    employees on November 30th (sic), 2009 indicating
10    that I expected the personnel policy to be
11    followed in handling grievances in the workplace.
12 Q   Okay.  This memo, November 13th, 2009 regarding
13    handling grievances within the workplace, what
14    was the issue that came up at that time that
15    required you to write this particular memo?
16 A   You know, to be frankly honest, I can't remember
17    the specific instance.  Let me think a minute.
18        I can't think of any specific instance.
19    I think in general there was some commotion and I
20    wanted -- amongst the employees in the police
21    department, and I think I wanted to indicate to
22    them they needed to follow the process as
23    outlined in the personnel policy handling this.
24 Q   In here it looks like that some employees had
25    violated the policy of the town to take

Page 16

1    grievances up their chain of command by going
2    directly to Board members you know, Town Board
3    members.  Is that what was going on here and you
4    wanted to make sure that that stopped?
5  A   I have no specific recollection of that
6    occurring.
7  Q   How is it that you got information that certain
8    employees were going directly to Town Board
9    members before going through their chain of
10    command to make complaints?
11 A   Again at that time I have no -- I have no
12    recollection of any specific occurrence.
13 Q   Sounds an awful lot like what Betty Shannon was
14    doing in Swartz Creek, though, right?  Going,
15    instead of up her chain of command to somebody --
16    Is that correct?
17 A   I think that, yeah, I generally have a concern
18    about employees playing politics, yes.
19 Q   Did you try to speak to any of the employees
20    involved with -- who were going to these Town
21    Board members as opposed to up their chain of
22    command with grievances?
23 A   I have no specific knowledge of any individual
24    doing that.  So the answer would be no.
25 Q   At that time did you have any inkling that these

Page 17

1    employees were doing that because of fear of
2    retaliation by their supervisors in chain of
3    command?
4  A   No.
5  Q   Was there any thought on your part of a hostile
6    work environment somewhere in the Town of Beloit?
7  A   No.
8  Q   As a Town Administrator, what does your job
9    responsibility entail exactly?
10 A   Being in a small community, I have the general
11    management responsibilities of planning to
12    organize and directing staffing, coordinating,
13    resourcing of town activities.  I also serve as
14    the Zoning Administrator for the Town of Beloit
15    and the Personnel Manager among other hats.
16 Q   As part of that responsibility, you indicated you
17    were Personnel Manager; is that right?
18 A   That's correct.
19 Q   And as part of that, what efforts, as the Town of
20    Beloit Personnel Manager, did you take to prevent
21    a hostile work environment from being created
22    within one of the Town's various departments?
23 A   First off, I knew of no hostile work environment
24    in any of the departments of the Town of Beloit.
25        No. 2, generally we establish policies

5 (Pages 14 to 17)

Page 18

1    in the town. When I got here, we established a
2    personnel policy and established processes where
3    employees could raise issues not only with me
4    directly but taking them directly to the Town
5    Board if they had a concern.
6        I administered our union contracts,
7    which has a grievance process in it to identify.
8    I also have as a general process -- general
9    management style of kind of walking around among
10   the different departments and trying to get a
11   feel for how the activities are.
12       We have established in the Town of
13   Beloit some personnel recognition policies.
14   Also, during the last few years we have
15   established employees -- employee activities to
16   try to develop morale.
17       We did a town trap shooting team. We've
18   had picnics and potlucks. You know, I think it's
19   both in management programs and processes and
20   it's also trying to establish relationships with
21   employees.
22   Q    You mentioned that as part of your policy and
23   processes in regard to hostile work environments
24   that complaints could be taken directly to Town
25   Board members if there was a concern of

Page 19

1    retaliation.
2    A    No, that's not true.
3    Q    Did -- I caught that wrong then when you
4    testified.
5    A    Yes.
6    Q    What did you mean by taking complaints directly
7    to the town board?
8    A    Our personnel policy is very clear that any
9    complaints you have, you take to your department
10   head. If you don't feel the department head
11   resolves those complaints adequately, they can
12   bring those complaints to me. And if they feel
13   that I do not handle the complaint adequately,
14   they can provide written complaint to the Town
15   Clerk who will present those to the Town Board.
16   Q    Do you know whether or not any of these
17   complaints that you're referring to in Exhibit 23
18   were items that were presented from the Town
19   Clerk to the Town Board members?
20   A    May I see Exhibit 23?
21   Q    It's right here.
22   A    This one?
23       MR. ZALEWSKI: This one here.
24       THE WITNESS: No.
25   BY MR. RETTKO:

Page 20

1    Q    At that point when you heard that complaints were
2    going directly to Town Board members, did you
3    ever sit back and think maybe I should
4    investigate this to see if there's a hostile work
5    environment somewhere?
6    A    I've never heard any complaints going directly to
7    the Town Board.
8    Q    And what is it that you referred to in
9    Exhibit 23?
10   A    I think what I tried to do with that memo is to
11   reinforce to the town employees that there is a
12   process for dealing with these complaints and
13   that they should follow it. I do not believe
14   this memo was directed at any specific individual
15   or because of any specific occurrence.
16   Q    But yet there must have been some complaint or
17   something happening that caused you to sit down
18   and make that memo on November 13, 2009, right?
19   A    By the end of -- Well, during 2009 I received
20   numerous complaints through the collective
21   bargaining process, the grievances, and those
22   were all investigated. I had received other
23   complaints directly from employees that were
24   investigated. So there was this general activity
25   going on and I think I was just reinforcing the

Page 21

1    process.
2    Q    So you had had complaints by the time that memo
3    was dictated on November 13th, 2009 of a hostile
4    work environment in the police department,
5    correct?
6    A    I do not believe I ever received a complaint on a
7    hostile work environment. The complaints I
8    received were regarding very specific actions
9    that the Chief had taken and those were all
10   investigated and handled.
11   Q    Were some of those actions in regard to
12   retaliation by the Chief?
13   A    No.
14   Q    So the Burkee complaint that was originally
15   investigated in November or December 2008
16   regarding the placing back of an incident into
17   his personnel file after the Chief was presented
18   a memo by Burkee and his union indicating that
19   Burkee hadn't received in-service training and
20   he's the only minority in the department, you
21   don't view as retaliation?
22   A    No.
23   Q    Why not?
24   A    Because I was personally knowledgeable of the
25   circumstances of that case having spoken -- The

6 (Pages 18 to 21)

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of Robert Museus**

Page 22

1       Chief came to me asking that -- informing me that
2       Burkee was a finalist for a position in another
3       police department and that since this document
4       would be pulled out of his record in six months
5       anyway or certainly months because of our union
6       contract requires it be removed in six months,
7       that if I could do it a little early in this case
8       to assist Mr. Burkee in his quest for employment,
9       I agreed to do it subject to it being put back
10      into the personnel file until the six month
11      period ended. I spoke about that personally with
12      Mr. Burkee as well and he was aware that was
13      happening.
14   Q  So it's your testimony that when that document
15      was placed back into Burkee's file it only
16      remained in there for how much longer?
17   A  I don't know the specific period of time. It
18      remains in the personnel file for six months of
19      the date it was issued.
20   Q  So you're confident it's no longer in that file?
21   A  I would expect that no, it is not in that file.
22   Q  While you were -- When you first became employed
23      here as the Town Administrator of the Town of
24      Beloit, did you provide any training to any
25      department head regarding how to identify and

Page 23

1       prevent a hostile work environment?
2    A  No.
3    Q  When did you first learn about Officer Burkee's
4       complaint that Chief Wilson had retaliated
5       against him for raising an issue of racism?
6          MR. ZALEWSKI: Object to the form of
7       that question. Go ahead and answer if you can.
8          THE WITNESS: You know, I don't remember
9       that issue as a stand alone issue and I have no
10      specific recollection.
11   BY MR. RETTKO:
12   Q  Any prior complaints about Chief Wilson
13      retaliating against his subordinates prior to the
14      Burkee complaint?
15   A  No. That's my recollection.
16   Q  Any complaints about Chief Wilson using racial
17      slurs before you heard about the Burkee
18      complaint?
19   A  No. I know of -- Let me clarify. I know of no
20      complaint or do I have any knowledge of the Chief
21      using racial insensitive language prior to the
22      complaint filed by the union.
23   Q  Going back to the Burkee complaint, how is it
24      that you originally learned about the Burkee
25      complaint in November or December 2008?

Page 24

1    A  I -- My memory -- And it may be confused given
2       the time. My memory is, is that it was handed to
3       me by Officer Luzinski, who at the time was an
4       officer of the union.
5    Q  When you received that complaint from Officer
6       Luzinski, what did you do about it?
7    A  I had Officer Burkee come into my office and I
8       discussed it with him.
9    Q  Do you have recollection of what it was you
10      discussed with Burkee?
11   A  Yes, I do.
12   Q  What was that?
13   A  I asked Officer Burkee, you know, what happened
14      here. He explained to me what I already knew,
15      that he had -- he was looking to get an
16      appointment in another community, that the Chief
17      had decided not to give him the training that was
18      required if he was going to leave and go to
19      another community, that somehow once he
20      determined he was not going to get that job,
21      there was some slipup and he wasn't scheduled for
22      the training. I asked him if he felt that he
23      thought he was being treated differently because
24      of race. He said no. He informed me that he had
25      not filed any complaint with the union and he

Page 25

1       informed me that he thought that the complaint
2       had been filed by Officer Luzinski without his
3       knowledge.
4    Q  When you learned of that information, did you go
5       have a meeting with Chief Wilson?
6    A  I had a discussion with Chief Wilson over the
7       issue.
8    Q  What did you explain to him?
9    A  My instructions were to get him scheduled for the
10      training.
11   Q  Did you explain to Chief Wilson who was behind
12      writing the memo?
13   A  I don't have any specific recollection, but I
14      expect that I would have informed him that --
15      what Burkee informed me.
16   Q  Now, did you do any kind of an investigation into
17      this allegation other than talking with
18      Mr. Burkee?
19   A  No.
20   Q  Did you interview Willie Abegglen?
21   A  I don't remember doing so, no.
22   Q  What did you conclude when you completed that
23      investigation?
24   A  I concluded that there had been a mistake made in
25      not scheduling Burkee for training. Once we

7 (Pages 22 to 25)

Case: 3:10-cv-00110-wmc     Document #: 32     Filed: 09/16/2010     Page 8 of 37

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of Robert Museus

Page 26

1    realized that he was not going to be leaving the
2    department, I thought it was inadvertent and just
3    a clerical error.  I believe that Officer
4    Luzinski was trying to use that clerical error as
5    leverage against the Chief and the department.
6    Q    And what made you come to the conclusion that
7    Luzinski was using this as leverage against the
8    Chief?
9    A    I think at the time we were being inundated with
10   grievances and I felt that that was just a, kind
11   of a typical union tactic.
12   Q    Did you have a meeting with Luzinski to discuss
13   that?
14   A    No, I did not.
15   Q    Did you meet with anyone in the union to discuss
16   that belief?
17   A    No, I did not.
18   Q    Why not?
19   A    I didn't I expect because it was just part of
20   what was going on at the time, and we had any
21   number of grievances being filed by the union and
22   I did not take that as an unusual circumstance.
23   Q    Did you meet with Chief Wilson to discuss your
24   belief that Luzinski was using this as leverage?
25   A    I have no specific recollection, but I expect I

Page 27

1    would have passed that information on to him.
2    Q    Why would you have done that?
3    A    I think it's a matter of communication back and
4    forth with the Chief and what was happening in
5    the department.  Finding something that was
6    happening in the department, I would share that
7    information with him as I would with any other
8    department head.
9    Q    And what purpose would that have served to Chief
10   Wilson to have known that?
11   A    I think so he was aware of what the activities
12   were of the union in his department.
13   Q    How would that have helped him be a better
14   administrator?
15   A    I think it would help him by being aware that,
16   what, just generally what is happening.  He has a
17   responsibility to be aware of everything that
18   goes on in his department.
19   Q    If he knew it or not, what difference would that
20   make in how he could administrate his department,
21   to your understanding?
22   A    I don't know if there was any specific benefit.
23   It was more of a general.
24   Q    Going back to Exhibit 3, have you ever seen that
25   document before?

Page 28

1    A    Actually, I have no recollection of this
2    document.  That doesn't mean that I didn't see
3    it, but I have no recollection of it.
4    Q    Looking at Exhibit 4, it looks like it's part of
5    Alan Levy's report.  He's got a document that's
6    marked -- it's not the same as Exhibit 3, but
7    it's a memo to you from the police union,
8    correct?
9    A    Correct.
10   Q    And attached to that is a list of racial slurs
11   used in the department or in front of other
12   officers, correct?
13   A    Yes.
14   Q    And that was what you received from the union?
15   A    Yes, it is.
16   Q    And that's what you asked Attorney Levy to
17   conduct an investigation on, correct?
18   A    Correct.
19   Q    When was the first time that you would have
20   gotten that complaint, do you recall, that's
21   attached to Exhibit 4?
22   A    The exact date I don't know.  I'm assuming it was
23   either on the 12th of December '08 or shortly
24   thereafter.
25   Q    When you got that memo with the attached

Page 29

1    complaints, did you have any conversation with
2    Chief Wilson about the union's allegations before
3    you got in touch with Attorney Levy?
4    A    No.
5    Q    Did you have any conversations with Chief Wilson
6    about the union's allegations before the Levy
7    investigation and report was produced?
8    A    Specifically on this complaint on racial slurs?
9    Q    Right.
10   A    No.
11   Q    Did you talk to Chief Wilson about the union's
12   efforts to gain leverage against him based on a
13   recent complaint filed as of December 12th, 2008?
14   A    No.
15   Q    Why was it that you hired Attorney Levy to
16   conduct this investigation?
17   A    Because I felt that the allegations made were
18   severe and could result in disciplinary action
19   including possible termination, so I sought both
20   his legal guidance as the labor attorney
21   representing the Town and I requested that he
22   personally conduct the investigation on the
23   allegations.
24   Q    When you say possible termination, what level of
25   racial slurs would it take in your mind before an

8 (Pages 26 to 29)

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of Robert Museus**

Page 30

1  administrator or Chief of Police would possibly
2  be terminated going into the investigation?  What
3  was your thought on that?
4  A   There were -- I would say there are two items.
5  There was the legal side of it and there was the
6  emotional side of it.  Emotionally I was highly
7  perturbed at the Chief in doing this and I was
8  concerned that it did not allow my emotions to
9  run away with my judgment and my responsibilities
10  to the community.
11      Legally I'm not returning.  I do know
12  that people have been terminated from employment
13  for the use of racial slurs, but I needed the
14  Town's attorney's judgment and recommendation on
15  it.
16  Q   Did you meet with the union at all before
17  contacting Attorney Levy to get any clarification
18  on this complaint or to find out exactly anything
19  more specific?
20  A   No.  I felt that the subject matter of the
21  complaint was severe and needed immediate action.
22  I believe that the same day, probably within a
23  few hours of my receiving the complaint, that I
24  had turned this over to Al Levy and asked for him
25  to conduct the investigation.

Page 31

1  Q   What kind of conversation did you have with Al
2  Levy when you turned this document over to him
3  and asked for the investigation?
4  A   I wanted a full, complete and impartial
5  investigation, and I wanted his opinion on what
6  the appropriate disciplinary action would be.
7  And at that time I was fairly upset with John and
8  I told Al -- I used the words keep me straight.
9  Q   Did you have any help or part in Al's conducting
10  this particular investigation, in other words,
11  arranging for times when officers were going to
12  be interviewed or anything?
13  A   No, I don't believe so.  My policy is to stay
14  hands off the investigations.
15  Q   So everything conducted in the investigation
16  would have been done at Al Levy's discretion?
17  A   He may have called me up and asked me to -- you
18  know, to arrange a meeting with the Chief or
19  something, I don't remember.  But it would have
20  been at his request of anything I did.
21  Q   During the course of this investigation, did you
22  have any conversations with Al Levy in regard to
23  what it was that he was finding out?
24  A   I don't -- I don't ask questions until the report
25  is in my hands.

Page 32

1  Q   Now Exhibit 4, the report, is dated January 2nd,
2  2009, the front page of it?
3  A   Okay.
4  Q   Did you get an opportunity to meet with Al Levy
5  when that report was completed?
6  A   My memory of the delivery of the report is not
7  real clear.  It may have been in a discussion on
8  the phone, he may have E-mailed it to me and
9  talked to me on the phone when it was completed,
10  or there's a possibility he may have been coming
11  in as part of a union negotiation at the time he
12  handed it to me when he was here for that.  I
13  would not have brought him down specifically to
14  talk to him about it, so -- I can't remember.
15  Q   Do you have any recollection of whether he wanted
16  to talk to Chief Wilson about his report prior to
17  January 2nd, 2009 and called you to have you
18  arrange for that meeting?
19  A   No.
20  Q   Do you have any recollection of any meeting you
21  may have had with you, Chief Wilson and Al Levy
22  regarding his investigation?
23  A   No.
24  Q   Are you aware of any meeting that Al Levy had
25  with Chief Wilson regarding the results of his

Page 33

1  investigation that's been marked as Exhibit
2  No. 4?
3  A   I have -- Only because it's been brought up a few
4  times that I know that Al Levy went to the police
5  department to conduct his interviews.  I'm
6  assuming that he talked to the Chief at that
7  time.  For what purposes, I don't know.  I did
8  not ask Al the specifics of his investigation or
9  how he went about it.
10  Q   Now, you're aware of the fact that in review of
11  Exhibit 4 that Mary Abegglen would have testified
12  in that investigation, right?
13  A   Correct.
14  Q   Were you aware of exactly what it was she would
15  have shared with Attorney Levy?
16  A   Only what's in the report.
17  Q   And when did you first learn about what Mary's
18  testimony to him would have been?
19  A   When I received the report.
20  Q   Did you have any discussion with Chief Wilson
21  about Mary Abegglen's testimony in this
22  particular matter?
23  A   I don't remember discussing any -- anything, any
24  testimony following the report with the Chief at
25  any time.

9 (Pages 30 to 33)

Page 34

1  Q    Do you have any recollection of providing a copy
2       of the report that's been marked as Exhibit 4 to
3       Chief Wilson?
4  A    I would have -- Once the report was completed, I
5       would have forwarded a copy to the Chief. I
6       don't remember the exact details of that, but
7       that would have been routine.
8  Q    In January of 2009?
9  A    As soon -- Yes.
10 Q    Now, in that report Mary Abegglen's confirming
11      that Chief Wilson said nigger and she had told
12      him that he was -- that she was offended by that
13      word, his use of that word. Do you remember
14      reading that?
15 A    No. But if it's contained in the report, I would
16      not dispute it.
17 Q    Now, going to page 653, the Bates stamp in the
18      lower right corner, there's a list A to E
19      paragraphs A to E?
20 A    Correct.
21 Q    It identifies that officers feared retaliation
22      for testifying in this matter; do you see that?
23 A    Yes.
24 Q    Did you take any steps to find out why that fear
25      existed?

