Page 1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

WILLIS ABEGGLEN, et al.,

      Plaintiffs,

    -vs-        CASE NO. 10-CV-110

TOWN OF BELOIT, et al.,

      Defendants.

---

      DEPOSITION OF JOHN WILSON, was taken at the instance of the Plaintiffs, under and pursuant to the provisions of the Federal Rules of Civil Procedure, and the acts amendatory thereof and supplementary thereto, before me, CHRISTINE A. MORAN, RPR, and Notary Public in and for the State of Wisconsin, at the Beloit Fire Department, 2445 South Afton Road, Beloit, Wisconsin, on the 1st day of September, 2010, commencing at 9:32 o'clock in the forenoon.

**Willis Abegglen vs. Town of Beloit**          **9/1/10**          **Deposition of John Wilson**

Page 2

1          A P P E A R A N C E S
2          RETTKO LAW OFFICES, S.C., 15460 West
3     Capitol Drive, Suite 150, Brookfield, Wisconsin
4     53005, by MR. WILLIAM R. RETTKO, appeared on
5     behalf of the Plaintiffs.
6          ZALEWSKI, KLINNER & KRAMER, LLP, 1500
7     Merrill Avenue, P.O. Box 1386, Wausau, Wisconsin
8     54401-1386, by MR. RICHARD W. ZALEWSKI, appeared
9     on behalf of the Defendants.
10          ALSO PRESENT:  Kris Eastman, Robert
11     Museus, Willis Abegglen and Mary Abegglen.
12
13          I N D E X
14     WITNESS          EXAMINATION          PAGE
15     JOHN WILSON          By MR. RETTKO          4
16
17          E X H I B I T S
18     EXHIBIT NO.  DESCRIPTION          ID'd
19     1  Memo from Bargaining Unit Members of Local   15
20          579 to Wilson  11/17/08
21     2  Memo from Dransfield to Abegglen 11/18/08   19
22     3  Vote Of No Confidence          21
23     4  Letter to Museus from Levy with          31
24          attachments
25     5  Letter to Wilson from Museus 1/5/09          39

Page 3

1     6  Memo to Museus from Wilson 1/3/09          42
2     7  BDN Connection article 2/3/09          48
3     8  Town of Beloit investigates racial slurs   51
4     9  Agenda, Town of Beloit Board of          53
5          Supervisors Meeting 2/16/09
6     10  Duties of Municipal Court Clerk          55
7     11  Town of Beloit Job Description - Police   61
8          Sergeant
9     12  Town of Beloit Job Description - Police   61
10          Sergeant
11     13  Memo                    69
12     14  Memo to Museus from Abegglen 2/27/09   70
13     15  Letter to Abegglen from Museus 3/17/09   71
14     16  Letter to Abegglen from Museus 3/17/09   73
15     17  Memo to All Sworn Personnel from Chief   74
16          Wilson 11/10/09
17     18  Letter to Abegglen from Museus 2/24/10   80
18     19  Memo to Abegglen from Wilson 6/24/09   82
19     20  Town of Beloit Job Description -          56
20          Administrative Assistant
21
22          R E Q U E S T E D   I T E M S
23               None
24          M A R K E D   Q U E S T I O N S
25               None

Page 4

1     (Original Exhibits 1 through 20 were sent with
          original and copies of the transcripts.)
2
3     (The original transcript was sent to Attorney
          Rettko.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1          P R O C E E D I N G S
2          (Exhibits 1-19 were marked.)
3          JOHN WILSON, called as a witness herein
4     by the Plaintiffs, after having been first duly
5     sworn, was examined and testified as follows:
6          EXAMINATION
7     BY MR. RETTKO:
8     Q     Would you please state your name for the record?
9     A     John Wilson.
10     Q     Have you given a deposition in a civil lawsuit
11     before?
12     A     Yes.
13     Q     Just a couple things before we get started as
14     reminders.  I'm going to be asking a series of
15     questions, and your attorney in this particular
16     matter is sitting next to you and he may be
17     raising some objections during the course of the
18     deposition.  If he does that, you should wait to
19     listen for his objection to go onto the record.
20     Unless he instructs you not to answer the
21     question, I'm going to kindly ask that you answer
22     the question subject to his objection.
23          If at any time I'm asking any question
24     that you do not understand, please let me know
25     that because any time you answer any of my

2 (Pages 2 to 5)

**Halma-Jilek Reporting, Inc.**          **Experience Quality Service!**          **(414) 271-4466**

**Willis Abegglen vs. Town of Beloit**          9/1/10                    **Deposition of John Wilson**

Page 6

1    questions, I'm going to assume you understood the
2    question asked.
3         We can take breaks at any time.  I
4    anticipate going about three, three and a half
5    hours for this deposition, so if you need to take
6    a break let me know and we'll take a break.
7  A  Okay.
8  Q  Your date of birth?
9  A  May 21st, 1945.
10 Q  When did you graduate from high school?
11 A  1964.
12 Q  Do you have any intent to retire by next August?
13 A  By next August?
14 Q  From the Town of Beloit Police Department?
15 A  That is up for debate.  My wife is terminally
16    ill, so it would depend upon her medical
17    condition.
18 Q  Okay.  In that case what is your current address?
19 A  4961 Satinwood Drive.
20 Q  And that's in the Town of Beloit?
21 A  It's a Beloit address, but it's in the Town of
22    Beloit proper.
23 Q  And your highest level of education?
24 A  College.
25 Q  And when did you graduate from college?

Page 7

1  A  2000.
2  Q  And where did you get your degree from?
3  A  Breyer's.
4  Q  And your major?
5  A  Criminal justice.
6  Q  What was your first employment in the law
7    enforcement field as a police officer?
8  A  Maywood Police Department.
9  Q  Maywood, Illinois?
10 A  That's correct, uhm-hum.
11 Q  And when did you obtain that position?
12 A  It was June of '72.
13 Q  How long did you remain with the Maywood Police
14    Department?
15 A  Left February 13th, 1974.
16 Q  Still in the rank of police officer?
17 A  That's correct.
18 Q  And when you left Maywood, where did you go next?
19 A  Bolingbrook, Illinois.
20 Q  As a police officer?
21 A  Correct, uhm-hum.
22 Q  And how long did you -- And that was in February
23    of --
24 A  '74.
25 Q  -- you started?

Page 8

1         When did you leave there?
2  A  October 1st of '97.
3  Q  How many promotions did you have at Bolingbrook?
4  A  Let's see.  Sergeant, Lieutenant, Deputy Chief,
5    Chief.
6  Q  When did you become Chief in Bolingbrook?
7  A  '95.
8  Q  And you remained Chief till one -- October 1st,
9    '97?
10 A  That's correct, uhm-hum.
11 Q  What occurred at that time?
12 A  I retired.
13 Q  What was your next position in law enforcement
14    after retiring from the Bolingbrook Police
15    Department?
16 A  I worked for the Izard County Sheriff's
17    Department, Melbourne, Arkansas.
18 Q  What did you do for them?
19 A  Road deputy.  Served papers, processing.
20 Q  When did you start that position?
21 A  Let's see.  January of '98.
22 Q  And how long did you remain in that position?
23 A  Until early 2003.
24 Q  What occurred at that time?
25 A  I resigned to take tests for Chief and then in

Page 9

1    May I was appointed Chief here.
2  Q  May of 2003?
3  A  That's correct, uhm-hum.
4  Q  And you've been the Chief in the Town of Beloit
5    Police Department continuously since May of 2003?
6  A  That's correct, uhm-hum.
7  Q  Is there any reason why you retired from the
8    Bolingbrook Police Department in October of
9    '97 without a job lined up?
10 A  My pension more than took care of any moneys that
11    I needed, and we were retiring down to an area
12    where it was a lot cheaper to live in, our house
13    was paid for.  The only bill we had at the time
14    was my car, my truck.
15 Q  Is there any reason why you left the Melbourne,
16    Arkansas or the Izard County --
17 A  Izard County Sheriff's Office?
18 Q  Yeah.
19 A  My wife was getting -- had been diagnosed with
20    congestive heart disease, rheumatoid arthritis,
21    high blood pressure and we wanted to come back to
22    an area that had better medical care.
23 Q  In your employment at Bolingbrook as Chief or
24    Deputy Chief, were you ever accused of being a
25    racist?

3 (Pages 6 to 9)

Page 10

1  A  Nope.
2  Q  At the Bolingbrook Police Department, did the
3     officers ever have a note of no confidence
4     against you?
5  A  Nope.
6  Q  When you arrived at the Town of Beloit Police
7     Department in May of 2003, what position did
8     Willis Abegglen have at that time?
9  A  Patrol Sergeant.
10 Q  And how long after you arrived did Willis
11    Abegglen get promoted to Deputy Chief?
12 A  I don't know.  It was not long.
13 Q  Did you make that appointment?
14 A  I recommended him, yes.
15 Q  And why did you make the recommendation to have
16    Willis Abegglen go from Patrol Sergeant to Deputy
17    Chief?
18 A  Captain Roden had retired and we were looking for
19    somebody internal, and at that time based on the
20    supervisors, it was he and Pat Mackey and Pat
21    Mackey was too young and Abegglen had quite a bit
22    of street experience and was eager to learn the
23    job.
24 Q  Do you recall what Abegglen's duties and
25    responsibilities were as Deputy Chief when he got

Page 11

1     that appointment?
2  A  Well, he oversaw the Patrol Division, did the
3     scheduling, helped with the training, recommended
4     training and then helped with rebuilding the
5     department as far as equipment and policies.
6  Q  When you arrived in May of 2003, what position
7     did Mary Maynard, now known as Mary Abegglen,
8     hold?
9  A  She was the Court Clerk and she was -- she also
10    handled another duty of records and then there
11    were times that if I needed her to type a letter
12    or memo, she would also do those.  She also did
13    payroll.  Might have been some others I don't
14    remember, but, I mean, they were all lumped in
15    together.
16 Q  And payroll for the police department?
17 A  That's correct, yes, sir.  Uhm-uhm.
18 Q  When you arrived here in 2003 that first year you
19    were here, how did you get along with Willis
20    Abegglen?
21 A  Good.
22 Q  How did you get along with Mary?
23 A  Good.
24 Q  Do you have any recollection of how long Mary had
25    been employed by the Town of Beloit Police

Page 12

1     Department in that position of Court Clerk and
2     administrative police person prior to your
3     arrival?
4  A  No.
5  Q  What duties and -- Okay.  You named that --
6     strike that.
7        When you arrived here in May of 2003,
8     did you consider yourself Mary Abegglen's
9     supervisor?
10 A  Yeah.
11 Q  Why do you say that?
12 A  What we did was Willie handled the Patrol
13    Division and then I would take over the records
14    area.  It wasn't -- It was a division of the two
15    jobs so it was easier for him to handle that
16    position, and also at the time he was dating Mary
17    so it was easier for me to just supervise her, so
18    her and I worked together.
19 Q  Now, going ahead to October 2008, it's my
20    understanding Willis Abegglen was a Deputy Chief
21    with the Town of Beloit Police Department?
22 A  That's correct.
23 Q  And he had been the Deputy Chief for
24    approximately how long at that time?
25 A  From I think -- I think he got promoted late

Page 13

1     2003.  I don't remember the exact date, but from
2     that time until then, yes.
3  Q  Okay.  And had Abegglen's duties and
4     responsibilities as Deputy Chief deviated at all
5     since late 2003 to October 2008?
6  A  No.  No.
7  Q  In October of 2008 did you have any word that
8     there might be department cutbacks coming down
9     the pipe?
10 A  In October?
11 Q  Yes.
12 A  No, sir.
13 Q  How were you getting along with Willis Abegglen
14    in October of 2008?
15 A  Fine.
16 Q  Also by October 2008 Mary Abegglen's position was
17    still Court Clerk and administrative functioning
18    in the police department, correct?
19 A  Right.  It hadn't changed, uhm-hum.  She was
20    still doing all those jobs.  Well, at that time
21    we did have another lady that was helping her,
22    but Mary was -- even though they were both union
23    employees, if there was any questions that this
24    other lady had, Mary would answer them and would
25    help train her, so, I mean, there was that point

4 (Pages 10 to 13)

**Willis Abegglen vs. Town of Beloit**    9/1/10    **Deposition of John Wilson**

---

Page 14

1      where Mary did train another employee. But other
2      than that her job stayed basically the same, yes.
3  Q  And did you still consider yourself Mary's
4      supervisor in October 2008?
5  A  Yeah.
6  Q  You were still getting along with Mary okay?
7  A  Yup, uhm-hum.
8  Q  Yes?
9  A  Yes.
10  Q  Any discussion of cutbacks with the courts in
11     October of 2008?
12  A  No, sir.
13  Q  Going ahead still further, on or about
14     November 17, 2008, do you know who removed
15     Officer Burkee's jacket from the report writing
16     room to your office?
17  A  Yeah, I did.
18  Q  Why did you do that?
19  A  It had been laying back in the report writing
20     room. It was laying on the floor initially, so I
21     figure, well, he had just -- somebody or he had
22     just knocked it off, so I picked it up and put it
23     on the chair. A couple days later it was still
24     laying there. We had some service people going
25     to come in, so I took it in my office and placed

Page 15

1     it in there till he would come in and want to
2     know where it was at. The primary reason is not
3     the jacket, it had his badge on the jacket.
4  Q  And --
5  A  And that door is not -- That room is not a secure
6     room either, so it was open for anybody to have
7     seen or picked it up.
8  Q  Okay. I'm going to show you what's been marked
9     as Exhibit 1. Can you identify what that
10     document is?
11  A  Yeah.
12  Q  What is it?
13  A  It's a memo from the bargaining unit reference
14     Burkee hadn't received training.
15  Q  When was the first time that you recall seeing
16     this particular memo?
17  A  It ended up in my mailbox.
18  Q  On that date, November 17?
19  A  I would assume, yeah.
20  Q  Is that the first time you learned of Burkee's
21     complaint about not getting the mandatory
22     in-service training for 2008?
23  A  Correct, uhm-hum.
24  Q  To your knowledge, why was Burkee making a
25     complaint about not getting his in-service

Page 16

1     training hours for 2008 at that time?
2  A  I don't know.
3  Q  Did you consider this particular memo a complaint
4     that Burkee was making a complaint about his --
5     about race being a factor in the reason for him
6     not getting the mandatory training?
7  A  Well, when the comment is only minority officer,
8     I would assume so, yes.
9  Q  How did you feel about Burkee making his race an
10     issue in this matter?
11  A  I was upset because Burkee's race has never been
12     an issue. And then there's other surrounding
13     factors about this, so I assume we're going to go
14     into those, right?
15  Q  Now, it was on that particular day, November 17,
16     that you had asked Burkee to go to your office to
17     get his jacket?
18  A  I don't think it was on that day. It was around
19     that time period. Burkee wanted to know where
20     his jacket was and I told him it was in the
21     office. I told him, I said make sure in the
22     future that you at least put it up so that your
23     badge is not exposed to anybody walking through
24     the building. So he came in and got it and said
25     it wouldn't happen again.

Page 17

1  Q  Burkee's version is that when he went into your
2     office to get his jacket, it was at that time
3     that you informed him that you were going to be
4     returning a citizen's complaint previously
5     removed from his personnel file back into his
6     personnel file as a direct result of him filing
7     this memo. Is that your understanding?
8     MR. ZALEWSKI: I'm just going to object
9     to the form of that question. We don't know
10     whether that's Burkee's version or not, but go
11     ahead and answer if you can.
12     THE WITNESS: Sure. That's not -- It
13     wasn't based on this. Burkee had gone -- was
14     taking a test somewhere over around Appleton and
15     that's part of why this memo came up is -- and he
16     had told Deputy Chief Abegglen and I that he was
17     testing, so we made the decision to hold off on
18     his training because if he was going to be
19     leaving soon there was no reason to spend
20     department dollars on that.
21     As far as there was a -- it wasn't a
22     letter, it was a -- He had been suspended for
23     violating -- I forget exactly what it is, we can
24     pull his file, but I also told him that when we
25     pulled it out of his file to help him get this

5 (Pages 14 to 17)

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of John Wilson

---

Page 18

1       job, 'cause he had asked, I would do that favor
2       but that it would be going back in after he was
3       either done with the process or he had been
4       hired.  So he knew it was going to go back in his
5       file at some date, but it had nothing to do with
6       this.
7  BY MR. RETTKO:
8    Q   Do you recall what the nature of that citizen's
9       complaint was?
10   A   It had to do -- Like I said it was either he had
11      not read somebody their rights or he had violated
12      the amendment on search.
13   Q   What changed at that particular time that you
14      made the decision to place the citizen's
15      complaint back into his file?
16   A   Well, at that time he had also told us that he
17      had not gotten the job and that had been like
18      five months, six months from the time that he
19      told us that he was -- that he had tested for it
20      and he was in the top -- I don't know, he was in
21      the top, three, four, five somewhere, but he was
22      in the top where he thought he had a good chance
23      of getting the job, and then this, when all this
24      come up, that's when he also told us that he had
25      not gotten the position.

---

Page 19

1    Q   I'm going to show you what's been marked as
2      Exhibit 2 in this case.  I'll ask that you read
3      it and I'll ask you some questions about this.
4   A   Okay.
5   Q   Can you identify what Exhibit 2 is for the
6      record?
7   A   It's a memo to Deputy Chief Abegglen from
8      Sergeant Dransfield.
9   Q   And the date of it is November 18, 2008
10      concerning a conversation that --
11   A   Uhm-hum.
12   Q   -- Sergeant Dransfield had with Officer Burkee,
13      correct?
14   A   Uhm-hum.
15   Q   Now, you've had a chance to read this particular
16      memo?
17   A   Uhm-hum.
18   Q   Have you ever seen this memo prior to today?
19   A   Yes.
20   Q   When was the first time you saw this memo?
21   A   About the same time.
22   Q   Around November 18?
23   A   That's correct, yeah.
24   Q   2008?
25   A   Yeah.

---

Page 20

1    Q   When you first got this memo on November 18,
2      2008, did you have any disagreements with what
3      Officer Burkee had informed Sergeant Dransfield?
4   A   Not that I can remember.
5   Q   As you sit here today, is there anything in your
6      recollection that you would disagree with that
7      Officer Burkee had told Sergeant Dransfield?
8         MR. ZALEWSKI:  I'll object to the form.
9      He wasn't there when that conversation took
10     place, so I don't think he can answer it
11     correctly, but go ahead and answer if you could.
12        THE WITNESS:  I'm sorry, ask it again.
13  BY MR. RETTKO:
14   Q   Based on the way this memo is written, do you
15      have any disagreement with what Officer Burkee's
16      statements are in this memo to Sergeant
17      Dransfield?
18        MR. ZALEWSKI:  Same objection.  Answer
19     if you can.
20        THE WITNESS:  Well, I mean he's got the
21     facts in here.  I mean, the fact that he hadn't
22     received his 24 hour training and the fact about
23     his coat and the fact that he -- we found out
24     later that he wasn't aware that the union steward
25     Luzinski had put the race in there, which came

---

Page 21

1      out in the conversation later.
2  BY MR. RETTKO:
3   Q   So you -- And you don't deny that you asked
4      Officer Burkee to explain how the race issue came
5      up in the memo that's been marked as Exhibit 1 in
6      this case?
7   A   I may have.  I'm not going to -- You know, I
8      don't recollect, but I may have asked him.
9   Q   Why did you ask him why the race issue came up?
10   A   Probably would have been because Burkee has
11      never, ever brought race into any issue even when
12      he has been disciplined or he's been, you know,
13      brought in the office and talked to.  It was a
14      shock.
15   Q   After meeting with Burkee on November 17, do
16      you recall calling Mary Abegglen into your
17      office?
18   A   No, not that I remember.
19   Q   Do you recall having a conversation with Mary
20      Abegglen after Burkee left your office that you
21      were going to find out who was responsible for
22      the memo complaining of Burkee's lack of training
23      due to his race?
24   A   No.  I already knew who was responsible for it;
25      Luzinski was.