Page 35

1  A    No. But I did tell the Chief that there would be
2       no retaliation for it.
3  Q    Is there any reason why you didn't want to -- or
4       why you didn't explore that issue further as to
5       finding out why these officers would tell Al Levy
6       they feared retaliation for testifying?
7  A    No.
8  Q    Why not?
9  A    I don't think that it -- the issue was raised to
10      a point that it was actionable.
11 Q    Didn't they cause you any concern at all to hear
12      that there were officers who were testifying to
13      an attorney under oath that they feared
14      retaliation?
15 A    I -- I would say that I was concerned that there
16      was conflict between the Chief and members of the
17      department, that I felt an obligation to make
18      sure that things were done fairly in the
19      department. Like I said, at that time we were --
20      the union had provided a number of grievances and
21      I made sure that each of the grievances was dealt
22      with, the merits of the complaint. You know, a
23      general statement may raise a concern, but it's
24      not something you can take action on. You need
25      something specific. You need a specific

Page 36

1       complaint about a specific occurrence to take
2       action on.
3  Q    Were there any other steps that you took to make
4       sure things were done fairly in the department
5       that you haven't mentioned otherwise in regard to
6       handling of grievances or this investigation?
7  A    I think throughout that period of time I stayed
8       actively involved with the department in
9       observing what was occurring in the
10      administration of the employees.
11 Q    How did you do that?
12 A    I stayed in numerous conversations with the
13      Chief. My own walk-through of the building to
14      try to get a feel for what was going on in the
15      department. Like I said, each and every
16      grievance that came forward was reviewed and
17      investigated. I brought in people from outside
18      the department and outside the Town to conduct
19      the investigations to make sure there was
20      fairness. I think this was an issue where you
21      had people on both sides drawing lines and
22      pointing fingers at each other in which case you
23      investigate the facts as they occur.
24 Q    When you say you did walk-throughs of the police
25      department, when did you begin doing those

Page 37

1       walk-throughs and how often would you do them?
2  A    I tried to get to each department once a week.
3  Q    When you say walk-through, is that just a -- 15,
4       20 minutes there or are you there half a day, all
5       day?
6  A    No shorter than that. Just a walk through to see
7       how people -- look them in the eyes and see how
8       people are reacting with each other, see how
9       people are relating to each other. I think every
10      police officer in the department knew me by name.
11      This was not an issue where they could not have
12      come to me in the hallway, and they did at times,
13      come into the hallway, or on the street, or stop
14      by my office. I had a very open door policy.
15 Q    How often did you meet with Chief Wilson?
16 A    At that time probably a couple of times a week.
17 Q    Generally how long did your meetings last with
18      him?
19 A    Oh, 10 minutes, something like that.
20 Q    And generally at those meetings, what would be
21      discussed?
22 A    Generally they were tied to what was going on in
23      the Town at the time, what the Board's
24      expectations were, if there were concerns being
25      raised by the public or by a board member, on the

10 (Pages 34 to 37)

Page 38

1   police department or the police department
2   activities, the Chief would bring up things that
3   were of interest to him.
4   Q   When did you sit down and first have a chat with
5   Chief Wilson about the report that's been marked
6   as Exhibit 4?
7   A   I think probably the same day after I had
8   informed Al to go ahead with the investigation, I
9   informed the Chief that a complaint had been
10  made, that Al was going to do the investigation,
11  that I expected his full cooperation.  And then I
12  asked him if there was reason to believe that
13  these allegations were true.
14  Q   What did he say?
15  A   He said that he had made those comments.
16  Q   Did you make any comments to him at that time?
17  A   I don't remember the exact words, but I think I
18  said I was disappointed.
19  Q   Now, in regard to the report that's marked as
20  Exhibit 4, you provided that report to Chief
21  Wilson sometime in January 2009.  Did you sit
22  down and discuss it with him at that point?  Did
23  you talk about it?
24  A   We did have a discussion on the events, yes, and
25  he gave me his side of it.

Page 39

1   Q   What did you tell him upon learning his side of
2   the events?
3   A   Again, I can't remember the exact wordings, but
4   I -- I -- I told him that there was no
5   justification for the use of that language and it
6   was unacceptable.
7   Q   I'm going to show you what's been marked as
8   Exhibit 5, can you identify that document?
9   A   That's the letter of admonishment that I gave
10  Chief John Wilson as a result of the
11  investigation.
12  Q   And that's dated January 5th, 2009?
13  A   Correct.
14  Q   How did you arrive at that decision, the letter
15  of admonishment as to discipline?
16  A   That was recommendation from our, the Town's
17  labor attorney, Al Levy.
18  Q   Did you require any counseling or training with
19  Chief Wilson at that time?
20  A   I did require that he attend sensitivity
21  training.
22  Q   Is that identified in your letter of
23  admonishment?
24  A   Yes, it is.  The letter requires him to attend
25  four hours of diversity sensitivity training

Page 40

1   within six months of the --
2   Q   Where was that to take place?
3   A   That took place -- It was by a counselor in the
4   City of Chicago.
5   Q   How fast -- Or how soon were you going to require
6   that that counseling take place?
7   A   Well, he had six months from the date of the
8   letter.  I'm not sure -- I expect -- I think it
9   happened within a couple of months.
10  Q   And then when that confirmation came from a
11  counselor in Chicago that he had attended four
12  hours of sensitivity training, then what
13  occurred?
14  A   We required that it be documented.  We placed it
15  in his personnel file.
16  Q   How come a decision was made that there would not
17  be any days of suspension to serve on something
18  like that?
19  A   Again, that was based on the recommendation of
20  our -- of Al Levy, our attorney.  My
21  understanding, his thought process on that was,
22  number 1, he reviewed the recent court cases
23  regarding police officers in similar
24  circumstances and that the courts had not upheld
25  termination or any more severe disciplinary

Page 41

1   action on the first occurrence.  The concept
2   being in personnel actions that you take, you
3   know, certain steps with employees, and since
4   this was the first complaint, that after the
5   complaint was made he stopped the inappropriate
6   behavior, that Al believed this was the
7   appropriate case to take.
8   Q   I'm going to show you what's been marked as
9   Exhibit 6.  Can you identify what that is?
10  A   That is John's apology to the Town Board for his
11  use of language.
12  Q   And that's dated January 3rd, '09, right?
13  A   That's correct.
14  Q   Do you know how it was that he was able to make
15  that memo of apology prior to you admonishing
16  him?
17  A   I think that John realized that he had stepped
18  across the line.  I think he realized that both
19  the Board and I were upset with him over his use
20  of language and that he was reacting to us, not
21  Al Levy's memo in that case.  Or Al Levy's report
22  in that case.
23  Q   Do you know if anyone advised him to write that
24  letter of apology prior to your admonishment?
25  A   No.  I have no knowledge.

11 (Pages 38 to 41)

**Willis Abegglen vs. Town of Beloit**          **9/1/10**          **Deposition of Robert Museus**

Page 42

1 Q  I see the report of Levy's, January 2nd, 2009,
2    the day before Museus writes this memo. Was --
3    Do you have knowledge of whether or not Wilson
4    knew about Levy's investigative findings prior to
5    his writing the letter of apology?
6 A  I have no knowledge of him having any information
7    of that before I gave him the findings.
8 Q  At the time you gave Wilson that letter of
9    admonishment, did you give it to him personally?
10 A  Yes.
11 Q  Did you have any conversation with him about the
12    situation at that time?  Why you were admonishing
13    him?
14 A  Again, I do not remember the exact specific
15    conversation.  I think that, like I said, I was
16    highly perturbed with John at the time and I
17    think that point was made to him.
18 Q  At that time was there any conversation with
19    Chief Wilson that Willis and Mary Abegglen were
20    out to get him?  Did he ever tell you that?
21 A  At this time?
22 Q  Yeah.
23 A  No.
24 Q  After that time did he ever tell you that he felt
25    Willis and Mary Abegglen were out to get him?

Page 43

1 A  Yes.
2 Q  When did he first raise that?
3 A  The first time that I can remember was in late
4    January.
5 Q  How was it it came up at that time?
6 A  It came up at that time when Officer Daphne
7    Fisher requested to speak with me regarding what
8    was occurring in the police department.
9 Q  And what did she -- She asked to speak with you.
10    Did you agree to meet with her?
11 A  Yes, I did.
12 Q  Was the Chief present when you met with her?
13 A  Yes, he was.
14 Q  Where did the meeting take place?
15 A  This meeting took place at a restaurant in South
16    Beloit at Daphne's request.
17 Q  What did you learn at that particular time from
18    Ms. Wilson -- or Ms. Fisher?
19 A  Ms. Fisher -- What Officer Fisher informed me is
20    that she had been at some union meetings where
21    there was collusion to get rid of the Chief and
22    to place certain members of the police department
23    in leadership roles within the department.
24      She informed me that she had also been
25    in attendance at the meetings where the no

Page 44

1    confidence vote was discussed and voted upon and
2    that she had been pressured by the union to
3    make -- the members of the union to vote for the
4    no confidence and that they had threatened her
5    that they would not support her on the street
6    unless she fell in line.
7 Q  Was that her word that there was collusion going
8    on to get rid of the Chief or is that your
9    conclusion?
10 A  That's my word, but -- That's my wording for what
11    she stated.
12 Q  What did she state, do you recall?
13 A  She stated that there was discussions amongst the
14    officers that they would get rid of John by
15    filing the charges for his use of racial language
16    because a police officer once before had been
17    brought up on charges and fired for that purpose,
18    that they would use the vote of no confidence
19    that would work against him, that at the time the
20    discussions were held, and this was over a series
21    of meetings, I understand, that Willis Abegglen
22    then would become the Acting Chief, that
23    Dransfield would become the Deputy Chief and
24    Luzinski would be moved into the position of
25    Sergeant.

Page 45

1 Q  So, as I understand it, Fisher's relaying to you
2    and Wilson in January 2009 something that had
3    already occurred in December of 2008?
4 A  She informed me that, yes -- that these were,
5    some of it was past meetings.  She was
6    concerned -- that Officer Winiarski had come to
7    her, she worked the late night shift and driven
8    up his squad car next to her and said that no one
9    had her back, so-to-speak, and that if -- she was
10    concerned for her own personal safety on the
11    street.
12 Q  So the charges that were filed in December 2008
13    you learned in January, late January 2009 were an
14    effort by the union to get rid of the Chief?
15 A  That's correct.
16 Q  And that was already investigated and you already
17    did whatever punishment you were going to do,
18    right?
19 A  That's correct.
20 Q  And somehow in the conversation you had found out
21    that the union had decided that if they got rid
22    of Wilson, Abegglen would become Chief?
23 A  There was discussions to that, yes.
24 Q  And how was it that you came to the conclusion
25    that both Mary and Willis were out to get Chief

12 (Pages 42 to 45)

Page 46

1     Wilson?
2  A  Well, at that point in time I don't -- You know,
3     Mary's role in it -- Yes, I do. It was because
4     Daphne Fisher specifically said that -- and this
5     is my recollection, not Daphne's, but my recollection is
6     Mary browbeat her into signing the -- I can't
7     remember if it was either the complaint on the
8     use of sexual language or the vote of no
9     confidence. So at that time it was evident to me
10    that Mary was actively involved in this.
11  Q  Is Mary in the same union as the police officers?
12  A  She was at that time, yes.
13  Q  And Willis is not part of that union?
14  A  No, he is not.
15  Q  I'm going to show you what's been marked as
16    Exhibit 7. The date of that article is
17    January 3rd -- or February 3rd, I believe,
18    February 3rd, 2009 from the BDN Connection. It's
19    a news article, No confidence in chief. Township
20    officers adopt vote against Wilson. Do you see
21    that?
22  A  Yes.
23  Q  Do you recall seeing this article in the paper in
24    or around February of 2009?
25  A  I have a recollection, yes.

Page 47

1  Q  Did you take any action upon seeing this article
2    in the paper?
3  A  No.
4  Q  Now, I see in the, about half -- about a quarter
5    of the way down it says Town Administrator,
6    Robert Museus, said Monday, Wilson is still
7    working for the department, but wouldn't say much
8    else. And then this is within quotes. The
9    complaint has been investigated. The decision
10    has been made and implemented, Museus said, again
11    within quotes. I'm bound by the Freedom of
12    Information Act on this. I'm really not free to
13    talk about it. Do you see that?
14  A  Yes.
15  Q  Why did you believe the Freedom of Information
16    Act prevented you from talking about this?
17  A  Because the advice I had received from our
18    attorney at the time was that the investigation
19    on the Chief, which I believe at that time was
20    subject to a Freedom of Information Act request,
21    that I shouldn't talk about it till we've gone
22    through the due process and actually released the
23    report.
24  Q  Now, prior to that article on February 3rd, 2009,
25    you had met with Daphne Fisher and Chief Wilson,

Page 48

1     right?
2  A  Yes. Well, late -- Yes. It would have been
3     prior to this meeting.
4  Q  And you had also gotten a request from Sergeant
5     Dransfield requesting to get overtime if Sergeant
6     Felger was getting overtime for the same
7     situation, right?
8  A  I don't remember the exact date of that request,
9     but I do remember that request, yes.
10  Q  And you met with Wilson about Sergeant
11    Dransfield's request for overtime and Felger
12    getting overtime, or allegations that Felger was
13    getting overtime, right?
14  A  I did discuss those with the Chief, yes.
15  Q  Do you have a recollection exactly when that
16    might have occurred?
17  A  No, I do not.
18  Q  When you met with Chief Wilson in regard to the
19    overtime issue, what did you learn?
20  A  Which overtime issue?
21  Q  Regarding Dransfield's request and Felger's
22    allegations, Felger's getting overtime?
23  A  Well, I think those are two separate issues.
24    First off, when the complaint was made about
25    Officer Felger receiving and requesting overtime

Page 49

1    inappropriately, I had an investigation made.
2    When that was completed, we did some adjustments.
3    If I'm right, we did some adjustments on his
4    payroll and tightened up some of our personnel
5    practices.
6       The issues with Sergeant Felger's
7    overtime I think, if my memory serves me right,
8    fell in two categories. One, he made some
9    remarks to people about overtime which were
10    inappropriate, and I'm not sure exactly what the
11    problem was at the end of it, but they were
12    probably stupid comments.
13       In actually investigating the timecards
14    I would say that he was being aggressive in his
15    claims for overtime but not clearly across any
16    specific line. And, in fact, some of the
17    overtime that he was denied, I probably
18    personally would have approved payment on it if
19    it would have been my decision. So I felt that
20    that was an issue of management, administration
21    of the department that we needed to make sure
22    that the officers knew where the lines were, make
23    sure the lines were clear and then have the
24    timecards reviewed and approved by the Chief
25    prior to going to the personnel for payment.

13 (Pages 46 to 49)

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of Robert Museus**

Page 50

1  Q   Did you tell Chief Wilson you were going to do
2      anything about Felger making this request
3      directly to you as opposed to going up his chain
4      of command?
5  A   In which -- I'm not sure -- Felger's request?
6  Q   Actually Sergeant Dransfield. Did you tell
7      Wilson that as a result of Dransfield making this
8      request for overtime directly to you and pointing
9      out Felger's use, alleged receipt of overtime,
10     did you -- without first taking that up his chain
11     of command, did you tell Wilson you were going to
12     do anything about that?
13 A   No.
14 Q   Why not?
15 A   I would not have found that amiss. As I said,
16     police officers often came in my office with
17     issues. You know, I dealt with -- Like I said, I
18     dealt with the issue with Sergeant Felger
19     directly and I dealt with the issue with Sergeant
20     Dransfield directly.
21 Q   Did you ever tell Chief Wilson in dealing with
22     the Sergeant Dransfield issue that you were going
23     to take care of this once and for all?
24 A   No, I did not. I don't even know what that
25     statement would mean.

Page 51

1  Q   Around that same time the end of January, did you
2      ask Chief Wilson for Mary Abegglen's job
3      description?
4  A   I probably did, yes.
5  Q   Why?
6  A   As a result of Daphne Fisher's testimony, the
7      Board authorized me to go ahead and start making
8      some changes to the police department, some other
9      departments of the town that I had been
10     requesting for some time and that included
11     revising job descriptions, and that starts with
12     having the old documents in your hands.
13 Q   You said Daphne Fisher's testimony. It wasn't
14     testimony, it was a conversation, right?
15 A   That's correct.
16 Q   Did you do anything to verify whether Daphne
17     Fisher's conversation with you and Chief Wilson
18     was verifiable or did you just take her at her
19     word?
20 A   No, but Officer Fisher's conversation reinforced
21     other information that I had been given by the
22     parties.
23 Q   What other parties had you been getting
24     information from?
25 A   When I was first appointed the position, there

Page 52

1      was -- the previous Chief of Police was heading
2      out the door. He had resigned under duress. The
3      Town Board Chairman at the time was Cos Daguanno
4      and he came in and spoke to me, who had already
5      served for many years as the Clerk Assessor for
6      the Town of Beloit, and came to me and informed
7      me that he thought that Tilly was being run out
8      by Mary Abegglen and Willie Abegglen and some of
9      the department members.
10         He had informed me at that time that the
11     same thing had happened to the previous Chief of
12     Police, Leroy Drost, I believe is the name, and
13     that he was concerned about it but there wasn't
14     much they could do right now because Tilley had
15     already resigned. That information and some
16     conversations with some other board members,
17     including the current Town Board chairman, seemed
18     to be pretty common knowledge.
19 Q   That was Greg Groves?
20 A   Greg Groves, correct.
21 Q   I show you what's been marked as Exhibit 8.
22     That's a news -- Gazette Xtra article, Town of
23     Beloit investigates racial slurs --
24 A   Uhm-hum.
25 Q   -- dated February 10, 2009. They're talking

Page 53

1      about a conversation they had with you about
2      complaints filed against, by the police union
3      against Chief John Wilson which you indicate were
4      politically motivated, and then you're within
5      quotes, the third paragraph down, the union has
6      taken a shot at John, Museus said this morning,
7      do you see that?
8  A   Yes, I do.
9  Q   Why didn't you at that point in time declare the
10     Freedom of Information Act and stay silent on the
11     issue?
12 A   Well, I don't think this is related to the
13     Freedom of Information Act at all. I think that
14     the Freedom of Information Act is regarding
15     documents and that until the document is
16     released, I wasn't free to talk about it. This
17     has to do with the fact that there was a
18     complaint made and an investigation being made,
19     and the fact that the union was taking a shot at
20     John doesn't alleviate John from the
21     responsibility for using the racial slurs. I
22     think they're two separate issues.
23 Q   So by this time, the media had received a copy of
24     Levy's report is what you're saying for the
25     Freedom of Information Act not to apply?

14 (Pages 50 to 53)

**Willis Abegglen vs. Town of Beloit**    9/1/10    **Deposition of Robert Museus**

Page 54

1   A   No.
2   Q   Well, otherwise you couldn't talk about any
3       investigation or results of investigations if
4       they didn't have a report, right?
5   A   Yeah.
6   Q   Am I right about that?
7   A   No, it says -- Yeah.  At this point within the
8       article, February 10th, it states the Janesville
9       Gazette had a copy of the investigation through
10      the open records law.
11  Q   And at that point you also knew the union's
12      allegations were proven to be true in regard to
13      Wilson's use of racial slurs in the department,
14      right?
15  A   Correct.
16  Q   In fact, Wilson, you knew Wilson had admitted to
17      making racial slurs within the department, right?
18  A   Correct.
19  Q   In fact, you admonished him for that, correct?
20  A   That's right.
21  Q   So how did you conclude for the paper's purposes
22      the union was taking a shot at him when the
23      allegations were proven to be true?
24  A   Well, I think that you can use truth against
25      somebody.  It's motivation that's the issue here,

Page 55

1       and by this time I had already been informed by
2       Daphne Fisher that the union had intended to use
3       this investigation as a means of removing the
4       Chief from his position, so I was already aware
5       of that.
6   Q   But at this point the newspaper's trying to
7       report whether or not they have a Police Chief
8       using racial slurs which was proven to be true,
9       right?
10  A   And I believe it says that.
11  Q   So why are you trying to relay the union's motive
12      in fact, they're asking about the facts?
13  A   I think --
14          MR. ZALEWSKI:  I'm going to object to
15      form.  I think this whole article refers to that
16      no confidence report, not the disciplinary
17      report.  It starts off that way in the first
18      paragraph.
19  BY MR. RETTKO:
20  Q   You can answer.
21  A   I think that when you're dealing with politics,
22      motive matters.
23  Q   And you were going to make sure that the public
24      knew the union had a motive here, right?
25  A   That's correct.