6 (Pages 18 to 21)

**Willis Abegglen vs. Town of Beloit**        9/1/10        **Deposition of John Wilson**

Page 22

1   Q    You found that out on what day?
2   A    The day that we got this memo.
3   Q    How did you know that?
4   A    Because Luzinski was the one that wrote it up.
5   Q    How did you know that from the memo?
6   A    Well, Burkee, when Burkee and I had talked about
7        it, he had made the comment that he -- the
8        complaint from the bargaining unit had been
9        written up by Luzinski.  And Luzinski at that
10       time was the union steward along with Mike
11       Bogdonas but Luzinski was doing most of the memo
12       writing.
13   Q    You knew that from past practice?
14   A    Yeah.
15   Q    Did you call Luzinski that day?
16   A    No.
17   Q    Why not?
18   A    This was a training issue that Deputy Chief
19       Abegglen and I handled in a matter of hours when
20       he was able to get him in right away
21       since we'd now -- at that point we knew he was
22       going to be with the department, so then with
23       just a couple phone calls we got the training
24       arranged.
25   Q    And isn't it true when you told Mary Abegglen

Page 23

1        that you were going to find out who was
2        responsible for the memo that she questioned your
3        desire to find that person because you had used
4        the N word a lot?
5            MR. ZALEWSKI:  I'm going to object to
6        the form.  He hasn't indicated that he ever was
7        told that by Mary.
8            THE WITNESS:  I don't remember it.
9        There was a lot going on at this particular time.
10       We're talking about almost three years ago.
11   BY MR. RETTKO:
12   Q    Did that bother you that Burkee had been making a
13       complaint about his lack of training due to his
14       race?
15           MR. ZALEWSKI:  Objection as to form.  I
16       don't know if -- I don't think Mr. Burkee has
17       said that, but go ahead.
18           THE WITNESS:  It bothered me that race
19       was entering into this when all he had to simply
20       do is walk into Deputy Chief Abegglen's office
21       and tell him I didn't get the job and it doesn't
22       look like I'm going to be leaving the department,
23       can I go ahead and be rescheduled for training.
24       And he would have got it immediately, which he
25       did once it was known that he was not leaving.

Page 24

1   BY MR. RETTKO:
2   Q    Were there any complaints of you being a racist
3        before that?
4   A    No.
5   Q    Had you used the N word a lot during your job
6        duties as Chief before that time?
7            MR. ZALEWSKI:  Object to form.  What
8        does a lot mean?  Go ahead and answer if you can.
9            THE WITNESS:  I've used it.
10   BY MR. RETTKO:
11   Q    On the job, correct, within the police department
12       offices?
13   A    That's correct.
14   Q    What were the circumstances that you used the N
15       word?
16   A    I don't remember.
17   Q    Is there any reason why you would use the N word?
18   A    Oh, probably, my generation probably, the
19       departments that we worked for, it just becomes
20       engrained, not that that's an excuse.  I mean, I
21       certainly wished I hadn't have used it, but --
22   Q    And just so we're clear on the record the N word
23       I referred to is the word nigger?
24   A    Yes.
25   Q    That's what you also understand it to be?

Page 25

1   A    Yup, that's right.
2   Q    As I understand, on November 19, 2008 then you
3        met with Burkee and Willis Abegglen to work this
4        situation out, which is two days after the fact;
5        is that correct?
6   A    That could have been, yeah.
7   Q    And during that meeting you again asked Burkee
8        why the race issue was raised in the memo
9        regarding his service training; did you not?
10   A    Right.
11   Q    Why did you do that?
12   A    Just to get his perspective.
13   Q    Do you recall what Burkee's response was?
14   A    Something to the effect that he was shocked that
15       the race issue had been placed in there, and
16       that's when we discussed about his schooling,
17       that all he had to do was come in and advise us,
18       we would have got his schooling and it was an
19       issue that didn't have to go through the union.
20       All he had to do is walk into the Deputy Chief's
21       office and the Deputy Chief would have seen that
22       he would have got his training.
23   Q    In response to that, didn't you say something to
24       the effect, I want to know who did this, listen
25       I'll fire every mother fucker I need to find out

7 (Pages 22 to 25)

**Willis Abegglen vs. Town of Beloit**            9/1/10            **Deposition of John Wilson**

---

Page 26

1     who and I'll put everyone on the stand to find
2     out?
3   A   I probably could have said that in anger, yeah.
4   Q   Why would you do that?
5   A   Well, I was upset because of the tone of the
6     memo. Race had not entered into anything in the
7     department.
8   Q   Why would you make that statement if you had
9     known Luzinski wrote the memo to begin this?
10  A   I don't know. I just said it out of anger.
11  Q   What was the point of expressing your anger at
12    that point to threaten Burkee with that?
13  A   I don't know. I can't answer that.
14  Q   Did you have any expectation of, any expectation
15    of something that you were expecting might happen
16    by making that statement to Burkee?
17  A   No.
18  Q   Had Burkee told you at that point that Luzinski
19    wrote the memo, what would you have done?
20  A   I don't know.
21  Q   Then why did you want to know who the person was
22    that wrote the memo?
23  A   'Cause I had already had a suspicion of who it
24    was.
25  Q   But you didn't really know for sure, did you?

---

Page 27

1   A   Oh, yeah, I knew for sure who did it. It was
2     just trying to get it confirmed.
3   Q   On the next day, November 20th, do you recall
4     meeting with Willis Abegglen in his office at
5     which time Willis told you he would sit down
6     because today he was the teacher and you were the
7     student, that you could not keep threatening
8     people as you were creating a hostile work
9     environment?
10  A   No, I don't remember that.
11  Q   Do you remember any recollection of Willis
12    sitting down with you and explaining to you that
13    what you had done to Burkee was creating a
14    hostile work environment?
15  A   No. We had a conversation right after Burkee
16    left the office, but, I mean, I don't remember
17    anything after that. And that was basically
18    about getting him training and that was about it.
19  Q   Did you think when you told Burkee that you
20    wanted to know who did this, listen, I'll fire
21    every mother fucker I need to to find out, I'll
22    pull everyone on the stand to find out, that that
23    was threatening or hostile in any way?
24  A   That could be taken as threatening.
25  Q   At any point did you tell Willis Abegglen that

---

Page 28

1     you would do whatever you wanted to do in
2     response to Abegglen's warning of creating a
3     hostile work environment?
4   A   I don't remember saying that.
5   Q   Did you ever recall later concluding that you
6     couldn't fire every mother fucker that you wanted
7     to to find out?
8   A   No. That was a statement that was made out of
9     anger, and as soon as it was said, it was over
10    with.
11  Q   Would you agree that you -- that you couldn't
12    threaten employees in that manner, that that
13    would be creating a hostile work environment?
14  A   Yeah, I could see that. Yes.
15  Q   Now, as I understand it, the Town eventually did
16    do an investigation into whether you retaliated
17    against Burkee by placing items back into his
18    personnel file for his memo requesting training
19    and due to his lack -- being the only minority
20    that didn't get training. Is my understanding
21    correct that the Town did an investigation into
22    that?
23  A   That's correct.
24  Q   Do you have a recollection as to when the Town's
25    investigation began into that?

---

Page 29

1   A   No, I don't.
2   Q   Do you have a recollection of Willis Abegglen
3     being interviewed in that investigation?
4   A   I believe he was.
5   Q   Do you recall who was the person that conducted
6     that particular investigation?
7   A   It was Al Levy. He was an attorney for -- had
8     been picked by the Town Administrator.
9   Q   Do you have any understanding as to what it was
10    that Willis Abegglen testified to in that
11    interview during that investigation?
12  A   No.
13  Q   How did that initial investigation conclude by Al
14    Levy?
15  A   I don't remember. I'd have to look at the
16    report.
17  Q   Do you have any idea as to when that
18    investigation concluded?
19  A   I think it only just took a day; I'm not sure.
20  Q   I'm going to show you what's been marked as
21    Exhibit 3 in this case. Can you identify what
22    that is?
23  A   Yeah. A vote of no confidence.
24  Q   And it's a vote of no confidence into the Chief,
25    John Wilson, by the Town of Beloit police union,

---

**Halma-Jilek Reporting, Inc.**        **Experience Quality Service!**        **(414) 271-4466**

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of John Wilson**

Page 30

1     correct?
2     A    That's right, uhm-hum.
3     Q    Have you ever seen this particular document
4          before now?
5     A    No, I haven't.
6     Q    When did you first become aware of a vote of no
7          confidence into you by the police union?
8     A    When I was told about it by the Board -- Greg
9          Groves that it was coming, a couple of days
10         before that, and I had also received an anonymous
11         phone call that this was also coming a couple of
12         days before it was in the paper.  That's when I
13         was -- when I read it.
14    Q    When you learned of a vote of no confidence being
15         taken against you, did you take any action?
16    A    From what I understand, it was already going to
17         the papers so there was no action to be able to
18         take.
19    Q    Now, as part of this particular vote of no
20         confidence, they indicate that they're presenting
21         issues to Administrator Robert Museus on
22         December 12, 2008, correct?
23    A    Correct.
24    Q    And they also say that this is a current hostile
25         work environment, correct?

Page 31

1     A    That's correct.
2     Q    And they say officers and employees fear
3          retaliation by John Wilson due to the presented
4          issue, correct?
5     A    Right.
6     Q    Did you have any understanding as to what it was
7          that the police union's complaints were about you
8          in regard to the presented issue?
9     A    No.  No one ever came forward and mentioned
10         anything.  Like I said, I found out about this
11         from a phone call just before it went in the
12         paper and when it went into the paper.
13    Q    When did that phone call occur, do you recall?
14    A    It was a couple of days prior to the article.
15    Q    I'm going to show you what's been marked as
16         Exhibit 4.
17    A    Okay.
18    Q    Can you identify what that document is, for the
19         record?
20    A    It's a Lindner & Marsack letterhead, Attorneys at
21         Law, investigation of alleged inappropriate
22         language used in the police department.
23    Q    I'm going to represent to you this is the
24         document that the -- it's been produced to me by
25         the Town's attorney in this case.  That is a

Page 32

1     detail of Al Levy's report to the Town regarding
2     the investigation of alleged inappropriate
3     language used in the police department.
4     A    Uhm-hum.
5     Q    And more specifically it's my understanding that
6     this is the issue that was raised by the union on
7     December 12th, 2008 with Administrator Robert
8     Museus.  Would you agree with that, that this was
9     the issue raised by the union?
10    A    Yeah.
11    Q    In fact, the very beginning part of the Al Levy
12    report of January 2nd, 2009 to Mr. Museus says
13    you've requested an investigation analysis and
14    recommendation as to a December 12th, 2008 memo
15    with attachment, which is entitled Collective
16    concern on behalf of all or majority of the,
17    brackets, Teamsters Local 579, brackets, Union's
18    members, and claims to be presented based on
19    concerns brought forward to the elected union
20    stewards, do you see that?
21    A    Uhm-hum.
22    Q    It goes on to state, It alleges a number of
23    specific instances in which the Chief of Police
24    used politically incorrect ethnic labels and
25    other non-specific allegations that he frequently

Page 33

1     used such words in the police department offices.
2     Do you see that?
3     A    Uhm-hum.
4          MR. ZALEWSKI:  Try to say yes or no.
5          THE WITNESS:  Yup.
6     BY MR. RETTKO:
7     Q    When -- Have you ever seen this document that's
8     been marked as Exhibit 4 prior to today?
9     A    Yes.
10    Q    When was the first time you would have seen this?
11    A    I saw this after the attorney completed the
12    investigation; this document.
13    Q    So you saw this after Levy completed the
14    investigation?
15    A    That's correct, uhm-hum.
16    Q    So sometime on or after January 2nd?
17    A    I guess, yeah.
18    Q    Do you recall if you saw it in January of 2009?
19    A    I saw it after he got it completed.  I would
20    guess it would be 2009.
21    Q    Okay.  Some of the words you were alleged to have
22    used in the police department offices were
23    nigger, sand nigger, spics and towel heads
24    according to this report, correct?
25    A    Uhm-hum.

9 (Pages 30 to 33)

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of John Wilson**

Page 34

1   Q   Yes?
2   A   That's correct.
3   Q   Now, this investigation that Al Levy conducted
4       was the second investigation into your actions in
5       less than a two-month period from November 17 to
6       January 2nd, 2009, right?
7   A   I guess, yeah.
8   Q   And in the second investigation on the
9       inappropriate language used in the police
10      department, Mary Abegglen was interviewed in that
11      investigation, was she not?
12  A   I don't know if she was or not. I didn't -- I
13      didn't have a list of who they talked to.
14  Q   Did you have any understanding as to what it was
15      that Mary Abegglen testified to pursuant -- based
16      on your review of this report?
17  A   No.
18  Q   Turning to page 3 of the report, which at the
19      bottom is Bates stamped 652.
20  A   Okay.
21  Q   It's got a section heading, The interviews also
22      revealed, correct?
23  A   Correct.
24  Q   And under paragraph 1 it states, No officer told
25      the Chief he/she was offended by the language.

Page 35

1       However, Ms. Abegglen said she told him she was
2       offended in November 2008, correct?
3   A   Not that I'm aware of.
4   Q   But that's what it says, right?
5   A   That's what it says, yeah.
6   Q   So you were aware of the fact that Ms. Abegglen
7       was interviewed in this case, right?
8   A   Correct.
9   Q   It goes on in the upper paragraph about the third
10      sentence down Detective Luzinski and Ms. Abegglen
11      recalled use of the word towel head, does it not?
12  A   Correct.
13  Q   And you had the opportunity to read this report
14      in January 2009?
15  A   Correct.
16  Q   At any point did you ask Mary Abegglen how she
17      testified in this investigation?
18  A   No.
19  Q   As you sit here today and you see Ms. Abegglen's
20      testimony in this particular investigation, are
21      you angered by it?
22          MR. ZALEWSKI: I'm just going to object
23      to the form. I don't think it was formal
24      testimony, I think it was just an interview, but
25      go ahead and answer.

Page 36

1           THE WITNESS: No.
2   BY MR. RETTKO:
3   Q   Why not?
4   A   Contrary with all this going on, I don't harbor
5       any ill will toward either one of the Abegglens.
6       I mean, if she made the comments, she made the
7       comments.
8   Q   Turn to Bates stamp page 653, which is page 4 of
9       the report. Al Levy in his conclusion indicates
10      the Chief voluntarily admitted that he used
11      unacceptable and offensive language in the police
12      department offices, correct?
13  A   Right.
14  Q   Looking up at paragraph 8, sub E, it states,
15      Officers said they feared retaliation if they
16      spoke out, but the clerical employees indicated
17      no such fear and both did so with no significant
18      repercussions; do you see that?
19  A   Where is that at?
20  Q   In sub E in paragraph 8 above Conclusions as to
21      Alleged Facts.
22  A   Okay. I see it.
23  Q   Were you aware of the fact that the officers in
24      your department feared retaliation from you?
25  A   No.

Page 37

1   Q   Do you have any idea as to why they would feel
2       that you might retaliate?
3   A   No.
4   Q   Turn to page 655 under the Recommended Action.
5   A   Go ahead.
6   Q   Second paragraph.
7   A   Which one were we reading?
8   Q   We're on the second paragraph under Recommended
9       Action. The one that begins with, The Chief made
10      prompt and voluntary acknowledgment of his
11      offensive language.
12  A   Right.
13  Q   It goes on to state there was no adverse action
14      by him on any employee. Do you see that?
15  A   Uhm-hum. Yes.
16  Q   So you never used any of your biases in regard to
17      the offensive language in retaliation against
18      your employees; is that what this is saying
19      basically?
20          MR. ZALEWSKI: I'm going to object to
21      form.
22          THE WITNESS: What's your question
23      again?
24  BY MR. RETTKO:
25  Q   I'm just asking, or I'm asking you, you never

**Willis Abegglen vs. Town of Beloit**          **9/1/10**          **Deposition of John Wilson**

Page 38

1     retaliated against any department member based on
2     your biases of race, right?
3  A   No.
4  Q   But you did return a citizens complaint back into
5     Burkee's personnel file --
6  A   That was --
7  Q   -- after you learned of a complaint being made
8     that he wasn't receiving training and he was the
9     only minority that hadn't, right?
10  A   That wasn't a citizen's complaint as I said
11     earlier, that was action taken against Burkee for
12     a violation of one of the amendments, and I don't
13     remember which one it is.
14  Q   The reason you returned it, though, was due to
15     the fact that he had made the allegation that he
16     hadn't been receiving training and that it was
17     based on him being the only minority in the
18     department, right?
19  A   No.  That's not true at all.
20  Q   And we've already seen Exhibit 2 that Burkee has
21     explained to Sergeant Dransfield right after this
22     occurred that that's what happened as to why that
23     complaint was returned to his personnel file,
24     right?
25  A   No.

Page 39

1  Q   You deny that?
2  A   Yup.
3  Q   And you also deny that right after Burkee left
4     your office you had told Mary Abegglen about your
5     displeasure of Burkee's allegations, correct?
6  A   No.
7  Q   Meaning that that didn't occur or that, no --
8     What I'm asking is, do you deny telling Mary
9     Abegglen about your displeasure right after
10     Burkee left your office?
11  A   Yes.  Willie knew that I was upset with him.  I
12     don't remember having a conversation with Mary
13     about it.
14  Q   You understand that the Town of Beloit Police
15     Department has a rule for truthfulness while
16     speaking under oath, right?
17  A   Yup.
18  Q   Do you want to change any of your answers?
19  A   No.
20  Q   Okay.  I'm going to show you what's been marked
21     as Exhibit 5 in this case.  Can you identify what
22     this document is for the record?
23  A   Yes.
24  Q   What is it?
25  A   A letter of admonishment from Robert Museus, Town

Page 40

1     Administrator.
2  Q   That's directed to you?
3  A   Yes.
4  Q   The date of it?
5  A   January 5th, 2009.
6  Q   When did you first learn of admonishment by
7     Administrator Museus?
8  A   When he gave it to me on that day.
9  Q   When he gave it to you, did he have any
10     conversation with you?
11  A   I don't remember verbatim or all of it, just that
12     the investigation had been completed, that I was
13     receiving this letter and that as far as any
14     further complaints, he didn't want to see them
15     and that I should improve my conduct with the
16     language, which I've done.
17  Q   Did you have any conversation with him in regard
18     to the complaint in general that was originally
19     investigated, the allegations of inappropriate
20     language and how that came about?
21  A   Not that I remember.
22  Q   Prior to the start of this investigation, did you
23     have any conversations with Administrator Museus
24     about the union's complaints?
25  A   He had called me in and told me that there had

Page 41

1     been a complaint and what the basis of it was,
2     that he was going to have Al Levy look into it,
3     investigate it and then he would get back to me
4     with the findings.
5  Q   At any time -- At that point in time did you tell
6     him the complaint was baseless?
7  A   No.
8  Q   What did you tell him?
9  A   I told him that I had made the comments.
10  Q   What was his response to that?
11  A   I think he was a little surprised, but I wasn't
12     going to lie to him.  I told him, yeah, I had
13     made the comments.
14  Q   At that point in time did he indicate to you what
15     potential discipline might occur?
16  A   No.  He just said that he was going to have the
17     attorney look into it, and talk to the attorney
18     and he would get back to me on it.
19  Q   At any point did you bring up with Administrator
20     Museus at that time that you felt that this was
21     bogus that the union would be bringing a
22     complaint like this?
23  A   No.
24  Q   Did you indicate to him who you thought might be
25     behind the complaint?