Page 56

1   Q   And why did you want the public to understand
2       that?
3   A   Because I think that the public needed to be
4       aware of what was actually happening.
5   Q   In addition to having a Police Chief that used
6       racial slurs they needed to know the union didn't
7       like the chief, right?
8   A   Correct.
9   Q   Why did you want to make sure the public knew
10      both those items?
11  A   You know, I can't -- I cannot remember exactly my
12      motivation at that point in time, but I think I
13      was speaking what I believed, and I can't
14      remember exactly the way the question, whatever
15      question the reporter asked me how that was
16      phrased.  I responded to the reporter and to her
17      request.  You know, how she places it in the
18      article is something else again.
19  Q   When you made your comments to that particular
20      reporter, did you know that they had already
21      obtained a copy of the Levy report?
22  A   Yes.  I would have known that.
23  Q   Now, in that particular article, it goes on to
24      say that -- you mention about three-fourths of
25      the way down, it says, the Town will not, within

Page 57

1       quotes, surrender, quotes, management rights to
2       the union, he said.  That's -- He said it refers
3       to something you said.  Why would you tell the
4       newspaper that the Town will not surrender
5       management rights to the union?
6   A   Again, I cannot remember the question that the
7       reporter asked me.  It would have been -- It
8       would have been a direct response to a question
9       that this reporter asked me.
10  Q   Now, in here you indicate that Wilson is quite
11      contrite, within quotes, and has apologized to
12      the Town Board as Museus said.  Wilson has been
13      reprimanded in writing and required to take
14      counseling or a sensitivity program according to
15      the report, right?
16  A   Correct.
17  Q   Up to that point had Wilson completed his
18      sensitivity training?
19  A   I don't believe so.
20  Q   Was there an issue about the amount of punishment
21      that Wilson received?  Is that what I'm gathering
22      in reading this report, that the reporter may be
23      questioning why only a written reprimand?
24  A   I have no knowledge about the reporter's
25      motivation.  I do not remember the conversation

**Halma-Jilek Reporting, Inc.**    **Experience Quality Service!**    **(414) 271-4466**

Page 58

1     being --
2 Q  Do you have any recollection of anyone in the
3     public being upset with finding Wilson had been
4     using racial slurs was proven to be true and all
5     he got was a written reprimand and sensitivity
6     training?
7 A  I have heard members of the public state that
8     they thought it was too light a punishment.
9 Q  Did you catch any heat about that?
10 A  I would not say -- No. There are people who
11     disagreed with that decision, yes, but there was
12     never any pressure to reverse it.
13 Q  Other than the admonishment in requiring Wilson
14     to go to counseling or sensitivity training, did
15     you take any other actions to assure there was --
16     there wasn't a hostile work environment going on
17     in the police department?
18 A  I would say that the -- that there was a very bad
19     environment in the police department, but to
20     state that it was totally the Chief's fault would
21     be false, that there was dissension in the
22     department. I have never been totally clear on
23     where it -- what started it, but in my belief
24     that this was not an issue of the Chief creating
25     a hostile and offensive work environment in the

Page 59

1     department, that's the end of it. I think that
2     this has to do with interaction of people, and
3     there was just as much activity on the part of
4     the union and the people who opposed the Chief to
5     create a hostile work environment.
6         In fact, I think that's the majority of
7     what the problem was. When I have officers
8     coming to me and stating that members of the
9     union say they will not support them on the
10     street, I think that is a hostile work
11     environment. When I see the officers no longer
12     issuing citations, I think that affects the work
13     environment, so to paint this as an issue with
14     just the Chief creating a problem, I don't
15     believe that's true.
16 Q  So when Daphne Fisher came up and said that an
17     officer specifically told me no one's got your
18     back, what did you do to correct that hostile
19     environment?
20 A  I did have a discussion with the Chief on what we
21     could possibly do with that. Since it was one
22     person's word against another, conducting an
23     investigation did not seem to be a reasonable
24     course of action. Daphne was reassigned to the
25     day shift where we can insure that whatever --

Page 60

1     that she did have backup, she did have support
2     and she was not at risk.
3 Q  I'm going to show you what's been marked as
4     Exhibit 24. Can you identify that document for
5     the record?
6 A  Yeah. This is the report that I provided the
7     Town Board regarding the impact of the proposed
8     reorganization of the Town of Beloit employees.
9 Q  And the date of this?
10 A  February 9th, 2009.
11 Q  Do you have any -- What was the need for the Town
12     restructuring as of February 9th, 2009?
13 A  There were a number of longstanding issues in the
14     police department and then there were some
15     short-term issues occurring in the Fire
16     Department that required some decisions by the
17     Town Board on personnel, and they requested that
18     I put that all -- instead of dealing with them
19     individually, that they -- I put it together in a
20     package and show them what the financial impact
21     would be on the Town with the proposed changes.
22 Q  And I see you've got a list of about eight
23     reasons at the top for why a restructuring would
24     improve the efficiency and effectiveness of the
25     Town's operations, correct?

Page 61

1 A  Correct.
2 Q  No. 1, Improving the confidentiality of
3     collective bargaining and personnel
4     administration?
5 A  That's correct.
6 Q  What did you mean by that?
7 A  One of the things that Daphne Fisher informed me,
8     her meeting, was that during one of the union
9     meetings she attended there was an interest
10     expressed to get some information out of some
11     personnel files of the Town. The Personnel Clerk
12     at that time was a union member, though in a
13     different bargaining unit. She said she would
14     just go and get the information and make copies.
15     That raised -- I already had a flag raised on
16     that before, so I took those responsibilities
17     away from a union member and put them in the
18     hands of a non-union member to maintain the
19     confidentiality of the Town's employment records.
20 Q  Who was that that was going to go right to
21     personnel files and --
22 A  Lynn Caple.
23 Q  And what position did she have?
24 A  At that time she was serving as the Deputy
25     Treasurer, and as part of that, though, her job

16 (Pages 58 to 61)

Page 62

1　　functions, she served as the Town's personnel
2　　clerk.
3　Q　I see below, Deputy Treasurer position earning
4　　$65,000 a year is deleted?
5　A　That's correct. We redid the job classification
6　　of Deputy Treasurer when we took away the
7　　personnel functions from that position and she
8　　became the Records Billing Clerk. There was no
9　　change in pay in that position.
10　Q　I don't see Records Billing Clerk on your list
11　　here. Where is that listed? I see the deletion
12　　of the Deputy Treasurer, but I don't see the
13　　addition of Deputy --
14　A　I'm not sure where that --
15　Q　-- of Records Clerk, Records Billing Clerk. I
16　　don't see it.
17　A　You know, I don't see that.
18　Q　Okay. So that was shifting 65,000 which shows a
19　　savings here, but you don't show the cost?
20　A　The expense, correct. There's an error there.
21　Q　So the annual budget impact's more like 5,000
22　　based on that error instead of 70, right?
23　A　That's correct.
24　Q　Going to step number 2 it says, Separating court
25　　duties from law enforcement; what did you mean by

Page 63

1　　that?
2　A　Well, when I first got there, I felt that it was
3　　inappropriate for the Clerk of Court to be
4　　working in the police department. I felt that
5　　there was a -- I think it was typically called a
6　　Second Amendment issue there. I discussed that
7　　with Judge Holland, the judge, and he agreed with
8　　me. I had talked to the board for a number of
9　　times over the years about trying to get the
10　　Clerk of Court out of the police station
11　　somewhere else. The Town Board's objections at
12　　the time were No. 2, where do we put the
13　　position, we just don't have the space, and then
14　　we have to create a new position in the police
15　　department for the clerical clerk and that would
16　　cost us more money, so they didn't want to do it.
17　　And at this point in time, then they saw the
18　　benefit of it and decided that they would go
19　　ahead and make it happen.
20　Q　You said Second Amendment issue, what would the
21　　Second Amendment issue be?
22　A　Separation of powers is the way I would term it.
23　　The court system is separate and a separate
24　　entity from law enforcement and police, and I
25　　just saw it as if somebody was coming in to pay a

Page 64

1　　court fine and wanted to talk to the Clerk of
2　　Court and she was sitting there with the Chief of
3　　Police, that that was -- that did not represent
4　　our court system well.
5　Q　And that had been going on since the minute you
6　　arrived in town, right?
7　A　And that's not just in the Town of Beloit but
8　　other communities do it the same way. I just
9　　felt it was inappropriate.
10　Q　And in February 2009 you got the Board to agree
11　　to this change, why?
12　A　Well, I think that it wasn't just one issue. I
13　　think you had to look at the package. We also
14　　had the issue where we had the opportunity for
15　　nepotism in the police department because we had
16　　a married couple. We had a married person
17　　supervising another married person. That is not
18　　good management and violates the Town's personnel
19　　policy, so by separating out those two people,
20　　those two married people, we can also at the same
21　　time take care of this other separation of powers
22　　issue so it fit together.
23　Q　And the nepotism issue's item number 4, right,
24　　reducing the opportunity for nepotism?
25　A　That's correct.

Page 65

1　Q　How long had Mary Abegglen been married to Will
2　　Abegglen prior to February of 2009 to your
3　　knowledge?
4　A　My understanding is they got married, my memory
5　　is late 2003, 2004.
6　Q　You were Town Board -- you were the Town
7　　Administrator at that time, right?
8　A　Yes, I was.
9　Q　Why didn't you take any action at that time to
10　　enforce the nepotism rule?
11　A　I did. I took it to the Town Board and sought
12　　their guidance and input. The Town Board at that
13　　time felt that it was a new policy and they
14　　didn't want to create any waves. And, again, how
15　　are you going to fix this, this is going to cost
16　　us money, so they directed me to leave it alone
17　　at that time.
18　Q　Going to number 3, it says eliminating
19　　employer-employee conflict in police department;
20　　what did you mean by that?
21　A　Well, by this time we knew that there was
22　　collusion within the department to oust the Chief
23　　and to take control of the department, and this
24　　was -- by re-organizing the department we could
25　　reduce that conflict.

17 (Pages 62 to 65)

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of Robert Museus**

Page 66

1  Q  So you're speaking of the conflict between Wilson
2     and Abegglen and Wilson and some other
3     subordinates, right?
4  A  That's correct.
5  Q  And, in fact, this particular reorganization only
6     affected Abegglen's position as Deputy Chief,
7     correct?
8  A  No, that's not true. There were a number of
9     people affected by this reorganization.
10 Q  Well, in regard to the police department in
11    regard to employer-employee conflicts, right?
12 A  No. Well, as far as it affecting people in the
13    police department, it affected a number of
14    people. It affected the -- Willis Abegglen and
15    the reorganization of his duties, it affected
16    Mary Abegglen and the reorganization of her
17    duties. If memory serves me right, Kelly was
18    also affected by it, and we also cut a position.
19 Q  What position did you cut?
20 A  We -- The intent was to leave the number of
21    personnel in the department the same and so we
22    created a new position, a clerical position that
23    the -- we would lose a patrolman's position.
24 Q  Which patrol position did you lose?
25 A  It would have been Officer Decker's, who is the

Page 67

1     junior -- By union contract, the junior officer
2     is the one that would have disappeared.
3  Q  Now, Chief Wilson testified Officer Decker did
4     not get laid off until December 2009; do you
5     disagree with that testimony?
6  A  No, I do not.
7  Q  Now, I notice at the bottom here you've got
8     Deputy Chief of Police, delete position, 82,000
9     savings?
10 A  That was the cost of the position, yes.
11 Q  But you don't note in here that that person was
12    being retained in the department and staying on
13    at a Sergeant's salary, right?
14 A  That's correct.
15 Q  How much did that Sergeant's position cost?
16 A  Sergeant's position saves us a few thousand
17    dollars. It's not very much.
18 Q  So in reality the annual budget impact is not
19    really a savings of anything but it's -- without
20    putting in the 65,000 for the Deputy Treasurer
21    becoming Billing Clerk and without putting in the
22    Deputy Chief being deleted but actually going to
23    the Sergeant's position, there's no savings here,
24    is there?
25 A  No. I think that my thought process there was is

Page 68

1     that we were not creating a new Sergeant's
2     position, that the Sergeant's position would
3     remain. It's just that under the law Sergeant
4     Abegglen had bumping rights so he would take the
5     Sergeant's position from someone else. The other
6     person would become a patrol officer.
7  Q  Did that happen?
8  A  I don't think directly, no, because there were
9     other personnel actions that happened in that
10    process. The net result in the department was
11    the same. During the -- During that year,
12    Sergeant Abegglen, for example, immediately took
13    a short-term disability for a period of some
14    weeks. I believe we had another Sergeant out for
15    a period of some weeks, we had other patrol
16    officers out for worker's compensation, so
17    instead of laying off the officer immediately, we
18    waited till the start of the year because the
19    department was shorthanded. Sometimes we were
20    down three officers at a time on sick leave or
21    worker's comp.
22 Q  Back to item 3, Eliminating employer-employee
23    conflict in the police department. Why did that
24    become an issue in February of 2009?
25 A  Directly because of Daphne Fisher's --

Page 69

1  Q  Going to number 5, Improving the segregation of
2     financial duties. What did you mean by that?
3  A  We get -- And it's true for all small
4     communities. We don't have enough employees to
5     segregate our financial duties to the extent that
6     our auditor would like us to. That means they
7     want separate financial actions done by different
8     individuals so that no one individual has an
9     opportunity for fraud and graft. When we did
10    this reorganization, I included concerns for a
11    treasurer in trying to segregate the duties we
12    assign job duties to various positions, that we
13    could segregate our financial duties as much as
14    possible to reduce the opportunity for fraud and
15    graft within the Town.
16 Q  Why did that become an issue as of February of
17    '09?
18 A  It's an ongoing and consistent issue. We never
19    look at any job that deals with the money of the
20    Town of Beloit without considering segregation of
21    duties, potential for graft interruption.
22 Q  Number 6, Adjusting workload to better make use
23    of employee time; what did you mean by that?
24 A  At this point I can't -- I would have to give
25    some thought to that specifically what the issues

Page 70

1    were there.
2  Q  Next one, No. 7, Improving the management and
3    administration of Town affairs; what did you
4    mean?
5  A  I think the issue there was is we did have some,
6    what I would call -- for example, in the police
7    department it's been brought up in testimony, we
8    had some issues with overtime and personnel
9    issues in reporting -- I guess what we call
10    clerical administrative functions. I thought by
11    bringing together the clerical functioning into a
12    new position of Administrative Assistant to the
13    Chief of Police, those things could be approved.
14    Also, regarding the creation of a personnel clerk
15    for the Town and having somebody who could spend
16    more time focused on that without having to be
17    responsible for utility billing and accounting
18    and other things would also benefit the town and
19    be able to focus on what was obviously a problem.
20  Q  That's something that existed prior to February
21    of '09?
22  A  That's correct.
23  Q  And next item, Reducing costs; what did you mean
24    by that?
25  A  The Town when I did the reorganization, the Town

Page 71

1    Board's direction was it should be cost control,
2    save us money, and I think that it met that goal.
3  Q  Based on what you've got explained here at the
4    bottom of --
5  A  Yes.
6  Q  -- the first page of Exhibit 24?
7  A  Yes.
8  Q  As I listened to you testify, would it be correct
9    to say that most all of these issues existed
10    before February of '09, but the Board wouldn't do
11    anything about it unless they saw there was going
12    to be some cost savings to the changes?
13  A  No. I think what the trigger was, for the Board
14    was is when Officer Fisher came forward and
15    stated what was happening within the police
16    department, we had concerns about the reliability
17    and security of information of the employees
18    records, which was important to us for a lot of
19    legal reasons. I think that things that we
20    wanted to do, separate out the Clerk of the Court
21    from the police department to separate out the
22    Abegglens and their working employment all of a
23    sudden that didn't seem to be so burdensome to
24    the Town Board, let's go ahead and do it.
25  Q  In regard to Willis Abegglen's administrative

Page 72

1    duties as Deputy Chief, what was your
2    understanding as to how those administrative
3    duties were going to be taken care of?
4  A  I would say that the Deputy Chief had, as I
5    viewed it, three categories. Basically the
6    supervisory responsibilities. Our Deputy Chief
7    acted as a supervisor, a Sergeant, had the role
8    of a Sergeant, had what are called professional
9    police duties in assisting the Chief of Police in
10    policy and in management issues. That had some
11    clerical duties as well just because we're a
12    small community. And when we reorganized the
13    department, the clerical duties went to -- the
14    responsibilities went to the new Administrative
15    Assistant, which was more efficient. An
16    Administrative employee costs me less than a
17    police officer and also brought those duties
18    together into one position.
19    The responsibilities for the
20    professional management of the organization,
21    those went back to the Chief for him to reassign
22    as appropriate, and then that position kind of
23    retained the Sergeant's responsibilities.
24  Q  And what did the new Administrative Assistant
25    that was taking over Willis' administrative

Page 73

1    duties -- Is that position listed on here?
2  A  Police Secretary, new position is how we have it
3    listed here.
4  Q  And it's 56,000 a year?
5  A  Yeah. Yes. That's with benefits.
6  Q  I understand. And the 82,000 for Deputy Chief's
7    with benefits, too, right?
8  A  That's correct.
9  Q  Did anyone on the Town Board ever sit down and
10    question you about the savings cost analysis you
11    did here?
12  A  Oh, they went over it in detail.
13  Q  Were they aware of the fact that this really
14    wasn't a $70,000 savings as is depicted at the
15    bottom?
16  A  Well, I believe it was I think. I'm just --
17    would have to sit down and think about -- we're
18    talking about the one position switching.
19    Looking back, the Deputy Treasurer was
20    deleted at $65,000 a year. The Billing Clerk --
21    That became the Billing Clerk's, slash, here at
22    $43,000 per year. A lot of -- I think the cost
23    savings there was driven by overtime.
24  Q  With Mary Abegglen's position, the Clerk of Court
25    Police Administrative Assistant was deleted at

Page 74

1    50,000. What new positions were added as a
2    result of that position being deleted?
3  A  The duties of the Administrative Assistant Clerk
4    of Court, the administrative duties went to the
5    Police Secretary position to separate out that
6    from the Court, and what remained was the Clerk
7    of Court responsibilities and so the job
8    became -- it would be called Clerk of Court
9    Receptionist just because that position then
10   physically was being moved to the Town Hall and
11   all of our employees at the Town Hall are up at
12   the front desk. We only have three people up
13   there. When somebody is on lunch or on sick
14   leave, everybody has to fit in.
15  Q  And you don't have Abegglen's jumping down to the
16   Sergeant's position here either, do you?
17  A  I believe I didn't do that because he would have
18   occupied an existing position and there would
19   have been a bump there.
20  Q  But there wasn't a bump, was there?
21  A  In our organization there was. When you follow
22   the track of personnel, it took a while, but it
23   occurred the next year. And again that's because
24   we're managed by position and there were a number
25   of people absent during that year and we retained

Page 75

1    that officer so we didn't have to pay overtime
2    for other people.
3  Q  Where do you have Mary's new position on here?
4  A  Clerk of Court/Receptionist.
5  Q  That's 34,000?
6  A  That would be the budget figure with benefits,
7    yes.
8  Q  And then the other portion of her job was picked
9    up by the Police Secretary, 56,000 a year?
10  A  That's correct.
11  Q  Now, at the time you met with Willis Abegglen in
12   February of '09, and you informed him that the
13   Deputy Chief's position was being eliminated, why
14   was it that you told him the position was being
15   eliminated to put more patrol officers on the
16   street?
17  A  I think that was part of the benefit of the
18   reorganization was is that we took a -- brought
19   in a clerical employee at a lower rate of pay who
20   is trained and equipped to do clerical work and
21   put our licensed law enforcement officers back
22   out on the street. Given that we are a small
23   department with, at that time, a dozen officers,
24   to get the personnel out of the office on the
25   street was a significant benefit to us.