11 (Pages 38 to 41)

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of John Wilson**

---

Page 42

1    A    The union was behind it.  That's all we knew.
2    Q    When you got this letter of admonishment at this
3          point, were you convinced the Abegglens were with
4          the union and trying to get you?
5    A    No.
6    Q    Did you tell anyone in the department that you
7          felt that the Abegglens were out to get you?
8    A    No.
9    Q    Did you tell Administrator Museus that?
10   A    No.
11   Q    And at that point Willis Abegglen told you prior
12         to that to knock it off in regard to creating
13         hostile work environments; do you recall that?
14   A    No.
15   Q    You don't recall Mary ever telling you she was
16         offended by your use of the word nigger?
17   A    No.
18   Q    I'm going to show you what's been marked as
19         Exhibit 6 in this case.  Can you identify what
20         this is for the record?
21   A    Yeah.  This is my memo and apology to the Board
22         and to the administrator for my conduct.
23   Q    Now, this is dated January 3rd, 2009, right?
24   A    Uhm-hum.
25   Q    And Administrator Museus's letter of admonishment

---

Page 43

1          to you is dated January 5th, 2009, correct?
2    A    That's correct.
3    Q    How is it that you were in a position on
4          January 3rd, two days before you got your letter
5          of admonishment to write a letter or memo
6          regarding an apology for your conduct?
7    A    When I was brought in by Bob, he had already had
8          the complaint from the union but was before the
9          letter of admonishment, so I typed up a letter of
10         apology 'cause I already admitted that I had said
11         the words.
12   Q    And that was the day after Al Levy's report of
13         January 2nd was delivered to Mr. Museus?
14   A    That I don't know.
15   Q    Did you have any conversation with Al Levy prior
16         to January 3rd, 2009 regarding the contents of
17         what might be contained in his report of
18         January 2nd?
19   A    Well, he interviewed me.  I don't remember what
20         day it was on, but he interviewed me, told me
21         that he was conducting an investigation and, you
22         know, what the basic contexts were, and that was
23         about it.
24   Q    At any point did he tell you that he was going to
25         make a finding that you had used inappropriate

---

Page 44

1          language?
2    A    Not that I remember.
3    Q    At some point after the report was written on
4          January 2nd, 2009, do you have any recollection
5          of meeting with Mr. Levy in the police
6          department?
7    A    Sure.
8    Q    Do you recall what the basis of that meeting was
9          about?
10   A    Probably about the investigation.
11   Q    Do you have any recollection of what it was that
12         Mr. Levy told you?
13   A    No.
14   Q    Was there any laughing during that meeting?
15         MR. ZALEWSKI:  Which meeting are we
16   referring to?
17         MR. RETTKO:  With Mr. Levy.
18         MR. ZALEWSKI:  The one before the Levy
19   report?
20         MR. RETTKO:  After the report came out.
21         THE WITNESS:  When Mr. Levy is in the
22   office, we usually laugh, yes, 'cause he's got
23   quite a bag full of stories so, yeah, there
24   probably would have been some laughter.
25   BY MR. RETTKO:

---

Page 45

1    Q    At that point in time did Mr. Levy give you any
2          recommendations as to how to handle this
3          circumstance going forward?
4    A    Not that I'm aware of.
5    Q    Now, when this investigation was being conducted
6          prior to January 2nd, 2009, isn't it true that
7          you questioned Mary Abegglen about having your
8          back?
9    A    No.  Not that I remember.
10   Q    Do you have any recollection of Mary Abegglen
11         telling you that she wouldn't lie for anyone?
12   A    No.
13   Q    Now during that investigation that was being
14         conducted prior to January 2nd, 2009, did you
15         tell any member of the police department that
16         Willis and Mary Abegglen were not loyal to you?
17   A    I didn't know Willie was not loyal until I think
18         after this and in the fall I had received a phone
19         call saying that Mary was involved with the union
20         and trying to make a move to replace the police
21         chief.
22   Q    Do you recall who that, made that call to you?
23   A    No.  The gentleman refused to give me his name.
24   Q    And you said that you later became aware that
25         Willie was not loyal to you.  When did you learn

---

12 (Pages 42 to 45)

Page 46

1    that?
2  A  That was after all this came down.
3  Q  How was it that you learned Willie was not loyal
4    to you?
5  A  There was an officer come forward with
6    information and was able to give names and
7    specifics of what was going on.
8  Q  What name and specifics did he raise with you?
9  A  Just that there was a group of officers that
10    wanted a new chief.  They also wanted Sergeant
11    Felger gone and that this was all part of it,
12    part of the issue.
13  Q  Who was the officer that told you that?
14  A  Daphne Fisher.
15  Q  Do you have in your recollection of when it was
16    you would have assigned Willis Abegglen to
17    investigate Sergeant Felger for unauthorized use
18    of overtime?
19  A  I don't remember when it was, no.
20  Q  It was in January 2009, do you recall that?
21  A  Okay.  I remember -- Yeah, he did handle it.  I
22    don't remember the date.
23  Q  Why was it that you authorized Abegglen to
24    investigate Sergeant Felger for unauthorized use
25    of overtime?

Page 47

1  A  That would have been his job.  He's done other
2    investigations in the department.
3  Q  How was it you became aware of Sergeant Felger
4    potentially using unauthorized use of overtime?
5  A  I think -- I don't remember exactly.  I think
6    there was either a memo or somebody said
7    something about it, and I went to Willie and
8    Willie looked into it, did a report.
9  Q  During the course of that investigation, do you
10    have a recollection of meeting with Sergeant
11    Felger in your office on January 13th, 2009?
12  A  I had a meeting with him, yeah.
13  Q  And what was the meeting about?
14  A  It was to have him explain why -- Willie had
15    conducted an investigation that had gone to the
16    Board and to the Town Administrator to review
17    with several -- town attorney and I believe
18    another attorney, and then I was told to sit down
19    and have him explain why each one of these times
20    were listed and why he put in for the overtime.
21  Q  Exactly when did your meeting with Daphne Fisher
22    occur?
23  A  Geez, I don't remember.  Sometime middle of
24    January, end of January, somewhere along in
25    there.  I don't remember the date.

Page 48

1  Q  Around the same time that this investigation into
2    Sergeant Felger's unauthorized use of overtime
3    was occurring?
4  A  I think it was just after.  Like I said, I don't
5    remember the exact date, but it was sometime in
6    January.
7  Q  At any point during your meeting with Sergeant
8    Felger, did you talk to him about Willis or Mary
9    Abegglen?
10  A  No.
11  Q  So in order to find that out, I'll have to talk
12    to Sergeant Felger, right?
13  A  That's correct.
14  Q  And if you don't recall what you said, you
15    realize you don't have any opportunity to dispute
16    what he said, right?
17  A  Right.  I mean, I don't remember his name coming
18    up.  We were concentrating on his explanations
19    for the time.
20  Q  I'm going to show you what's been marked as
21    Exhibit 7 in this case.  Can you identify what
22    this is?
23  A  This is, looks like a page off of a paper, I
24    guess.
25  Q  It's from the BDN Connection, The Stateline's

Page 49

1    Online Choice.  It's a newspaper article titled
2    No confidence in chief.  It's published Tuesday,
3    February 3rd, 2009.  And the title says, Township
4    officers adopt vote against Wilson.
5  A  Okay.
6  Q  So as of February 3rd, 2009, the union's vote of
7    no confidence against you had become public; do
8    you recall that?
9  A  Oh, yeah.
10  Q  What was your reaction when you learned that the
11    vote of no confidence was being made public?
12  A  I learned about it, like I told you earlier, just
13    before it was made public.  It was one of those
14    things if you've been in this job as long as I
15    have, it's just -- I've seen this happen a
16    thousand times in my career.  It was like, well,
17    not much I can do about it.
18  Q  Did you take any actions as a result of this
19    matter becoming public?
20  A  No.
21  Q  Did you have any conversations with Administrator
22    Museus about it?
23  A  I'm sure we discussed it, but I don't remember
24    exactly what was said.
25  Q  At any time around February 3rd, 2009 did you

13 (Pages 46 to 49)

Page 50

1    have any discussions with Administrator Museus
2    about Willis or Mary Abegglen?
3  A   No.
4  Q   Prior to this article coming out on February 3rd,
5    do you have any recollection of Administrator
6    Museus approaching you about a request made by
7    Sergeant Dransfield to get overtime on the basis
8    that if Sergeant Felger was getting it under
9    these circumstances, he should, too?
10  A   There was a conversation that Dransfield should
11    get the overtime. I don't remember exactly, but,
12    yeah, I remember something about it.
13  Q   During that particular meeting did Administrator
14    Museus tell you that he was upset by this and
15    that he was going to take care of the matter once
16    and for all?
17  A   I don't remember -- I remember him talking about
18    it, but I don't remember anything like that.
19  Q   Why did you tell Willis Abegglen that Museus had
20    met with you and was upset by the Dransfield memo
21    and that he was going to take care of the matter
22    once and for all?
23    MR. ZALEWSKI: Objection as to form.
24    Assumes facts that may or may not be true. Go
25    ahead and answer.

Page 51

1    THE WITNESS: I'm just trying -- I may
2    have -- Well, and I may have had a comment about
3    Dransfield bringing a letter in, but as far as
4    Museus being upset, I don't remember.
5  BY MR. RETTKO:
6  Q   Did you ever tell Willis Abegglen that Museus was
7    going to take care of the matter once and for
8    all?
9  A   Not that I remember.
10  Q   Around the end of January, early February 2009,
11    did Administrator Museus ask you for Mary
12    Abegglen's job description?
13  A   He might have.
14  Q   When you say might have --
15  A   I don't remember, but if he had, I would have
16    given it to him.
17  Q   If he would have asked for her job description at
18    that time, do you have any recollection of why it
19    was he would be asking for it?
20  A   No.
21  Q   Did you have any conversations with Mr. Museus
22    about Mary Abegglen's job and what she did in or
23    around the end of January or early February 2009?
24  A   No.
25  Q   I'm going to show you what's marked as

Page 52

1    Exhibit 8 in this particular case. I'm going to
2    identify for you this is a Town of Beloit, it's
3    a -- Actually, it's a newspaper article by Ann
4    Marie Ames, A-M-E-S, dated Tuesday, February 10,
5    2009 in the GazetteXtra.com news. It's entitled
6    Town of Beloit investigation racial slurs; do you
7    see that?
8  A   Uhm-hum, yes.
9  Q   Do you have any recollection of the investigation
10    that Al Levy had completed by January 2nd, 2009
11    hitting the papers on or around February 10th,
12    2009?
13  A   I remember it was in the papers.
14  Q   In or around that time did you have any
15    discussion with Mr. Museus about deleting the
16    Deputy Chief's job?
17  A   No.
18  Q   Did you have any discussion with Mr. Museus about
19    changing the Court Clerk Police Administrative
20    Assistant position?
21  A   No.
22  Q   Did you have any input with Mr. Museus in regard
23    to deleting the Deputy Chief job?
24  A   No.
25  Q   Did you have any input with Mr. Museus in regard

Page 53

1    to changing the Court Clerk or Police
2    Administrative Assistant's job?
3  A   At that time?
4  Q   Yeah.
5  A   No.
6  Q   Did you have any input with the Town Board in
7    regard to deleting the Deputy Chief's job around
8    this time, February 10th, 2009?
9  A   No.
10  Q   Did you have any input with the Town Board in
11    changing the Court Clerk Police Administrative
12    Assistant position on or before February 10th,
13    2009?
14  A   No.
15  Q   I'm going to show you what I've got marked as
16    Exhibit 9. Can you identify -- It's a four-page
17    document. Can you identify what this document
18    generally is?
19  A   It's the agenda for a meeting on February 16th.
20  Q   Of 2009?
21  A   That's correct.
22  Q   By the Town of Beloit Board of Supervisors?
23  A   Correct.
24  Q   Okay. And the second page of the document is
25    what exactly?

14 (Pages 50 to 53)

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of John Wilson

Page 54

1  A  Let's see.  A resolution directing a
2     reorganization of the functions, tasks, personnel
3     of the Town of Beloit and a new organizational
4     chart.
5  Q  And it's adopted February 16th, 2009 and signed
6     and dated the 17th of February, 2009, correct?
7  A  That's correct.
8  Q  And the third page of the Exhibit 9 is what
9     exactly?
10 A  Resolution approving certain job descriptions for
11    the Town of Beloit.
12 Q  And again, that's also adopted February 16th but
13    signed and dated February 17th, right?
14 A  Correct.
15 Q  And the fourth page of Exhibit 9 is what exactly?
16 A  A Town of Beloit organizational chart.
17 Q  And that's going to be dated April 1st, 2009?
18 A  Dated when?  Oh, I see.  April 1st, okay.  I see
19    it, yeah.
20 Q  So this is what the resolutions were changing the
21    organizational chart to be as of April 1st?
22 A  Correct.
23 Q  Prior to February 16th, 2009, did you have any
24    input with Mr. Museus in regard to the changes in
25    deleting the Deputy Chief position?

Page 55

1  A  No.
2  Q  Did you have any discussions with Mr. Museus in
3     regard to the changes in the Court Clerk Police
4     Administrative Assistant position?
5  A  No.
6  Q  Did you have any discussion with Mr. Museus prior
7     to February 16th, 2009 in regard to the Abegglens
8     no longer being loyal to you?
9  A  No.
10 Q  Did you ever meet with the Town Board about the
11    change in the Deputy Chief position?
12 A  No.
13 Q  Did you ever meet with the Town Board in regard
14    to the modification of the Court Clerk Police
15    Administrative Assistant position?
16 A  No.
17 Q  I show you what's been marked as Exhibit 10.  Can
18    you identify this document for the record?
19 A  It says it's the duties of the Municipal Court
20    Clerk.
21 Q  And the lower left-hand corner is the year 2007
22    on all three pages, correct?
23 A  Correct.
24 Q  Would these have been the duties of the Court
25    Clerk prior to February 16th, 2009?

Page 56

1  A  You mean her total duties?
2  Q  In regard to Municipal Court Clerk.
3  A  Oh, Court Clerk?
4  Q  Uhm-hum.
5  A  In 2007 she had other duties other than just
6     Court Clerk.
7  Q  Okay.  What other duties did she have that would
8     not be listed on this document?
9  A  She was also the records clerk.
10 Q  And was that a 40-hour a week job?
11 A  The two of them were, yes.
12       (Exhibit 20 was marked.)
13 BY MR. RETTKO:
14 Q  I'm a little bit out of order here, but I'm going
15    to show you what's been marked as Exhibit 20 in
16    this case.  Can you identify Exhibit 20 for the
17    record?
18 A  Administrative Assistant.
19 Q  It's a job description for the Administrative
20    Assistant, is that with the police department?
21 A  Yeah.
22 Q  And this is revised in February 2009, correct?
23 A  That's correct.
24 Q  Would these have been the other portion of Mary
25    Abegglen's job duties as Court Clerk

Page 57

1     Administrative Assistant with the police
2     department that are not shown on Exhibit 10,
3     which is this one?
4  A  This one shows as a Court Clerk.  This one would
5     have been -- her other side of the job, was,
6     yeah, part of these jobs here.
7  Q  So Exhibit 20 is the other -- the other part of
8     her jobs?
9  A  Yeah.  There are some of the jobs here that she
10    would have done as Records Clerk, and
11    Administrative Assistant would have been weak,
12    but she still did do some of those jobs.  I mean,
13    she did type some letters and she did handle some
14    personal stuff like that, yes.
15 Q  Did you have any input with the Town of Beloit in
16    creating this job description for the
17    Administrative Assistant?
18 A  No, I did not.
19 Q  Was it a surprise to you that the Town of Beloit
20    had changed the Court Clerk Police Administrative
21    Assistant position in February 2009?
22 A  Yes, it was.
23 Q  Why do you say that?
24 A  I was called into Bob's office that he was
25    looking at reorganizing.  This was a couple of

15 (Pages 54 to 57)

Willis Abegglen vs. Town of Beloit          9/1/10          Deposition of John Wilson

Page 58

1    days before it went into effect. I was under
2    orders not to talk about it, that the job
3    description and everything had been finalized. I
4    said okay. Bob's been looking at reorganizing
5    almost every branch of government within the
6    department. He started years ago with the fire
7    department and went to the public works
8    department. And I know that for years he tried
9    to move Mary's position out of Town Hall because
10   of -- I don't want to say -- but the way it
11   looked to the public, that the Court Clerk was in
12   the police department and, of course, it could
13   never get done because there was no place to put
14   her. She was also doing records work at the same
15   time.
16   Q    Was there any discussion of budget issues at that
17        time as to why this reorganization was occurring
18        with the Court Clerk Police Administrative
19        Assistant position?
20   A    Not that I'm aware of, no.
21   Q    Was there any other issue that you haven't
22        described that might have been raised during that
23        conversation?
24   A    Just that this reorganization was going to save
25        the Town quite a bit of money, I don't remember

Page 59

1    the exact dollar figure, and that it was going to
2    streamline the police department and at the same
3    time address the issue that, which now has come
4    to pass, that the Court Clerk can't be in the
5    police department. And that bill I believe goes
6    into effect in January.
7    Q    Of this coming year?
8    A    That's correct, sir, uhm-hum.
9    Q    How much money was this change in the Court Clerk
10        Police Administrative Assistant position going to
11        save the city -- or the town?
12   A    I don't know. Mr. Museus may have mentioned it,
13        but I don't remember it.
14   Q    Did any of Mary Abeggln's salary come out of the
15        police department's budget?
16   A    As Records Clerk, I would assume, yeah, because,
17        I mean, there were -- she was a part-time Court
18        Clerk and she was a part-time Records Clerk so,
19        yeah, the Records Clerk portion would come out of
20        the PD.
21   Q    Was your budget cut in February 2009?
22   A    I'm trying to remember. I don't know if it was
23        or not, to be honest with you.
24   Q    Do you recall hiring an Administrative Assistant
25        to fill this position?