Page 76

1  Q  You also told Abegglen at that same time if he
2    didn't retire, you would have to go to the
3    position of Sergeant and that you would lay off
4    the most junior person in the police department?
5  A  That's correct.
6  Q  So how are you gaining more patrol officers by
7    putting one on and taking one and laying him off?
8  A  Well, we didn't lose anybody on the street. We
9    were able to gain a clerical position in the
10   department and not lose street time.
11  Q  You gained a clerical person, you lost an officer
12   and you gained a sergeant?
13  A  Right. Maybe that's confusing. We actually I
14   don't think gained a sergeant. We kept the same
15   number of sergeants, it's just that we wouldn't
16   have a sergeant tied up in the office.
17  Q  Now, when you told Abegglen this, he objected or
18   he said that he would -- wouldn't be retiring and
19   wouldn't be accepting the Sergeant's position
20   except under duress, right?
21  A  I don't have any exact memory of that
22   conversation, no.
23  Q  And --
24  A  But I wouldn't dispute it either.
25  Q  -- do you recall Abegglen requesting that the

Page 77

1    Board provide him a letter regarding his demotion
2    to Sergeant at that time? That he said I want a
3    letter from the Board.
4  A  I have -- Yes.
5  Q  And at that time why did you respond to Willis
6    Abegglen you don't tell me how to run the Town of
7    Beloit?
8  A  I think that you have to -- You have to -- What's
9    in writing isn't always what exists at the time
10   of the moment, and I think you have to know
11   Willie and his demeanor and his action. At that
12   point in time Willie was trying to take control
13   of the conversation and tried to guide the
14   direction of where the conversation was going,
15   and I was not going to accept that.
16  Q  Who had the Rock County Sheriff place an extra
17   squad in the area of the Town Hall when you and
18   Groves met with Abegglen to tell him his position
19   was being eliminated?
20  A  The direct answer to that question is the Sheriff
21   did.
22  Q  Who requested that the Sheriff do that?
23  A  I requested that the Sheriff provide security at
24   this point in time. How he did that was his
25   decision. I did not specifically ask for a squad

Page 78

1     car or anything else, but I did ask for the
2     sheriff's department to provide security at that,
3     during those conversations.
4     Q    And why did you ask the Sheriff for security?
5     A    That is because a number of people had over the
6     previous few weeks warned me of Willie's
7     explosive personality and the fact that he could
8     become violent.  One of those was Captain Tom
9     Gehl of the sheriff's department.  One of those
10    were the Town of Board chairman, Greg Groves, and
11    I believe Dave Garetson, who also is another
12    employee of the Town, mentioned some things.  I
13    don't know how seriously I took it, but Bill
14    Henderson, or the town attorney, was going to be
15    with me, and I mentioned it to him, and he felt
16    if there was any possibility of any violence that
17    he would feel better if there was somebody there
18    to help out, so I requested some assistance from
19    the sheriff's department and he decided how it
20    was going to be done.
21    Q    In fact, the Sheriff that was parked outside,
22    there was no need to call him into the situation,
23    wasn't that true?
24    A    No, there was not.
25    Q    I'm going to show you what's been marked as

Page 79

1     Exhibit 25.  Can you identify Exhibit 25 for the
2     record?
3     A    Yeah.  I was in conversation with the union
4     regarding the reorganization and whenever there
5     was something that affected that reorganization,
6     I usually informed their representative, Al
7     Fladthammer.  In this case partly the
8     reorganization caused while Mary was moving --
9     Clerk of Court was moving from the police
10    department into the Town Hall.  In order to make
11    the software work in the computers required a
12    change to the Internet connection between the
13    Town Hall, required a secure service between the
14    Town Hall and the police department.  That was
15    delayed for a couple of reasons over time, some
16    of it due to Charter and their hardware, some of
17    it due to the person we had hired to do the
18    software and getting the work done.
19    Q    How much did it cost to move that office from the
20    police building to the Town Hall including this
21    installation of Internet service and moving
22    charges and furniture and things of that nature?
23    A    I can't tell you exactly 'cause there were other
24    costs at the time associated with what was going
25    on in the police department not directly related

Page 80

1     to this and they kind of got lumped together.
2          The cost for Charter was no change.  We
3     were doing that anyway.  There was some cost for
4     some additional software and the time to set up
5     that software, and I'm not sure what those costs
6     are.
7     Q    Do you have any idea what it cost for furniture
8     at the Town Hall to set up this new office?
9     A    I would not expect very much.  We used existing
10    furnishings.  There may have been some
11    administrative things that needed to be changed
12    out, but I don't --
13    Q    I'm going to show you what's been marked as
14    Exhibit 26.  Can you identify what Exhibit 26 is
15    for the record?
16    A    This is my response to Teamsters Local 695 and
17    their grievance regarding the Clerk I believe it's
18    Clerk of Court's job change.
19    Q    You cite in here Wisconsin Statute Section
20    111.345 as an antinepotism section of the
21    Wisconsin code?
22    A    I believe that code allows us to reassign
23    personnel to avoid nepotism.
24    Q    Going back to Exhibit 24 --
25    A    Uhm-hum.

Page 81

1     Q    -- anywhere in there did your presentation to the
2     Town Board on February 9th mention the Separation
3     of Powers Doctrine?
4     A    What I stated was separating court duties from
5     law enforcement.  I used different terminology in
6     the two documents.
7     Q    And by the time your letter to Mr. Bogdonas of
8     June 8th, 2009, you had changed that term to
9     Separation of Powers Doctrine?
10    A    I expect I used those two terms pretty much
11    interchangeably.
12    Q    I show you what's been marked as Exhibit 27.  Can
13    you identify what this document is for the
14    record?
15    A    That is my budget letter to the Board for the
16    budget we were preparing for 2010.
17    Q    On page 2 it indicates the police department
18    going back to 2008's approximate size; do you see
19    that?
20    A    Correct.
21    Q    How was that going to be achieved as of
22    November 2009 when this was written?
23    A    In -- For the police budget for 2010
24    fundamentally we were reducing four officers.
25    Q    So in November of 2009 you had made a decision

21 (Pages 78 to 81)

Page 82

1    that in 2010 four officers were getting cut?
2    A   That was the budget would be reduced for four
3        officers, but in this case that included the
4        officer that we had reduced in 2009 plus three
5        new officers.
6    Q   Now, there's a foldout sheet in there and, I'm
7        sorry, I didn't get real good copies of that on
8        our copies, but we'll make better copies for us.
9        In there it says 2009 total police department
10       expense at $1,322,479.25, right?
11   A   Yes.
12   Q   And for 2010 it's budgeted at $1,158,390.36,
13       correct?
14   A   Okay.
15   Q   I think that's on the follow-up sheet, it's got
16       the 2010 --
17   A   Okay.
18   Q   -- projections.  If I'm wrong, let me know.  I
19       said 1,158,390.36.
20   A   I have for 2010 budget for police showing on
21       here, 1,344,858.46.
22   Q   Let me see where you're looking at and see where
23       I'm mistaken.  Okay.
24   A   I'm looking at the total column.  It should be --
25       the police should be the one, two, three, fourth

Page 83

1        column down.
2    Q   I was talking about personnel?
3    A   Oh, personnel, that's okay.
4    Q   That's where we're on this.  I wasn't clear on
5        that.
6            So it went down by roughly $60,000 -- or
7        roughly 160, about $164,000?
8    A   Correct, thereabouts.
9    Q   And I see where the fire and ambulance personnel
10       costs for 2009 was actually less than what it's
11       projected for in 2010 about 31,000, right?
12   A   Shows the -- 2009, our budget for personnel
13       expense for fire was 1.2 million.  1.2 --
14       1,210,000; 2010, 1,242,000.
15   Q   So actually fire and ambulance personnel costs
16       went up versus the police, which went down?
17   A   Correct.
18   Q   Who all got cut from the police department budget
19       in 2010, do you know the employees?
20   A   By name?
21   Q   Right.
22   A   Well, including one that we had scheduled for
23       reduction in 2009, it would have been Officer
24       Decker, Officer Fisher, Officer Waldinger and
25       then Officers Bogdonas resigned so that we did

Page 84

1        not -- so that filled that position or took care
2        of that position.
3    Q   And you've added Laura Palmer?
4    A   Sergeant Palmer fills the vacancy left by
5        Sergeant Abegglen.
6    Q   And there's still three sergeants at the police
7        department now?
8    A   There are a total of three sergeants, correct.
9    Q   And I notice that between 2009 and 2010 the
10       administrative personnel costs increased --
11   A   Correct.
12   Q   -- by about 60,000, right?
13   A   From 268,000 to 330,000 approximately, yes.
14   Q   Who is all covered by the administrative
15       category?
16   A   Administrative category includes myself as the
17       Administrator, the Clerk, the Administrative
18       Assistant/Personnel Clerk.  I don't think --
19       There may be some temporary part-time payroll
20       involved in there as well.
21       How many raises have you received since
22       January 2009?
23   A   January 2009?
24   Q   Uhm-hum.
25   A   Zero.  I did receive a raise in January,

Page 85

1        January 2009.
2    Q   How much was that?
3    A   I can't remember exactly.  I think it was right
4        around about 5 percent.
5    Q   And what's the -- who all got raises then from
6        2009 to 2010 that accounts for administrative
7        personnel costs going up by over 60,000?
8    A   It was actually a reorganization of positions.
9        We took -- What ended up happening is we took one
10       part-time position, ended up making it a
11       full-time position.
12   Q   What's all covered in the category Board and
13       Commissioner -- Boards and Commissioner on that
14       budget?
15   A   That would include the Town Board, and I think
16       that's the only Town Board.
17   Q   As I read the budget, the only areas that were
18       decreased in the Town budget were the police,
19       courts, Boards and Commissioners and the Fall
20       Festival, am I correct about that, in regard to
21       personnel costs?
22   A   It appears so, yes.
23   Q   Okay.  I'm going to show you what's been marked
24       as Exhibit 28.  Can you identify Exhibit 28 for
25       the record?

Case: 3:10-cv-00110-wmc    Document #: 32    Filed: 09/16/2010    Page 23 of 37

**Willis Abegglen vs. Town of Beloit**    9/1/10    **Deposition of Robert Museus**

Page 86

1  A  It is a memorandum from myself to the Town
2     Personnel Clerk regarding paying terminal leave
3     benefits to Sergeant Abegglen upon his
4     retirement.
5  Q  That's dated March 1st, 2010?
6  A  Correct.
7  Q  And was the decision that you made not to pay
8     Willis Abegglen the terminal leave benefits a
9     decision the Town had ever made prior to this, to
10    your knowledge?
11 A  I can't remember if Officer Bogdonas left our
12    service before Sergeant Abegglen or -- Sergeant
13    Abegglen left first, but they were the first two.
14 Q  When you say first two times it came up, what do
15    you mean?
16 A  Our policy is for an employee to receive terminal
17    leave benefits, they need to provide us 10
18    working days notice, and this is the first --
19    these are the first two occurrences that since
20    I've been here that the employees leaving our
21    service didn't provide us the 10 working days
22    notice.
23 Q  Did you check in regard to any past history on
24    whether anyone -- that had ever occurred before?
25 A  No.

Page 87

1  Q  I'm going to show you two documents at the same
2     time.  Exhibits 29 and 30, can you -- that's 30.
3     Can you identify what Exhibit 29 is?
4  A  Yeah.  It is a notice to Mary Abegglen that we
5     received application for the part-time Data Entry
6     Clerk Position and that she could test for it on
7     Saturday, April 3rd, 2010.
8  Q  And what's Exhibit 30?
9  A  That is the job description for the Data Entry
10    Clerk dated March 2010.
11 Q  That's the position she was allowed to apply for?
12 A  Yes.
13 Q  Did she take the test, do you recall?
14 A  I believe she took both the written test and the
15    data entry test.
16 Q  And how did those exams work out?
17 A  She did not score in the top five, which we
18    interviewed for.
19 Q  Who eventually got that position?
20 A  Jennifer, and her last name I can't remember
21    right now.
22 Q  And did Jennifer apply for the position?
23 A  Yes, she did.
24 Q  How many internal investigations have you
25    initiated against Mary Abegglen since February of

Page 88

1     '09?
2  A  Did I initiate?
3  Q  Uhm-hum.
4  A  Zero.
5  Q  How many have been initiated against her that
6     you're aware of?
7  A  How many complaints I received against Mary?  I
8     can't remember the number off the top of my head.
9     There's been a handful.
10 Q  How many of those complaints have been
11    substantiated?
12 A  At this point, zero.
13 Q  Do you have any idea of how many internal
14    investigations were initiated against her prior
15    to February of '09?
16 A  I don't know if there's been any formal
17    investigations done before that date.
18 Q  Do you know why the change occurred as of
19    February '09 in regard to Mary Abegglen having a
20    handful of internal investigations initiated
21    against her before February of '09 and there
22    weren't any?
23 A  I think that -- This is not related to Mary, but
24    in the past we have received complaints on Mary.
25    Those were done internally and informally

Page 89

1     generally by the Chief, myself.
2          After the commotion started in the
3     police department, I had made a decision that all
4     complaints would go in writing, be investigated
5     in writing.  And so we had numerous complaints
6     not just involving Mary, in that period of time.
7  Q  Has it gone up for everyone then is what you're
8     saying?
9  A  Individually?
10 Q  Right.
11 A  No.  I think the number of investigations have
12    gone up substantially.  And I would expect that
13    the number for Mary is the highest.
14        MR. RETTKO:  Do you have any questions?
15        MR. ZALEWSKI:  No, I don't.
16 BY MR. RETTKO:
17 Q  I'm going to take just a few minutes 'cause I
18    want to make sure I'm all done with my questions
19    before I release you 'cause I'd rather not have
20    to do this again.
21 A  Okay.
22 Q  All right.
23        MR. ZALEWSKI:  These go with the court
24    reporter.
25        THE WITNESS:  Okay.  I'm sorry.

23 (Pages 86 to 89)

Willis Abegglen vs. Town of Beloit          9/1/10          Deposition of Robert Museus

Page 90

1          (A recess was taken.)
2          (At 2:11 p.m. the deposition concluded.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 91

1    STATE OF WISCONSIN  )
              )  SS:
2    MILWAUKEE COUNTY    )
3          I, CHRISTINE A. MORAN, RPR and Notary
4    Public in and for the State of Wisconsin, do
5    hereby certify that the deposition of ROBERT
6    MUSEUS, was taken before me at the Beloit Fire
7    Department 2445 South Afton Road, Beloit,
8    Wisconsin, on the 1st day of September, 2010,
9    commencing at 12:03 in the afternoon.
10         That it was taken at the instance of
11   the Plaintiffs upon verbal interrogatories.
12         That said statement was taken to be
13   used in an action now pending in the UNITED
14   STATES DISTRICT COURT, WESTERN DISTRICT OF
15   WISCONSIN, in which Willis Abegglen, et al., are
16   the Plaintiffs, and the Town of Beloit, et al.,
17   are the Defendants.
18         A P P E A R A N C E S
19         RETTKO LAW OFFICES, S.C., 15460 West
20   Capitol Drive, Suite 150, Brookfield, Wisconsin
21   53005, by MR. WILLIAM R. RETTKO, appeared on
22   behalf of the Plaintiffs.
23         ZALEWSKI, KLINNER & KRAMER, LLP, 1500
24   Merrill Avenue, P.O. Box 1386, Wausau, Wisconsin
25   54401-1386, by MR. RICHARD W. ZALEWSKI, appeared

Page 92

1    on behalf of the Defendants.
2          ALSO PRESENT Kris Eastman, Willis
3    Abegglen and Mary Abegglen.
4          That said deponent, before examination,
5    was sworn to testify the truth, the whole truth,
6    and nothing but the truth relative to said cause.
7          That the foregoing is a full, true and
8    correct record of all the proceedings had in the
9    matter of the taking of said deposition, as
10   reflected by my original machine shorthand notes
11   taken at said time and place.
12
13
14
                    ————————————
15
           Notary Public in and
16
           for the State of Wisconsin
17
18   Dated this 9th day of September, 2010.
19   Milwaukee, Wisconsin.
20
     My Commission expires December 12, 2010.
21
     Halma-Jilek Reporting, Inc.
22   (414) 271-4466
23
24
25

24 (Pages 90 to 92)

Case: 3:10-cv-00110-wmc     Document #: 32     Filed: 09/16/2010     Page 25 of 37

Willis Abegglen vs. Town of Beloit               9/1/10               Deposition of Robert Museus

Page 93

**A**

**Abegglen** 1:4
  2:11,11 3:2
  25:20 33:11
  42:19,25 44:21
  45:22 52:8,8
  65:1,2 66:2,14
  66:16 68:4,12
  75:11 76:1,17
  76:25 77:6,18
  84:5 86:3,8,12
  86:13 87:4,25
  88:19 91:15
  92:3,3
**Abegglens** 71:22
**Abegglen's**
  33:21 34:10
  51:2 66:6
  71:25 73:24
  74:15
**able** 41:14 70:19
  76:9
**absent** 74:25
**accept** 77:15
**accepting** 76:19
**access** 13:23
  15:2
**accounting**
  70:17
**accounts** 85:6
**accurate** 9:15
**achieved** 81:21
**Act** 47:12,16,20
  53:10,13,14,25
**acted** 72:7
**Acting** 44:22
**action** 29:18
  30:21 31:6
  35:24 36:2
  41:1 47:1
  59:24 65:9
  77:11 91:13
**actionable** 35:10
**actions** 21:8,11
  41:2 58:15
  68:9 69:7
**actively** 36:8
  46:10
**activities** 17:13
  18:11,15 27:11
  38:2
**activity** 20:24
  59:3
**acts** 1:13
**adamantly**
  12:25
**added** 74:1 84:3
**addition** 56:5

62:13
**additional** 80:4
**address** 6:8
**adequately**
  19:11,13
**adjacent** 15:1
**Adjusting** 69:22
**adjustments**
  49:2,3
**administered**
  18:6
**administrate**
  27:20
**administration**
  5:23 36:10
  49:20 61:4
  70:3
**administrative**
  70:10,12 71:25
  72:2,14,16,24
  72:25 73:25
  74:3,4 80:11
  84:10,14,16,17
  85:6
**administrator**
  7:1,3,14 8:3
  17:8,14 22:23
  27:14 30:1
  47:5 65:7
  84:17
**admitted** 54:16
**admonished**
  54:19
**admonishing**
  41:15 42:12
**admonishment**
  39:9,15,23
  41:24 42:9
  58:13
**adopt** 46:20
**advance** 9:13
**advice** 47:17
**advised** 41:23
**affairs** 70:3
**afternoon** 1:19
  91:9
**Afton** 1:17 91:7
**aggressive** 49:14
**agree** 43:10
  64:10
**agreed** 22:9 63:7
**ahead** 23:7 38:8
  51:7 63:19
  71:24
**al** 1:4,7 30:24
  31:1,8,16,22
  32:4,21,24
  33:4,8 35:5