Page 60

1    A    Yes, sir.
2    Q    How much did that cost the department, do you
3         recall?
4    A    I think the pay is ten dollars and some odd cents
5         an hour.
6    Q    How much did that save the Town of Beloit, do you
7         recall?
8    A    No, I don't.
9    Q    Do you recall if there was any savings?
10   A    There was a savings total that I was told by the
11        Town Administrator.
12   Q    You're in charge of the police department's
13        budget, correct?
14   A    That's correct.
15   Q    How much savings was this move to the police
16        department based on your budget do you recall?
17   A    No, I don't.
18   Q    Was there any savings?
19   A    Yeah. There would have been savings in payroll.
20   Q    How much?
21   A    Again, I don't know. I would have to look at the
22        figures.
23   Q    How do you have that recollection?
24   A    I'm sorry?
25   Q    How do you have the recollection there was a

Page 61

1    savings?
2    A    I was told by the Town Administrator that the
3         move was significant savings.
4    Q    Okay. I'm going to show you what's been marked
5         as Exhibit 11. The Town of Beloit Job
6         Description Police Sergeant revised March 2009.
7         Do you have a recollection of whether or not this
8         is the job description for the Sergeant's
9         position that Willis Abegglen would have filled
10        after his demotion from Deputy Chief?
11   A    Yeah. This is a Police Sergeant job description,
12        correct.
13   Q    Do you recall if this was for Sergeant Willis
14        Abegglen?
15   A    This was for all sergeants. It's a job
16        description for Police Sergeant.
17   Q    Did you have any input in making this Police
18        Sergeant job description that's been marked as
19        Exhibit 11?
20   A    Probably years ago. I mean, we have updated the
21        job description over the years.
22   Q    I'm going to show you what's been marked as
23        Exhibit 12. Unfortunately, my stapling job is
24        not the greatest. The last page isn't stapled
25        but it should be.

16 (Pages 58 to 61)

Page 62

1    A   That's fine.
2    Q   It's a three-page document and the last page has
3        minimum qualifications, approved Town
4        Administrator and a dateline but they're not
5        completed.
6    A   Okay.
7    Q   Can you just identify what this document is for
8        the record?
9    A   It's a Police Sergeant Job Description.
10   Q   Do you have any recollection of whether or not
11       this job description was in effect as of
12       March 2009 at the same time that the job
13       description for Exhibit 11 would have been in
14       place?
15   A   You mean was this one in place first before this
16       one?
17   Q   Or were they in place at the same time?
18   A   I don't know. This one isn't dated, so I'm
19       assuming that this one was in place first.
20           MR. ZALEWSKI: He's pointing at
21       Exhibit 12.
22           THE WITNESS: I'm sorry.
23   BY MR. RETTKO:
24   Q   Okay.
25   A   Exhibit 12 I'm assuming was in place before

Page 63

1        Exhibit 11.
2    Q   Okay. Now it looks like these job changes were
3        voted on and passed by the Town Board on
4        February 17, 2009. Do you have a recollection of
5        a conversation you had with Willis Abegglen on
6        February 20th, 2009 in which you told him that
7        Greg Groves and Bob Museus were behind the
8        elimination of the Deputy Chief's position?
9    A   There was a conversation in regards to that the
10       Deputy Chief's position along with Mary's
11       position were being reassigned and moved.
12   Q   Were you in agreement in regards to that the
13       town had made to the Deputy Chief's position and
14       the Court Clerk Administrative Assistant
15       position?
16   A   I was -- When I was first told about it, I was
17       surprised, but then it's like everything else, as
18       a department head, you have to follow orders, and
19       this was going to save some money, it took care
20       of the issue that was coming with the Court Clerk
21       in the PD. And I've been doing this job long
22       enough that when there's a reorganization of any
23       kind, you just -- you go with it.
24   Q   Now, the issue regarding the Court Clerk being
25       positioned in the police department, you

Page 64

1        indicated that statute is going into effect
2        January 2011?
3    A   I believe so, yes.
4    Q   You were aware that that was coming down the pipe
5        in February 2009?
6    A   There had been rumors off and on, but nobody
7        ever -- I mean, it wasn't ever written in
8        concrete. Just like rumors are with anything
9        within the court system.
10   Q   How much money did the cutting of the Deputy
11       Chief's position save the Town of Beloit police's
12       budget?
13   A   I don't recollect. I don't know.
14   Q   In fact, Willis Abegglen took a Sergeant's
15       position, correct?
16   A   Right.
17   Q   How much difference in pay was the Deputy Chief's
18       position to the Sergeant's position, do you
19       recall?
20   A   Probably -- I can only take a guess. Probably
21       four dollars an hour, five dollars an hour.
22       That's just a guess.
23   Q   As I recall, the police department had to hire a
24       civilian to handle the administrative duties the
25       Deputy Chief had once done; is that correct?

Page 65

1    A   No.
2    Q   There was a new hire, though, to replace the
3        Deputy Chief, right?
4    A   There was a contracted employee to help do,
5        primarily start out with the general orders that
6        we were completely re-doing.
7    Q   How much did this generally -- how much was the
8        contracted employee paid?
9    A   I think like 10 bucks an hour or something like
10       that. I don't know exactly what they were paid,
11       but I think that was it.
12   Q   So, in essence, the police department was about
13       five dollars an hour paying more than what they
14       would have had they just kept Deputy Chief
15       Abegglen in the Deputy Chief position?
16   A   Well, she only worked part time and also there
17       were no benefits paid.
18           MR. ZALEWSKI: I think you two aren't
19       tracking completely. I think he's talking about
20       Deputy Chief and you're talking about the Clerk
21       job, but you might want to clarify it, Bill.
22   BY MR. RETTKO:
23   Q   Did you have an understanding that when I was
24       talking about filling the Deputy Chief's
25       position, the administrative duties and you

17 (Pages 62 to 65)

Case: 3:10-cv-00110-wmc    Document #: 33    Filed: 09/16/2010    Page 18 of 34

Willis Abegglen vs. Town of Beloit            9/1/10            Deposition of John Wilson

Page 66

1    brought up the contracted employee, we were
2    talking about the same thing, were we not?
3  A  I assumed that's what you were talking about.
4  Q  Yes. And she was getting paid ten dollars an
5    hour about?
6  A  I believe so.
7  Q  What was her part-time work? How many hours did
8    she put in, do you recall?
9  A  No, I don't. Sometimes she would come in a day,
10    day and a half and there would be times that she
11    wouldn't show up for a couple of weeks. It
12    wasn't a set schedule.
13  Q  Do you recall how much you eventually paid this
14    person?
15  A  No, I don't.
16  Q  What's the name of this contracted person?
17  A  Laura Palmer.
18  Q  Is Laura Palmer currently employed by the Town of
19    Beloit Police Department?
20  A  Yeah, currently she is.
21  Q  When did she become employed by the Town of
22    Beloit Police Department?
23  A  A month ago.
24  Q  What was her position that she was hired in at?
25  A  Desk sergeant.

Page 67

1  Q  How many sergeants does the Town of Beloit Police
2    Department currently have?
3  A  Three.
4  Q  In that conversation in which you were describing
5    to Willis Abegglen that you had nothing to do
6    with the elimination of his job or of the Court
7    Clerk's position being modified, did you also
8    agree with him that he was not a violent person?
9  A  I've seen him lose his temper, but he's not a
10    violent person in the sense that you've got to
11    worry about him ripping your head off or
12    something, but, I mean, Willie can be an
13    intimidating person. I mean, he's got size to
14    him. He can be a little loud like we both can.
15    We're both probably old school.
16  Q  Did you have a conversation with him in regard to
17    why it was a Rock County sheriff's deputy squad
18    was stationed next to the Town Hall when
19    Administrator Museus and Greg Groves met with
20    Willis Abegglen to inform him that he had the
21    opportunity to accept retirement or be demoted to
22    sergeant?
23  A  What's the first part of it again?
24  Q  We'll have that read back.
25  A  I'm sorry.

Page 68

1  Q  That's okay.
2    (The last question was read.)
3    THE WITNESS: Okay, I got it. They may
4    have thought that maybe he might -- loses his
5    temper.
6  BY MR. RETTKO:
7  Q  When you think they may have thought, who are you
8    referring to?
9  A  Mr. Museus, Mr. Groves.
10  Q  Did you have any conversations with Mr. Museus or
11    Mr. Groves prior to their meeting with Mr. --
12    with Willis Abegglen about how to handle Willis
13    Abegglen?
14  A  No. Just that he was -- that they were going to
15    call him in, and he can get loud and then -- that
16    was pretty much it. I mean, you're demoting a
17    person.
18  Q  Did you recommend that they have a Rock County
19    sheriff's deputy squad stationed near the Town
20    Hall when they broke that news to him?
21  A  They asked my opinion. I said well, that's an
22    opinion that you're going to have to make. He
23    can get loud, get boisterous.
24  Q  Is there a reason why they didn't have you in
25    that meeting?

Page 69

1  A  I don't know.
2  Q  Did you ask --
3  A  No.
4  Q  -- shouldn't I be part of this meeting?
5  A  No.
6  Q  Why not?
7  A  I was told that they were going to have the
8    meeting and they were going to break the news to
9    him and that was it.
10  Q  In fact, you were in Madison when this meeting
11    occurred, correct? The meeting between
12    Mr. Museus, Mr. Groves and Mr. Abegglen.
13  A  I might have been.
14  Q  I show you what's been marked as Exhibit 13. I'm
15    going to identify for you this is a memo that
16    Willis Abegglen would have put together after he
17    met with you on February 20th, 2009. Can I have
18    you read this and tell me if you have any
19    disagreement with any statement made in this
20    particular memo by Willis Abegglen? And if so,
21    what your disagreements might be with those
22    statements.
23  A  Okay.
24  Q  Do you have any disagreements with anything
25    Mr. Abegglen says in this statement?

18 (Pages 66 to 69)

Page 70

1   A   It's fairly accurate, yeah.
2   Q   It indicates in here that you had told Willis
3       that you had been fighting for him the entire
4       time seems to imply that you and Mr. Museus had
5       conversations about the elimination of this job.
6   A   We had one conversation roughly when this all
7       came down when I was told he was being demoted
8       and it was a cost saving factor, and I was
9       shocked at first and said, well, I didn't agree
10      with it, but when Bob started saying what the
11      figures were and how we would save money, we were
12      starting to lose revenue, okay.  The question is
13      done, it's over with.
14  Q   But yet you don't know how much money that
15      actually did save?
16  A   Bob mentioned it, but at the time there was a lot
17      going on, so I don't remember.
18  Q   I'm going to show you what's been marked as
19      Exhibit 14.  Can you identify Exhibit 14 for the
20      record?
21  A   It's a memo to Bob February 27th, 2009.
22  Q   I'm going to also represent for you that this is
23      Willis Abegglen's response to Bob Museus
24      regarding the offer of retiring versus taking a
25      Sergeant's position.  Would you agree with that?

Page 71

1   A   That's what it says.
2   Q   When did you become aware of the fact that Willis
3       Abegglen was not going to retire as Deputy Chief
4       but would be accepting the Sergeant's position
5       under duress?
6   A   I think it was, I don't know, a day or two after
7       he had his meeting.
8   Q   How did you become aware of it?
9   A   Mr. Museus advised me.
10  Q   Was there any discussion between you and
11      Mr. Museus about Willis Abegglen staying around
12      as a Sergeant?
13  A   No.  Just that he hadn't retired and that he was
14      going to assume the position of a Sergeant.  And
15      then I think Bob wanted to know what shift he
16      would go on.  And I said, well, afternoons,
17      'cause he had always liked working that.
18  Q   Was there any discussion by Mr. Museus with you
19      that he had wished Mr. Abegglen would have just
20      retired?
21  A   Not that I recall.  It was a pretty short
22      meeting, just that Willie was staying.
23  Q   The next document I'm going to show you has been
24      marked as Exhibit 15.  Can you identify
25      Exhibit 15 for the record?

Page 72

1   A   This appears to be a memo from Mr. Museus to
2       Willie Abegglen.
3   Q   And the date of it?
4   A   March 17th.
5   Q   Of 2009, right?
6   A   Correct, uhm-hum.
7   Q   And it's in regard to the reorganization of the
8       Town of Beloit and more particular with his
9       job duties as Deputy Chief were going to change
10      to Sergeant, correct?
11  A   The first one's about an organizational chart and
12      then the second sentence is about his job duties.
13  Q   And that they were going to change effective
14      April 13th, right?
15  A   Correct.
16  Q   When did you become aware of the fact that Deputy
17      Chief Abegglen was going to become Sergeant
18      Abegglen as of April 13th, 2009?
19  A   Well, like I said earlier, when Bob had advised
20      me that Willie was going to step down to
21      Sergeant.  I guess that would have been, I don't
22      know, back here somewhere.  I guess prior to,
23      maybe a day or two before this, I'm just
24      guessing.
25  Q   What input did you have with Mr. Museus that

Page 73

1       April 13th, 2009 was the appropriate date to make
2       this change?
3   A   I don't know.  I guess maybe we just picked a day
4       as to when we were going to transfer him down
5       into Sergeant.
6   Q   I'm going to show you what's been marked as
7       Exhibit 16 in this case.  Can you identify what
8       Exhibit 16 is for the record?
9   A   Re-organize of the Town of Beloit March 17th,
10      2009 from Mr. Museus to Mary Abegglen.
11  Q   And, again, this is an indication that her
12      position is changing effective April 13th,
13      correct?
14  A   Correct.
15  Q   Did you have any input with Mr. Museus as to
16      picking the date as to when those duties were
17      going to change?
18  A   I don't remember, but there's -- I mean, if it
19      had have, it would have just been that this is
20      what her job duties are and her hours are going
21      to be cut back.
22  Q   Did you have any input in regard to her hours
23      being cut back to 30 hours per week from 40 hours
24      per week?
25  A   No.  But I was advised they were going to be cut

19 (Pages 70 to 73)

Case: 3:10-cv-00110-wmc     Document #: 33     Filed: 09/16/2010     Page 20 of 34

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of John Wilson**

Page 74

1  back.
2  Q   When this change occurred and Mary Abegglen was
3      being moved to just strictly Court Clerk, were
4      you going to remain her supervisor?
5  A   Well, I really hadn't discussed it. It would be
6      if she went to Court Clerk, she would be back
7      under the mantle of the judge at this point, but
8      I guess by going to this, like what she is now,
9      Judge Holland is her boss.
10 Q   Okay. In or around December of 2009, which is
11     later in the year, like nine months later, or
12     around that time, did you tell David Garetson,
13     G-A-R-E-T-S-O-N, that I'm going to get that son
14     of a bitch, and referring to Willis Abegglen?
15 A   I don't remember the date, or the time, or
16     anything like that, but I'm not going to say I
17     didn't say it, I don't remember. Garetson had no
18     love for Willie whatsoever, so, I mean, he was on
19     more than one occasions putting his spin out
20     there on different things.
21 Q   I'm going to show you what's been marked as
22     Exhibit 17 in this case. Can you identify
23     Exhibit 17 for the record?
24 A   This is a memo put out by me to All Sworn
25     Personnel in a department rule November 10, 2009.

Page 75

1  Q   Do you have any recollection of what the new
2      department rule was?
3  A   Yeah.
4  Q   What is it?
5  A   It's where officers are not allowed to be on the
6      department premise 15 minutes prior to the
7      beginning of their shift or later than 15 minutes
8      after their shift and they can't be in when
9      they're off duty.
10 Q   I also notice at the beginning part of this memo
11     you talk about citations being down from 2006 and
12     2007, correct?
13 A   That's correct.
14 Q   Why in your opinion were citations down from that
15     time period 2006 and 2007 till the time you wrote
16     this memo?
17 A   They weren't down in 2006-2007.
18 Q   But they were higher --
19 A   They started to go down in 2009.
20 Q   Why, in your opinion, did they start going down
21     in 2009?
22 A   Because of the dissension and we were also told
23     later that there was a job action against the
24     department.
25 Q   Who told you that?

Page 76

1  A   Daphne Fisher.
2  Q   Who did she explain was behind this job action?
3  A   Just that the union was doing a work slow-down.
4  Q   Did she explain when that decision was made?
5  A   No.
6  Q   Did she -- Were you able to verify that?
7  A   All you had to do is look at the figures and you
8      could see they were down.
9  Q   Now, you indicate that there's some, the second
10     paragraph, distractions between off duty officers
11     interacting with on duty persons, correct?
12 A   That's correct.
13 Q   What information did you have that these
14     distractions were occurring?
15 A   We had two instances where Janelle Jurkiewicz was
16     doing evidence work and Chris Luzinski came in
17     and one day spent almost seven hours off duty
18     sitting in the back talking to her. And I
19     believe the second one it was Waldinger and
20     Janelle were working, one or -- one of them was
21     on overtime and Chris come in for a short period
22     of time.
23 Q   So there was two instances where Luzinski was off
24     duty talking to on duty officers?
25 A   Correct.

Page 77

1  Q   Did they complain to you about that?
2  A   No, they didn't.
3  Q   How did you learn of it?
4  A   I saw it.
5  Q   You observed it?
6  A   That's correct, uhm-hum.
7  Q   Did you do anything about it when you observed
8      it?
9  A   Well, it was one of those things that with the
10     tension going on in the department, I would
11     contact our attorney that was handling the
12     problems and run it by him, see what he
13     suggested, and this is the memo that he had us
14     put out.
15 Q   So this was Jim Korom's memo?
16 A   That's correct.
17 Q   Going back to that time in February 2009 when the
18     Deputy Chief's position was deleted, how did the
19     administrative functions of that job get
20     performed?
21 A   After he was gone as deputy?
22 Q   Right.
23 A   I did them. Felger and I split them.
24 Q   When you say Felger and you split them?
25 A   Sergeant Felger.

20 (Pages 74 to 77)

Case: 3:10-cv-00110-wmc    Document #: 33    Filed: 09/16/2010    Page 21 of 34

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of John Wilson

Page 78

1  Q  Sergeant Felger?
2  A  Yeah.
3  Q  In or around that time period of November 2009,
4     did you tell anyone that you had been given the
5     100 percent backing of the Town Board to fire
6     Willis Abegglen?
7  A  No.
8  Q  Did you tell anyone that you had had 100 percent
9     backing of the Town Board to fire Mary Abegglen?
10 A  No.
11 Q  Do you know who Al Cass is?
12 A  Yeah.
13 Q  Who is he?
14 A  He is a part-time officer for us and a full time
15    fireman.
16 Q  Was there any police officer that got laid off
17    when Willis Abegglen was demoted from Deputy
18    Chief to Sergeant?
19 A  No.  We didn't lay anybody off until last year
20    and we laid three officers off.
21 Q  Okay.  Last year, 2010 or 2000 --
22 A  It would have been December of last year.
23 Q  December of 2009?
24 A  Right.  And the way it worked was one officer --
25    two officers got laid off and then another

Page 79

1     officer got laid off a month later.
2  Q  Who were the two officers that got laid off in
3     December 2009, do you recall?
4  A  It would have been Decker and Fisher and then a
5     month later I believe Waldinger got laid off.
6  Q  When you say Fisher, that's Daphne Fisher?
7  A  That's correct.
8  Q  Was she a junior police officer at that time, one
9     of the junior officers?
10 A  That's correct.
11 Q  And Waldinger would have been like third junior?
12    If Decker and Fisher preceded him out the door,
13    he would have been the youngest?
14 A  That's correct.
15 Q  Did any police officer's pay get cut when Willis
16    Abegglen was demoted from Deputy Chief to police
17    officer?
18 A  No.
19 Q  At the time Mary Abegglen was reduced to 30 hours
20    per week, do you have any recollection as to how
21    her Administrative Assistant duties were
22    covered --
23 A  I think --
24 Q  -- with the police department?
25 A  I think she still tried to do them.  She was

Page 80

1     still doing Records Clerk and she was still doing
2     Court Clerk, I think.
3  Q  And at some point there was another person hired,
4     correct?
5  A  For --
6  Q  For that Administrative Assistant position in the
7     police department.
8  A  Right, that's correct, and then she took over the
9     administrative and some of the record keeping
10    stuff that Mary used to do.
11 Q  Have you received any pay raises since
12    January 1st, 2009?
13 A  No.
14 Q  Did you ever tell anyone going into the summer of
15    2009 you were going to terminate Willis and Mary
16    Abegglen by the end of the summer or you would
17    retire?
18 A  Nope.  I don't have the authority to terminate
19    either one of them.
20 Q  I'll show you what's been marked as Exhibit 18.
21    Can you identify that for the record?
22 A  It's a letter, February 24th, 2010, retirement
23    from Willie Abegglen to Mr. Museus.
24 Q  So that's the date that Willis Abegglen
25    officially retired from the Town of Beloit Police

Page 81

1     Department was February 19, 2010, correct?
2  A  Correct.
3  Q  When did you become aware of the fact that he was
4     going to retire effective that date?
5  A  When he gave -- he walked -- I think he gave
6     me -- I'm trying to think.  I don't know if he
7     gave us the letter or -- he may have just given
8     it to Bob, his retirement.
9  Q  Did you have any discussion with Mr. Museus about
10    Mr. Abegglen's retirement at that time?
11 A  No.  He just said that Willie had retired and
12    that we were going to have to do without a
13    Sergeant for a while.  That was about it.  I
14    mean, it wasn't much of a conversation.
15 Q  When was the new Sergeant hired?
16 A  A month ago.
17 Q  So that would have been approximately August of
18    2010, or July?
19 A  Probably first part of August.
20 Q  So from February 19th, 2010 to the first part of
21    August, 2010, there were two Sergeants,
22    Dransfield and Felger?
23 A  That's correct.
24 Q  And now it's Dransfield, Felger and Palmer?
25 A  Right.