38:8,10 39:17
  40:20 41:6,21
  41:21 79:6
  91:15,16
**Alan** 28:5
**allegation** 25:17
**allegations** 29:2
  29:6,17,23
  38:13 48:12,22
  54:12,23
**alleged** 50:9
**Allen** 13:7,8,15
**alleviate** 27:20
**allow** 4:19 15:2
  30:8
**allowed** 87:11
**allows** 80:22
**Al's** 31:9
**ambulance** 83:9
  83:15
**amendatory**
  1:13
**Amendment**
  63:6,20,21
**amiss** 50:15
**amount** 57:20
**analysis** 73:10
**annual** 62:21
  67:18
**answer** 4:21,22
  5:2,3 16:24
  23:7 55:20
  77:20
**anticipating** 5:7
**antinepotism**
  80:20
**anybody** 76:8
**anyway** 22:5
  80:3
**apologized**
  57:11
**apology** 41:10
  41:15,24 42:5
  91:21,25
**appears** 9:13
  85:22
**application** 87:5
**apply** 53:25
  87:11,22
**appointed** 51:25
**appointment**
  24:16
**appreciate** 4:19
**appropriate**
  14:15 31:6
  41:7 72:22
**approved** 49:18

49:24 70:13
**approximate**
  81:18
**approximately**
  84:13
**April** 87:7
**area** 77:17
**areas** 85:17
**Army** 6:19,22,24
**arrange** 31:18
  32:18
**arranging** 31:11
**arrival** 10:11
**arrive** 39:14
**arrived** 64:6
**article** 2:18,19
  8:14 9:6,11
  10:6 12:14
  46:16,19,23
  47:1,24 52:22
  54:8 55:15
  56:18,23
**asked** 5:5 10:3
  11:6,10 13:16
  24:13,22 28:16
  30:24 31:3,17
  38:12 43:9
  56:15 57:7,9
**asking** 4:15,22
  4:25 5:1 22:1
  55:12
**Assessor** 52:5
**assign** 69:12
**assist** 22:8
**assistance** 78:18
**Assistant** 70:12
  72:15,24 73:25
  74:3
**Assistant/Per...**
  84:18
**assisting** 72:9
**associated**
  79:24
**assume** 5:4
**assuming** 6:14
  28:22 33:6
**assure** 58:15
**attached** 28:10
  28:21,25
**attend** 39:20,24
**attendance**
  43:25
**attended** 40:11
  61:9
**attorney** 3:12
  4:17 13:24
  28:16 29:3,15
  29:20 30:17

33:15 35:13
  39:17 40:20
  47:18 78:14
**attorney's** 30:14
**auditor** 69:6
**August** 6:6
**authorized** 51:7
**Avenue** 2:7
  91:24
**avoid** 80:23
**aware** 13:5
  22:12 27:11,15
  27:17 32:24
  33:10,14 55:4
  56:4 73:13
  88:6
**awful** 16:13

**B**

**B** 2:16
**Bachelor's** 5:24
**back** 20:3 21:16
  22:9,15 23:23
  27:3,24 45:9
  59:18 68:22
  72:21 73:19
  75:21 80:24
  81:18
**backup** 60:1
**bad** 58:18
**bar** 13:13,14,18
  13:21
**bargaining**
  20:21 61:3,13
**based** 29:12
  40:19 62:22
  71:3
**basically** 9:22
  13:1 72:5
**Bates** 34:17
**BDN** 46:18
**becoming** 67:21
**behalf** 2:5,9
  91:22 92:1
**behavior** 41:6
**belief** 26:16,24
  58:23
**believe** 12:4
  14:10 20:13
  21:6 26:3
  30:22 31:13
  38:12 46:17
  47:15,19 52:12
  55:10 57:19
  59:15 68:14
  73:16 74:17
  78:11 80:17,22
  87:14

Case: 3:10-cv-00110-wmc    Document #: 32    Filed: 09/16/2010    Page 26 of 37

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of Robert Museus

Page 94

**believed** 41:6
56:13
**Beloit** 1:7,16,17
3:3 6:10,11 8:4
12:1 17:6,14
17:20,24 18:13
22:24 43:16
52:6,23 60:8
64:7 69:20
77:7 91:6,7,16
**benefit** 13:1
27:22 63:18
70:18 75:17,25
**benefits** 73:5,7
75:6 86:3,8,17
**better** 27:13
69:22 78:17
82:8
**Betty** 10:6,20,21
11:8,13,14,23
12:3,11,12,21
14:22 16:13
**Bill** 78:13
**billing** 62:8,10
62:15 67:21
70:17 73:20,21
**birth** 5:12
**board** 2:22,25
13:4 16:2,2,8
16:21 18:5,25
19:7,15,19
20:2,7 37:25
41:10,19 51:7
52:3,16,17
57:12 60:7,17
63:8 64:10
65:6,11,12
71:10,13,24
73:9 77:1,3
78:10 81:2,15
85:12,15,16
**Boards** 85:13,19
**Board's** 37:23
63:11 71:1
**Bogdonas** 2:24
81:7 83:25
86:11
**boss** 15:2
**bottom** 67:7
71:4 73:15
**bound** 47:11
**Box** 2:7 91:24
**break** 5:9
**bring** 19:12 38:2
**bringing** 70:11
**Brookfield** 2:3
91:20
**brought** 32:13

33:3 36:17
44:17 70:7
72:17 75:18
**browbeat** 46:6
**budget** 62:21
67:18 75:6
81:15,16,23
82:2,20 83:12
83:18 85:14,17
85:18
**budgeted** 82:12
**building** 36:13
79:20
**bump** 74:19,20
**bumping** 68:4
**burdensome**
71:23
**Burkee** 21:14,18
21:19 22:2,8
22:12 23:14,17
23:23,24 24:7
24:10,13 25:15
25:18,25
**Burkee's** 22:15
23:3

_____

**C**

**C** 2:1 4:1 91:18
**call** 13:15 70:6,9
78:22
**called** 4:3 31:17
32:17 63:5
72:8 74:8
**Capitol** 2:3
91:20
**Caple** 61:22
**Captain** 78:8
**car** 45:8 78:1
**care** 50:23 64:21
72:3 84:1
**case** 1:6 9:4
21:25 22:7
36:22 41:7,21
41:22 79:7
82:3
**cases** 40:22
**catch** 58:9
**categories** 49:8
72:5
**category** 84:15
84:16 85:12
**caught** 19:3
**cause** 9:8 35:11
79:23 89:17,19
92:6
**caused** 20:17
79:8
**certain** 14:12

16:7 41:3
43:22
**certainly** 22:5
**certify** 91:5
**chain** 16:1,9,15
16:21 17:2
50:3,10
**chairman** 52:3
52:17 78:10
**change** 62:9
64:11 79:12
80:2,18 88:18
**changed** 80:11
81:8
**changeover** 8:8
**changes** 51:8
60:21 71:12
**charges** 44:15
44:17 45:12
79:22
**Charter** 79:16
80:2
**chat** 38:4
**check** 86:23
**Chicago** 40:4,11
**chief** 4:14 21:9
21:12,17 22:1
23:4,12,16,20
24:16 25:5,6
25:11 26:5,8
26:23 27:4,9
29:2,5,11 30:1
30:7 31:18
32:16,21,25
33:6,20,24
34:3,5,11 35:1
35:16 36:13
37:15 38:2,5,9
38:20 39:10,19
42:19 43:12,21
44:8,22,23
45:14,22,25
46:19 47:19,25
48:14,18 49:24
50:1,21 51:2
51:17 52:1,11
53:3 55:4,7
56:5,7 58:24
59:4,14,20
64:2 65:22
66:6 67:3,8,22
70:13 72:1,4,6
72:9,21 89:1
**Chief's** 58:20
73:6 75:13
**CHRISTINE** 1:15
91:3
**circumstance**

26:22
**circumstances**
21:25 40:24
**citations** 59:12
**cite** 80:19
**cited** 9:8
**city** 7:1,14,21
7:23 8:8 9:2,8
9:13,22,25
10:3,12,18,24
11:4,4 13:20
13:24,25 14:1
14:6,20,25
40:4
**civil** 1:13 4:11
**claims** 49:15
**clarification**
30:17
**clarify** 23:19
**classification**
62:5
**clear** 19:8 32:7
49:23 58:22
83:4
**clearly** 49:15
**clerical** 11:3
26:3,4 63:15
66:22 70:10,11
72:11,13 75:19
75:20 76:9,11
**clerk** 3:4 11:2,7
11:11 12:10,11
19:15,19 52:5
61:11 62:2,8
62:10,15,15
63:3,10,15
64:1 67:21
70:14 71:20
73:20,24 74:3
74:6,8 75:4
79:9 80:18
84:17,18 86:2
87:6,10
**Clerk's** 73:21
**closer** 7:10
**code** 80:21,22
**collective** 20:20
61:3
**collusion** 43:21
44:7 65:22
**column** 82:24
83:1
**come** 24:7 26:6
37:12,13 40:16
45:6
**coming** 32:10
59:8 63:25
**command** 16:1

16:10,15,22
17:3 50:4,11
**commencing**
1:19 91:9
**comments**
38:15,16 49:12
56:19
**Commission**
92:20
**Commissioner**
85:13,13
**Commissioners**
85:19
**common** 52:18
**commotion** 13:2
15:19 89:2
**communicating**
11:17
**communication**
13:9,10 14:6
27:3
**communicati...**
14:17
**communicator**
14:12
**communities**
64:8 69:4
**community**
11:16 12:21,22
17:10 24:16,19
30:10 72:12
**comp** 68:21
**compensation**
68:16
**complaint** 19:13
19:14 20:16
21:6,14 23:4
23:14,18,20,22
23:23,25 24:5
24:25 25:1
28:20 29:8,13
30:18,21,23
35:22 36:1
38:9 41:4,5
46:7 47:9
48:24 53:18
**complaints**
16:10 18:24
19:6,9,11,12
19:17 20:1,6
20:12,20,23
21:2,7 23:12
23:16 29:1
53:2 88:7,10
88:24 89:4,5
**complete** 31:4
**completed**
25:22 32:5,9

Case: 3:10-cv-00110-wmc    Document #: 32    Filed: 09/16/2010    Page 27 of 37

Willis Abegglen vs. Town of Beloit              9/1/10              Deposition of Robert Museus

Page 95

34:4 49:2
57:17
**computers**
79:11
**concept** 41:1
**concern** 16:17
18:5,25 35:11
35:23
**concerned** 30:8
35:15 45:6,10
52:13
**concerns** 37:24
69:10 71:16
**conclude** 25:22
54:21
**concluded** 25:24
90:2
**conclusion** 26:6
44:9 45:24
**conduct** 28:17
29:16,22 30:25
33:5 36:18
**conducted**
31:15
**conducting** 31:9
59:22
**confidence** 44:1
44:4,18 46:9
46:19 55:16
**confident** 22:20
**confidentiality**
61:2,19
**confirmation**
40:10
**confirming**
34:10
**conflict** 11:6,14
13:21 14:1
35:16 65:19,25
66:1 68:23
**conflicts** 66:11
**confused** 24:1
**confusing** 76:13
**connection**
46:18 79:12
**considering**
69:20
**consistent**
69:18
**contacting**
30:17
**contained** 34:15
**contract** 22:6
67:1
**contracts** 18:6
**contrite** 57:11
**control** 65:23
71:1 77:12

**conversation**
29:1 31:1
42:11,15,18
45:20 51:14,17
51:20 53:1
57:25 76:22
77:13,14 79:3
**conversations**
29:5 31:22
36:12 52:16
78:3
**cooperation**
38:11
**coordinating**
17:12
**copies** 3:11
61:14 82:7,8,8
**copy** 34:1,5
53:23 54:9
56:21
**corner** 34:18
**correct** 8:25
14:24 16:16
17:18 21:5
28:8,9,12,17
28:18 33:13
34:20 39:13
41:13 45:15,19
51:15 52:20
54:15,18,19
55:25 56:8
57:16 59:18
60:25 61:1,5
62:5,20,23
64:25 66:4,7
67:14 70:22
71:8 73:8
75:10 76:5
81:20 82:13
83:8,17 84:8
84:11 85:20
86:6 92:8
**Cos** 52:3
**cost** 62:19 63:16
65:15 67:10,15
71:1,12 73:10
73:22 79:19
80:2,3,7
**costs** 70:23
72:16 79:24
80:5 83:10,15
84:10 85:7,21
**council** 8:9,10
8:17 9:14,19
9:23 10:1,3
12:15,18,24,24
13:13,20 14:1
14:20,25

**counseling**
39:18 40:6
57:14 58:14
**counselor** 40:3
40:11
**County** 77:16
91:2
**couple** 4:15
37:16 40:9
64:16 79:15
**course** 31:21
59:24
**court** 1:1 40:22
62:24 63:3,10
63:23 64:1,2,4
71:20 73:24
74:4,6,7,8 79:9
81:4 89:23
91:14
**courts** 40:24
85:19
**Court's** 80:18
**Court/Recept...**
75:4
**covered** 84:14
85:12
**create** 59:5
63:14 65:14
**created** 17:21
66:22
**creating** 58:24
59:14 68:1
**creation** 70:14
**Creek** 7:21 8:7
9:7 10:24
11:23 14:5
16:14
**current** 6:8
52:17
**cut** 66:18,19
82:1 83:18

------

### D

**D** 2:12 3:6,8 4:1
**Daguanno** 52:3
**dancing** 13:12
**Daphne** 43:6
46:4 47:25
51:6,13,16
55:2 59:16,24
61:7 68:25
**Daphne's** 43:16
46:5
**data** 3:3 87:5,9
87:15
**date** 5:12 22:19
28:22 40:7
46:16 48:8

60:9 88:17
**dated** 9:6 32:1
39:12 41:12
52:25 86:5
87:10 92:18
**Dave** 78:11
**day** 1:18 30:22
37:4,5 38:7
42:2 59:25
91:8 92:18
**days** 40:17
86:18,21
**dealing** 20:12
50:21 55:21
60:18
**deals** 69:19
**dealt** 35:21
50:17,18,19
**December** 5:13
21:15 23:25
28:23 29:13
45:3,12 67:4
92:20
**decide** 8:16
**decided** 14:2
24:17 45:21
63:18 78:19
**decision** 9:24
13:24 39:14
40:16 47:9
49:19 58:11
77:25 81:25
86:7,9 89:3
**decisions** 60:16
**Decker** 67:3
83:24
**Decker's** 66:25
**declare** 53:9
**decreased** 85:18
**Defendants** 1:8
2:9 91:17 92:1
**degree** 5:17,24
7:7
**delayed** 79:15
**delete** 67:8
**deleted** 62:4
67:22 73:20,25
74:2
**deletion** 62:11
**delivery** 32:6
**demeanor** 77:11
**demotion** 77:1
**denied** 49:17
**Dennis** 13:7,7
13:15
**departed** 12:10
**department**
1:17 15:21

19:9,10 21:4
21:20 22:3,25
26:2,5 27:5,6,8
27:12,18,20
28:11 33:5
35:17,19 36:4
36:8,15,18,25
37:2,10 38:1,1
43:8,22,23
47:7 49:21
51:8 52:9
54:13,17 58:17
58:19,22 59:11
60:14,16 63:4
63:15 64:15
65:19,22,23,24
66:10,13,21
67:12 68:10,19
68:23 70:7
71:16,21 72:13
75:23 76:4,10
78:2,9,19
79:10,14,25
81:17 82:9
83:18 84:7
89:3 91:7
**departments**
17:22,24 18:10
51:9
**depicted** 73:14
**deponent** 92:4
**deposition** 1:10
4:11,14 5:7
90:2 91:5 92:9
**Deputy** 44:23
61:24 62:3,6
62:12,13 66:6
67:8,20,22
72:1,4,6 73:6
73:19 75:13
**describe** 8:22
**description** 2:17
3:3 51:3 87:9
**descriptions**
10:12 51:11
**desk** 74:12
**detail** 73:12
**details** 34:6
**determined**
24:20
**develop** 18:16
**dictated** 21:3
**difference** 27:19
**different** 12:11
18:10 61:13
69:7 81:5
**differently** 14:8
14:9 24:23

Case: 3:10-cv-00110-wmc    Document #: 32    Filed: 09/16/2010    Page 28 of 37

Willis Abegglen vs. Town of Beloit          9/1/10          Deposition of Robert Museus

Page 96

**direct** 57:8
77:20
**directed** 20:14
65:16
**directing** 17:12
**direction** 71:1
77:14
**directly** 16:2,8
18:4,4,24 19:6
20:2,6,23 50:3
50:8,19,20
68:8,25 79:25
**disability** 68:13
**disagree** 67:5
**disagreed** 58:11
**disappeared**
67:2
**disappointed**
38:18
**disciplinary**
29:18 31:6
40:25 55:16
**discipline** 39:15
**discretion** 31:16
**discuss** 26:12,15
26:23 38:22
48:14
**discussed** 24:8
24:10 37:21
44:1 63:6
**discussing**
33:23
**discussion** 9:22
25:6 32:7
33:20 38:24
59:20
**discussions**
44:13,20 45:23
**disgruntled**
10:10
**dispute** 34:16
76:24
**dissension**
58:21
**DISTRICT** 1:1,2
91:14,14
**diversity** 39:25
**Doctrine** 81:3,9
**document** 22:3
22:14 27:25
28:2,5 31:2
39:8 53:15
60:4 81:13
**documented**
40:14
**documents**
51:12 53:15
81:6 87:1

**doing** 11:9 16:14
16:24 17:1
25:21 30:7
36:25 80:3
**dollars** 67:17
**door** 37:14 52:2
**dozen** 75:23
**Dransfield** 44:23
48:5 50:6,7,20
50:22
**Dransfield's**
48:11,21
**drawing** 36:21
**Drive** 2:3 6:9
91:20
**driven** 45:7
73:23
**Drost** 52:12
**due** 47:22 79:16
79:17
**duly** 4:5
**duress** 11:1 52:2
76:20
**duties** 10:12
62:25 66:15,17
69:2,5,11,12
69:13,21 72:1
72:3,9,11,13
72:17 73:1
74:3,4 81:4

**————— E —————**

**E** 2:1,1,12,16
3:6,6,6,6,8,8
4:1,1 34:18,19
91:18,18
**early** 22:7
**earning** 62:3
**East** 6:9
**Eastman** 2:10
92:2
**education** 5:16
**effectiveness**
60:24
**efficiency** 60:24
**efficient** 72:15
**effort** 45:14
**efforts** 17:19
29:12
**eight** 7:5,17
60:22
**either** 11:19
28:23 46:7
74:16 76:24
**eliminated**
75:13,15 77:19
**eliminating**
65:18 68:22

**emotional** 30:6
**Emotionally**
30:6
**emotions** 30:8
**employed** 22:1
**employee** 13:20
18:15 69:23
72:16 75:19
78:12 86:16
**employees** 2:20
15:9,20,24
16:8,18,19
17:1 18:3,15
18:21 20:11,23
36:10 41:3
60:8 69:4
71:17 74:11
83:19 86:20
**employer** 13:2
**employer-em...**
65:19 68:22
**employer-em...**
66:11
**employment**
6:17 9:14
11:19 12:16,19
22:8 30:12
61:19 71:22
**ended** 22:11
85:9,10
**enforce** 65:10
**enforcement**
62:25 63:24
75:21 81:5
**entail** 17:9
**entitled** 9:7
**entity** 63:24
**entry** 3:4 87:5,9
87:15
**environment**
17:6,21,23
20:5 21:4,7
23:1 58:16,19
58:25 59:5,11
59:13,19
**environments**
18:23
**equipped** 75:20
**error** 26:3,4
62:20,22
**establish** 17:25
18:20
**established** 18:1
18:2,12,15
**et** 1:4,7 91:15
91:16
**event** 4:25
**events** 38:24