21 (Pages 78 to 81)

Page 82

1  Q  And Palmer was the contracted person you were
2     working with as early as March of 2009?
3  A  I guess, yeah.
4  Q  One last document.  I'm going to show you what's
5     been marked as Exhibit 19.  Can you identify what
6     Exhibit 19 is for the record?
7  A  That's a memo to Willie from me June 24th, 2009.
8  Q  It's regarding psychological evaluation?
9  A  That's correct.
10 Q  It's an order by you directing him to report to
11    Dr. Brad Grunert at Froedtert Clinic in
12    Milwaukee?
13 A  Uhm-hum.
14 Q  For a psychological evaluation as ordered by Town
15    Administrator Bob Museus, correct?
16 A  Uhm-hum, that's correct.
17 Q  What was the circumstances under which Mr. Museus
18    ordered you to direct Willis Abegglen for a
19    psychological examination as of June 24th, 2009?
20 A  I'm trying to remember what the conversation was.
21    I think Bob, we wanted him to go for a psych to
22    make sure that there would be no problems with
23    him handling any kind of a demotion or anything.
24    I don't remember all of the conversation.
25 Q  What concerns did Mr. Museus raise with you, do

Page 83

1     you recall?
2  A  I don't recall.
3  Q  Do you have any recollection of what you may have
4     told Mr. Museus in regard to Willis's
5     psychological makeup?
6  A  I probably agreed with it so that that's why we
7     sent him.  None of the older sergeants had had
8     psychologicals, or the patrolmen.
9  Q  Why would you have probably agreed with that?
10 A  Well, I don't know.  I mean, it was certainly not
11    going to hurt to have him take a psychological.
12    He passed it fine, so --
13 Q  Is there any indication that Willis Abegglen is
14    psychologically imbalanced?
15 A  Well, just that his temper sometimes would get
16    out of control, but, again, that's Willie's
17    personality.
18 Q  Is that any different than the way it was prior
19    to February of 2009?
20 A  I don't know.  I mean, it was constant.
21 Q  So was there any change in his temperament from
22    February 2009 after that that required this
23    psychological evaluation?
24 A  Not that I'm aware of.
25 Q  Okay.

Page 84

1        MR. RETTKO:  Dick, do you have any
2  questions?
3        MR. ZALEWSKI:  I don't have any
4  questions.
5        MR. RETTKO:  If you don't mind, I'm
6  going to take about a 10 or 15-minute break just
7  to make sure I don't have to ask him back.
8        MR. ZALEWSKI:  I need some ibuprofen.
9        MR. RETTKO:  Okay.
10       THE WITNESS:  Can I get coffee?
11       MR. RETTKO:  You can get some coffee,
12 and I just want to make sure I don't have to call
13 you back at some date in the future, so I just
14 want to look at my notes.
15       THE WITNESS:  No problem.  No problem.
16       MR. RETTKO:  Okay, thanks.
17       (A recess was taken.)
18       (At 11:41 a.m. the deposition
19 concluded.)
20
21
22
23
24
25

Page 85

1  STATE OF WISCONSIN  )
2            ) SS:
   MILWAUKEE COUNTY  )
3        I, CHRISTINE A. MORAN, RPR and Notary
4  Public in and for the State of Wisconsin, do
5  hereby certify that the deposition of JOHN
6  WILSON, was taken before me at the Beloit Fire
7  Department 2445 South Afton Road, Beloit,
8  Wisconsin, on the 1st day of September, 2010,
9  commencing at 9:32 in the forenoon.
10       That it was taken at the instance of
11 the Plaintiffs upon verbal interrogatories.
12       That said statement was taken to be
13 used in an action now pending in the UNITED
14 STATES DISTRICT COURT, WESTERN DISTRICT OF
15 WISCONSIN, in which Willis Abegglen, et al., are
16 the Plaintiffs, and the Town of Beloit, et al.,
17 are the Defendants.
18       A P P E A R A N C E S
19       RETTKO LAW OFFICES, S.C., 15460 West
20 Capitol Drive, Suite 150, Brookfield, Wisconsin
21 53005, by MR. WILLIAM R. RETTKO, appeared on
22 behalf of the Plaintiffs.
23       ZALEWSKI, KLINNER & KRAMER, LLP, 1500
24 Merrill Avenue, P.O. Box 1386, Wausau, Wisconsin
25 54401-1386, by MR. RICHARD W. ZALEWSKI, appeared

22 (Pages 82 to 85)

Page 86

1    on behalf of the Defendants.
2         ALSO PRESENT:  Kris Eastman, Robert
3    Museus, Willis Abegglen and Mary Abegglen.
4         That said deponent, before examination,
5    was sworn to testify the truth, the whole truth,
6    and nothing but the truth relative to said cause.
7         That the foregoing is a full, true and
8    correct record of all the proceedings had in the
9    matter of the taking of said deposition, as
10   reflected by my original machine shorthand notes
11   taken at said time and place.
12
13
14

15   _____

     Notary Public in and
16
     for the State of Wisconsin
17
18   Dated this 9th day of September, 2010.
19   Milwaukee, Wisconsin.
20
     My Commission expires December 12, 2010.
21
     Halma-Jilek Reporting, Inc.
22   (414) 271-4466
23
24
25

23 (Page 86)

Willis Abegglen vs. Town of Beloit                    9/1/10                    Deposition of John Wilson

Page 87

## A

**Abegglen** 1:4
2:11,11,21
3:12,13,14,17
3:18 10:8,11
10:16,21 11:7
11:20 12:20
13:13 17:16
19:7 21:16,20
22:19,25 25:3
27:4,25 29:2
29:10 34:10,15
35:1,6,10,16
39:4,9 42:11
45:7,10,16
46:16,23 48:9
50:2,19 51:6
61:9,14 63:5
64:14 65:15
67:5,20 68:12
68:13 69:12,16
69:20,25 71:3
71:11,19 72:2
72:17,18 73:10
74:2,14 78:6,9
78:17 79:16,19
80:16,23,24
82:18 83:13
85:15 86:3,3
**Abegglens** 36:5
42:3,7 55:7
**Abegglen's**
10:24 12:8
13:3,16 23:20
28:2 35:19
51:12,22 56:25
59:14 70:23
81:10
**able** 22:20 30:17
46:6 76:6
**accept** 67:21
**accepting** 71:4
**accurate** 70:1
**accused** 9:24
**acknowledgm...**
37:10
**action** 30:15,17
37:4,9,13
38:11 75:23
76:2 85:13
**actions** 34:4
49:18
**acts** 1:13
**address** 6:18,21
59:3
**administrative**
3:20 12:2
13:17 52:19

53:2,11 55:4
55:15 56:18,19
57:1,11,17,20
58:18 59:10,24
63:14 64:24
65:25 77:19
79:21 80:6,9
**administrator**
29:8 30:21
32:7 40:1,7,23
41:19 42:9,22
42:25 47:16
49:21 50:1,5
50:13 51:11
60:11 61:2
62:4 67:19
82:15
**admitted** 36:10
43:10
**admonishment**
39:25 40:6
42:2,25 43:5,9
**adopt** 49:4
**adopted** 54:5,12
**adverse** 37:13
**advise** 25:17
**advised** 71:9
72:19 73:25
**afternoons**
71:16
**Afton** 1:17 85:7
**agenda** 3:4
53:19
**ago** 23:10 58:6
61:20 66:23
81:16
**agree** 28:11 32:8
67:8 70:9,25
**agreed** 83:6,9
**agreement**
63:12
**ahead** 12:19
14:13 17:11
20:11 23:17,23
24:8 35:25
37:5 50:25
**al** 1:4,7 29:7,13
32:1,11 34:3
36:9 41:2
43:12,15 52:10
78:11 85:15,16
**allegation** 38:15
**allegations**
32:25 39:5
40:19
**alleged** 31:21
32:2 33:21
36:21

**alleges** 32:22
**allowed** 75:5
**amendatory**
1:13
**amendment**
18:12
**amendments**
38:12
**Ames** 52:4
**analysis** 32:13
**anger** 26:3,10,11
28:9
**angered** 35:21
**Ann** 52:3
**anonymous**
30:10
**answer** 5:20,21
5:25 13:24
17:11 20:10,11
20:18 24:8
26:13 35:25
50:25
**answers** 39:18
**anticipate** 6:4
**anybody** 15:6
16:23 78:19
**apology** 42:21
43:6,10
**appeared** 2:4,8
85:21,25
**appears** 72:1
**Appleton** 17:14
**appointed** 9:1
**appointment**
10:13 11:1
**approaching**
50:6
**appropriate** 73:1
**approved** 62:3
**approving** 54:10
**approximately**
12:24 81:17
**April** 54:17,18
54:21 72:14,18
73:1,12
**area** 9:11,22
12:14
**Arkansas** 8:17
9:16
**arranged** 22:24
**arrival** 12:3
**arrived** 10:6,10
11:6,18 12:7
**arthritis** 9:20
**article** 3:2 31:14
49:1 50:4 52:3
**asked** 6:2 16:16
18:1 21:3,8

25:7 51:17
68:21
**asking** 5:14,23
37:25,25 39:8
51:19
**assigned** 46:16
**Assistant** 3:20
52:20 53:12
55:4,15 56:18
56:20 57:1,11
57:17,21 58:19
59:10,24 63:14
79:21 80:6
**Assistant's** 53:2
**assume** 6:1
15:19 16:8,13
59:16 71:14
**assumed** 66:3
**Assumes** 50:24
**assuming** 62:19
62:25
**attachment**
32:15
**attachments**
2:24
**attorney** 4:3
5:15 29:7
31:25 33:11
41:17,17 47:17
47:18 77:11
**Attorneys** 31:20
**August** 6:12,13
81:17,19,21
**authority** 80:18
**authorized**
46:23
**Avenue** 2:7
85:24
**aware** 20:24
30:6 35:3,6
36:23 45:4,24
47:3 58:20
64:4 71:2,8
72:16 81:3
83:24
**A-M-E-S** 52:4
**a.m** 84:18

## B

**B** 2:17
**back** 9:21 14:19
17:5 18:2,4,15
28:17 38:4
41:3,18 45:8
67:24 72:22
73:21,23 74:1
74:6 76:18
77:17 84:7,13

**backing** 78:5,9
**badge** 15:3
16:23
**bag** 44:23
**bargaining** 2:19
15:13 22:8
**based** 10:19
17:13 20:14
32:18 34:15
38:1,17 60:16
**baseless** 41:6
**basic** 43:22
**basically** 14:2
27:17 37:19
**basis** 41:1 44:8
50:7
**Bates** 34:19 36:8
**BDN** 3:2 48:25
**becoming** 49:19
**began** 28:25
**beginning** 32:11
75:7,10
**begins** 37:9
**behalf** 2:5,9
32:16 85:22
86:1
**believe** 29:4
47:17 59:5
64:3 66:6
76:19 79:5
**Beloit** 1:7,16,17
3:3,4,7,9,19
6:14,20,21,22
9:4 10:16 11:25
12:21 29:25
39:14 52:2,6
53:22 54:3,11
54:16 57:15,19
60:6 61:5
64:11 66:19,22
67:1 72:8 73:9
80:25 85:6,7
85:16
**benefits** 65:17
**better** 9:22
**biases** 37:16
38:2
**bill** 9:13 59:5
65:21
**birth** 6:8
**bit** 10:21 56:14
58:25
**bitch** 74:14
**blood** 9:21
**Board** 3:4 30:8
42:21 47:16
53:6,10,22
55:10,13 63:3

Willis Abegglen vs. Town of Beloit        9/1/10        Deposition of John Wilson

Page 88

78:5,9
**Bob** 43:7 63:7
  70:10,16,21,23
  71:15 72:19
  81:8 82:15,21
**Bob's** 57:24 58:4
**Bogdonas** 22:11
**bogus** 41:21
**boisterous** 68:23
**Bolingbrook**
  7:19 8:3,6,14
  9:8,23 10:2
**boss** 74:9
**bother** 23:12
**bothered** 23:18
**bottom** 34:19
**Box** 2:7 85:24
**brackets** 32:17
  32:17
**Brad** 82:11
**branch** 58:5
**break** 6:6,6 69:8
  84:6
**breaks** 6:3
**Breyer's** 7:3
**bring** 41:19
**bringing** 41:21
  51:3
**broke** 68:20
**Brookfield** 2:3
  85:20
**brought** 21:11
  21:13 32:19
  43:7 66:1
**bucks** 65:9
**budget** 58:16
  59:15,21 60:13
  60:16 64:12
**building** 16:24
**Burkee** 15:14,24
  16:4,9,16,19
  17:13 19:12
  20:3,7 21:4,10
  21:15,20 22:6
  22:6 23:12,16
  25:3,7 26:12
  26:16,18 27:13
  27:15,19 28:17
  38:11,20 39:3
  39:10
**Burkee's** 14:15
  15:20 16:11
  17:1,10 20:15
  21:22 25:13
  38:5 39:5

**C**

**C** 2:1 5:1 85:18

**call** 22:15 30:11
  31:11,13 45:19
  45:22 68:15
  84:12
**called** 5:3 40:25
  57:24
**calling** 21:16
**calls** 22:23
**Capitol** 2:3
  85:20
**Captain** 10:18
**car** 9:14
**care** 9:10,22
  50:15,21 51:7
  63:19
**career** 49:16
**case** 1:6 6:18
  19:2 21:6
  29:21 31:25
  35:7 39:21
  42:19 48:21
  52:1 56:16
  73:7 74:22
**Cass** 78:11
**cause** 18:1
  26:23 43:10
  44:22 71:17
  86:6
**cents** 60:4
**certain** 54:10
**certainly** 24:21
  83:10
**certify** 85:5
**chair** 14:23
**chance** 18:22
  19:15
**change** 39:18
  55:11 59:9
  72:9,13 73:2
  73:17 74:2
  83:21
**changed** 13:19
  18:13 57:20
**changes** 54:24
  55:3 63:2,12
**changing** 52:19
  53:1,11 54:20
  73:12
**charge** 60:12
**chart** 54:4,16,21
  72:11
**cheaper** 9:12
**chief** 3:15 8:4,5
  8:6,8,25 9:1,4
  9:23,24 10:11
  10:17,25 12:20
  12:23 13:4
  17:16 19:7

22:18 23:20
  24:6 25:21
  29:24 32:23
  34:25 36:10
  37:9 45:21
  46:10 49:2
  52:23 54:25
  55:11 61:10
  64:25 65:3,14
  65:15,20 71:3
  72:9,17 78:18
  79:16
**Chief's** 25:20
  52:16 53:7
  63:8,10,13
  64:11,17 65:24
  77:18
**Choice** 49:1
**Chris** 76:16,21
**CHRISTINE** 1:15
  85:3
**circumstance**
  45:3
**circumstances**
  24:14 50:9
  82:17
**citations** 75:11
  75:14
**citizens** 38:4
**citizen's** 17:4
  18:8,14 38:10
**city** 59:11
**civil** 1:13 5:10
**civilian** 64:24
**claims** 32:18
**clarify** 65:21
**clear** 24:22
**clerical** 36:16
**clerk** 3:6 11:9
  12:1 13:17
  52:19 53:1,11
  55:3,14,20,25
  56:2,3,6,9,25
  57:4,10,20
  58:11,18 59:4
  59:9,16,18,18
  59:19 63:14,20
  63:24 65:20
  74:3,6 80:1,2
**Clerk's** 67:7
**Clinic** 82:11
**coat** 20:23
**coffee** 84:10,11
**Collective** 32:15
**college** 6:24,25
**come** 9:21 14:25
  15:1 18:24
  25:17 46:5

59:3,14,19
  66:9 76:21
**coming** 13:8
  30:9,11 48:17
  50:4 59:7
  63:20 64:4
**commencing**
  1:19 85:9
**comment** 16:7
  22:7 51:2
**comments** 36:6
  36:7 41:9,13
**Commission**
  86:20
**complain** 77:1
**complaining**
  21:22
**complaint** 15:21
  15:25 16:3,4
  17:4 18:9,15
  22:8 23:13
  38:4,7,10,23
  40:18 41:1,6
  41:22,25 43:8
**complaints** 24:2
  31:7 40:14,24
**completed**
  33:11,13,19
  40:12 52:10
  62:5
**completely** 65:6
  65:19
**concentrating**
  48:18
**concern** 32:16
**concerning**
  19:10
**concerns** 32:19
  82:25
**conclude** 29:13
**concluded** 29:18
  84:19
**concluding** 28:5
**conclusion** 36:9
**Conclusions**
  36:20
**concrete** 64:8
**condition** 6:17
**conduct** 40:15
  42:22 43:6
**conducted** 29:5
  34:3 45:5,14
  47:15
**conducting**
  43:21
**confidence** 2:22
  10:3 29:23,24
  30:7,14,20

49:2,7,11
**confirmed** 27:2
**congestive** 9:20
**Connection** 3:2
  48:25
**consider** 12:8
  14:3 16:3
**constant** 83:20
**contact** 77:11
**contained** 43:17
**contents** 43:16
**contexts** 43:22
**continuously**
  9:5
**contracted** 65:4
  65:8 66:1,16
  82:1
**Contrary** 36:4
**control** 83:16
**conversation**
  19:10 20:9
  21:1,19 27:15
  39:12 40:10,17
  43:15 50:10
  58:23 63:5,9
  67:4,16 70:6
  81:14 82:20,24
**conversations**
  40:23 49:21
  51:21 68:10
  70:5
**convinced** 42:3
**copies** 4:1
**corner** 55:21
**correct** 7:10,17
  7:21 8:10 9:3,6
  11:17 12:22
  13:18 15:23
  19:13,23 24:11
  24:13 25:5
  28:21,23 30:1
  30:22,23,25
  31:1,4 33:15
  33:24 34:2,22
  34:23 35:2,8
  35:12,15 36:12
  39:5 43:1,2
  48:13 53:21,23
  54:6,7,14,22
  55:22,23 56:22
  56:23 59:8
  60:13,14 61:12
  64:15,25 69:11
  72:6,10,15
  73:13,14 75:12
  75:13 76:11,12
  76:25 77:6,16
  79:7,10,14