39:2
**eventually**
87:19
**everybody** 74:14
**evident** 46:9
**exact** 28:22 34:6
38:17 39:3
42:14 48:8
76:21
**exactly** 12:17,20
13:9 17:9
30:18 33:14
48:15 49:10
56:11,14 79:23
85:3
**examination**
2:13 4:7 92:4
**examined** 4:5
**example** 68:12
70:6
**exams** 87:16
**Exhibit** 2:17
8:12,13,19 9:3
15:4,4 19:17
19:20 20:9
27:24 28:4,6
28:21 32:1
33:1,11 34:2
38:6,20 39:8
41:9 46:16
52:21 60:4
71:6 79:1,1
80:14,14,24
81:12 85:24,24
87:3,8
**Exhibits** 3:10
4:2 87:2
**existed** 34:25
70:20 71:9
**existing** 74:18
80:9
**exists** 77:9
**expect** 22:21
25:14 26:19,25
40:8 80:9
81:10 89:12
**expectations**
12:11 37:24
**expected** 15:10
38:11
**expense** 62:20
82:10 83:13
**experience** 14:5
**expires** 92:20
**explain** 25:8,11
**explained** 24:14
71:3
**explore** 35:4

**explosive** 78:7
**expressed** 61:10
**extent** 69:5
**extra** 77:16
**eyes** 37:7
**E-mailed** 32:8

**————— F —————**

**face** 13:3
**fact** 33:10 49:16
53:17,19 54:16
54:19 55:12
59:6 66:5
73:13 78:7,21
**facts** 8:25 36:23
55:12
**fairly** 31:7 35:18
36:4
**fairness** 36:20
**Fall** 85:19
**false** 58:21
**far** 66:12
**fast** 40:5
**fate** 8:16,17
**fault** 58:20
**fear** 17:1 34:24
**feared** 34:21
35:6,13
**February** 46:17
46:18,24 47:24
52:25 54:8
60:10,12 64:10
65:2 68:24
70:16 70:20
71:10 75:12
81:2 87:25
88:15,19,21
**Federal** 1:12
**feel** 18:11 19:10
19:12 36:14
78:17
**Felger** 48:6,11
48:12,25 50:2
50:18
**Felger's** 48:21
48:22 49:6
50:5,9
**fell** 44:6 49:8
**fellow** 10:10
**felt** 8:9 9:24
12:9 24:22
26:10 29:17
30:20 35:17
42:24 49:19
63:2,4 64:9
65:13 78:15
**fence** 9:20,23
**Festival** 85:20

Willis Abegglen vs. Town of Beloit          9/1/10          Deposition of Robert Museus

**figure** 75:6
**file** 21:17 22:10
    22:15,18,20,21
    40:15
**filed** 23:22
    24:25 25:2
    26:21 29:13
    45:12 53:2
**files** 61:11,21
**filing** 44:15
**filled** 84:1
**fills** 84:4
**finalist** 22:2
**financial** 60:20
    69:2,5,7,13
**find** 11:24 30:18
    34:24
**finding** 27:5
    31:23 35:5
    58:3
**findings** 42:4,7
**fine** 64:1
**fingers** 36:22
**fire** 1:16 60:15
    83:9,13,15
    91:6
**fired** 44:17
**first** 4:4 6:17,21
    10:10 17:23
    22:22 23:3
    28:19 33:17
    38:4 41:1,4
    43:2,3 48:24
    50:10 51:25
    55:17 63:2
    71:6 86:13,13
    86:14,18,19
**Fisher** 43:7,18
    43:19,19 46:4
    47:25 55:2
    59:16 61:7
    71:14 83:24
**Fisher's** 45:1
    51:6,13,17,20
    68:25
**fit** 64:22 74:14
**five** 87:17
**fix** 65:15
**Fladthammer**
    2:23 79:7
**flag** 61:15
**Flint** 2:18,19
    8:13 9:5
**focus** 70:19
**focused** 70:16
**foldout** 82:6
**follow** 15:22
    20:13 74:21

**followed** 15:11
**following** 33:24
**follows** 4:6
**follow-up** 82:15
**force** 15:1
**foregoing** 92:7
**form** 23:6 55:15
**formal** 88:16
**forth** 27:4
**forward** 36:16
    71:14
**forwarded** 34:5
**found** 14:23
    45:20 50:15
**four** 39:25 40:11
    81:24 82:1,2
**fourth** 82:25
**frankly** 15:16
**fraud** 69:9,14
**free** 47:12 53:16
**Freedom** 47:11
    47:15,20 53:10
    53:13,14,25
**front** 12:15,18
    28:11 32:2
    74:12
**full** 31:4 38:11
    92:7
**full-time** 85:11
**functioning**
    70:11
**functions** 62:1,7
    70:10
**fundamentally**
    81:24
**furnishings**
    80:10
**furniture** 79:22
    80:7
**further** 35:4
**future** 14:8

_____ G _____
**G** 4:1
**gain** 29:12 76:9
**gained** 76:11,12
    76:14
**gaining** 13:23
    76:6
**Garetson** 78:11
**gathering** 57:21
**Gazette** 52:22
    54:9
**Gehl** 78:9
**general** 15:19
    17:10 18:8,8
    20:24 27:23
    35:23

**generally** 16:17
    17:25 27:16
    37:17,20,22
    89:1
**generated** 14:14
**getting** 7:6 48:6
    48:12,13,22
    51:23 79:18
    82:1
**give** 24:17 42:9
    69:24
**given** 4:11 10:4
    24:1 51:21
    75:22
**go** 6:25 7:13,20
    8:2 12:14 23:7
    24:18 25:4
    38:8 51:7
    58:14 61:14,20
    63:18 71:24
    76:2 89:4,23
**goal** 71:2
**goes** 12:3 27:18
    56:23
**going** 4:15 5:4,7
    8:11,12 9:4
    13:5,25 14:8
    15:3 16:1,3,8,9
    16:14,20 20:2
    20:6,25 23:23
    24:18,20 26:1
    26:20 27:24
    30:2 31:11
    34:17 36:14
    37:22 38:10
    39:7 40:5 41:8
    44:7 45:17
    46:15 49:25
    50:1,3,11,22
    55:14,23 58:16
    60:3 61:20
    62:24 64:5
    65:15,15,18
    67:22 69:1
    71:11 72:3
    77:14,15 78:14
    78:20,25 79:24
    80:13,24 81:18
    81:21 85:7,23
    87:1 89:17
**good** 10:14
    64:18 82:7
**gotten** 28:20
    48:4
**graduated** 5:14
    6:12
**graduating** 6:18
**graft** 69:9,15,21

**Greg** 52:19,20
    78:10
**grievance** 18:7
    36:16 80:17
**grievances**
    15:11,13 16:1
    16:22 20:21
    26:10,21 35:20
    35:21 36:6
**Groves** 52:19,20
    77:18 78:10
**guess** 70:9
**guidance** 29:20
    65:12
**guide** 77:13

_____ H _____
**H** 2:16
**half** 5:8 37:4
    47:4
**Hall** 10:12 14:7
    74:10,11 77:17
    79:10,13,14,20
    80:8
**hallway** 37:12
    37:13
**Halma-Jilek**
    92:21
**Hamline** 5:21
    7:7
**handed** 24:2
    32:12
**handful** 88:9,20
**handle** 19:13
**handled** 21:10
**handling** 15:11
    15:13,23 36:6
**hands** 31:14,25
    51:12 61:18
**happen** 63:19
    68:7
**happened** 24:13
    40:9 52:11
    68:9
**happening**
    20:17 22:13
    27:4,6,16 56:4
    71:15 85:9
**hardware** 79:16
**hats** 17:15
**head** 4:24 19:10
    19:10 22:25
    27:8 88:8
**heading** 52:1
**hear** 35:11
**heard** 20:1,6
    23:17 58:7
**Hearing** 8:16

**heat** 58:9
**held** 12:9 44:20
**help** 27:15 31:9
    78:18
**helped** 27:13
**Henderson**
    78:14
**herring** 14:18
**high** 5:14
**highest** 5:16
    89:13
**highly** 13:16
    14:1 30:6
    42:16
**hips** 12:9
**hired** 11:4 12:10
    29:15 79:17
**history** 6:4,15
    86:23
**hold** 6:20
**Holland** 63:7
**home** 6:8
**honest** 15:16
**hostile** 17:5,21
    17:23 18:23
    20:4 21:3,7
    23:1 58:16,25
    59:5,10,18
**hours** 5:8 30:23
    39:25 40:12
**Hugo** 7:14 11:19

_____ I _____
**idea** 80:7 88:13
**identified** 39:22
**identifies** 34:21
**identify** 8:12 9:5
    15:4 18:7
    22:25 39:8
    41:9 60:4 79:1
    80:14 81:13
    85:24 87:3
**ID'd** 2:17
**immediate**
    30:21
**immediately**
    68:12,17
**impact** 60:7,20
    67:18
**impact's** 62:21
**impartial** 31:4
**implemented**
    47:10
**important** 71:18
**improve** 60:24
**Improving** 61:2
    69:1 70:2
**inaccurate** 8:23

Case: 3:10-cv-00110-wmc     Document #: 32     Filed: 09/16/2010     Page 30 of 37

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of Robert Museus

Page 98

9:17
**inadvertent**
26:2
**inappropriate**
41:5 49:10
63:3 64:9
**inappropriately**
49:1
**incapable** 11:9
**incident** 21:16
**include** 85:15
**included** 51:10
69:10 82:3
**includes** 84:16
**including** 29:19
52:17 79:20
83:22
**increased** 84:10
**indicate** 13:8
15:21 53:3
57:10
**indicated** 17:16
81:17
**indicates** 81:17
**indicating** 10:9
15:9 21:18
**individual** 10:5
12:23 16:23
20:14 69:8
**individually**
60:19 89:9
**individuals** 69:8
**informally** 88:25
**information**
16:7 25:4 27:1
27:7 42:6
47:12,15,20
51:21,24 52:15
53:10,13,14,25
61:10,14 71:17
**informed** 24:24
25:1,14,15
38:8,9 43:19
43:24 45:4
52:6,10 55:1
61:7 75:12
79:6
**informing** 22:1
**initiate** 88:2
**initiated** 87:25
88:5,14,20
**inkling** 16:25
**input** 65:12
**insensitive**
23:21
**installation**
79:21
**instance** 1:11
15:17,18 91:10

**instructions**
25:9
**insure** 59:25
**intended** 55:2
**intent** 6:5 66:20
**interaction** 59:2
**interchangeably**
81:11
**interest** 38:3
61:9
**internal** 87:24
88:13,20
**internally** 88:25
**Internet** 79:12
79:21
**interrogatories**
91:11
**interruption**
69:21
**interview** 25:20
**interviewed**
31:12 87:18
**interviews** 33:5
**inundated** 26:9
**investigate** 20:4
36:23
**investigated**
20:22,24 21:10
21:15 36:17
45:16 47:9
89:4
**investigates**
52:23
**investigating**
49:13
**investigation**
25:16,23 28:17
29:7,16,22
30:2,25 31:3,5
31:10,15,21
32:22 33:1,8
33:12 36:6
38:8,10 39:11
47:18 49:1
53:18 54:3,9
55:3 59:23
**investigations**
31:14 36:19
54:3 87:24
88:14,17,20
89:11
**investigative**
42:4
**involved** 13:25
16:20 36:8
46:10 84:20
**involving** 89:6
**in-service** 21:19

**irate** 14:2
**issue** 10:18,20
10:21,23 11:18
12:20 13:12
14:18,21 15:14
23:5,9,9 25:7
35:4,9 36:20
37:11 48:19,20
49:20 50:18,19
50:22 53:11
54:25 57:20
58:24 59:13
63:6,20,21
64:12,14,22
68:24 69:16,18
70:5
**issued** 22:19
**issues** 11:17,25
12:15,17 14:6
18:3 48:23
49:6 50:17
53:22 60:13,15
69:25 70:8,9
71:9 72:10
**issue's** 64:23
**issuing** 59:12
**item** 64:23
68:22 70:23
**items** 19:18
30:4 56:10

---

**J**

**Janesville** 54:8
**January** 8:6,14
9:6 32:1,17
34:8 38:21
39:12 41:12
42:1 43:4 45:2
45:13,13 46:17
51:1 84:22,23
84:25 85:1
**Jennifer** 87:20
87:22
**job** 3:3 6:5 10:12
17:8 24:20
51:2,11 61:25
62:5 69:12,19
74:7 75:8
80:18 87:9
**jobs** 11:9
**John** 31:7 39:10
41:17 42:16
44:14 53:3,6
53:20,20
**John's** 41:10
**joined** 12:23
**Journal** 2:18,19
8:13 9:5

**judge** 63:7,7
**judgment** 30:9
30:14
**jumping** 74:15
**June** 81:8
**junior** 67:1,1
76:4
**justification**
39:5
**justify** 14:19

---

**K**

**K** 3:8
**keep** 9:21 31:8
**Kelly** 66:17
**kept** 76:14
**kind** 11:3 18:9
25:16 26:10
31:1 72:22
80:1
**kindly** 4:22
**KLINNER** 2:6
91:23
**knew** 17:23
24:14 27:19
37:10 42:4
49:22 54:11,16
55:24 56:9
65:21
**know** 4:14 5:1
5:10 14:10
15:16 16:2
18:18 19:16
22:17 23:8,19
23:19 24:13
27:22 28:22
30:11 31:18
33:4,7 35:22
41:3,14,23
46:2 50:17,24
56:6,11,17,20
62:17 77:10
78:13 82:18
83:19 88:16,18
**knowledge**
16:23 23:20
25:3 41:25
42:3,6 52:18
57:24 65:3
86:10
**knowledgeable**
21:24
**known** 27:10
56:22
**KRAMER** 2:6
91:23
**Kris** 2:10 92:2

---

**L**

**labor** 29:20
39:17
**laid** 67:4
**language** 23:21
39:5 41:11,20
44:15 46:8
**lasted** 11:5
**late** 43:3 45:7,13
48:2 65:5
**Laura** 84:3
**law** 2:2 13:1
54:10 62:25
63:24 68:3
75:21 81:5
91:19
**lawsuit** 4:12
**lay** 76:3
**laying** 68:17
76:7
**leadership** 10:25
14:16 43:23
**learn** 23:3 33:17
43:17 48:19
**learned** 14:4
23:24 25:4
45:13
**learning** 39:1
**leave** 8:7 14:3
24:18 65:16
66:20 68:20
74:14 86:2,8
86:17
**leaving** 9:2 11:2
26:1 86:20
**left** 6:21,24 7:12
8:2,8 84:4
86:11,13
**legal** 14:13
29:20 30:5
71:19
**Legally** 30:11
**Lengjak** 3:1
**Leroy** 52:12
**letter** 2:23,24
3:2 39:9,14,22
39:24 40:8
41:24 42:5,8
77:1,3 81:7,15
**let's** 71:24
**level** 5:16 29:24
**leverage** 26:5,7
26:24 29:12
**Levy** 28:16 29:3
29:6,15 30:17
30:24 31:2,22
32:4,21,24
33:4,15 35:5

Case: 3:10-cv-00110-wmc    Document #: 32    Filed: 09/16/2010    Page 31 of 37

Willis Abegglen vs. Town of Beloit            9/1/10            Deposition of Robert Museus

Page 99

39:17 40:20
56:21
**Levy's** 28:5
31:16 41:21,21
42:1,4 53:24
**licensed** 75:21
**Lieutenant** 6:21
**life** 10:2
**light** 58:8
**line** 41:18 44:6
49:16
**lines** 36:21
49:22,23
**list** 28:10 34:18
60:22 62:10
**listed** 62:11 73:1
73:3
**listen** 10:14,19
12:1
**listened** 71:8
**little** 22:7
**LLP** 2:6 91:23
**Local** 80:16
**long** 7:3,16,23
37:17 65:1
**longer** 8:9 22:16
22:20 59:11
**longstanding**
60:13
**look** 37:7 64:13
69:19
**looking** 24:15
28:4 73:19
82:22,24
**looks** 6:12 15:24
28:4
**lose** 66:23,24
76:8,10
**lost** 76:11
**lot** 13:23 15:2
16:13 71:18
73:22
**lower** 34:18
75:19
**lumped** 80:1
**lunch** 74:13
**Luzinski** 24:3,6
25:2 26:4,7,12
26:24 44:24
**Lynn** 61:22

**M**

**M** 3:6,8
**machine** 92:10
**mad** 12:25
**maintain** 61:18
**major** 5:22 6:3
10:25

**majority** 59:6
**making** 50:2,7
51:7 54:17
85:10
**man** 10:14
**managed** 74:24
**management**
17:11 18:9,19
49:20 57:1,5
64:18 70:2
72:10,20
**manager** 7:21,23
8:16 9:7 10:18
11:1,4,5 17:15
17:17,20
**March** 86:5
87:10
**marked** 4:2 8:11
9:3 15:3 28:6
33:1 34:2 38:5
38:19 39:7
41:8 46:15
52:21 60:3
78:25 80:13
81:12 85:23
**married** 64:16
64:16,17,20
65:1,4
**Mary** 2:11 33:11
33:21 34:10
42:19,25 45:25
46:6,10,11
51:2 52:8 65:1
66:16 73:24
79:8 87:4,25
88:7,19,23,24
89:6,13 92:3
**Mary's** 33:17
46:3 75:3
**Master's** 5:17
6:14 7:7
**matter** 27:3
30:20 33:22
34:22 92:9
**matters** 55:22
**Mayor** 13:7,15
**mean** 19:6 28:2
50:25 61:6
62:25 65:20
69:2,23 70:4
70:23 86:15
**means** 55:3 69:6
**media** 53:23
**meet** 26:15,23
30:16 32:4
37:15 43:10
**meeting** 25:5
26:12 31:18

32:18,20,24
43:14,15 48:3
61:8
**meetings** 37:17
37:20 43:20,25
44:21 45:5
61:9
**member** 9:23
10:3 12:24
14:1,25 37:25
61:12,17,18
**members** 9:19
10:1 11:21,22
13:13,20 14:20
16:2,3,9,21
18:25 19:19
20:2 35:16
43:22 44:3
52:9,16 58:7
59:8
**memo** 2:20,22
2:25 3:1 15:12
15:15 20:10,14
20:18 21:2,18
25:12 28:7,25
41:15,21 42:2
**memorandum**
15:8 86:1
**memory** 24:1,2
32:6 49:7 65:4
66:17 76:21
**mention** 56:24
81:2
**mentioned**
18:22 36:5
78:12,15
**merits** 35:22
**Merrill** 2:7 91:24
**met** 43:12 47:25
48:10,18 71:2
75:11 77:18
**Michigan** 7:22
**million** 83:13
**Milwaukee** 91:2
92:19
**mind** 29:25
**Minneapolis** 7:9
**Minnesota** 5:25
6:13,18 7:2,4
7:15 11:20,20
**minority** 21:20
**minute** 15:17
64:5
**minutes** 37:4,19
89:17
**miserable** 10:2
**mistake** 25:24
**mistaken** 82:23