Case: 3:10-cv-00110-wmc    Document #: 33    Filed: 09/16/2010    Page 26 of 34

Willis Abegglen vs. Town of Beloit                    9/1/10                    Deposition of John Wilson

Page 89

80:4,8 81:1,2
81:23 82:9,15
82:16 86:8
**correctly** 20:11
**cost** 60:2 70:8
**County** 8:16
9:16,17 67:17
68:18 85:2
**couple** 5:13
14:23 22:23
30:9,11 31:14
57:25 66:11
**course** 5:17 47:9
58:12
**court** 1:1 3:6
11:9 12:1
13:17 52:19
53:1,11 55:3
55:14,19,24
56:2,3,6,25
57:4,20 58:11
58:18 59:4,9
59:17 63:14,20
63:24 64:9
67:6 74:3,6
80:2 85:14
**courts** 14:10
**covered** 79:22
**creating** 27:8,13
28:2,13 42:12
57:16
**Criminal** 7:5
**current** 6:18
30:24
**currently** 66:18
66:20 67:2
**cut** 59:21 73:21
73:23,25 79:15
**cutbacks** 13:8
14:10
**cutting** 64:10

— **D** —

**D** 2:13 3:22,24
5:1
**Daphne** 46:14
47:21 76:1
79:6
**date** 6:8 13:1
15:18 18:5
19:9 40:4
46:22 47:25
48:5 72:3 73:1
73:16 74:15
80:24 81:4
84:13
**dated** 42:23 43:1
52:4 54:6,13

54:17,18 62:18
86:18
**dateline** 62:4
**dating** 12:16
**David** 74:12
**day** 1:18 16:15
16:18 22:1,2
22:15 27:3
29:19 40:8
43:12,20 66:9
66:10 71:6
72:23 73:3
76:17 85:8
86:18
**days** 14:23 25:4
30:9,12 31:14
43:4 58:1
**debate** 6:11
**December** 30:22
32:7,14 74:10
78:22,23 79:3
86:20
**decision** 17:17
18:14 76:4
**Decker** 79:4,12
**Defendants** 1:8
2:9 85:17 86:1
**degree** 7:2
**deleted** 77:18
**deleting** 52:15
52:23 53:7
54:25
**delivered** 43:13
**demoted** 67:21
70:7 78:17
79:16
**demoting** 68:16
**demotion** 61:10
82:23
**deny** 21:3 39:1,3
39:8
**department**
1:17 6:14 7:8
7:14 8:15,17
9:5,8 10:2,7
11:5,16 12:1
12:21 13:8,18
17:20 22:22
23:22 24:11
26:7 31:22
32:3 33:1,22
34:10 36:12,24
38:1,18 39:15
42:6 44:6
45:15 47:2
56:20 57:2
58:6,7,8,12
59:2,5 60:2,16

63:18,25 64:23
65:12 66:19,22
67:2 74:25
75:2,6,24
77:10 79:24
80:7 81:1 85:7
**departments**
24:19
**department's**
59:15 60:12
**depend** 6:16
**deponent** 86:4
**deposition** 1:10
5:10,18 6:5
84:18 85:5
86:9
**deputy** 8:4,19
9:24 10:11,16
10:25 12:20,23
13:4 17:16
19:7 22:18
23:20 25:20,21
52:16,23 53:7
54:25 55:11
61:10 63:8,10
63:13 64:10,17
64:25 65:3,14
65:15,20,24
67:17 68:19
71:3 72:9,16
77:18,21 78:17
79:16
**described** 58:22
**describing** 67:4
**description** 2:18
3:7,9,19 51:12
51:17 56:19
57:16 58:3
61:6,8,11,16
61:18,21 62:9
62:11,13
**descriptions**
54:10
**desire** 23:3
**Desk** 66:25
**detail** 32:1
**Detective** 35:10
**deviated** 13:4
**diagnosed** 9:19
**Dick** 84:1
**difference** 64:17
**different** 74:20
83:18
**direct** 17:6
82:18
**directed** 40:2
**directing** 54:1
82:10

**disagree** 20:6
**disagreement**
20:15 69:19
**disagreements**
20:2 69:21,24
**discipline** 41:15
**disciplined**
21:12
**discussed** 25:16
49:23 74:5
**discussion**
14:10 52:15,18
55:6 58:16
71:10,18 81:9
**discussions** 50:1
55:2
**disease** 9:20
**displeasure** 39:5
39:9
**dispute** 48:15
**dissension**
75:22
**distractions**
76:10,14
**DISTRICT** 1:1,2
85:14,14
**division** 11:2
12:13,14
**document** 15:10
30:3 31:18,24
33:7,12 39:22
53:17,17,24
55:18 56:8
62:2,7 71:23
82:4
**doing** 13:20
22:11 58:14
63:21 76:3,16
80:1,1
**dollar** 59:1
**dollars** 17:20
60:4 64:21,21
65:13 66:4
**door** 54:5 79:12
**Dr** 82:11
**Dransfield** 2:21
19:8,12 20:3,7
20:17 38:21
50:7,10,20
51:3 81:22,24
**Drive** 2:3 6:19
85:20
**due** 21:23 23:13
28:19 31:3
38:14
**duly** 5:4
**duress** 71:5
**duties** 3:6 10:24

12:5 13:3 24:6
55:19,24 56:1
56:5,7,25
64:24 65:25
72:9,12 73:16
73:20 79:21
**duty** 11:10 75:9
76:10,11,17,24
76:24

— **E** —

**E** 2:1,1,13,17
3:22,22,22,22
3:24,24 5:1,1
36:14,20 85:18
85:18
**eager** 10:22
**earlier** 38:11
49:12 72:19
**early** 8:23 51:10
51:23 82:2
**easier** 12:15,17
**Eastman** 2:10
86:2
**education** 6:23
**effect** 25:14,24
58:1 59:6
62:11 64:1
**effective** 72:13
73:12 81:4
**either** 15:6 18:3
18:10 36:5
47:6 80:19
**elected** 32:19
**elimination** 63:8
67:6 70:5
**employed** 11:25
66:18,21
**employee** 14:1
37:14 65:4,8
66:1
**employees**
13:23 28:12
31:2 36:16
37:18
**employment** 7:6
9:23
**ended** 15:17
**enforcement** 7:7
8:13
**engrained** 24:20
**entered** 26:6
**entering** 23:19
**entire** 70:3
**entitled** 32:15
52:5
**environment**
27:9,14 28:3

Case: 3:10-cv-00110-wmc    Document #: 33    Filed: 09/16/2010    Page 27 of 34

Willis Abegglen vs. Town of Beloit    9/1/10    Deposition of John Wilson

Page 90

**F**

28:13 30:25
**environments**
42:13
**equipment** 11:5
**essence** 65:12
**et** 1:4,7 85:15
85:16
**ethnic** 32:24
**evaluation** 82:8
82:14 83:23
**eventually**
28:15 66:13
**evidence** 76:16
**exact** 13:1 48:5
59:1
**exactly** 17:23
47:5,21 49:24
50:11 53:25
54:9,15 65:10
**examination**
2:14 5:6 82:19
86:4
**examined** 5:5
**excuse** 24:20
**Exhibit** 2:18
15:9 19:2,5
21:5 29:21
31:16 33:8
38:20 39:21
42:19 48:21
52:1 53:16
54:8,15 55:17
56:12,15,16
57:2,7 61:5,19
61:23 62:13,21
62:25 63:1
69:14 70:19,19
71:24,25 73:7
73:8 74:22,23
80:20 82:5,6
**Exhibits** 4:1 5:2
**expectation**
26:14,14
**expecting** 26:15
**experience**
10:22
**expires** 86:20
**explain** 21:4
47:14,19 76:2
76:4
**explained** 38:21
**explaining**
27:12
**explanations**
48:18
**exposed** 16:23
**expressing**
26:11

**F**

**fact** 20:21,22,23
25:4 32:11
35:6 36:23
38:15 64:14
69:10 71:2
72:16 81:3
**factor** 16:5 70:8
**factors** 16:13
**facts** 20:21
36:21 50:24
**fairly** 70:1
**fall** 45:18
**far** 11:5 17:21
40:13 51:3
**favor** 18:1
**fear** 31:2 36:17
**feared** 36:15,24
**February** 7:15
7:22 49:3,6,25
50:4 51:10,23
52:4,11 53:8
53:12,19 54:5
54:6,12,13,23
55:7,25 56:22
57:21 59:21
63:4,6 64:5
69:17 70:21
77:17 80:22
81:1,20 83:19
83:22
**Federal** 1:12
**feel** 16:9 37:1
**Felger** 46:11,17
46:24 47:3,11
48:8,12 50:8
77:23,24,25
78:1 81:22,24
**Felger's** 48:2
**felt** 41:20 42:7
**field** 7:7
**fighting** 70:3
**figure** 14:21
59:1
**figures** 60:22
70:11 76:7
**file** 17:5,6,24,25
18:5,15 28:18
38:5,23
**filing** 17:6
**fill** 59:25
**filled** 61:9
**filling** 65:24
**finalized** 58:3
**find** 21:21 23:1
23:3 25:25
26:1 27:21,22
28:7 48:11

**finding** 43:25
**findings** 41:4
**fine** 13:15 62:1
83:12
**fire** 1:16 25:25
27:20 28:6
58:6 78:5,9
85:6
**fireman** 78:15
**first** 5:4 7:6
11:18 15:15,20
19:20 20:1
30:6 33:10
40:6 62:15,19
63:16 67:23
70:9 72:11
81:19,20
**Fisher** 46:14
47:21 76:1
79:4,6,6,12
**five** 18:18,21
64:21 65:13
**floor** 14:20
**follow** 63:18
**follows** 5:5
**foregoing** 86:7
**forenoon** 1:19
85:9
**forget** 17:23
**form** 17:9 20:8
23:6,15 24:7
35:23 37:21
50:23
**formal** 35:23
**forward** 31:9
32:19 45:3
46:5
**found** 20:23
22:1 31:10
**four** 18:21 64:21
**fourth** 54:15
**four-page** 53:16
**frequently** 32:25
**Froedtert** 82:11
**fucker** 25:25
27:21 28:6
**full** 44:23 78:14
86:7
**functioning**
13:17
**functions** 54:2
77:19
**further** 14:13
40:14
**future** 16:22
84:13

**G**

**G** 5:1
**Garetson** 74:12
74:17
**GazetteXtra.c...**
52:5
**Geez** 47:23
**general** 40:18
65:5
**generally** 53:18
65:7
**generation**
24:18
**gentleman**
45:23
**getting** 9:19
13:13 14:6
15:21,25 16:6
18:23 27:18
50:8 66:4
**give** 45:1,23
46:6
**given** 5:10 51:16
78:4 81:7
**go** 5:19 7:18
10:16 16:13,16
17:10 18:4
20:11 23:17,23
24:8 25:19
35:25 37:5
50:24 63:23
71:16 75:19
82:21
**goes** 32:22 35:9
37:13 59:5
**going** 5:14,21
6:1,4 12:19
14:13,24 15:8
16:13 17:3,8
17:18 18:2,4
19:1 21:7,21
22:22 23:1,5,9
23:22 29:20
30:16 31:15,23
35:22 36:4
37:20 39:20
41:2,12,16
42:18 43:24
45:3 46:7
48:20 50:15,21
51:7,25 52:1
53:15 54:17
56:14 58:24
59:1,10 61:4
61:22 63:19
64:1 68:14,22
69:7,8,15
70:17,18,22
71:3,14,23

72:9,13,17,20
73:4,6,17,20
73:25 74:4,8
74:13,16,21
75:20 77:10,17
80:14,15 81:4
81:12 82:4
83:11 84:6
**good** 11:21,23
18:22
**gotten** 18:17,25
**government**
58:5
**graduate** 6:10
6:25
**greatest** 61:24
**Greg** 30:8 63:7
67:19
**group** 46:9
**Groves** 30:9
63:7 67:19
68:9,11 69:12
**Grunert** 82:11
**guess** 33:17,20
34:7 48:24
64:20,22 72:21
72:22 73:3
74:8 82:3
**guessing** 72:24
**G-A-R-E-T-S-O...**
74:13

**H**

**H** 2:17
**half** 6:4 66:10
**Hall** 58:9 67:18
68:20
**Halma-Jilek**
86:21
**handle** 12:15
45:2 46:21
57:13 64:24
68:12
**handled** 11:10
12:12 22:19
**handling** 77:11
82:23
**happen** 16:25
26:15 49:15
**happened** 38:22
**harbor** 36:4
**head** 35:11
63:18 67:11
**heading** 34:21
**heads** 33:23
**heart** 9:20
**help** 13:25 17:25
65:4

Willis Abegglen vs. Town of Beloit                    9/1/10                    Deposition of John Wilson

Page 91

**helped** 11:3,4
**helping** 13:21
**he/she** 34:25
**high** 6:10 9:21
**higher** 75:18
**highest** 6:23
**hire** 64:23 65:2
**hired** 18:4 66:24
   80:3 81:15
**hiring** 59:24
**hitting** 52:11
**hold** 11:8 17:17
**Holland** 74:9
**honest** 59:23
**hostile** 27:8,14
   27:23 28:3,13
   30:24 42:13
**hour** 20:22 60:5
   64:21,21 65:9
   65:13 66:5
**hours** 6:5 16:1
   22:19 66:7
   73:20,22,23,23
   76:17 79:19
**house** 9:12
**hurt** 83:11

**I**

**ibuprofen** 84:8
**idea** 29:17 37:1
**identify** 15:9
   19:5 29:21
   31:18 39:21
   42:19 48:21
   52:2 53:16,17
   55:18 56:16
   62:7 69:15
   70:19 71:24
   73:7 74:22
   80:21 82:5
**ID'd** 2:18
**ill** 6:16 36:5
**Illinois** 7:9,19
**imbalanced**
   83:14
**immediately**
   23:24
**imply** 70:4
**improve** 40:15
**inappropriate**
   31:21 32:2
   34:9 40:19
   43:25
**incorrect** 32:24
**indicate** 30:20
   41:14,24 76:9
**indicated** 23:6
   36:16 64:1

**indicates** 36:9
   70:2
**indication** 73:11
   83:13
**inform** 67:20
**information**
   46:6 76:13
**informed** 17:3
   20:3
**initial** 29:13
**initially** 14:20
**input** 52:22,25
   53:6,10 54:24
   57:15 61:17
   72:25 73:15,22
**instance** 1:11
   85:10
**instances** 32:23
   76:15,23
**instructs** 5:20
**intent** 6:12
**interacting**
   76:11
**internal** 10:19
**interrogatories**
   85:11
**interview** 29:11
   35:24
**interviewed**
   29:3 34:10
   35:7 43:19,20
**interviews** 34:21
**intimidating**
   67:13
**investigate** 41:3
   46:17,24
**investigated**
   40:19
**investigates** 3:3
**investigation**
   28:16,21,25
   29:3,6,11,13
   29:18 31:21
   32:2,13 33:12
   33:14 34:3,4,8
   34:11 35:17,20
   40:12,22 43:21
   44:10 45:5,13
   47:9,15 48:1
   52:6,9
**investigations**
   47:2
**involved** 45:19
**in-service** 15:22
   15:25
**issue** 16:10,12
   21:4,9,11
   22:18 25:8,15

25:19 31:4,8
   32:6,9 46:12
   58:21 59:3
   63:20,24
**issues** 30:21
   58:16
**items** 28:17
**Izard** 8:16 9:16
   9:17

**J**

**jacket** 14:15
   15:3,3 16:17
   16:20 17:2
**Janelle** 76:15,20
**January** 8:21
   32:12 33:16,18
   34:6 35:14
   40:5 42:23
   43:1,4,13,16
   43:18 44:4
   45:6,14 46:20
   47:11,24,24
   48:6 51:10,23
   52:10 59:6
   64:2 80:12
**Jim** 77:15
**job** 3:7,9,19 9:9
   10:23 14:2
   18:1,17,23
   23:21 24:5,11
   47:1 49:14
   51:12,17,22
   52:16,23 53:2
   53:7 54:10
   56:10,19,25
   57:5,16 58:2
   61:5,8,11,15
   61:18,21,23
   62:9,11,12
   63:2,21 65:21
   67:6 70:5 72:9
   72:12 73:20
   75:23 76:2
   77:19
**jobs** 12:15 13:20
   57:6,8,9,12
**John** 1:10 2:15
   5:3,9 29:25
   31:3 85:5
**judge** 74:7,9
**July** 81:18
**June** 7:12 82:7
   82:19
**junior** 79:8,9,11
**Jurkiewicz**
   76:15
**justice** 7:5

**K**

**K** 3:24
**keep** 27:7
**keeping** 80:9
**kept** 65:14
**kind** 63:23
   82:23
**kindly** 5:21
**KLINNER** 2:6
   85:23
**knew** 18:4 21:24
   22:13,21 27:1
   39:11 42:1
**knock** 42:12
**knocked** 14:22
**know** 5:24 6:6
   10:12 14:14
   15:2 16:2,19
   17:9 18:20
   21:7,12 22:3,5
   23:16 25:24
   26:10,13,20,21
   26:25 27:20
   34:12 43:14,22
   45:17 58:8
   59:12,22 60:21
   62:18 64:13
   65:10 69:1
   70:14 71:6,15
   72:22 73:3
   78:11 81:6
   83:10,20
**knowledge**
   15:24
**known** 11:7
   23:25 26:9
**Korom's** 77:15
**KRAMER** 2:6
   85:23
**Kris** 2:10 86:2

**L**

**labels** 32:24
**lack** 21:22 23:13
   28:19
**lady** 13:21,24
**laid** 78:16,20,25
   79:1,2,5
**language** 31:22
   32:3 34:9,25
   36:11 37:11,17
   40:16,20 44:1
**late** 12:25 13:5
**laugh** 44:22
**laughing** 44:14
**laughter** 44:24
**Laura** 66:17,18
**law** 2:2 7:6 8:13

**31:21** 85:19
**lawsuit** 5:10
**lay** 78:19
**laying** 14:19,20
   14:24
**learn** 10:22 40:6
   45:25 77:3
**learned** 15:20
   30:14 38:7
   46:3 49:10,12
**leave** 8:1
**leaving** 17:19
   23:22,25
**left** 7:15,18 9:15
   21:20 27:16
   39:3,10
**left-hand** 55:21
**letter** 2:23,25
   3:13,14,17
   11:11 17:22
   39:25 40:13
   42:2,25 43:4,5
   43:9,9 51:3
   80:22 81:7
**letterhead** 31:20
**letters** 57:13
**Let's** 8:4,21 54:1
**level** 6:23
**Levy** 2:23 29:7
   29:14 32:11
   33:13 34:3
   36:9 41:2
   43:15 44:5,12
   44:17,18,21
   45:1 52:10
**Levy's** 32:1
   43:12
**lie** 41:12 45:11
**Lieutenant** 8:4
**liked** 71:17
**Lindner** 31:20
**lined** 9:9
**list** 34:13
**listed** 47:20 56:8
**listen** 5:19
   25:24 27:20
**little** 41:11
   56:14 67:14
**live** 9:12
**LLP** 2:6 85:23
**Local** 2:19 32:17
**long** 7:13,22
   8:22 10:10,12
   11:24 12:24
   49:14 63:21
**longer** 55:8
**look** 23:22 29:15
   41:2,17 60:21