**moment** 77:10
**Monday** 47:6
**money** 63:16
65:16 69:19
71:2
**month** 22:10
**months** 22:4,5,6
22:18 40:1,7,9
**morale** 18:16
**MORAN** 1:15
91:3
**morning** 53:6
**motivated** 53:4
**motivation**
54:25 56:12
57:25
**motive** 55:11,22
55:24
**move** 11:3 79:19
**moved** 44:24
74:10
**moving** 79:8,9
79:21
**mulls** 8:17
**Museus** 1:10
2:14,20,22,23
2:24,25 3:1,2
4:3,10 8:17
10:11 42:2
47:6,10 53:6
57:12 91:6
**M-U-S-E-U-S**
4:10

**N**

**N** 2:1,12 3:8 4:1
91:18
**name** 4:9,10
10:6 13:19
37:10 52:12
83:20 87:20
**nature** 79:22
**near** 7:9 13:6
**need** 5:8 35:24
35:25 60:11
78:22 86:17
**needed** 14:3
15:22 30:13,21
49:21 56:3,6
80:11
**negotiation**
32:11
**neighboring**
13:21
**nepotism** 64:15
64:23,24 65:10
80:23
**net** 68:10

**never** 20:6 58:12
58:22 69:18
**new** 11:4,4
12:10 63:14
65:13 66:22
68:1 70:12
72:14,24 73:2
74:1 75:3 80:8
82:5
**news** 46:19
52:22
**newspaper** 57:4
**newspaper's**
55:6
**nigger** 34:11
**night** 45:7
**Nods** 4:24
**non-union** 61:18
**Notary** 1:15 91:3
92:15
**note** 67:11
**notes** 92:10
**notice** 67:7 84:9
86:18,22 87:4
**November** 15:9
15:12 20:18
21:3,15 23:25
81:22,25
**number** 26:21
35:20 40:22
60:13 62:24
63:8 64:23
65:18 66:8,13
66:20 69:1,22
74:24 76:15
78:5 88:8
89:11,13
**numerous** 20:20
36:12 89:5

**O**

**O** 3:8 4:1
**oath** 35:13
**object** 23:6
55:14
**objected** 76:17
**objection** 4:18
4:20,23
**objections** 63:11
**obligation** 35:17
**observing** 36:9
**obtain** 5:18
**obtained** 56:21
**obviously** 70:19
**occupied** 74:18
**occur** 36:23
**occurred** 40:13
45:3 48:16

Case: 3:10-cv-00110-wmc    Document #: 32    Filed: 09/16/2010    Page 32 of 37

Willis Abegglen vs. Town of Beloit          9/1/10          Deposition of Robert Museus

Page 100

74:23 86:24
88:18
**occurrence**
16:12 20:15
36:1 41:1
**occurrences**
86:19
**occurring** 16:6
36:9 43:8
60:15
**offended** 34:12
**offensive** 58:25
**office** 9:8 12:4
24:7 37:14
50:16 75:24
76:16 79:19
80:8
**officer** 6:19,20
23:3 24:3,4,5,7
24:13 25:2
26:3 37:10
43:6,19 44:16
45:6 48:25
51:20 59:17
66:25 67:1,3
68:6,17 71:14
72:17 75:1
76:11 82:4
83:23,24,24
86:11
**officers** 28:12
31:11 34:21
35:5,12 40:23
44:14 46:11,20
49:22 50:16
59:7,11 68:16
68:20 75:15,21
75:23 76:6
81:24 82:1,3,5
83:25
**OFFICES** 2:2
91:19
**Oh** 15:8 37:19
73:12 83:3
**okay** 4:23 5:5,10
7:11 15:12
32:3 62:18
82:14,17,23
83:3 85:23
89:21,25
**old** 51:12
**once** 24:19
25:25 34:4
37:2 44:16
50:23
**one's** 59:17
**ongoing** 69:18
**open** 14:11,16

37:14 54:10
75:17
**operations**
60:25
**opinion** 31:5
**opportunity**
8:19 9:10 32:4
64:14,24 69:9
69:14
**opposed** 10:1
12:25 16:21
50:3 59:4
**order** 79:10
**organization**
72:20 74:21
**organize** 17:12
**original** 3:10,11
3:12 92:10
**originally** 21:14
23:24
**oust** 65:22
**outlined** 15:23
**outside** 36:17,18
78:21
**overtime** 48:5,6
48:11,12,13,19
48:20,22,25
49:7,9,15,17
50:8,9 70:8
73:23 75:1
**owner** 13:22
15:1
**o'clock** 1:19

_____
**P**
**P** 2:1,1 4:1 91:18
91:18
**package** 60:20
64:13
**page** 2:13 10:6
13:6 32:2
34:17 71:6
81:17
**paint** 59:13
**Palmer** 84:3,4
**paper** 46:23 47:2
**paper's** 54:21
**paragraph** 53:5
55:18
**paragraphs**
34:19
**parked** 78:21
**parking** 13:23
15:2
**part** 14:24,25
17:5,16,19
18:22 26:19
28:4 31:9
32:11 46:13

59:3 61:25
75:17
**particular** 9:4
15:15 31:10
33:22 43:17
56:19,23 66:5
**parties** 51:22,23
**partly** 79:7
**part-time** 84:19
85:10 87:5
**passed** 27:1
**patrol** 66:24
68:6,15 75:15
76:6
**patrolman's**
66:23
**pay** 62:9 63:25
75:1,19 86:7
**paying** 86:2
**payment** 49:18
49:25
**payroll** 49:4
84:19
**pending** 91:13
**people** 14:11
30:12 36:17,21
37:7,8,9 49:9
58:10 59:2,4
64:19,20 66:9
66:12,14 74:12
74:25 75:2
78:5
**percent** 85:4
**perfectly** 13:5
**period** 22:11,17
36:7 68:13,15
89:6
**person** 64:16,17
67:11 68:6
76:4,11 79:17
**personal** 45:10
**personality** 78:7
**personally** 21:24
22:11 29:22
42:9 49:18
**personnel** 15:10
15:23 17:15,17
17:20 18:2,13
19:8 21:17
22:10,18 40:15
41:2 49:4,25
60:17 61:3,11
61:11,21 62:1
62:7 64:18
66:21 68:9
70:8,14 74:22
75:24 80:23
83:2,3,9,12,15

84:10 85:7,21
86:2
**person's** 59:22
**perspective** 8:24
**perturbed** 30:7
42:16
**phone** 32:8,9
**phrased** 56:16
**physically** 74:10
**picked** 75:8
**picnics** 18:18
**place** 40:2,3,6
43:14,15,22
77:16 92:11
**placed** 22:15
40:14
**places** 56:17
**placing** 21:16
**Plaintiffs** 1:5,11
2:5 4:4 91:11
91:16,22
**planning** 17:11
**playing** 16:18
**plus** 82:4
**point** 4:16 14:2
20:1 35:10
38:22 42:17
46:2 53:9 54:7
54:11 55:6
56:12 57:17
63:17 69:24
77:12,24 88:12
**pointing** 36:22
50:8
**police** 15:20
21:4 22:3 28:7
30:1 33:4
36:24 37:10
38:1,1 40:23
43:8,22 44:16
46:11 50:16
51:8 52:1,12
53:2 55:7 56:5
58:17,19 60:14
63:4,10,14,24
64:3,15 65:19
66:10,13 67:8
68:23 70:6,13
71:15,21 72:9
72:9,17 73:2
73:25 74:5
75:9 76:4 79:9
79:14,20,25
81:17,23 82:9
82:20,25 83:16
83:18 84:6
85:18 89:3
**policies** 17:25

18:13
**policy** 14:14
15:10,23,25
18:2,22 19:8
31:13 37:14
64:19 65:13
72:10 86:16
**politically** 53:4
**politics** 16:18
55:21
**portion** 75:8
**position** 11:11
22:2 44:24
51:25 55:4
61:23 62:3,7,9
63:13,14 66:6
66:18,19,22,22
66:23,24 67:8
67:10,15,16,23
68:2,2,5 70:12
72:18,22 73:1
73:2,18,24
74:2,5,9,16,18
74:24 75:3,13
75:14 76:3,9
76:19 77:18
84:1,2 85:10
85:11 87:6,11
87:19,22
**positions** 11:3
69:12 74:1
85:8
**possibility** 32:10
78:16
**possible** 29:19
29:24 69:14
**possibly** 30:1
59:21
**potential** 69:21
**potlucks** 18:18
**powers** 63:22
64:21 81:3,9
**practices** 49:5
**preparing** 81:16
**present** 2:10
19:15 43:12
92:2
**presentation**
81:1
**presented** 19:18
21:17
**press** 14:19
**pressure** 58:12
**pressured** 44:2
**pretty** 52:18
81:10
**prevent** 17:20
23:1

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of Robert Museus**

**prevented** 47:16
**previous** 52:1,11
  78:6
**prior** 11:19
  23:12,13,21
  32:16 41:15,24
  42:4 47:24
  48:3 49:25
  65:2 70:20
  86:9 88:14
**probably** 5:7
  30:22 37:16
  38:7 49:12,17
  51:4
**problem** 13:9,10
  49:11 59:7,14
  70:19
**Procedure** 1:13
**proceedings**
  92:8
**process** 15:22
  18:7,8 20:12
  20:21 21:1
  40:21 47:22
  67:25 68:10
**processes** 18:2
  18:19,23
**produced** 29:7
**professional**
  72:8,20
**program** 57:14
**programs** 18:19
**projected** 83:11
**projections**
  82:18
**property** 13:22
  15:1
**proposed** 60:7
  60:21
**proven** 54:12,23
  55:8 58:4
**provide** 5:2,3
  19:14 22:24
  77:1,23 78:2
  86:17,21
**provided** 35:20
  38:20 60:6
**providing** 34:1
**provisions** 1:12
**public** 1:15 5:23
  13:4 37:25
  55:23 56:1,3,9
  58:3,7 91:4
  92:15
**pulled** 22:4
**punishment**
  45:17 57:20
  58:8

**purpose** 27:9
  44:17
**purposes** 33:7
  54:21
**pursuant** 1:12
**put** 13:3 14:22
  22:9 60:18,19
  61:17 63:12
  75:15,21
**putting** 67:20,21
  76:7
**p.m** 90:2
**P.O** 2:7 91:24

**Q**

**quarter** 47:4
**quest** 22:8
**question** 4:21
  4:22,25 5:4
  23:7 56:14,15
  57:6,8 73:10
  77:20
**questioning**
  57:23
**questions** 4:16
  4:19 5:3 31:24
  89:14,18
**quite** 57:10
**quotes** 10:13
  47:8,11 53:5
  57:1,1,11

**R**

**R** 2:1,4 3:6,8 4:1
  91:18,21
**race** 24:24
**racial** 23:16,21
  28:10 29:8,25
  30:13 44:15
  52:23 53:21
  54:13,17 55:8
  56:6 58:4
**racism** 23:5
**raise** 18:3 35:23
  43:2 84:25
**raised** 12:15,17
  35:9 37:25
  61:15,15
**raises** 84:21
  85:5
**raising** 23:5
**ran** 12:23
**rank** 6:20
**rate** 75:19
**reacting** 37:8
  41:20
**read** 8:19 85:17
**reading** 34:14

57:22
**real** 32:7 82:7
**reality** 67:18
**realized** 26:1
  41:17,18
**really** 47:12
  67:19 73:13
**reason** 5:9 9:2
  35:3 38:12
**reasonable**
  59:23
**reasons** 14:13
  60:23 71:19
  79:15
**reassign** 72:21
  80:22
**reassigned**
  59:24
**recall** 28:20
  44:12 46:23
  76:25 87:13
**receipt** 50:9
**receive** 84:25
  86:16
**received** 20:19
  20:22 21:6,8
  21:19 24:5
  28:14 33:19
  47:17 53:23
  57:21 84:21
  87:5 88:7,24
**receiving** 30:23
  48:25
**Receptionist**
  74:9
**recess** 90:1
**recognition**
  18:13
**recollection**
  10:17 12:6,17
  16:5,12 23:10
  23:15 24:9
  25:13 26:25
  28:1,3 32:15
  32:20 34:1
  46:5,25 48:15
  58:2
**recommendat...**
  30:14 39:16
  40:19
**record** 4:9,20
  15:5 22:4 60:5
  79:2 80:15
  81:14 85:25
  92:8
**records** 54:10
  61:19 62:8,10
  62:15,15 71:18

**red** 14:18
**redid** 62:5
**reduce** 65:25
  69:14
**reduced** 82:2,4
**reducing** 64:24
  70:23 81:24
**reduction** 83:23
**referred** 20:8
**referring** 12:6
  19:17
**refers** 55:15
  57:2
**reflected** 92:10
**regard** 11:17
  14:5,7 18:23
  21:11 31:22
  36:5 38:19
  48:18 54:12
  66:10,11 71:25
  85:20 86:23
  88:19
**regarding** 12:16
  12:18 15:12
  21:8,16 22:25
  32:22,25 40:23
  43:7 48:21
  53:14 60:7
  70:14 77:1
  79:4 80:17
  86:2
**reinforce** 20:11
**reinforced** 51:20
**reinforcing**
  20:25
**related** 53:12
  79:25 88:23
**relating** 37:9
**relationships**
  18:20
**relative** 92:6
**relay** 55:11
**relaying** 45:1
**release** 89:19
**released** 47:22
  53:16
**reliability** 71:16
**remain** 7:3,16
  7:23 68:3
**remained** 9:25
  22:16 74:6
**remains** 22:18
**remarks** 49:9
**remember** 13:19
  15:16 23:8
  25:21 31:19
  32:14 33:23
  34:6,13 38:17

39:3 42:14
  43:3 46:7 48:8
  48:9 56:11,14
  57:6,25 85:3
  86:11 87:20
  88:8
**reminders** 4:15
**removed** 22:6
**removing** 11:11
  55:3
**reorganization**
  60:8 66:5,9,15
  66:16 69:10
  70:25 75:18
  79:4,5,8 85:8
**reorganized**
  10:11 72:12
**report** 28:5 29:7
  31:24 32:1,5,6
  32:16 33:16,19
  33:24 34:2,4
  34:10,15 38:5
  38:19,20 41:21
  42:1 47:23
  53:24 54:4
  55:7,16,17
  56:21 57:15,22
  60:6
**reporter** 56:15
  56:16,20 57:7
  57:9,22 89:24
**reporter's** 57:24
**reporting** 70:9
  92:11
**represent** 64:3
**representative**
  79:6
**represented**
  4:17
**representing**
  29:21
**reprimand** 57:23
  58:5
**reprimanded**
  57:13
**request** 31:20
  43:16 47:20
  48:4,8,9,11,21
  50:2,5,8 56:17
**requested** 29:21
  43:7 60:17
  77:22,23 78:18
**requesting** 48:5
  48:25 51:10
  76:25
**require** 39:18,20
  40:5
**required** 15:15

**Halma-Jilek Reporting, Inc.**          Experience Quality Service!          (414) 271-4466

Case: 3:10-cv-00110-wmc     Document #: 32     Filed: 09/16/2010     Page 34 of 37

Willis Abegglen vs. Town of Beloit                 9/1/10                 Deposition of Robert Museus

Page 102

24:18 40:14
57:13 60:16
79:11,13
**requires** 22:6
39:24
**requiring** 58:13
**resign** 11:6
**resignation** 9:19
**resigned** 9:13
52:2,15 83:25
**resigns** 9:7
**resolves** 19:11
**resourcing**
17:13
**respond** 77:5
**responded** 56:16
**response** 57:8
80:16
**responsibilities**
17:11 30:9
61:16 72:6,14
72:19,23 74:7
**responsibility**
17:9,16 27:17
53:21
**responsible**
11:10 70:17
**rest** 13:4
**restaurant**
43:15
**restructuring**
60:12,23
**result** 29:18
39:10 50:7
51:6 68:10
74:2
**results** 32:25
54:3
**retained** 67:12
72:23 74:25
**retaliated** 23:4
**retaliating**
23:13
**retaliation** 17:2
19:1 21:12,21
34:21 35:2,6
35:14
**retire** 76:2
**retired** 11:1,2
**retirement** 86:4
**retiring** 76:18
**Rettko** 2:2,4,14
3:13 4:8 19:25
23:11 55:19
89:14,16 91:19
91:21
**returning** 30:11
**reverse** 58:12

**review** 9:10
13:24 33:10
**reviewed** 36:16
40:22 49:24
**revising** 51:11
**revolve** 12:13
**revolved** 12:12
**re-organizing**
65:24
**RICHARD** 2:8
91:25
**rid** 14:23 43:21
44:8,14 45:14
45:21
**right** 16:14
17:17 19:21
20:18 29:9
33:12 34:18
41:12 45:18
48:1,7,13 49:3
49:7 51:14
52:14 54:4,6
54:14,17,20
55:9,24 56:7
57:15 61:20
62:22 64:6,23
65:7 66:3,11
66:17 67:13
73:7 76:13,20
82:10 83:11,21
84:12 85:3
87:21 89:10,22
**rights** 57:1,5
68:4
**risk** 60:2
**Road** 1:17 91:7
**Robert** 1:10 2:14
4:3,10 47:6
91:5
**Rock** 77:16
**role** 46:3 72:7
**roles** 43:23
**roughly** 83:6,7
**routine** 34:7
**RPR** 1:15 91:3
**rule** 65:10
**Rules** 1:12
**run** 30:9 52:7
77:6
**Rushford** 7:2,4,9
7:12 11:20

───────
**S**

**S** 2:1,16 3:6,6,8
3:8 4:1 91:18
**safety** 45:10
**salary** 67:13
**sat** 4:14

**Saturday** 87:7
**save** 71:2
**saves** 67:16
**savings** 62:19
67:9,19,23
71:12 73:10,14
73:23
**saw** 63:17,25
71:11
**saying** 9:15
53:24 89:8
**says** 10:13 47:5
54:7 55:10
56:25 62:24
65:18 82:9
**scheduled** 24:21
25:9 83:22
**scheduling**
25:25
**school** 5:14
**score** 87:17
**Second** 63:6,20
63:21
**Secretary** 73:2
74:5 75:9
**section** 80:19,20
**secure** 79:13
**security** 71:17
77:23 78:2,4
**see** 9:18 10:15
13:2 14:21
19:20 20:4
28:2 34:22
37:6,7,8 42:1
46:20 47:4,13
53:7 59:11
60:22 62:3,10
62:11,12,16,17
81:18 82:22,22
83:9
**seeing** 46:23
47:1
**seeking** 11:15
**seen** 27:24
**segregate** 69:5
69:11,13
**segregation** 69:1
69:20
**senior** 10:25
**sensitivity**
39:20,25 40:12
57:14,18 58:5
58:14
**sent** 3:10,12
15:8
**separate** 48:23
53:22 63:23,23
69:7 71:20,21

74:5
**separating**
62:24 64:19
81:4
**separation**
63:22 64:21
81:2,9
**September** 1:18
91:8 92:18
**sergeant** 44:25
48:4,5,10 49:6
50:6,18,19,22
68:3,12,14
72:7,8 76:3,12
76:14,16 77:2
84:4,5 86:3,12
86:12
**sergeants** 76:15
84:6,8
**Sergeant's** 67:13
67:15,16,23
68:1,2,5 72:23
74:16 76:19
**series** 4:16
44:20
**seriously** 78:13
**serve** 17:13
40:17
**served** 27:9 52:5
62:1
**serves** 49:7
66:17
**service** 6:21
10:1 79:13,21
86:12,21
**serving** 61:24
**set** 80:4,8
**severe** 29:18
30:21 40:25
**sexual** 46:8
**Shannon** 10:7,9
10:20,21 11:8
11:13,14,23
12:3 14:22
16:13
**share** 27:6
**shared** 33:15
**sheet** 82:6,15
**Sheriff** 77:16,20
77:22,23 78:4
78:21
**sheriff's** 78:2,9
78:19
**shift** 45:7 59:25
**shifting** 62:11
**shooting** 18:17
**shorter** 37:6
**shorthand** 92:10