Case: 3:10-cv-00110-wmc    Document #: 33    Filed: 09/16/2010    Page 29 of 34

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of John Wilson

Page 92

76:7 84:14
**looked** 47:8
58:11
**looking** 10:18
36:14 57:25
58:4
**looks** 48:23 63:2
**lose** 67:9 70:12
**loses** 68:4
**lot** 9:12 23:4,9
24:5,8 70:16
**loud** 67:14 68:15
68:23
**love** 74:18
**lower** 55:21
**loyal** 45:16,17
45:25 46:3
55:8
**lumped** 11:14
**Luzinski** 20:25
21:25 22:4,9,9
22:11,15 26:9
26:18 35:10
76:16,23

**M**

**M** 3:22,24
**machine** 86:10
**Mackey** 10:20
10:21
**Madison** 69:10
**mailbox** 15:17
**major** 7:4
**majority** 32:16
**makeup** 83:5
**making** 15:24
16:4,9 23:12
26:16 61:17
**mandatory**
15:21 16:6
**manner** 28:12
**mantle** 74:7
**March** 61:6
62:12 72:4
73:9 82:2
**Marie** 52:4
**marked** 5:2 15:8
19:1 21:5
29:20 31:15
33:8 39:20
42:18 48:20
51:25 53:15
55:17 56:12,15
61:4,18,22
69:14 70:18
71:24 73:6
74:21 80:20
82:5

**Marsack** 31:20
**Mary** 2:11 11:7
11:7,22,24
12:8,16 13:16
13:22,24 14:1
14:6 21:16,19
22:25 23:7
34:10,15 35:16
39:4,8,12
42:15 45:7,10
45:16,19 48:8
50:2 51:11,22
56:24 59:14
73:10 74:2
78:9 79:19
80:10,15 86:3
**Mary's** 14:3 58:9
63:10
**matter** 5:16
16:10 22:19
49:19 50:15,21
51:7 86:9
**Maynard** 11:7
**Maywood** 7:8,9
7:13,18
**mean** 11:14
13:25 20:20,21
24:8,20 27:16
36:6 48:17
56:1 57:12
59:17 61:20
62:15 64:7
67:12,13 68:16
73:18 74:18
81:14 83:10,20
**Meaning** 39:7
**medical** 6:16
9:22
**meet** 55:10,13
**meeting** 3:5
21:15 25:7
27:4 44:5,8,14
44:15 47:10,12
47:13,21 48:7
50:13 53:19
68:11,25 69:4
69:8,10,11
71:7,22
**Melbourne** 8:17
9:15
**member** 38:1
45:15
**members** 2:19
32:18
**memo** 2:19,21
3:1,11,12,15
3:18 11:12
15:13,16 16:3

17:7,15 19:7
19:16,18,20
20:1,14,16
21:5,22 22:2,5
22:11 23:2
25:8 26:6,9,19
26:22 28:18
32:14 42:21
43:5 47:6
50:20 69:15,20
70:21 72:1
74:24 75:10,16
77:13,15 82:7
**mentioned** 31:9
59:12 70:16
**Merrill** 2:7 85:24
**met** 25:3 50:20
67:19 69:17
**middle** 47:23
**Mike** 22:10
**Milwaukee**
82:12 85:2
86:19
**mind** 84:5
**minimum** 62:3
**minority** 16:7
28:19 38:9,17
**minutes** 75:6,7
**modification**
55:14
**modified** 67:7
**money** 58:25
59:9 63:19
64:10 70:11,14
**moneys** 9:10
**month** 66:23
79:1,5 81:16
**months** 18:18
18:18 74:11
**MORAN** 1:15
85:3
**mother** 25:25
27:21 28:6
**move** 45:20 58:9
60:15 61:3
**moved** 63:11
74:3
**Municipal** 3:6
55:19 56:2
**Museus** 2:11,23
2:25 3:1,12,13
3:14,17 30:21
32:8,12 39:25
40:7,23 41:20
42:9 43:13
49:22 50:1,6
50:14,19 51:4
51:6,11,21

52:15,18,22,25
54:24 55:2,6
59:12 63:7
67:19 68:9,10
69:12 70:4,23
71:9,11,18
72:1,25 73:10
73:15 80:23
81:9 82:15,17
82:25 83:4
86:3
**Museus's** 42:25

**N**

**N** 2:1,13 3:24
5:1 23:4 24:5
24:14,17,22
85:18
**name** 5:8 45:23
46:8 48:17
66:16
**named** 12:5
**names** 46:6
**nature** 18:8
**near** 68:19
**need** 6:5 25:25
27:21 84:8
**needed** 9:11
11:11
**never** 16:11
21:11 37:16,25
58:13
**new** 46:10 54:3
65:2 75:1
81:15
**news** 52:5 68:20
69:8
**newspaper** 49:1
52:3
**nigger** 24:23
33:23,23 42:16
**nine** 74:11
**non-specific**
32:25
**Nope** 10:1,5
80:18
**Notary** 1:15 85:3
86:15
**note** 10:3
**notes** 84:14
86:10
**notice** 75:10
**November** 14:14
15:18 16:15
19:9,22 20:1
21:15 25:2
27:3 34:5 35:2
74:25 78:3

**number** 32:22

**O**

**O** 3:24 5:1
**oath** 39:16
**object** 17:8 20:8
23:5 24:7
35:22 37:20
**objection** 5:19
5:22 20:18
23:15 50:23
**objections** 5:17
**observed** 77:5,7
**obtain** 7:11
**occasions** 74:19
**occur** 31:13 39:7
41:15 47:22
**occurred** 8:11
8:24 38:22
69:11 74:2
**occurring** 48:3
58:17 76:14
**October** 8:2,8
9:8 12:19 13:5
13:7,10,14,16
14:4,11
**odd** 60:4
**offended** 34:25
35:2 42:16
**offensive** 36:11
37:11,17
**offer** 70:24
**office** 9:17
14:16,25 16:16
16:21 17:2
21:13,17,20
23:20 25:21
27:4,16 39:4
39:10 44:22
47:11 57:24
**officer** 7:7,16,20
14:15 16:7
19:12 20:3,7
20:15 21:4
34:24 46:5,13
78:14,16,24
79:1,8,17
**officers** 10:3
31:2 36:15,23
46:9 49:4 75:5
76:10,24 78:20
78:25 79:2,9
**officer's** 79:15
**offices** 2:2 24:12
33:1,22 36:12
85:19
**officially** 80:25
**Oh** 24:18 27:1

Case: 3:10-cv-00110-wmc    Document #: 33    Filed: 09/16/2010    Page 30 of 34

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of John Wilson

Page 93

49:9 54:18
56:3
**okay** 6:7,18 12:5
13:3 14:6 15:8
19:4 31:17
33:21 34:20
36:22 39:20
46:21 49:5
53:24 54:18
56:7 58:4 61:4
62:6,24 63:2
68:1,3 69:23
70:12 74:10
78:21 83:25
84:9,16
**old** 67:15
**older** 83:7
**once** 23:25
50:15,22 51:7
64:25
**one's** 72:11
**Online** 49:1
**open** 15:6
**opinion** 68:21
68:22 75:14,20
**opportunity**
35:13 48:15
67:21
**order** 48:11
56:14 82:10
**ordered** 82:14
82:18
**orders** 58:2
63:18 65:5
**organizational**
54:3,16,21
72:11
**original** 4:1,1,3
86:10
**originally** 40:18
**oversaw** 11:2
**overtime** 46:18
46:25 47:4,20
48:2 50:7,11
76:21
**o'clock** 1:19

---
**P**
---
**P** 2:1,1 5:1 85:18
85:18
**page** 2:14 34:18
36:8,8 37:4
48:23 53:24
54:8,15 61:24
62:2
**pages** 55:22
**paid** 9:13 65:8
65:10,17 66:4

66:13
**Palmer** 66:17,18
81:24 82:1
**paper** 30:12
31:12,12 48:23
**papers** 8:19
30:17 52:11,13
**paragraph** 34:24
35:9 36:14,20
37:6,8 76:10
**part** 17:15 30:19
32:11 46:11,12
57:6,7 65:16
67:23 69:4
75:10 81:19,20
**particular** 5:15
15:16 16:3,15
18:13 19:15
23:9 29:6 30:3
30:19 35:20
50:13 52:1
69:20 72:8
**part-time** 59:17
59:18 66:7
78:14
**pass** 59:4
**passed** 63:3
83:12
**Pat** 10:20,20
**Patrol** 10:9,16
11:2 12:12
**patrolmen** 83:8
**pay** 60:4 64:17
79:15 80:11
**paying** 65:13
**payroll** 11:13,16
60:19
**PD** 59:20 63:21
**pending** 85:13
**pension** 9:10
**people** 14:24
27:8
**percent** 78:5,8
**performed** 77:20
**period** 16:19
34:5 75:15
76:21 78:3
**person** 12:2 23:3
26:21 29:5
66:14,16 67:8
67:10,13 68:17
80:3 82:1
**personal** 57:14
**personality**
83:17
**personnel** 3:15
17:5,6 28:18
38:5,23 54:2

74:25
**persons** 76:11
**perspective**
25:12
**phone** 22:23
30:11 31:11,13
45:18
**picked** 14:22
15:7 29:8 73:3
**picking** 73:16
**pipe** 13:9 64:4
**place** 18:14
20:10 58:13
62:14,15,17,19
62:25 86:11
**placed** 14:25
25:15
**placing** 28:17
**Plaintiffs** 1:5,11
2:5 5:4 85:11
85:16,22
**please** 5:8,24
**point** 13:25
22:21 26:11,12
26:18 27:25
35:16 41:5,14
41:19 42:3,11
43:24 44:3
45:1 48:7 74:7
80:3
**pointing** 62:20
**police** 3:7,9 6:14
7:7,8,13,16,20
8:14 9:5,8 10:2
10:6 11:16,25
12:2,21 13:18
24:11 29:25
30:7 31:7,22
32:3,23 33:1
33:22 34:9
36:11 39:14
44:5 45:15,20
52:19 53:1,11
55:3,14 56:20
57:1,20 58:12
58:18 59:2,5
59:10,15 60:12
60:15 61:6,11
61:16,17 62:9
63:25 64:23
65:12 66:19,22
67:1 78:16
79:8,15,16,24
80:7,25
**police's** 64:11
**policies** 11:5
**politically** 32:24
**portion** 56:24

59:19
**position** 7:11
8:13,20,22
10:7 11:6 12:1
12:16 13:16
18:25 43:3
52:20 53:12
54:25 55:4,11
55:15 57:21
58:9,19 59:10
59:25 61:9
63:8,10,11,13
63:15 64:11,15
64:18,18 65:15
65:25 66:24
67:7 70:25
71:4,14 73:12
77:18 80:6
**positioned**
63:25
**potential** 41:15
**potentially** 47:4
**practice** 22:13
**preceded** 79:12
**premise** 75:6
**PRESENT** 2:10
86:2
**presented** 31:3
31:8 32:18
**presenting**
30:20
**pressure** 9:21
**pretty** 68:16
71:21
**previously** 17:4
**primarily** 65:5
**primary** 15:2
**prior** 12:2 19:18
31:14 33:8
40:22 42:11
43:15 45:6,14
50:4 54:23
55:6,25 68:11
72:22 75:6
83:18
**probably** 21:10
24:18,18 26:3
44:10,24 61:20
64:20,20 67:15
81:19 83:6,9
**problem** 84:15
84:15
**problems** 77:12
82:22
**Procedure** 1:13
**proceedings**
86:8
**process** 18:3

**processing** 8:19
**produced** 31:24
**promoted** 10:11
12:25
**promotions** 8:3
**prompt** 37:10
**proper** 6:22
**provisions** 1:12
**psych** 82:21
**psychological**
82:8,14,19
83:5,11,23
**psychologically**
83:14
**psychologicals**
83:8
**public** 1:15 49:7
49:11,13,19
58:7,11 85:4
86:15
**published** 49:2
**pull** 17:24 27:22
**pulled** 17:25
**pursuant** 1:12
34:15
**put** 14:22 16:22
20:25 26:1
47:20 58:13
66:8 69:16
74:24 77:14
**putting** 74:19
**P.O** 2:7 85:24

---
**Q**
---
**qualifications**
62:3
**question** 5:21
5:22,23 6:2
17:9 37:22
68:2 70:12
**questioned** 23:2
45:7
**questions** 5:15
6:1 13:23 19:3
84:2,4
**quite** 10:21
44:23 58:25

---
**R**
---
**R** 2:1,4 3:22,24
5:1 85:18,21
**race** 16:5,9,11
20:25 21:4,9
21:11,23 23:14
23:18 25:8,15
26:6 38:2
**racial** 3:3 52:6
**racist** 9:25 24:2

**Willis Abegglen vs. Town of Beloit**    **9/1/10**    **Deposition of John Wilson**

Page 94

**raise** 46:8 82:25
**raised** 25:8 32:6
  32:9 58:22
**raises** 80:11
**raising** 5:17
**rank** 7:16
**reaction** 49:10
**read** 18:11 19:2
  19:15 30:13
  35:13 67:24
  68:2 69:18
**reading** 37:7
**realize** 48:15
**really** 26:25
  74:5
**reason** 9:7,15
  15:2 16:5
  17:19 24:17
  38:14 68:24
**reassigned**
  63:11
**rebuilding** 11:4
**recall** 10:24
  15:15 18:8
  21:16,19 25:13
  27:3 28:5 29:5
  31:13 33:18
  42:13,15 44:8
  45:22 46:20
  48:14 49:8
  59:24 60:3,7,9
  60:16 61:13
  64:19,23 66:8
  66:13 71:21
  79:3 83:1,2
**recalled** 35:11
**received** 15:14
  20:22 30:10
  45:18 80:11
**receiving** 38:8
  38:16 40:13
**recess** 84:17
**recollect** 21:8
  64:13
**recollection**
  11:24 20:6
  27:11 28:24
  29:2 44:4,11
  45:10 46:15
  47:10 50:5
  51:18 52:9
  60:23,25 61:7
  62:10 63:4
  75:1 79:20
  83:3
**recommend**
  68:18
**recommendat...**

10:15 32:14
**recommendat...**
  45:2
**recommended**
  10:14 11:3
  37:4,8
**record** 5:8,19
  19:6 24:22
  31:19 39:22
  42:20 55:18
  56:17 62:8
  70:20 71:25
  73:8 74:23
  80:9,21 82:6
  86:8
**records** 11:10
  12:13 56:9
  57:10 58:14
  59:16,18,19
  80:1
**reduced** 79:19
**reference** 15:13
**referred** 24:23
**referring** 44:16
  68:8 74:14
**reflected** 86:10
**refused** 45:23
**regard** 31:8
  37:16 40:17
  42:12 52:22,25
  53:7 54:24
  55:3,7,13 56:2
  67:16 72:7
  73:22 83:4
**regarding** 25:9
  32:1 43:6,16
  63:24 70:24
  82:8
**regards** 63:9
**relative** 86:6
**remain** 7:13
  8:22 74:4
**remained** 8:8
**remember** 11:14
  13:1 20:4
  21:18 23:8
  24:16 27:10,11
  27:16 28:4
  29:15 38:13
  39:12 40:11,21
  43:19 44:2
  45:9 46:19,21
  46:22 47:5,23
  47:25 48:5,17
  49:23 50:11,12
  50:17,17,18
  51:4,9,15
  52:13 58:25

59:13,22 70:17
  73:18 74:15,17
  82:20,24
**reminders** 5:14
**removed** 14:14
  17:5
**reorganization**
  54:2 58:17,24
  63:22 72:7
**reorganizing**
  57:25 58:4
**repercussions**
  36:18
**replace** 45:20
  65:2
**report** 14:15,19
  29:16 32:1,12
  33:24 34:16,18
  35:13 36:9
  43:12,17 44:3
  44:19,20 47:8
  82:10
**Reporting** 86:21
**represent** 31:23
  70:22
**request** 50:6
**requested** 32:13
**requesting**
  28:18
**required** 83:22
**rescheduled**
  23:23
**resigned** 8:25
**resolution** 54:1
  54:10
**resolutions**
  54:20
**response** 25:13
  25:23 28:2
  41:10 70:23
**responsibilities**
  10:25 13:4
**responsible**
  21:21,24 23:2
**result** 17:6
  49:18
**retaliate** 37:2
**retaliated** 28:16
  38:1
**retaliation** 31:3
  36:15,24 37:17
**retire** 6:12 71:3
  80:17 81:4
**retired** 8:12 9:7
  10:18 71:13,20
  80:25 81:11
**retirement**
  67:21 80:22

81:8,10
**retiring** 8:14
  9:11 70:24
**Rettko** 2:2,4,15
  4:3 5:7 18:7
  20:13 21:2
  23:11 24:1,10
  33:6 36:2
  37:24 44:17,20
  44:25 51:5
  56:13 62:23
  65:22 68:6
  84:1,5,9,11,16
  85:19,21
**return** 38:4
**returned** 38:14
  38:23
**returning** 17:4
**revealed** 34:22
**revenue** 70:12
**review** 34:16
  47:16
**revised** 56:22
  61:6
**re-doing** 65:6
**Re-organize**
  73:9
**rheumatoid**
  9:20
**RICHARD** 2:8
  85:25
**right** 13:19
  16:14 22:20
  25:1,10 27:15
  30:2 31:5 34:6
  35:4,7 36:13
  37:12 38:2,9
  38:18,21,24
  39:3,9,16
  42:23 48:12,16
  48:17 54:13
  64:16 65:3
  72:5,14 77:22
  78:24 80:8
  81:25
**rights** 18:11
**ripping** 67:11
**Road** 1:17 8:19
  85:7
**Robert** 2:10
  30:21 32:7
  39:25 86:2
**Rock** 67:17
  68:18
**Roden** 10:18
**room** 14:16,20
  15:5,6
**roughly** 70:6

**RPR** 1:15 85:3
**rule** 39:15 74:25
  75:2
**Rules** 1:12
**rumors** 64:6,8
**run** 77:12

———————

**S**

**S** 2:1,17 3:22,22
  3:24,24 5:1
  85:18
**salary** 59:14
**sand** 33:23
**Satinwood** 6:19
**save** 58:24 59:11
  60:6 63:19
  64:11 70:11,15
**saving** 70:8
**savings** 60:9,10
  60:15,18,19
  61:1,3
**saw** 19:20 33:11
  33:13,18,19
  77:4
**saying** 28:4
  37:18 45:19
  70:10
**says** 32:12 35:4
  35:5 49:3
  55:19 69:25
  71:1
**schedule** 66:12
**scheduling** 11:3
**school** 6:10
  67:15
**schooling** 25:16
  25:18
**search** 18:12
**second** 34:4,8
  37:6,8 53:24
  72:12 76:9,19
**section** 34:21
**secure** 15:5
**see** 8:4,21 28:14
  32:20 33:2
  35:19 36:18,22
  37:14 40:14
  52:7 54:1,18
  54:18 76:8
  77:12
**seeing** 15:15
**seen** 15:7 19:18
  25:21 30:3
  33:7,10 38:20
  49:15 67:9
**sense** 67:10
**sent** 4:1,3 83:7
**sentence** 35:10