**shorthanded**
68:19
**shortly** 10:11
28:23
**short-term**
60:15 68:13
**shot** 53:6,19
54:22
**show** 8:11 9:3
15:3 39:7 41:8
46:15 52:21
60:3,20 62:19
78:25 80:13
81:12 85:23
87:1
**showing** 82:20
**shows** 62:18
83:12
**sic** 15:9
**sick** 68:20 74:13
**side** 30:5,6
38:25 39:1
**sides** 36:21
**significant**
75:25
**signing** 46:6
**silent** 53:10
**similar** 40:23
**sir** 5:12
**sit** 20:3,17 38:4
38:21 73:9,17
**sitting** 64:2
**situation** 42:12
48:7 78:22
**six** 22:4,6,10,18
40:1,7
**size** 81:18
**slash** 73:21
**slipup** 24:21
**slurs** 23:17
28:10 29:8,25
30:13 52:23
53:21 54:13,17
55:8 56:6 58:4
**small** 17:10 69:3
72:12 75:22
**snowplowing**
13:22
**software** 79:11
79:18 80:4,5
**somebody** 16:15
54:25 63:25
70:15 74:13
78:17
**soon** 34:9 40:5
**sorry** 82:7 89:25
**sought** 29:19
65:11

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of Robert Museus

**Sounds** 16:13
**South** 1:17
　43:15 91:7
**so-to-speak** 45:9
**space** 63:13
**speak** 16:19
　43:7,9
**speaking** 56:13
　66:1
**specific** 15:17
　15:18 16:5,12
　16:23 20:14,15
　21:8 22:17
　23:10 25:13
　26:25 27:22
　30:19 35:25,25
　36:1 42:14
　49:16
**specifically** 29:8
　32:13 46:4
　59:17 69:25
　77:25
**specifics** 33:8
**spend** 70:15
**spoke** 22:11
　52:4
**spoken** 21:25
**squad** 45:8
　77:17,25
**SS** 91:1
**staff** 10:19
　11:18,21,22
　12:1 14:6
**staffers** 10:10
　11:7
**staffing** 17:12
**stamp** 34:17
**stand** 23:9
**standard** 12:9
**start** 8:5 51:7
　68:18
**started** 58:23
　89:2
**starts** 51:11
　55:17
**state** 1:16 4:9
　44:12 58:7,20
　91:1,4 92:16
**stated** 44:11,13
　71:15 81:4
**statement** 35:23
　50:25 91:12
**states** 1:1 6:19
　6:24 54:8
　91:14
**stating** 59:8
**station** 63:10
**Statute** 80:19

**stay** 9:24 13:17
　31:13 53:10
**stayed** 7:6 36:7
　36:12
**staying** 67:12
**step** 62:24
**stepped** 41:17
**steps** 34:24 36:3
　41:3
**stop** 37:13
**stopped** 16:4
　41:5
**story** 8:20,23
　9:1 13:6
**straight** 31:8
**street** 37:13
　44:5 45:11
　59:10 75:16,22
　75:25 76:8,10
**stress** 12:4,6,8
**Strife** 9:7
**stupid** 49:12
**style** 14:16 18:9
**subject** 4:23
　22:9 30:20
　47:20
**subordinates**
　11:2 23:13
　66:3
**substantially**
　89:12
**substantiated**
　88:11
**sudden** 71:23
**Suite** 2:3 91:20
**supervising**
　64:17
**supervisor** 72:7
**supervisors** 17:2
**supervisory**
　72:6
**supplementary**
　1:14
**support** 8:9 44:5
　59:9 60:1
**supportive**
　13:16
**sure** 16:4 35:18
　35:21 36:4,19
　40:8 49:10,21
　49:23 50:5
　55:23 56:9
　62:14 80:5
　89:18
**surrender** 57:1,4
**suspension**
　40:17
**Swartz** 7:21 8:7

　9:7 10:24
　11:23 14:5
　16:14
**switching** 73:18
**sworn** 4:5 92:5
**system** 63:23
　64:4
**S.C** 2:2 91:19

——————
**T**

**T** 2:16 3:6,6,8
**tactic** 26:11
**take** 5:9 6:5
　15:25 17:20
　19:9 26:22
　29:25 34:24
　35:24 36:1
　40:2,6 41:2,7
　43:14 47:1
　50:23 51:18
　57:13 58:15
　64:21 65:9,23
　68:4 77:12
　87:13 89:17
**taken** 1:10
　18:24 21:9
　53:6 72:3 90:1
　91:6,10,12
　92:11
**talk** 11:21,22
　12:14 14:11,13
　29:11 32:14,16
　38:23 47:13,21
　53:16 54:2
　64:1
**talked** 32:9 33:6
　63:8
**talking** 13:7,11
　13:18 25:17
　47:16 52:25
　73:18 83:2
**task** 14:22
**team** 18:17
**Teamsters** 80:16
**tell** 4:21 12:20
　35:1,5 39:1
　42:20,24 50:1
　50:6,11,21
　57:3 77:6,18
　79:23
**temporary**
　84:19
**term** 63:22 81:8
**terminal** 86:2,8
　86:16
**terminate** 9:14
**terminated** 30:2
　30:12

**termination**
　29:19,24 40:25
**terminology**
　81:5
**terms** 46:5
　81:10
**test** 87:6,13,14
　87:15
**testified** 4:5
　19:4 33:11
　67:3
**testify** 71:8 92:5
**testifying** 34:22
　35:6,12
**testimony** 22:14
　33:18,21,24
　51:6,13,14
　67:5 70:7
**thereabouts**
　83:8
**thereof** 1:14
**thereto** 1:14
**thing** 52:11
**things** 14:12,14
　35:18 36:4
　38:2 61:7
　70:13,18 71:19
　78:12 79:22
　80:11
**think** 8:25,25
　10:2,13,20
　11:1,21,22
　12:8,12 13:11
　13:15 14:10,12
　14:17,18 15:17
　15:18,19,21
　16:17 18:18
　20:3,10,25
　26:9 27:3,11
　27:15 35:9
　36:7,20 37:9
　38:7,17 40:8
　41:17,18 42:15
　42:17 48:23
　49:7 53:12,13
　53:22 54:24
　55:13,15,21
　56:3,12 59:1,6
　59:10,12 63:5
　64:12,13 67:25
　68:8 70:5 71:2
　71:13,19 73:16
　73:17,22 75:17
　76:14 77:8,10
　82:15 84:18
　85:3,15 88:23
　89:11
**third** 13:6 53:5

**thought** 17:5
　24:23 25:1
　26:2 30:3
　40:21 52:7
　58:8 67:25
　69:25 70:10
**thousand** 67:16
**threatened** 44:4
**three** 5:8,8
　68:20 72:5
　74:12 82:4,25
　84:6,8
**three-fourths**
　56:24
**tied** 37:22 76:16
**tightened** 49:4
**till** 6:22 47:21
　68:18
**Tilley** 52:14
**Tilly** 52:7
**time** 4:17 5:2,9
　11:8 12:10
　13:17 14:2,15
　15:14 16:11,25
　21:2 22:17
　24:2,3 26:9,20
　28:19 31:7
　32:11 33:7,25
　35:19 36:7
　37:16,23 38:16
　39:19 42:8,12
　42:16,18,21,24
　43:3,5,6,17
　44:19 46:2,9
　46:12 47:18,19
　51:1,10 52:3
　52:10 53:9,23
　55:1 56:12
　61:12,24 63:12
　63:17 64:21
　65:7,9,13,17
　65:21 68:20
　69:23 70:16
　75:11,23 76:1
　76:10 77:2,5,9
　77:12,24 79:15
　79:24 80:4
　81:7 87:2 89:6
　92:11
**timecards** 49:13
　49:24
**times** 31:11
　33:4 37:12,16
　63:9 86:14
**titled** 8:16
**today** 13:16
**told** 31:8 34:11
　39:4 59:17

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of Robert Museus

Page 104

75:14 76:1,17
**Tom** 78:8
**top** 60:23 87:17
  88:8
**total** 82:9,24
  84:8
**totally** 58:20,22
**touch** 29:3
**town** 1:7 2:20,22
  2:25 3:3 8:3
  11:25 15:8,25
  16:2,8,20 17:6
  17:8,13,14,19
  17:24 18:1,4
  18:12,17,24
  19:7,14,15,18
  19:19 20:2,7
  20:11 22:23,23
  29:21 36:18
  37:23 41:10
  47:5 51:9 52:3
  52:6,17,22
  56:25 57:4,12
  60:7,8,11,17
  60:21 61:11
  63:11 64:6,7
  65:6,6,11,12
  69:15,20 70:3
  70:15,18,25,25
  71:24 73:9
  74:10,11 77:6
  77:17 78:10,12
  78:14 79:10,13
  79:14,20 80:8
  81:2 85:15,16
  85:18 86:1,9
  91:16
**Township** 46:19
**Town's** 17:22
  30:14 39:16
  60:25 61:19
  62:1 64:18
**track** 74:22
**trained** 75:20
**training** 21:19
  22:24 24:17,22
  25:10,25 39:18
  39:21,25 40:12
  57:18 58:6,14
**transcript** 3:12
**transcripts** 3:11
**trap** 18:17
**treasurer** 11:7,8
  11:12,13 61:25
  62:3,6,12
  67:20 69:11
  73:19
**treated** 24:23

**tried** 20:10 37:2
  77:13
**trigger** 71:13
**true** 11:24 19:2
  38:13 54:12,23
  55:8 58:4
  59:15 66:8
  69:3 78:23
  92:7
**truth** 54:24 92:5
  92:5,6
**try** 16:19 18:16
  36:14
**trying** 12:22
  13:3 18:10,20
  26:4 55:6,11
  63:9 69:11
  77:12
**turned** 30:24
  31:2
**turnover** 10:25
**two** 7:24 9:18,18
  9:20,25 11:2,5
  11:7 30:4
  48:23 49:8
  53:22 64:19,20
  81:6,10 82:25
  86:13,14,19
  87:1
**typical** 26:11
**typically** 63:5

**U**

**U** 3:6,8
**Uhm-hum** 8:15
  8:18 9:9 10:8
  15:6,6 52:24
  80:25 84:24
  88:3
**unacceptable**
  39:6
**undermine**
  11:15 12:22
**understand** 5:1
  14:21 44:21
  45:1 56:1 73:6
**understanding**
  27:21 40:21
  65:4 72:2
**understood** 5:4
**union** 18:6
  21:18 22:5
  23:22 24:4,25
  26:11,15,21
  27:12 28:7,14
  30:16 32:11
  35:20 43:20
  44:2,3 45:14

45:21 46:11,13
  53:2,5,19
  54:22 55:2,24
  56:6 57:2,5
  59:4,9 61:8,12
  61:17 67:1
  79:3
**union's** 29:2,6
  29:11 54:11
  55:11
**unit** 61:13
**United** 1:1 6:19
  6:24 91:13
**University** 5:21
  5:25 6:13,18
  7:7
**unusual** 26:22
**upheld** 40:24
**upset** 31:7 41:19
  58:3
**use** 26:4 30:13
  34:13 39:5
  41:11,19 44:15
  44:18 46:8
  50:9 54:13,24
  55:2 69:22
**usually** 79:6
**utility** 70:17

**V**

**vacancy** 84:4
**various** 17:22
  69:12
**verbal** 91:11
**verifiable** 51:18
**verify** 51:16
**versus** 83:16
**view** 21:21
**viewed** 72:5
**violate** 13:1
**violated** 15:25
**violates** 64:18
**violence** 78:16
**violent** 78:8
**vote** 10:3 44:1,3
  44:18 46:8,20
**voted** 44:1
**voting** 9:14
**vs** 1:6

**W**

**W** 2:8 91:25
**waited** 68:18
**Waldinger** 83:24
**walk** 37:6
**walking** 18:9
**walk-through**
  36:13 37:3

**walk-throughs**
  36:24 37:1
**want** 35:3 56:1,9
  63:16 65:14
  69:7 77:2
  89:18
**wanted** 9:19,21
  14:20 15:1,20
  15:21 16:4
  31:4,5 32:15
  64:1 71:20
**warned** 78:6
**wasn't** 24:21
  51:13 52:13
  53:16 58:16
  64:12 73:14
  74:20 78:23
  83:4
**Waterford** 6:9
**Wausau** 2:7
  91:24
**waves** 65:14
**way** 47:5 55:17
  56:14,25 63:22
  64:8
**ways** 14:23
**week** 37:2,16
**weeks** 68:14,15
  78:6
**went** 14:18 33:4
  33:9 72:13,14
  72:21 73:12
  74:4 83:6,16
  83:16
**weren't** 88:22
**West** 2:2 91:19
**WESTERN** 1:2
  91:14
**we'll** 82:8
**we're** 72:11
  73:17 74:24
  83:4
**we've** 18:17
  47:21
**WILLIAM** 2:4
  91:21
**Willie** 25:20
  52:8 77:11,12
**Willie's** 78:6
**Willis** 1:4 2:11
  42:19,25 44:21
  45:25 46:13
  66:14 71:25
  72:25 75:11
  77:5 86:8
  91:15 92:2
**Wilson** 23:4,12
  23:16 25:5,6

25:11 26:23
  27:10 29:2,5
  29:11 32:16,21
  32:25 33:20
  34:3,11 37:15
  38:5,21 39:10
  39:19 42:3,8
  42:19 43:18
  45:2,22 46:1
  46:20 47:6,25
  48:10,18 50:1
  50:7,11,21
  51:2,17 53:3
  54:16,16 57:10
  57:12,17,21
  58:3,13 66:1,2
  67:3
**Wilson's** 4:14
  54:13
**Winiarski** 45:6
**Winona** 7:10,11
**Wisconsin** 1:2
  1:16,18 2:3,7
  80:19,21 91:1
  91:4,8,15,20
  91:24 92:16,19
**wish** 14:7
**witness** 2:13 4:3
  19:24 23:8
  89:25
**won** 12:24
**word** 34:13,13
  44:7,10 51:19
  59:22
**wording** 44:10
**wordings** 39:3
**words** 31:8,10
  38:17
**work** 6:15,25
  17:6,21,23
  18:23 20:4
  21:4,7 23:1
  44:19 58:16,25
  59:5,10,12
  75:20 79:11,18
  87:16
**worked** 13:13
  45:7
**worker's** 68:16
  68:21
**working** 47:7
  63:4 71:22
  86:18,21
**workload** 69:22
**workplace** 15:11
  15:13
**wouldn't** 10:14
  10:19 12:1,4

Case: 3:10-cv-00110-wmc    Document #: 32    Filed: 09/16/2010    Page 37 of 37

Willis Abegglen vs. Town of Beloit           9/1/10           Deposition of Robert Museus

Page 105

47:7 71:10
76:15,18,19,24
**write** 15:15
41:23
**writes** 42:2
**writing** 25:12
42:5 57:13
77:9 89:4,5
**written** 8:20
19:14 57:23
58:5 81:22
87:14
**wrong** 19:3
82:18

—————
**X**
**X** 2:12,16
**Xtra** 52:22

—————
**Y**
**yeah** 16:17
42:22 54:5,7
60:6 73:5 79:3
87:4
**year** 5:14 6:1
12:5 62:4
68:11,18 73:4
73:20,22 74:23
74:25 75:9
**years** 7:5,17,24
11:5 18:14
52:5 63:9

—————
**Z**
**Zalewski** 2:6,8
4:18 19:23
23:6 55:14
89:15,23 91:23
91:25
**zero** 84:25 88:4
88:12
**Zoning** 17:14

—————
**$**
**$1,158,390.36**
82:12
**$1,322,479.25**
82:10
**$164,000** 83:7
**$43,000** 73:22
**$60,000** 83:6
**$65,000** 62:4
73:20
**$70,000** 73:14

—————
**0**
**08** 28:23
**09** 41:12 69:17

70:21 71:10
75:12 88:1,15
88:19,21

—————
**1**
**1** 40:22 61:2
**1st** 1:18 86:5
91:8
**1,158,390.36**
82:19
**1,210,000** 83:14
**1,242,000** 83:14
**1,344,858.46**
82:21
**1.2** 83:13,13
**1/16/02** 2:18
**1/20/02** 2:19
**10** 37:19 52:25
86:17,21
**10th** 54:8
**10-CV-110** 1:6
**11/13/09** 2:21
**11/25/09** 2:25
**111.345** 80:20
**12** 92:20
**12th** 28:23
29:13
**12:03** 1:19 91:9
**13** 20:18
**13th** 15:12 21:3
**1386** 2:7 91:24
**15** 2:20 37:3
**150** 2:3 91:20
**1500** 2:6 91:23
**15460** 2:2 91:19
**16th** 8:14
**160** 83:7
**1955** 5:13
**1974** 5:15
**1979** 6:2,13,22
**1983** 6:23,24
**1991** 5:19 6:14
**1992** 7:5,12

—————
**2**
**2** 17:25 62:24
63:12 81:17
**2nd** 8:6 32:1,17
42:1
**2/9/09** 2:22
**2:11** 90:2
**20** 37:4
**20th** 9:6
**2000** 7:18,20
**2002** 7:25 8:14
9:6
**2003** 8:6 65:5
**2004** 65:5

**2008** 21:15
23:25 29:13
45:3,12
**2008's** 81:18
**2009** 15:9,12
20:18,19 21:3
32:2,17 34:8
38:21 39:12
42:1 45:2,13
46:18,24 47:24
52:25 60:10,12
64:10 65:2
67:4 68:24
81:8,22,25
82:4,9 83:10
83:12,23 84:9
84:22,23 85:1
85:6
**2010** 1:18 81:16
81:23 82:1,12
82:16,20 83:11
83:14,19 84:9
85:6 86:5 87:7
87:10 91:8
92:18,20
**21** 2:18 3:10
8:12,13,19
**21-30** 4:2
**22** 2:19 9:3
**23** 2:20 15:4,4
19:17,20 20:9
**24** 2:22 60:4
71:6 80:24
**2445** 1:17 91:7
**25** 2:23 79:1,1
**26** 2:24 80:14,14
**268,000** 84:13
**27** 2:25 81:12
**271-4466** 92:22
**28** 3:1 85:24,24
**29** 3:2 87:2,3

—————
**3**
**3** 27:24 28:6
65:18 68:22
**3rd** 41:12 46:17
46:17,18 47:24
87:7
**3/1/10** 3:1
**3/29/10** 3:2
**30** 3:3,10 87:2,2
87:8
**30th** 5:13 15:9
**31,000** 83:11
**330,000** 84:13
**34,000** 75:5

—————
**4**

**4** 2:14 28:4,21
32:1 33:2,11
34:2 38:6,20
64:23
**4/13/09** 2:23
**414** 92:22

—————
**5**
**5** 39:8 69:1 85:4
**5th** 39:12
**5,000** 62:21
**50,000** 74:1
**54401-1386** 2:8
91:25
**56,000** 73:4
75:9

—————
**6**
**6** 41:9 69:22
**6/8/09** 2:24
**60** 2:22
**60,000** 84:12
85:7
**636** 6:9
**65,000** 62:18
67:20
**653** 34:17
**695** 80:16

—————
**7**
**7** 46:16 70:2
**70** 62:22
**79** 2:23 6:18

—————
**8**
**8** 2:18 52:21
**8th** 81:8
**80** 2:24
**81** 2:25
**82,000** 67:8
73:6
**86** 3:1
**87** 3:2,3

—————
**9**
**9** 2:19
**9th** 60:10,12
81:2 92:18