**Willis Abegglen vs. Town of Beloit**          9/1/10          **Deposition of John Wilson**

Page 95

72:12
**September** 1:18
85:8 86:18
**sergeant** 3:8,10
8:4 10:9,16
19:8,12 20:3,7
20:16 38:21
46:10,17,24
47:3,10 48:2,7
48:12 50:7,8
61:6,11,13,16
61:18 62:9
66:25 67:22
71:12,14 72:10
72:17,21 73:5
77:25 78:1,18
81:13,15
**sergeants** 61:15
67:1 81:21
83:7
**Sergeant's** 61:8
64:14,18 70:25
71:4
**series** 5:14
**Served** 8:19
**service** 14:24
25:9
**set** 66:12
**seven** 76:17
**sheriff's** 8:16
9:17 67:17
68:19
**shift** 71:15 75:7
75:8
**shock** 21:14
**shocked** 25:14
70:9
**short** 71:21
76:21
**shorthand** 86:10
**show** 15:8 19:1
29:20 31:15
39:20 42:18
48:20 51:25
53:15 55:17
56:15 61:4,22
66:11 69:14
70:18 71:23
73:6 74:21
80:20 82:4
**shown** 57:2
**shows** 57:4
**side** 57:5
**signed** 54:5,13
**significant**
36:17 61:3
**simply** 23:19
**sir** 11:17 13:12

14:12 59:8
60:1
**sit** 20:5 27:5
35:19 47:18
**sitting** 5:16
27:12 76:18
**situation** 25:4
**six** 18:18
**size** 67:13
**slow-down** 76:3
**slurs** 3:3 52:6
**somebody** 10:19
14:21 18:11
47:6
**son** 74:13
**soon** 17:19 28:9
**sorry** 20:12
60:24 62:22
67:25
**South** 1:17 85:7
**speaking** 39:16
**specific** 32:23
**specifically** 32:5
**specifics** 46:7,8
**spend** 17:19
**spent** 76:17
**spics** 33:23
**spin** 74:19
**split** 77:23,24
**spoke** 36:16
**squad** 67:17
68:19
**SS** 85:1
**stamp** 36:8
**stamped** 34:19
**stand** 26:1 27:22
**stapled** 61:24
**stapling** 61:23
**start** 8:20 40:22
65:5 75:20
**started** 5:13
7:25 58:6
70:10 75:19
**starting** 70:12
**state** 1:16 5:8
32:22 37:13
85:1,4 86:16
**Stateline's**
48:25
**statement** 26:8
26:16 28:8
69:19,25 85:12
**statements**
20:16 69:22
**states** 1:1 34:24
36:14 85:14
**stationed** 67:18
68:19

**statute** 64:1
**stayed** 14:2
**staying** 71:11,22
**step** 72:20
**steward** 20:24
22:10
**stewards** 32:20
**stories** 44:23
**streamline** 59:2
**street** 10:22
**strictly** 74:3
**strike** 12:6
**student** 27:7
**stuff** 57:14
80:10
**sub** 36:14,20
**subject** 5:22
**suggested** 77:13
**Suite** 2:3 85:20
**summer** 80:14
80:16
**supervise** 12:17
**supervisor** 12:9
14:4 74:4
**supervisors** 3:5
10:20 53:22
**supplementary**
1:14
**sure** 16:21 17:12
26:25 27:1
29:19 44:7
49:23 82:22
84:7,12
**surprise** 57:19
**surprised** 41:11
63:17
**surrounding**
16:12
**suspended**
17:22
**suspicion** 26:23
**sworn** 3:15 5:5
74:24 86:5
**system** 64:9
**S.C** 2:2 85:19

---

**T**

**T** 2:17 3:22,22
3:24
**take** 6:3,5,6
8:25 12:13
30:15,18 49:18
50:15,21 51:7
64:20 83:11
84:6
**taken** 1:10
27:24 30:15
38:11 84:17

85:6,10,12
86:11
**talk** 41:17 48:8
48:11 58:2
75:11
**talked** 21:13
22:6 34:13
**talking** 23:10
50:17 65:19,20
65:24 66:2,3
76:18,24
**tasks** 54:2
**teacher** 27:6
**Teamsters** 32:17
**tell** 23:21 27:25
41:5,8 42:6,9
43:24 45:15
50:14,19 51:6
69:18 74:12
78:4,8 80:14
**telling** 39:8
42:15 45:11
**temper** 67:9
68:5 83:15
**temperament**
83:21
**ten** 60:4 66:4
**tension** 77:10
**terminally** 6:15
**terminate** 80:15
80:18
**test** 17:14
**tested** 18:19
**testified** 5:5
29:10 34:15
35:17
**testify** 86:5
**testimony** 35:20
35:24
**testing** 17:17
**tests** 8:25
**thanks** 84:16
**thereof** 1:14
**thereto** 1:14
**thing** 66:2
**things** 5:13
49:14 74:20
77:9
**think** 12:25,25
16:18 20:10
23:16 27:19
29:19 35:23,24
41:11 45:17
47:5,5 48:4
60:4 65:9,11
65:18,19 68:7
71:6,15 79:23
79:25 80:2

81:5,6 82:21
**third** 35:9 54:8
79:11,13
**thought** 18:22
41:24 68:4,7
**thousand** 49:16
**threaten** 26:12
28:12
**threatening**
27:7,23,24
**three** 6:4,4
18:21 23:10
55:22 67:3
78:20
**three-page** 62:2
**till** 8:8 15:1
75:15
**time** 5:23,25 6:3
8:11,24 9:13
10:8,19 12:16
12:24 13:2,20
15:15,20 16:1
16:19 17:2
18:13,16,18
19:20,21 22:10
23:9 24:6 27:5
33:10 41:5,5
41:14,20 45:1
49:14 49:25
51:18 52:14
53:3,8 58:15
58:17 59:3
62:12,17 65:16
70:4,16 74:12
74:15 75:15,15
76:22 77:17
78:3,14 79:8
79:19 81:10
86:11
**times** 11:11
47:19 49:16
66:10
**title** 49:3
**titled** 49:1
**today** 19:18
20:5 27:6 33:8
35:19
**told** 16:20,21
17:16,24 18:16
18:19,24 20:7
22:25 23:7
26:18 27:5,19
30:8 34:24
35:1 39:4
40:25 41:9,12
42:11 43:20
44:12 46:13
47:18 49:12

Willis Abegglen vs. Town of Beloit          9/1/10          Deposition of John Wilson

Page 96

| | | | | |
|---|---|---|---|---|
| 60:10 61:2 | 82:20 | **UNITED** 1:1 | **way** 20:14 27:23 | 85:1,4,8,15,20 |
| 63:6,16 69:7 | **Tuesday** 49:2 | 85:13 | 58:10 78:24 | 85:24 86:16,19 |
| 70:2,7 75:22 | 52:4 | **updated** 61:20 | 83:18 | **wished** 24:21 |
| 75:25 83:4 | **Turn** 36:8 37:4 | **upper** 35:9 | **weak** 57:11 | 71:19 |
| **tone** 26:5 | **Turning** 34:18 | **upset** 16:11 26:5 | **week** 56:10 | **witness** 2:14 5:3 |
| **top** 18:20,21,22 | **two** 12:14 25:4 | 39:11 50:14,20 | 73:23,24 79:20 | 17:12 20:12,20 |
| **total** 56:1 60:10 | 43:4 56:11 | 51:4 | **weeks** 66:11 | 23:8,18 24:9 |
| **towel** 33:23 | 65:18 71:6 | **use** 24:17 35:11 | **went** 17:1 31:11 | 33:5 36:1 |
| 35:11 | 72:23 76:15,23 | 42:16 46:17,24 | 31:12 47:7 | 37:22 44:21 |
| **town** 1:7 3:3,4,7 | 78:25 79:2 | 47:4 48:2 | 58:1,7 74:6 | 51:1 62:22 |
| 3:9,19 6:14,20 | 81:21 | **usually** 44:22 | **weren't** 75:17 | 68:3 84:10,15 |
| 6:21 9:4 10:6 | **two-month** 34:5 | ——————— | **West** 2:2 85:19 | **word** 13:7 23:4 |
| 11:25 12:21 | **type** 11:11 | **V** | **WESTERN** 1:2 | 24:5,15,17,22 |
| 28:15,21 29:8 | 57:13 | ——————— | 85:14 | 24:23 35:11 |
| 29:25 32:1 | **typed** 43:9 | **verbal** 85:11 | **we'll** 6:6 67:24 | 42:16 |
| 39:14,25 47:16 | ——————— | **verbatim** 40:11 | **we're** 16:13 | **words** 33:1,21 |
| 47:17 52:2,6 | **U** | **verify** 76:6 | 23:10 24:22 | 43:11 |
| 53:6,10,22 | **U** 3:22,24 | **version** 17:1,10 | 37:8 67:15 | **work** 25:3 27:8 |
| 54:3,11,16 | **uhm-hum** 7:10 | **versus** 70:24 | **we've** 38:20 | 27:14 28:3,13 |
| 55:10,13 57:15 | 7:21 8:10 9:3,6 | **violated** 18:11 | **whatsoever** | 30:25 42:13 |
| 57:19 58:9,25 | 13:19 14:7 | **violating** 17:23 | 74:18 | 58:14 66:7 |
| 59:11 60:6,11 | 15:23 19:11,14 | **violation** 38:12 | **wife** 6:15 9:19 | 76:3,16 |
| 61:2,5 62:3 | 19:17 30:2 | **violent** 67:8,10 | **WILLIAM** 2:4 | **worked** 8:16 |
| 63:3,13 64:11 | 32:4,21 33:3 | **voluntarily** | 85:21 | 12:18 24:19 |
| 66:18,21 67:1 | 33:15,25 37:15 | 36:10 | **Willie** 12:12 | 65:16 78:24 |
| 67:18 68:19 | 42:24 52:8 | **voluntary** 37:10 | 39:11 45:17,25 | **working** 71:17 |
| 72:8 73:9 78:5 | 56:4 59:8 72:6 | **vote** 2:22 29:23 | 46:3 47:7,8,14 | 76:20 82:2 |
| 78:9 80:25 | 77:6 82:13,16 | 29:24 30:6,14 | 67:12 71:22 | **works** 58:7 |
| 82:14 85:16 | **Uhm-uhm** 11:17 | 30:19 49:4,6 | 72:2,20 74:18 | **worry** 67:11 |
| **Township** 49:3 | **unacceptable** | 49:11 | 80:23 81:11 | **wouldn't** 16:25 |
| **Town's** 28:24 | 36:11 | **voted** 63:3 | 82:7 | 45:11 66:11 |
| 31:25 | **unauthorized** | **vs** 1:6 | **Willie's** 83:16 | **write** 43:5 |
| **tracking** 65:19 | 46:17,24 47:4 | ——————— | **Willis** 1:4 2:11 | **writing** 14:15,19 |
| **train** 13:25 14:1 | 48:2 | **W** | 10:8,10,16 | 22:12 |
| **training** 11:3,4 | **understand** 5:24 | ——————— | 11:19 12:20 | **written** 20:14 |
| 15:14,22 16:1 | 24:25 25:2 | **W** 2:8 85:25 | 13:13 25:3 | 22:9 44:3 64:7 |
| 16:6 17:18 | 28:15 30:16 | **wait** 5:18 | 27:4,5,11,25 | **wrote** 22:4 26:9 |
| 20:22 21:22 | 39:14 | **Waldinger** 76:19 | 29:2,10 42:11 | 26:19,22 75:15 |
| 22:18,20,23 | **understanding** | 79:5,11 | 45:16 46:16 | ——————— |
| 23:13,23 25:9 | 12:20 17:7 | **walk** 23:20 | 48:8 50:2,19 | **X** |
| 25:22 27:18 | 28:20 29:9 | 25:20 | 51:6 61:9,13 | ——————— |
| 28:18,20 38:8 | 31:6 32:5 | **walked** 81:5 | 63:5 64:14 | **X** 2:13,17 |
| 38:16 | 34:14 65:23 | **walking** 16:23 | 67:5,20 68:12 | ——————— |
| **transcript** 4:3 | **understood** 6:1 | **want** 15:1 25:24 | 68:12 69:16,20 | **Y** |
| **transcripts** 4:1 | **Unfortunately** | 26:21 39:18 | 70:2,23 71:2 | ——————— |
| **transfer** 73:4 | 61:23 | 40:14 58:10 | 71:11 74:14 | **yeah** 9:18 12:10 |
| **tried** 58:8 79:25 | **union** 13:22 | 65:21 84:12,14 | 78:6,17 79:15 | 14:5,17 15:11 |
| **truck** 9:14 | 20:24 22:10 | **wanted** 9:21 | 80:15,24 82:18 | 15:19 19:23,25 |
| **true** 22:25 38:19 | 25:19 29:25 | 16:19 27:20 | 83:13 85:15 | 22:14 25:6 |
| 45:6 50:24 | 30:7 32:6,9,19 | 28:1,6 46:10 | 86:3 | 26:3 27:1 |
| 86:7 | 41:21 42:1,4 | 46:10 71:15 | **Willis's** 83:4 | 28:14 29:23 |
| **truth** 86:5,5,6 | 43:8 45:19 | 82:21 | **Wilson** 1:10 2:15 | 32:10 33:17 |
| **truthfulness** | 76:3 | **warning** 28:2 | 2:20,25 3:1,16 | 34:7 35:5 |
| 39:15 | **union's** 31:7 | **wasn't** 12:14 | 3:18 5:3,9 | 41:12 42:21 |
| **Try** 33:4 | 32:17 40:24 | 17:13,21 20:9 | 29:25 31:3 | 44:23 46:21 |
| **trying** 27:2 42:4 | 49:6 | 20:24 38:8,10 | 49:4 85:6 | 47:12 49:9 |
| 45:20 51:1 | **unit** 2:19 15:13 | 41:11 64:7 | **Wisconsin** 1:2 | 50:12 53:4 |
| 59:22 81:6 | 22:8 | 66:12 81:14 | 1:16,18 2:3,7 | 54:19 56:21 |
| | | **Wausau** 2:7 | | 57:6,9 59:16 |
| | | 85:24 | | 59:19 60:19 |

Case: 3:10-cv-00110-wmc    Document #: 33    Filed: 09/16/2010    Page 34 of 34

Willis Abegglen vs. Town of Beloit                9/1/10                Deposition of John Wilson

Page 97

61:11 66:20
70:1 75:3 78:2
78:12 82:3
**year** 11:18 55:21
59:7 74:11
78:19,21,22
**years** 23:10 58:6
58:8 61:20,21
**young** 10:21
**youngest** 79:13
**Yup** 14:7 25:1
33:5 39:2,17

_____

**Z**

**ZALEWSKI** 2:6,8
17:8 20:8,18
23:5,15 24:7
33:4 35:22
37:20 44:15,18
50:23 62:20
65:18 84:3,8
85:23,25

_____

**1**

**1** 2:19 4:1 15:9
21:5 34:24
**1st** 1:18 8:2,8
54:17,18,21
80:12 85:8
**1-19** 5:2
**1/3/09** 3:1
**1/5/09** 2:25
**10** 3:6 52:4
55:17 57:2
65:9 74:25
84:6
**10th** 52:11 53:8
53:12
**10-CV-110** 1:6
**100** 78:5,8
**11** 3:7 61:5,19
62:13 63:1
**11/10/09** 3:16
**11/17/08** 2:20
**11/18/08** 2:21
**11:41** 84:18
**12** 3:9 30:22
61:23 62:21,25
86:20
**12th** 32:7,14
**13** 3:11 69:14
**13th** 7:15 47:11
72:14,18 73:1
73:12
**1386** 2:7 85:24
**14** 3:12 70:19,19
**15** 2:19 3:13
71:24,25 75:6

75:7
**15-minute** 84:6
**150** 2:3 85:20
**1500** 2:6 85:23
**15460** 2:2 85:19
**16** 3:14 73:7,8
**16th** 53:19 54:5
54:12,23 55:7
55:25
**17** 3:15 14:14
15:18 16:15
21:15 34:5
63:4 74:22,23
**17th** 54:6,13
72:4 73:9
**18** 3:17 19:9,22
20:1 80:20
**19** 2:21 3:18
25:2 81:1 82:5
82:6
**19th** 81:20
**1945** 6:9
**1964** 6:11
**1974** 7:15

_____

**2**

**2** 2:21 19:2,5
38:20
**2nd** 32:12 33:16
34:6 43:13,18
44:4 45:6,14
52:10
**2/16/09** 3:5
**2/24/10** 3:17
**2/27/09** 3:12
**2/3/09** 3:2
**20** 3:19 4:1
56:12,15,16
57:7
**20th** 27:3 63:6
69:17
**2000** 7:1 78:21
**2003** 8:23 9:2,5
10:7 11:6,18
12:7 13:1,5
**2006** 75:11,15
**2006-2007**
75:17
**2007** 55:21 56:5
75:12,15
**2008** 12:19 13:5
13:7,14,16
14:4,11,14
15:22 16:1
19:9,24 20:2
25:2 30:22
32:7,14 35:2
**2009** 32:12

33:18,20 34:6
35:14 40:5
42:23 43:1,16
44:4 45:6,14
46:20 47:11
49:3,6,25
51:10,23 52:5
52:10,12 53:8
53:13,20 54:5
54:6,17,23
55:7,25 56:22
57:21 59:21
61:6 62:12
63:4,6 64:5
69:17 70:21
72:5,18 73:1
73:10 74:10,25
75:19,21 77:17
78:3,23 79:3
80:12,15 82:2
82:7,19 83:19
83:22
**2010** 1:18 78:21
80:22 81:1,18
81:20,21 85:8
86:18,20
**2011** 64:2
**21** 2:22
**21st** 6:9
**24** 20:22
**24th** 80:22 82:7
82:19
**2445** 1:17 85:7
**27th** 70:21
**271-4466** 86:22

_____

**3**

**3** 2:22 29:21
34:18
**3rd** 42:23 43:4
43:16 49:3,6
49:25 50:4
**3/17/09** 3:13
3:14
**30** 73:23 79:19
**31** 2:23
**39** 2:25

_____

**4**

**4** 2:15,23 31:16
33:8 36:8
**40** 73:23
**40-hour** 56:10
**414** 86:22
**42** 3:1
**48** 3:2
**4961** 6:19

**5**
_____
**5** 2:25 39:21
**5th** 40:5 43:1
**51** 3:3
**53** 3:4
**53005** 2:4 85:21
**54401-1386** 2:8
85:25
**55** 3:6
**56** 3:19
**579** 2:20 32:17

**6**
_____
**6** 3:1 42:19
**6/24/09** 3:18
**61** 3:7,9
**652** 34:19
**653** 36:8
**655** 37:4
**69** 3:11

**7**
_____
**7** 3:2 48:21
**70** 3:12
**71** 3:13
**72** 7:12
**73** 3:14
**74** 3:15 7:24

**8**
_____
**8** 3:3 36:14,20
52:1
**80** 3:17
**82** 3:18

**9**
_____
**9** 3:4 53:16 54:8
54:15
**9th** 86:18
**9:32** 1:19 85:9
**95** 8:7
**97** 8:2,9 9:9
**98** 8:21